**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

      I, Edward A. Calderon, declare:

      1.      I am over the age of 18 years and not a party to these Chapter 11 Cases.

      2.      I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

      3.      On the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on the Master Service List as follows: via electronic mail on those listed on **<u>Exhibit 1</u>**; via Federal Express Priority Overnight delivery on those listed on **<u>Exhibit 2</u>**; and via USPS Express Mail Overnight on those listed on **<u>Exhibit 3</u>**:

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3]

- Order Granting Complex Case Treatment [Dkt. No. 19]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' proposed claims and noticing agent: https://donlinrecano.com/gwg.

- Debtors' Emergency Motion for an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Dkt. No. 2]

- Debtors' Emergency Motion for an Order (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, and (III) Granting Related Relief [Dkt. No. 16]

- Debtors' Emergency Motion for an Order (I) Extending Time to File (a) Schedules of Assets and Liabilities, (b) Schedules of Current Income and Expenditures, (c) Schedules of Executory Contracts and Unexpired Leases, (d) Statements of Financial Affairs, and (II) Granting Related Relief [Dkt. No. 10]

- Debtors' Emergency Motion for an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 11]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (a) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (b) Maintain Existing Business Forms and Books and Records, and (c) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Dkt. No. 8]

- Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to (a) Pay Prepetition Salaries, Other Compensation, and Reimbursable Expenses and (b) Continue Employee Benefits and Programs and (II) Granting Related Relief [Dkt. No. 4]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (a) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (b) Renew, Amend, Supplement, Extend or Purchase Insurance Policies and (II) Granting Related Relief [Dkt. No. 6]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Dkt. No. 7]

- Debtors' Emergency Motion for Order Pursuant to Bankruptcy Code Section 105, Bankruptcy Rules 1015, 2002, 9007, and 9036, Local Bankruptcy Rule 2002-1, and the Complex Case Procedures Authorizing the Modification and Establishment of Certain Notice Procedures [Dkt. No. 9]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Critical Vendors, and (II) Granting Related Relief [Dkt. No. 5]

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use

2

Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Dkt. No. 13]

- Debtors' Amended Emergency Ex Parte Application For Entry Of An Order Authorizing The Employment And Retention Of Donlin, Recano & Company, Inc. As Claims, Noticing, And Solicitation Agent [Dkt. No. 46]

- Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 17]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

4.    Additionally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on: **(1)** the Bondholders via electronic mail on those listed on **<u>Exhibit 4</u>**; **(2)** the DTC Participants via electronic mail on those listed on **<u>Exhibit 5</u>**; **(3)** the registered common equity holders via electronic mail on those listed on **<u>Exhibit 6</u>**; and **(4)** the registered preferred equity holders via electronic mail on those listed on **<u>Exhibit 7</u>**:

- Debtors' Emergency Motion for Order Pursuant to Bankruptcy Code Section 105, Bankruptcy Rules 1015, 2002, 9007, and 9036, Local Bankruptcy Rule 2002-1, and the Complex Case Procedures Authorizing the Modification and Establishment of Certain Notice Procedures [Dkt. No. 9]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

5.    Additionally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on substantial shareholders via Federal Express Priority Overnight delivery on those listed on **<u>Exhibit 8</u>**:

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Dkt. No. 7]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3]

- Order Granting Complex Case Treatment [Dkt. No. 19]

- Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 17]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

6.      Additionally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on the Cash Management Banks via Federal Express Priority Overnight delivery on those listed on **Exhibit 9**:

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (a) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (b) Maintain Existing Business Forms and Books and Records, and (c) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Dkt. No. 8]

- Debtors' Emergency Motion for an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 11]

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Dkt. No. 13]

- Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to (a) Pay Prepetition Salaries, Other Compensation, and Reimbursable Expenses and (b) Continue Employee Benefits and Programs and (II) Granting Related Relief [Dkt. No. 4]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (a) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (b) Renew, Amend, Supplement, Extend or Purchase Insurance Policies and (II) Granting Related Relief [Dkt. No. 6]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3]

- Order Granting Complex Case Treatment [Dkt. No. 19]

- Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 17]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

7.      Additionally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on the Taxing Authorities via Federal Express Priority Overnight delivery on those listed on **Exhibit 10** and via USPS Express Mail Overnight on those listed on **Exhibit 11**:

- Debtors' Emergency Motion for an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 11]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3]

- Order Granting Complex Case Treatment [Dkt. No. 19]

- Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 17]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

8.      Additionally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served on the Insurance Parties via USPS Express Mail Overnight on those listed on **Exhibit 12** and via Federal Express Priority Overnight delivery on those listed on **Exhibit 13**:

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (a) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (b) Renew, Amend, Supplement, Extend or Purchase Insurance Policies and (II) Granting Related Relief [Dkt. No. 6]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3]

- Order Granting Complex Case Treatment [Dkt. No. 19]

- Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 17]

- Notice of Electronic First Day Hearing [Dkt. No. 51]

9.      Finally, on the 20th day of April, 2022, DRC, under my supervision, caused true and accurate copies of the following documents to be served via electronic mail on: (1) the

Master Service list parties listed on **Exhibit 1**; (2) the Bondholders listed on **Exhibit 4**; (3) the

DTC Participants listed on **Exhibit 5**; (4) the registered common equity holders listed on **Exhibit**

**6**; and (5) the registered preferred equity holders listed on **Exhibit 7**:

- Agenda For First Day Hearing On First Day Motions Scheduled For April 21, 2022 At 3:30 P.M. (Prevailing Central Time), Before Judge Isgur At The United States Bankruptcy Court For The Southern District Of Texas, At Courtroom 404, 515 Rusk Street, Houston, Texas 77002 [Dkt. No. 53]

10.     I declare under penalty of perjury that the foregoing is true and correct to the best

of my personal knowledge.  Executed this 21st day of April, 2022, Brooklyn, New York.


By ___Edward A. Calderon___

Edward A. Calderon


Sworn before me this 21st day of April, 2022

_____
Notary Public


SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Electronic Mail
Exhibit Pages
MASTER SERVICE LIST

000020P001-1488S-002
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000021P002-1488S-002
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P002-1488S-002
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000126P001-1488S-002
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000061P001-1488S-002
AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA
CHOISEL.D.MURRAY1@AON.COM

000064P001-1488S-002
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-002
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-002
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000060P001-1488S-002
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423
LISA.OLEN@BROADRIDGE.COM

000023P001-1488S-002
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-002
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000048P001-1488S-002
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-1488S-002
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000067P001-1488S-002
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-1488S-002
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000069P001-1488S-002
EMERSON EQUITY LLC
MELINDA LEISHMAN
155 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBBSOLUTIONS.COM

000070P001-1488S-002
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000025P001-1488S-002
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-002
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P001-1488S-002
GIRARD SHARP LLP
SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000059P001-1488S-002
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-002
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-002
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.LEVITT@HKLAW.COM

000125P001-1488S-002
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

**Electronic Mail**
**Exhibit Pages**
**MASTER SERVICE LIST**

| | | | |
|---|---|---|---|
| 000047P001-1488S-002<br>HOULIHAN LOKEY FINANCIAL ADVISORS INC<br>JEFFREY BOLLERMAN<br>10250 CONSTELLATION BLVD<br>5TH FL<br>LOS ANGELES CA 90067<br>JBOLLERMAN@HL.COM | 000065P002-1488S-002<br>INTRADO DIGITAL MEDIA LLC<br>OFFC OF GC - LOUIS BRUCCULERI<br>770 N HALSTED ST<br>SUITE6S<br>CHICAGO IL 60642<br>DONNACARL.CORONEL@NOTIFIED.COM | 000062P001-1488S-002<br>K AND L GATES LLP<br>ANDY SKOUVAKIS<br>600 N KING ST<br>STE 901<br>WILMINGTON DE 19801<br>ANDY.SKOUVAKIS@KLGATES.COM | 000049P001-1488S-002<br>KLDISCOVERY ONTRACK LLC<br>KIT DAVIS<br>PO BOX 8458232<br>DALLAS TX 75284-5823<br>KIT.DAVIS@KLDISCOVERY.COM |
| 000022P001-1488S-002<br>LAW OFFICES OF MARK B. PLUMMER PC<br>MARK PLUMMER<br>18552 ORIENTE DRIVE<br>YORBA LINDA CA 92886<br>LOMBP.LAW@GMAIL.COM | 000054P001-1488S-002<br>LOCKE LORD LLP<br>JB MCKNIGHT<br>2200 ROSS AVE<br>STE 2800<br>DALLAS TX 75201<br>JMCKNIGHT@LOCKELORD.COM | 000028P001-1488S-002<br>MALMFELDT LAW GROUP PC<br>PAUL D MALMFELDT<br>120 N LASALLE ST<br>SUITE 2000<br>CHICAGO IL 60602<br>PDM@MALMFELDT.COM | 000029P001-1488S-002<br>MALMFELDT LAW GROUP PC<br>MARK D LISTON<br>120 N LASALLE ST<br>SUITE 2000<br>CHICAGO IL 60602<br>MDL@MALMFELDT.COM |
| 000057P001-1488S-002<br>MASLON LLP<br>RIKKE DIERSSEN-MORICE<br>3300 WELLS FARGO CTR<br>90 SOUTH 7TH ST<br>MINNEAPOLIS MN 55402<br>RIKKE.MORICE@MASLON.COM | 000096P001-1488S-002<br>MASSACHUSETTS ATTORNEY GENERAL<br>MAURA HEALY<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 000098P001-1488S-002<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131<br>ATTORNEY.GENERAL@AG.STATE.MN.US | 000055P001-1488S-002<br>MURPHY AND MCGONIGLE PC<br>ROBERT HOWARD JR<br>4870 SALDER RD<br>STE 301<br>GLEN ALLEN VA 23060<br>ROBERT.HOWARD@MMLAWUS.COM |
| 000072P001-1488S-002<br>NATIONAL SECURITIES CLEARING CORP<br>JOANNE ACLAO<br>55 WATER ST<br>NEW YORK NY 10041<br>DTCCCREDITCONTROL@DTCC.COM | 000006P003-1488S-002<br>OFFICE OF THE US TRUSTEE<br>HECTOR DURAN JR<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002<br>HECTOR.DURAN.JR@USDOJ.GOV | 000068P002-1488S-002<br>PRESSWRITE PRINTING INC<br>KIM SAFFELL<br>3384 BROWNLOW AVE<br>MINNEAPOLIS MN 55426<br>KIM@PRESSWRITE.COM | 000056P001-1488S-002<br>PRICEWATERHOUSECOOPERS LLP<br>AILEN OKHAREDIA<br>PO BOX 952282<br>DALLAS TX 75395<br>AILEN.A.OKHAREDIA@PWC.COM |
| 000052P001-1488S-002<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>MICHAEL LIFTIK<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017<br>MICHAELLIFTIK@QUINNEMANUEL.COM | 000058P001-1488S-002<br>RICHARDS LAYTON & FINGER PA<br>C STEPHEN BIGLER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>BIGLER@RLF.COM | 000007P001-1488S-002<br>SECURITIES AND EXCHANGE COMMMISSION<br>OFFICE OF THE CHAIRMAN<br>100 F ST NE<br>WASHINGTON DC 20549<br>CHAIRMANOFFICE@SEC.GOV | 000008P001-1488S-002<br>SECURITIES AND EXCHANGE COMMMISSION<br>FT WORTH REG OFFICE<br>801 CHERRY ST UNIT 18<br>STE 1900<br>FORT WORTH TX 76102<br>DFW@SEC.GOV |
| 000073P002-1488S-002<br>SECURITIES TRANSFER CORP<br>PATRICIA STEPHAN<br>2901 N DALLAS PARKWAY<br>SUITE 380<br>PLANO TX 75093<br>PSTEPHAN@STCTRANSFER.COM | 000019P002-1488S-002<br>SIDLEY AUSTIN<br>MATTHEW A CLEMENTE<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>MCLEMENTE@SIDLEY.COM | 000122P001-1488S-002<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>MFISHEL@SIDLEY.COM | 000123P001-1488S-002<br>SIDLEY AUSTIN LLP<br>WILLIAM E CURTIN<br>787 7TH AVE<br>NEW YORK NY 10019<br>WCURTIN@SIDLEY.COM |

000030P001-1488S-002
SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065
SSILVER@SILVERLAW.COM

000045P001-1488S-002
THE BENEFICIENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201
GREG.EZELL@BENEFICIENT.COM

000010P001-1488S-002
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA STE 2300
HOUSTON TX 77002
USATXS.ATTY@USDOJ.GOV

000050P001-1488S-002
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-002
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000051P001-1488S-002
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000035P001-1488S-002
WEIL GOTSHAL & MANGES LLP
MATTHEW S BARR
767 FIFTH AVENUE
NEW YORK NY 10153
MATT.BARR@WEIL.COM

000036P001-1488S-002
WEIL GOTSHAL & MANGES LLP
DAVID N GRIFFITHS
767 FIFTH AVENUE
NEW YORK NY 10153
DAVID.GRIFFITHS@WEIL.COM

000037P001-1488S-002
WEIL GOTSHAL & MANGES LLP
MARTHA E MARTIR
767 FIFTH AVENUE
NEW YORK NY 10153
MARTHA.MARTIR@WEIL.COM

000017P001-1488S-002
WHITE & CASE LLP
THOMAS LAURIA
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
TLAURIA@WHITECASE.COM

000018P001-1488S-002
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000074P001-1488S-002
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-002
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

000046P002-1488S-002
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

# EXHIBIT 2

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Page**
**MASTER SERVICE LIST**

Page # : 1 of 1                                                                                    04/20/2022 08:15:18 PM

| | | | |
|---|---|---|---|
| 000038P001-1488S-002<br>BANK OF NEW YORK MELLON<br>240 GREENWICH ST<br>NEW YORK NY 10286 | 000031P001-1488S-002<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000039P001-1488S-002<br>BEAL BANK<br>6000 LEGACY DR<br>PLANO TX 75024 | 000040P001-1488S-002<br>BELL STATE BANK<br>BELL BANK<br>3800 AMERICAN BLVD W<br>STE 1450<br>BLOOMINGTON MN 55431 |
| 000079P001-1488S-002<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-002<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 | 000034P001-1488S-002<br>CREDIGY SOLUTIONS INC.<br>STE 200<br>NORCROSS GA 30092 | 000003P001-1488S-002<br>INTERNAL REVENUE SVC<br>31 HOPKINS PLZ<br>RM 1150<br>BALTIMORE MD 21201 |
| 000004P001-1488S-002<br>INTERNAL REVENUE SVC<br>500 N CAPITOL ST NW<br>WASHINGTON DC 20221 | 000005P001-1488S-002<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000041P001-1488S-002<br>KKR AND CO INC<br>30 HUDSON YARDS<br>NEW YORK NY 10001-2170 | 000043P001-1488S-002<br>KKR CREDIT ADVISORS (US) LLC<br>555 CALIFORNIA ST 50TH FL<br>SAN FRANCISCO CA 94104 |
| 000042P001-1488S-002<br>KKR LOAN ADMINISTRATION SVC LLC<br>4001 KENNETT PIKE<br>STE 302<br>WILMINGTON DE 19807 | 000105P001-1488S-002<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000071P001-1488S-002<br>NEW TANGRAM LLC<br>DANIELLE STEVENS<br>9200 SORENSEN AVE<br>SANTA FE SPRINGS CA 90670 | 000107P001-1488S-002<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 |
| 000116P001-1488S-002<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000009P001-1488S-002<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000044P001-1488S-002<br>WELLS FARGO BANK<br>600 4TH ST<br>MINNEAPOLIS MN 55415 | |

Records Printed :   **19**

# EXHIBIT 3

**GWG Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Page**
**MASTER SERVICE LIST**

Page # : 1 of 1                                                                                                04/20/2022 08:14:20 PM

| | | | |
|---|---|---|---|
| 000001P001-1488S-002 | 000002P001-1488S-002 | 000033P001-1488S-002 | 000118P001-1488S-002 |
| FRANCHISE TAX BOARD | INTERNAL REVENUE SVC | NATIONAL FOUNDERS LP | TENNESSEE ATTORNEY GENERAL |
| BANKRUPTCY SECTION MSA-340 | CENTRALIZED INSOLVENCY OPERATION | AS ADMINISTRATIVE AGENT | HERBERT H SLATERY III |
| PO BOX 2952 | PO BOX 7346 | PO BOX 1073 | PO BOX 20207 |
| SACRAMENTO CA 95812 | PHILADELPHIA PA 19101 | WILMINGTON DE 19899- | NASHVILLE TN 37202 |

Records Printed :   **4**

# EXHIBIT 4

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 1 of 334                                                                04/20/2022 10:33:34 PM

| | | | |
|---|---|---|---|
| 001149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003073P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 008577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 009388P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 010435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 017753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021376P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:34 PM

| 021377P001-1488A-002E | 021378P001-1488A-002E | 021379P001-1488A-002E | 021380P001-1488A-002E |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021381P001-1488A-002E | 021382P001-1488A-002E | 021383P001-1488A-002E | 021384P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021387P001-1488A-002E | 021388P002-1488A-002E | 021389P001-1488A-002E | 021390P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021391P001-1488A-002E | 021392P001-1488A-002E | 021393P001-1488A-002E | 021394P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021395P001-1488A-002E | 021397P001-1488A-002E | 021399P001-1488A-002E | 021400P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021401P001-1488A-002E | 021402P001-1488A-002E | 021403P001-1488A-002E | 021404P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:34 PM

| | | | |
|---|---|---|---|
| 021406P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021407P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021408P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021409P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021411P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021417P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021422P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021426P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021430P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:34 PM

| | | | |
|---|---|---|---|
| 021431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021432P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021445P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021448P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021453P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021454P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021457P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:34 PM

| | | | |
|---|---|---|---|
| 021461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021475P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021477P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021478P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021482P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021523P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021549P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021554P001-1488A-002E | 021555P001-1488A-002E | 021556P001-1488A-002E | 021557P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021559P001-1488A-002E | 021560P001-1488A-002E | 021561P001-1488A-002E | 021562P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021563P001-1488A-002E | 021564P001-1488A-002E | 021565P002-1488A-002E | 021568P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021569P001-1488A-002E | 021570P001-1488A-002E | 021571P001-1488A-002E | 021573P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021574P001-1488A-002E | 021575P001-1488A-002E | 021576P001-1488A-002E | 021577P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021579P001-1488A-002E | 021580P001-1488A-002E | 021581P001-1488A-002E | 021582P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021585P001-1488A-002E | 021586P001-1488A-002E | 021588P001-1488A-002E | 021589P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021590P001-1488A-002E | 021591P001-1488A-002E | 021592P001-1488A-002E | 021593P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021594P001-1488A-002E | 021595P001-1488A-002E | 021596P001-1488A-002E | 021597P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021598P002-1488A-002E | 021599P002-1488A-002E | 021600P001-1488A-002E | 021602P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021603P001-1488A-002E | 021604P001-1488A-002E | 021605P001-1488A-002E | 021606P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021607P001-1488A-002E | 021608P001-1488A-002E | 021609P002-1488A-002E | 021610P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021612P001-1488A-002E | 021613P001-1488A-002E | 021614P001-1488A-002E | 021615P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021616P001-1488A-002E | 021617P001-1488A-002E | 021618P001-1488A-002E | 021619P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021621P001-1488A-002E | 021622P001-1488A-002E | 021623P001-1488A-002E | 021624P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021625P001-1488A-002E | 021626P001-1488A-002E | 021627P001-1488A-002E | 021628P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021629P001-1488A-002E | 021630P001-1488A-002E | 021631P001-1488A-002E | 021632P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021633P001-1488A-002E | 021634P001-1488A-002E | 021635P001-1488A-002E | 021636P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021637P001-1488A-002E | 021638P001-1488A-002E | 021639P001-1488A-002E | 021640P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021642P001-1488A-002E | 021643P001-1488A-002E | 021644P001-1488A-002E | 021645P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021646P001-1488A-002E | 021647P001-1488A-002E | 021650P001-1488A-002E | 021651P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021652P001-1488A-002E | 021653P001-1488A-002E | 021654P001-1488A-002E | 021655P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021657P001-1488A-002E | 021658P001-1488A-002E | 021659P001-1488A-002E | 021661P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021662P001-1488A-002E | 021663P001-1488A-002E | 021664P001-1488A-002E | 021665P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021667P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021669P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021670P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021672P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021680P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021683P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021686P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021688P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021690P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021691P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021692P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021693P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021694P002-1488A-002E | 021695P001-1488A-002E | 021699P001-1488A-002E | 021700P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021701P001-1488A-002E | 021702P001-1488A-002E | 021703P001-1488A-002E | 021704P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021705P001-1488A-002E | 021706P001-1488A-002E | 021707P001-1488A-002E | 021708P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021709P001-1488A-002E | 021710P001-1488A-002E | 021711P001-1488A-002E | 021712P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021713P001-1488A-002E | 021714P001-1488A-002E | 021715P001-1488A-002E | 021717P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021718P001-1488A-002E | 021719P001-1488A-002E | 021720P002-1488A-002E | 021722P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021724P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021725P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021726P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021727P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021733P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021734P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021737P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021739P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021743P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021744P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021746P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021752P001-1488A-002E | 021754P001-1488A-002E | 021755P001-1488A-002E | 021756P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021757P001-1488A-002E | 021758P001-1488A-002E | 021762P001-1488A-002E | 021763P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021765P001-1488A-002E | 021767P001-1488A-002E | 021768P001-1488A-002E | 021769P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021771P001-1488A-002E | 021772P001-1488A-002E | 021775P001-1488A-002E | 021777P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021778P001-1488A-002E | 021779P001-1488A-002E | 021780P001-1488A-002E | 021781P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021782P001-1488A-002E | 021783P001-1488A-002E | 021784P001-1488A-002E | 021786P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021793P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021795P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021796P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021799P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021800P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021809P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021810P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021811P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021813P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021815P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021816P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021817P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021819P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021820P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021821P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021822P001-1488A-002E | 021823P001-1488A-002E | 021824P001-1488A-002E | 021825P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021826P001-1488A-002E | 021827P001-1488A-002E | 021828P001-1488A-002E | 021829P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021830P001-1488A-002E | 021832P001-1488A-002E | 021833P001-1488A-002E | 021834P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021835P001-1488A-002E | 021836P001-1488A-002E | 021837P001-1488A-002E | 021838P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021839P001-1488A-002E | 021840P002-1488A-002E | 021841P001-1488A-002E | 021843P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021844P001-1488A-002E | 021845P001-1488A-002E | 021846P001-1488A-002E | 021847P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021849P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021853P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021854P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021857P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021863P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021870P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 19 of 334                                                                04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021878P001-1488A-002E | 021879P001-1488A-002E | 021881P001-1488A-002E | 021882P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021883P001-1488A-002E | 021884P001-1488A-002E | 021885P002-1488A-002E | 021886P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021887P001-1488A-002E | 021888P001-1488A-002E | 021890P001-1488A-002E | 021891P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021892P001-1488A-002E | 021893P001-1488A-002E | 021894P001-1488A-002E | 021896P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021897P001-1488A-002E | 021898P001-1488A-002E | 021899P001-1488A-002E | 021900P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021901P001-1488A-002E | 021902P001-1488A-002E | 021905P001-1488A-002E | 021906P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 20 of 334                                                                                    04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021910P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021912P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021917P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021921P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021923P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021927P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021928P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021929P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021932P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021942P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021944P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021955P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021966P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 021969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021971P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021981P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021982P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021983P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022000P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022004P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022010P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022013P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022054P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022055P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022057P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022058P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022059P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022061P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022062P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022063P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022064P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022065P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022066P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022067P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022068P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022069P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022070P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022071P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022073P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022074P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022075P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022076P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022077P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022078P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022087P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022089P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022096P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022099P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022102P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022109P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022111P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022117P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022121P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022123P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022129P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022134P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022152P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022155P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022157P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022159P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022161P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022164P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022167P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| 022169P001-1488A-002E | 022170P001-1488A-002E | 022172P001-1488A-002E | 022174P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 022177P001-1488A-002E | 022178P001-1488A-002E | 022179P001-1488A-002E | 022180P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 022182P001-1488A-002E | 022183P001-1488A-002E | 022184P001-1488A-002E | 022185P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 022186P001-1488A-002E | 022187P001-1488A-002E | 022188P001-1488A-002E | 022189P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 022190P001-1488A-002E | 022191P001-1488A-002E | 022192P002-1488A-002E | 022193P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 022196P001-1488A-002E | 022197P001-1488A-002E | 022200P001-1488A-002E | 022202P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022210P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022214P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022217P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022218P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022219P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022220P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022221P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022222P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022223P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022224P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022226P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022228P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022229P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022235P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022236P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022237P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022245P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022247P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022249P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022254P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 022259P001-1488A-002E | 022260P001-1488A-002E | 022261P001-1488A-002E | 022262P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022263P001-1488A-002E | 022264P001-1488A-002E | 022265P001-1488A-002E | 022266P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022268P001-1488A-002E | 022269P001-1488A-002E | 022270P001-1488A-002E | 022271P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022273P001-1488A-002E | 022274P001-1488A-002E | 022275P001-1488A-002E | 022276P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022277P001-1488A-002E | 022278P001-1488A-002E | 022279P001-1488A-002E | 022280P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022281P002-1488A-002E | 022282P001-1488A-002E | 022284P001-1488A-002E | 022285P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022300P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022319P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022325P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022326P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022333P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022338P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022343P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022347P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022351P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022352P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022353P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022362P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022388P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022398P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022402P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022406P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022407P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022408P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022411P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022415P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022417P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022430P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 608 Filed in TXSB on 04/21/22   Page 52 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 022440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022445P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022467P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022469P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022474P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022477P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022511P001-1488A-002E | 022516P001-1488A-002E | 022517P001-1488A-002E | 022518P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022519P001-1488A-002E | 022521P001-1488A-002E | 022522P001-1488A-002E | 022523P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022524P001-1488A-002E | 022526P001-1488A-002E | 022527P001-1488A-002E | 022528P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022529P001-1488A-002E | 022530P001-1488A-002E | 022531P001-1488A-002E | 022532P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022534P001-1488A-002E | 022536P001-1488A-002E | 022537P001-1488A-002E | 022539P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022540P001-1488A-002E | 022542P001-1488A-002E | 022543P001-1488A-002E | 022544P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022545P001-1488A-002E | 022546P001-1488A-002E | 022547P001-1488A-002E | 022549P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022550P001-1488A-002E | 022552P001-1488A-002E | 022553P001-1488A-002E | 022555P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022556P001-1488A-002E | 022557P001-1488A-002E | 022558P001-1488A-002E | 022559P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022560P001-1488A-002E | 022561P001-1488A-002E | 022563P001-1488A-002E | 022564P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022565P001-1488A-002E | 022566P001-1488A-002E | 022567P001-1488A-002E | 022568P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022569P001-1488A-002E | 022571P001-1488A-002E | 022572P001-1488A-002E | 022573P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022580P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022584P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022586P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022592P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022608P001-1488A-002E | 022609P001-1488A-002E | 022610P001-1488A-002E | 022611P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022612P001-1488A-002E | 022613P001-1488A-002E | 022615P001-1488A-002E | 022616P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022617P001-1488A-002E | 022619P001-1488A-002E | 022620P001-1488A-002E | 022621P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022622P001-1488A-002E | 022623P001-1488A-002E | 022624P001-1488A-002E | 022625P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022626P001-1488A-002E | 022627P001-1488A-002E | 022628P001-1488A-002E | 022630P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022631P001-1488A-002E | 022633P001-1488A-002E | 022634P001-1488A-002E | 022635P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022638P001-1488A-002E | 022640P001-1488A-002E | 022641P001-1488A-002E | 022643P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022644P001-1488A-002E | 022646P001-1488A-002E | 022648P001-1488A-002E | 022649P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022650P001-1488A-002E | 022651P001-1488A-002E | 022652P001-1488A-002E | 022656P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022657P001-1488A-002E | 022658P001-1488A-002E | 022660P001-1488A-002E | 022661P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022663P001-1488A-002E | 022665P001-1488A-002E | 022666P001-1488A-002E | 022667P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022668P001-1488A-002E | 022669P001-1488A-002E | 022670P001-1488A-002E | 022671P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022672P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022676P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022678P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022683P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022686P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022687P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022688P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022690P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022692P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022693P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022694P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022695P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022696P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022697P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022699P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022703P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022704P001-1488A-002E | 022705P001-1488A-002E | 022706P001-1488A-002E | 022707P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022708P001-1488A-002E | 022709P001-1488A-002E | 022710P001-1488A-002E | 022713P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022714P001-1488A-002E | 022715P001-1488A-002E | 022716P001-1488A-002E | 022717P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022718P001-1488A-002E | 022719P001-1488A-002E | 022720P001-1488A-002E | 022721P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022722P001-1488A-002E | 022723P001-1488A-002E | 022724P001-1488A-002E | 022725P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022726P001-1488A-002E | 022728P001-1488A-002E | 022729P001-1488A-002E | 022730P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022736P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022737P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022738P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022739P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022740P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022742P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022746P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022757P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022763P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022769P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022770P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022771P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022773P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022788P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022790P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022791P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022793P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022796P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022800P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022806P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022808P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022809P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022810P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022811P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022813P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022815P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022816P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022817P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022818P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022819P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022820P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022821P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022823P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022824P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022825P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022827P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022828P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022829P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022830P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022831P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022832P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022840P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022841P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022842P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022843P001-1488A-002E | 022845P001-1488A-002E | 022846P001-1488A-002E | 022847P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022848P001-1488A-002E | 022850P001-1488A-002E | 022851P001-1488A-002E | 022853P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022854P001-1488A-002E | 022856P001-1488A-002E | 022857P001-1488A-002E | 022858P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022861P001-1488A-002E | 022862P001-1488A-002E | 022863P001-1488A-002E | 022864P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022865P001-1488A-002E | 022866P001-1488A-002E | 022867P001-1488A-002E | 022868P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022870P001-1488A-002E | 022871P001-1488A-002E | 022872P001-1488A-002E | 022873P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022883P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022884P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022891P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022892P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022896P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022899P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022901P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022902P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022905P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022906P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022912P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022916P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022917P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022921P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022923P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022926P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022927P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022929P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022932P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022935P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022944P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022964P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022973P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022983P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 669 Filed in TXSB on 04/21/22   Page 70 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 022996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022997P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023004P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023033P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023038P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023050P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023051P001-1488A-002E | 023052P001-1488A-002E | 023053P001-1488A-002E | 023054P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023055P001-1488A-002E | 023056P001-1488A-002E | 023057P001-1488A-002E | 023058P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023060P001-1488A-002E | 023061P001-1488A-002E | 023062P001-1488A-002E | 023063P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023064P001-1488A-002E | 023065P001-1488A-002E | 023066P001-1488A-002E | 023067P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023069P001-1488A-002E | 023070P001-1488A-002E | 023071P001-1488A-002E | 023072P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023074P001-1488A-002E | 023075P001-1488A-002E | 023076P001-1488A-002E | 023077P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023078P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023079P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023081P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023082P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023084P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023087P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023090P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023096P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023107P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023111P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023115P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023117P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023121P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023128P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023129P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023131P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023146P001-1488A-002E | 023147P001-1488A-002E | 023148P001-1488A-002E | 023149P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023150P001-1488A-002E | 023152P001-1488A-002E | 023153P001-1488A-002E | 023154P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023155P001-1488A-002E | 023156P001-1488A-002E | 023157P001-1488A-002E | 023159P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023161P001-1488A-002E | 023162P001-1488A-002E | 023164P001-1488A-002E | 023165P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023166P001-1488A-002E | 023167P001-1488A-002E | 023168P001-1488A-002E | 023169P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023170P001-1488A-002E | 023171P001-1488A-002E | 023172P001-1488A-002E | 023174P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023176P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023177P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023178P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023183P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023210P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023214P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023216P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023217P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023218P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023219P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023220P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023223P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023225P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023227P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023228P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023229P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023231P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023234P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023235P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023236P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023237P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023249P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023254P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023258P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023259P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023261P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023262P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023263P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 64 of 334                                                                                    04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023266P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023269P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023276P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023277P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023278P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023282P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023284P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023292P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023297P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023300P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023305P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023319P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023322P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023338P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023339P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023347P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023351P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023352P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023353P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023354P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023355P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023362P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023386P001-1488A-002E | 023387P001-1488A-002E | 023388P001-1488A-002E | 023389P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023390P001-1488A-002E | 023391P001-1488A-002E | 023392P001-1488A-002E | 023394P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023395P001-1488A-002E | 023396P001-1488A-002E | 023397P001-1488A-002E | 023398P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023399P001-1488A-002E | 023402P001-1488A-002E | 023403P001-1488A-002E | 023405P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023407P001-1488A-002E | 023408P001-1488A-002E | 023409P001-1488A-002E | 023410P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023411P001-1488A-002E | 023412P001-1488A-002E | 023413P001-1488A-002E | 023414P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023415P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023438P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023445P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023448P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023453P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023454P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023459P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023464P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023467P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023469P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 023474P001-1488A-002E | 023475P001-1488A-002E | 023477P001-1488A-002E | 023478P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023479P001-1488A-002E | 023481P001-1488A-002E | 023482P001-1488A-002E | 023483P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023484P001-1488A-002E | 023485P001-1488A-002E | 023486P001-1488A-002E | 023487P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023489P001-1488A-002E | 023490P001-1488A-002E | 023491P001-1488A-002E | 023495P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023498P001-1488A-002E | 023499P001-1488A-002E | 023500P001-1488A-002E | 023501P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023502P001-1488A-002E | 023503P001-1488A-002E | 023504P001-1488A-002E | 023505P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023528P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023549P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023559P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023561P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023562P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023563P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

---

| | | | |
|---|---|---|---|
| 023566P001-1488A-002E | 023567P001-1488A-002E | 023568P001-1488A-002E | 023569P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023571P001-1488A-002E | 023575P001-1488A-002E | 023576P001-1488A-002E | 023578P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023580P001-1488A-002E | 023582P001-1488A-002E | 023583P001-1488A-002E | 023584P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023585P001-1488A-002E | 023587P001-1488A-002E | 023588P001-1488A-002E | 023589P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023591P001-1488A-002E | 023592P001-1488A-002E | 023593P001-1488A-002E | 023594P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023595P001-1488A-002E | 023596P001-1488A-002E | 023597P001-1488A-002E | 023598P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| 023600P001-1488A-002E | 023601P001-1488A-002E | 023602P001-1488A-002E | 023603P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023604P001-1488A-002E | 023605P001-1488A-002E | 023606P001-1488A-002E | 023607P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023608P001-1488A-002E | 023609P001-1488A-002E | 023610P001-1488A-002E | 023615P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023616P001-1488A-002E | 023619P001-1488A-002E | 023621P001-1488A-002E | 023623P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023624P001-1488A-002E | 023625P001-1488A-002E | 023626P001-1488A-002E | 023628P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023629P001-1488A-002E | 023630P001-1488A-002E | 023631P001-1488A-002E | 023632P002-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023635P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023638P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023640P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023644P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023647P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023648P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023651P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023656P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023658P001-1488A-002E | 023659P001-1488A-002E | 023662P001-1488A-002E | 023663P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023664P001-1488A-002E | 023665P001-1488A-002E | 023667P001-1488A-002E | 023669P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023670P001-1488A-002E | 023671P001-1488A-002E | 023674P001-1488A-002E | 023675P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023678P001-1488A-002E | 023679P001-1488A-002E | 023682P001-1488A-002E | 023683P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023684P001-1488A-002E | 023685P001-1488A-002E | 023686P001-1488A-002E | 023687P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023690P001-1488A-002E | 023691P001-1488A-002E | 023692P001-1488A-002E | 023694P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023696P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023699P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023701P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023702P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023703P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023704P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023706P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023707P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023708P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023709P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023710P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023711P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023712P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023714P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023716P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023717P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023718P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023719P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023721P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023722P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023724P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023725P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023726P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023727P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023728P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023736P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023737P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023738P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023739P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023746P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023754P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023757P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023763P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023770P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023771P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023773P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023788P001-1488A-002E | 023789P001-1488A-002E | 023790P001-1488A-002E | 023793P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023794P001-1488A-002E | 023796P001-1488A-002E | 023797P001-1488A-002E | 023798P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023800P001-1488A-002E | 023801P001-1488A-002E | 023802P001-1488A-002E | 023803P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023804P001-1488A-002E | 023807P001-1488A-002E | 023808P001-1488A-002E | 023810P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023811P001-1488A-002E | 023813P001-1488A-002E | 023815P002-1488A-002E | 023816P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023817P001-1488A-002E | 023818P001-1488A-002E | 023819P001-1488A-002E | 023820P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023821P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023822P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023823P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023824P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023825P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023826P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023827P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023829P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023830P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023834P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023836P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023837P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023841P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023842P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023845P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023868P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023870P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023873P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023884P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023885P001-1488A-002E | 023886P001-1488A-002E | 023887P001-1488A-002E | 023888P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023889P001-1488A-002E | 023891P001-1488A-002E | 023892P001-1488A-002E | 023893P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023894P001-1488A-002E | 023895P001-1488A-002E | 023896P001-1488A-002E | 023897P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023899P001-1488A-002E | 023900P001-1488A-002E | 023901P001-1488A-002E | 023905P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023906P001-1488A-002E | 023907P001-1488A-002E | 023908P002-1488A-002E | 023909P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023910P001-1488A-002E | 023911P001-1488A-002E | 023912P001-1488A-002E | 023913P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023918P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023921P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023935P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023939P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023942P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023944P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 023981P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023983P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023988P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023989P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024000P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024050P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024052P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024053P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024054P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024055P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024057P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024058P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024059P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024061P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024062P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024063P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024064P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024065P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024066P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024067P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024070P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 024071P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024072P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024073P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024074P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024075P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024076P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024078P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024079P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024082P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024084P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024086P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024087P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024089P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024090P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024091P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024096P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024098P001-1488A-002E | 024099P001-1488A-002E | 024100P001-1488A-002E | 024102P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024103P001-1488A-002E | 024104P001-1488A-002E | 024105P001-1488A-002E | 024107P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024108P001-1488A-002E | 024109P001-1488A-002E | 024111P001-1488A-002E | 024112P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024115P001-1488A-002E | 024116P001-1488A-002E | 024117P001-1488A-002E | 024118P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024120P001-1488A-002E | 024121P001-1488A-002E | 024122P001-1488A-002E | 024124P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024126P001-1488A-002E | 024127P001-1488A-002E | 024128P001-1488A-002E | 024130P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024131P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024147P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024152P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024155P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024159P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024161P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024164P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024169P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024171P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024172P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024173P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024174P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024175P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024177P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024179P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024182P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024183P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024196P001-1488A-002E | 024197P001-1488A-002E | 024198P001-1488A-002E | 024199P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024200P001-1488A-002E | 024201P001-1488A-002E | 024202P001-1488A-002E | 024205P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024206P001-1488A-002E | 024207P001-1488A-002E | 024208P002-1488A-002E | 024209P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024211P001-1488A-002E | 024214P001-1488A-002E | 024215P001-1488A-002E | 024217P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024218P001-1488A-002E | 024219P001-1488A-002E | 024221P001-1488A-002E | 024223P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024224P001-1488A-002E | 024225P001-1488A-002E | 024227P001-1488A-002E | 024228P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024230P001-1488A-002E | 024231P001-1488A-002E | 024232P001-1488A-002E | 024233P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024234P001-1488A-002E | 024235P001-1488A-002E | 024236P001-1488A-002E | 024237P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024239P001-1488A-002E | 024240P001-1488A-002E | 024243P001-1488A-002E | 024246P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024247P001-1488A-002E | 024249P001-1488A-002E | 024250P001-1488A-002E | 024251P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024252P001-1488A-002E | 024253P001-1488A-002E | 024254P001-1488A-002E | 024256P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024259P001-1488A-002E | 024260P001-1488A-002E | 024261P001-1488A-002E | 024262P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024263P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024264P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024267P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024269P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024276P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024277P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024282P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024292P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 112 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 024296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024297P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024300P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024301P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024322P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

---

024325P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024326P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024327P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024328P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024329P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024330P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024332P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024333P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024334P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024335P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024338P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024339P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024340P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024341P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024342P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024343P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024345P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024346P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024347P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024348P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024349P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024351P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024353P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024354P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024355P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024386P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024388P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024390P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024398P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024400P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024403P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024404P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024405P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024406P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024409P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024411P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024417P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:35 PM

| | | | |
|---|---|---|---|
| 024422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024438P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

024454P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024455P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024456P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024457P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024458P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024459P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024460P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024461P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024462P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024464P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024467P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024470P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024471P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024472P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024473P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024474P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024475P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024482P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024483P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024486P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024487P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024488P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024491P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

024492P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 118 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 103 of 334                                                                          04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024505P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 120 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024556P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024562P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024563P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024564P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024570P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024573P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024581P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 121 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 024582P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024585P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024586P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024589P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024590P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024596P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024609P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024623P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024625P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024638P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024644P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 123 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 024645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024651P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024658P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024659P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024660P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024664P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024665P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024667P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024669P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024670P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024675P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024679P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024680P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024683P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024686P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024690P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024693P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024694P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024695P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024698P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024699P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024702P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024703P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024704P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024705P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024706P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024707P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024708P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024710P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024711P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024712P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 125 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 110 of 334                                                                                    04/20/2022 10:33:36 PM

| 024714P001-1488A-002E | 024715P001-1488A-002E | 024716P001-1488A-002E | 024717P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024718P001-1488A-002E | 024720P001-1488A-002E | 024721P001-1488A-002E | 024722P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024725P001-1488A-002E | 024726P001-1488A-002E | 024727P001-1488A-002E | 024729P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024730P001-1488A-002E | 024731P002-1488A-002E | 024732P001-1488A-002E | 024733P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024734P001-1488A-002E | 024735P001-1488A-002E | 024736P001-1488A-002E | 024737P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024739P001-1488A-002E | 024741P001-1488A-002E | 024742P001-1488A-002E | 024743P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024744P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024746P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024757P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024758P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024763P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024769P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024773P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024790P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024792P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024796P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024799P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 128 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024804P001-1488A-002E | 024805P001-1488A-002E | 024806P001-1488A-002E | 024808P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024810P001-1488A-002E | 024812P001-1488A-002E | 024813P001-1488A-002E | 024814P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024815P001-1488A-002E | 024816P001-1488A-002E | 024817P001-1488A-002E | 024819P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024820P001-1488A-002E | 024822P001-1488A-002E | 024824P001-1488A-002E | 024825P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024826P001-1488A-002E | 024827P001-1488A-002E | 024829P001-1488A-002E | 024830P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024832P001-1488A-002E | 024833P001-1488A-002E | 024834P001-1488A-002E | 024835P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024840P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024841P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024842P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024843P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024849P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024854P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024857P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024868P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024875P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024884P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024886P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024891P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024892P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024899P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024904P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024905P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024906P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024910P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024912P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024923P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024926P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024929P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024935P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024939P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024944P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024953P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 118 of 334                                                                                    04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 024968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024982P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024988P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024989P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 134 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 025001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025013P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025033P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025036P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025038P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025047P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025050P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025052P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025053P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025057P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025058P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025061P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025062P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025063P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025064P001-1488A-002E | 025065P001-1488A-002E | 025066P001-1488A-002E | 025067P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025070P001-1488A-002E | 025071P001-1488A-002E | 025073P001-1488A-002E | 025074P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025077P001-1488A-002E | 025078P001-1488A-002E | 025079P001-1488A-002E | 025081P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025082P001-1488A-002E | 025083P001-1488A-002E | 025084P001-1488A-002E | 025085P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025086P001-1488A-002E | 025088P001-1488A-002E | 025089P001-1488A-002E | 025090P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025091P001-1488A-002E | 025093P001-1488A-002E | 025094P001-1488A-002E | 025095P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025097P001-1488A-002E | 025098P001-1488A-002E | 025100P001-1488A-002E | 025101P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025102P001-1488A-002E | 025103P001-1488A-002E | 025104P001-1488A-002E | 025105P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025106P001-1488A-002E | 025107P001-1488A-002E | 025108P001-1488A-002E | 025109P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025110P001-1488A-002E | 025112P001-1488A-002E | 025115P001-1488A-002E | 025117P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025118P001-1488A-002E | 025119P001-1488A-002E | 025120P001-1488A-002E | 025122P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025123P001-1488A-002E | 025124P001-1488A-002E | 025125P001-1488A-002E | 025126P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 138 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

04/20/2022 10:33:36 PM

025127P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025128P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025129P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025131P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025132P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025133P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025134P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025135P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025137P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025138P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025139P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025140P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025141P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025142P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025143P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025145P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025146P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025147P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025148P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025149P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025150P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025151P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025152P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025153P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025154P001-1488A-002E | 025155P001-1488A-002E | 025156P001-1488A-002E | 025157P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025158P001-1488A-002E | 025159P001-1488A-002E | 025161P001-1488A-002E | 025162P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025163P001-1488A-002E | 025166P001-1488A-002E | 025167P001-1488A-002E | 025168P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025169P001-1488A-002E | 025170P001-1488A-002E | 025171P001-1488A-002E | 025172P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025173P001-1488A-002E | 025175P001-1488A-002E | 025176P001-1488A-002E | 025177P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025178P001-1488A-002E | 025180P001-1488A-002E | 025181P001-1488A-002E | 025182P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 025183P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025214P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025218P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025219P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025220P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025221P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025222P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025223P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025225P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025226P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025228P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025229P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025231P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025235P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025236P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025237P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025243P001-1488A-002E | 025244P001-1488A-002E | 025246P001-1488A-002E | 025247P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025249P001-1488A-002E | 025250P001-1488A-002E | 025251P001-1488A-002E | 025252P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025253P001-1488A-002E | 025255P001-1488A-002E | 025256P001-1488A-002E | 025257P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025258P001-1488A-002E | 025260P001-1488A-002E | 025261P001-1488A-002E | 025263P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025268P001-1488A-002E | 025269P001-1488A-002E | 025270P001-1488A-002E | 025271P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025274P001-1488A-002E | 025275P001-1488A-002E | 025277P001-1488A-002E | 025278P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025281P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025284P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025301P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025305P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025319P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025322P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025326P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025333P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025339P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 145 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 025346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025347P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025353P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025354P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025362P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025386P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025388P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025390P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025394P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025395P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025396P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025397P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025398P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025400P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025402P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025403P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025404P001-1488A-002E | 025405P001-1488A-002E | 025407P001-1488A-002E | 025410P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025411P001-1488A-002E | 025412P001-1488A-002E | 025413P001-1488A-002E | 025414P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025415P001-1488A-002E | 025416P001-1488A-002E | 025417P001-1488A-002E | 025418P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025419P001-1488A-002E | 025420P001-1488A-002E | 025421P001-1488A-002E | 025423P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025424P001-1488A-002E | 025425P001-1488A-002E | 025426P001-1488A-002E | 025427P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025428P001-1488A-002E | 025429P001-1488A-002E | 025430P001-1488A-002E | 025431P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025438P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025457P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025464P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025469P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025474P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025475P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025482P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025490P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 025503P001-1488A-002E | 025504P001-1488A-002E | 025505P001-1488A-002E | 025506P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025507P001-1488A-002E | 025508P001-1488A-002E | 025510P001-1488A-002E | 025511P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025512P001-1488A-002E | 025513P001-1488A-002E | 025514P001-1488A-002E | 025515P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025516P001-1488A-002E | 025517P001-1488A-002E | 025518P001-1488A-002E | 025519P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025520P001-1488A-002E | 025521P001-1488A-002E | 025523P001-1488A-002E | 025525P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025526P001-1488A-002E | 025528P001-1488A-002E | 025529P001-1488A-002E | 025531P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 025532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025549P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025556P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025559P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025564P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025568P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025573P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025579P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025581P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025582P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025584P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025585P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025586P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025589P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025596P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025609P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025611P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025613P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025614P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025631P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025635P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025638P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025647P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

---

025651P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025652P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025653P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025654P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025657P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025658P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025660P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025661P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025663P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025664P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025666P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025667P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025669P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025670P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025671P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025673P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025675P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025676P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025677P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025678P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025679P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025681P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025682P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025683P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025685P001-1488A-002E | 025686P002-1488A-002E | 025687P001-1488A-002E | 025689P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025690P001-1488A-002E | 025692P001-1488A-002E | 025693P001-1488A-002E | 025694P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025696P001-1488A-002E | 025697P001-1488A-002E | 025698P001-1488A-002E | 025699P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025700P001-1488A-002E | 025701P001-1488A-002E | 025702P001-1488A-002E | 025703P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025704P001-1488A-002E | 025705P001-1488A-002E | 025706P001-1488A-002E | 025707P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025708P001-1488A-002E | 025710P001-1488A-002E | 025711P001-1488A-002E | 025712P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025714P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025715P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025716P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025717P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025718P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025719P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025720P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025721P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025722P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025725P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025727P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025728P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025733P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025734P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025737P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025738P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025739P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025740P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 158 of 594

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 143 of 334                                                                                    04/20/2022 10:33:36 PM

025743P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025744P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025746P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025747P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025750P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025751P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025753P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025754P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025755P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025756P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025758P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025760P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025761P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025764P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025765P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025766P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025769P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025770P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025771P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025772P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025773P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025774P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025775P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

025777P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025808P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025809P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025810P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025811P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025813P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 025815P001-1488A-002E | 025816P001-1488A-002E | 025817P001-1488A-002E | 025818P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025819P001-1488A-002E | 025821P001-1488A-002E | 025822P001-1488A-002E | 025823P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025824P001-1488A-002E | 025825P001-1488A-002E | 025826P001-1488A-002E | 025827P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025829P001-1488A-002E | 025830P001-1488A-002E | 025831P001-1488A-002E | 025833P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025835P001-1488A-002E | 025836P001-1488A-002E | 025837P001-1488A-002E | 025838P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025840P001-1488A-002E | 025841P001-1488A-002E | 025842P001-1488A-002E | 025843P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 025844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025845P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025849P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025854P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025857P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025858P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025868P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025870P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025873P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025875P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025883P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025886P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025891P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025892P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025896P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025901P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025902P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025904P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025906P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025910P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025913P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025916P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025921P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025923P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025927P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025929P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025939P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025942P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025944P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 025966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025971P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025973P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025988P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025989P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025997P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 026000P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026003P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026033P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026038P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026047P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026052P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026053P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026054P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026055P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026057P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026058P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026059P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026062P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026063P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026064P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026065P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026066P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026067P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026068P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026069P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026070P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026071P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026072P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026073P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026074P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026077P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026078P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026079P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026081P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026082P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026083P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026086P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026090P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026100P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026101P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026111P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026115P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026117P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026121P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026122P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026124P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026128P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026131P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026134P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026136P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026146P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026155P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026159P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026161P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026164P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026167P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026171P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026172P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026173P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026176P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026177P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026183P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026208P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026214P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026216P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026217P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026218P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026219P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026220P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026221P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026222P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026223P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026224P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026225P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026227P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026228P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026235P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026237P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026245P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026249P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026261P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026264P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026267P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 026270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026272P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026276P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026277P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026278P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026279P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026281P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026284P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026297P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 175 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 026301P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026305P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026319P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026322P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026325P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026326P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| 026331P001-1488A-002E | 026333P001-1488A-002E | 026334P001-1488A-002E | 026335P001-1488A-002E |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026336P001-1488A-002E | 026337P001-1488A-002E | 026339P001-1488A-002E | 026341P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026343P001-1488A-002E | 026344P001-1488A-002E | 026345P001-1488A-002E | 026346P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026347P001-1488A-002E | 026348P001-1488A-002E | 026349P001-1488A-002E | 026350P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026351P001-1488A-002E | 026352P001-1488A-002E | 026353P001-1488A-002E | 026354P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026355P001-1488A-002E | 026356P001-1488A-002E | 026358P001-1488A-002E | 026359P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026386P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026390P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026395P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026396P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026398P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026402P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026403P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026405P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026406P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026407P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026408P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026409P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026411P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026417P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026420P001-1488A-002E | 026421P001-1488A-002E | 026422P001-1488A-002E | 026423P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026424P001-1488A-002E | 026425P001-1488A-002E | 026426P001-1488A-002E | 026427P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026428P001-1488A-002E | 026429P001-1488A-002E | 026430P001-1488A-002E | 026431P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026432P001-1488A-002E | 026434P001-1488A-002E | 026435P001-1488A-002E | 026436P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026437P001-1488A-002E | 026438P001-1488A-002E | 026439P001-1488A-002E | 026440P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026441P001-1488A-002E | 026442P001-1488A-002E | 026445P001-1488A-002E | 026446P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 026447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026448P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026453P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026457P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026464P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026467P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026469P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 181 of 594

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 166 of 334                                                                04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026474P001-1488A-002E | 026475P001-1488A-002E | 026476P001-1488A-002E | 026477P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026478P001-1488A-002E | 026479P001-1488A-002E | 026480P001-1488A-002E | 026481P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026482P001-1488A-002E | 026483P001-1488A-002E | 026484P001-1488A-002E | 026485P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026486P001-1488A-002E | 026487P001-1488A-002E | 026488P001-1488A-002E | 026489P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026490P001-1488A-002E | 026491P001-1488A-002E | 026492P001-1488A-002E | 026494P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026495P001-1488A-002E | 026496P001-1488A-002E | 026497P001-1488A-002E | 026498P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026528P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026529P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026549P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026561P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026562P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026563P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026573P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026579P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026580P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026581P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026582P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026584P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026585P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026589P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026592P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026596P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026609P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026613P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026614P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026615P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026625P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026635P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026638P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026640P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026642P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026644P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026648P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026651P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026658P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026662P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026663P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026664P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026669P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026670P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026672P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026676P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026679P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026680P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 188 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 173 of 334                                                                04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026683P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026687P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026690P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026691P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026692P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026693P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026694P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026695P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026696P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026697P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026698P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026702P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026703P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026704P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026706P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026709P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026710P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026711P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026712P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026714P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026715P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026716P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026717P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026718P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026719P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026720P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026721P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026724P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026725P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026726P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026727P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026728P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026733P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026734P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026736P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 026737P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026739P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026743P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026744P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026746P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026754P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026758P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026771P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026773P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026788P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026791P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026792P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026793P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026800P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| 026806P001-1488A-002E | 026807P001-1488A-002E | 026808P001-1488A-002E | 026809P001-1488A-002E |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026810P001-1488A-002E | 026811P001-1488A-002E | 026812P001-1488A-002E | 026814P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026816P001-1488A-002E | 026817P001-1488A-002E | 026818P001-1488A-002E | 026819P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026820P001-1488A-002E | 026821P001-1488A-002E | 026822P001-1488A-002E | 026823P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026824P001-1488A-002E | 026825P001-1488A-002E | 026826P001-1488A-002E | 026828P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026829P001-1488A-002E | 026830P001-1488A-002E | 026831P001-1488A-002E | 026832P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026834P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026840P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026842P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026845P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026849P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026857P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026858P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026868P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026873P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026875P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026883P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026886P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026892P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026895P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026896P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026899P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026901P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026902P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026904P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026906P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026912P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026917P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

026920P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026921P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026922P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026924P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026925P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026926P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026927P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026928P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026929P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026930P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026931P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026932P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026933P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026934P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026935P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026936P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026937P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026940P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026941P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026942P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026945P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026947P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026948P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026950P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 197 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 182 of 334                                                                04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026973P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026981P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026982P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 026984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026988P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026989P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027000P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027004P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027033P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027038P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 027043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027050P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027052P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027053P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027054P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027055P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027058P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027059P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027063P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027064P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027065P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027066P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027067P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027068P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027069P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027070P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027072P001-1488A-002E | 027073P001-1488A-002E | 027075P001-1488A-002E | 027076P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027077P001-1488A-002E | 027079P001-1488A-002E | 027081P001-1488A-002E | 027082P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027083P001-1488A-002E | 027084P001-1488A-002E | 027085P001-1488A-002E | 027087P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027088P001-1488A-002E | 027089P001-1488A-002E | 027091P001-1488A-002E | 027092P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027094P001-1488A-002E | 027095P001-1488A-002E | 027096P001-1488A-002E | 027098P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027099P001-1488A-002E | 027100P001-1488A-002E | 027101P001-1488A-002E | 027102P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 187 of 334                                                                 04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027107P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027121P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027122P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027124P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027125P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027128P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027134P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027135P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027147P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027157P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027159P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027163P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027164P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027166P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027169P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 204 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 027171P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027173P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027174P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027175P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027176P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027182P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027208P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027210P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027214P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027216P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027217P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027218P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027219P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027220P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027221P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027222P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027223P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027224P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027225P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027226P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027231P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027236P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027237P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027245P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027247P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027259P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027260P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027261P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

---

| | | | |
|---|---|---|---|
| 027266P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027269P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027277P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027278P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027279P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027281P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027284P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027292P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027297P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027301P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027305P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027322P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027326P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027343P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027351P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027353P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027354P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:36 PM

| | | | |
|---|---|---|---|
| 027367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027394P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027395P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027396P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027397P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027398P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027400P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027402P001-1488A-002E | 027403P001-1488A-002E | 027404P001-1488A-002E | 027405P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027406P001-1488A-002E | 027407P001-1488A-002E | 027410P001-1488A-002E | 027411P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027412P001-1488A-002E | 027415P001-1488A-002E | 027416P001-1488A-002E | 027418P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027419P001-1488A-002E | 027420P001-1488A-002E | 027421P001-1488A-002E | 027422P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027425P001-1488A-002E | 027426P001-1488A-002E | 027427P001-1488A-002E | 027428P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027429P001-1488A-002E | 027431P001-1488A-002E | 027432P001-1488A-002E | 027433P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 027434P001-1488A-002E | 027435P001-1488A-002E | 027436P001-1488A-002E | 027437P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027438P001-1488A-002E | 027439P001-1488A-002E | 027440P001-1488A-002E | 027441P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027442P001-1488A-002E | 027443P001-1488A-002E | 027444P001-1488A-002E | 027445P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027446P001-1488A-002E | 027448P001-1488A-002E | 027450P001-1488A-002E | 027453P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027456P001-1488A-002E | 027458P001-1488A-002E | 027459P001-1488A-002E | 027460P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027461P001-1488A-002E | 027462P001-1488A-002E | 027465P001-1488A-002E | 027466P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027475P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027477P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027482P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027508P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027528P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027529P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027556P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027558P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027562P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| 027563P001-1488A-002E | 027564P001-1488A-002E | 027565P001-1488A-002E | 027566P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027567P001-1488A-002E | 027569P001-1488A-002E | 027570P001-1488A-002E | 027571P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027572P001-1488A-002E | 027573P001-1488A-002E | 027574P001-1488A-002E | 027576P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027578P001-1488A-002E | 027579P001-1488A-002E | 027580P001-1488A-002E | 027581P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027582P001-1488A-002E | 027584P001-1488A-002E | 027585P001-1488A-002E | 027586P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027587P001-1488A-002E | 027588P001-1488A-002E | 027589P001-1488A-002E | 027591P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 217 of 594

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 202 of 334                                                          04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027592P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027609P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027613P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027614P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027615P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027625P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 218 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 027631P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027635P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027640P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027647P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027648P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027651P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027656P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027658P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027659P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 204 of 334                                                                    04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027660P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027662P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027663P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027664P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027665P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027667P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027669P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027670P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027672P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027676P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027679P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027680P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027686P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027687P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 220 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 205 of 334                                                                04/20/2022 10:33:37 PM

027690P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027691P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027692P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027694P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027695P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027697P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027698P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027699P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027700P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027701P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027702P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027703P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027707P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027708P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027709P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027711P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027712P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027713P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027714P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027716P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027718P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027719P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027720P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

027721P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027722P001-1488A-002E | 027723P001-1488A-002E | 027724P001-1488A-002E | 027725P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027726P001-1488A-002E | 027728P001-1488A-002E | 027729P001-1488A-002E | 027730P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027731P001-1488A-002E | 027732P001-1488A-002E | 027733P001-1488A-002E | 027735P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027736P001-1488A-002E | 027737P001-1488A-002E | 027738P001-1488A-002E | 027739P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027740P001-1488A-002E | 027742P001-1488A-002E | 027743P001-1488A-002E | 027744P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027745P001-1488A-002E | 027746P001-1488A-002E | 027747P001-1488A-002E | 027748P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027754P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027758P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027759P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027770P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

---

| | | | |
|---|---|---|---|
| 027786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027788P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027791P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027792P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027793P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027796P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027799P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027800P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027806P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027808P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027809P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027810P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027813P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 027814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027815P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027816P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027818P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027819P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027820P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027821P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027822P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027823P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027824P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027826P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027827P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027828P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027829P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027832P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027834P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027836P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027841P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027842P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027843P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

04/20/2022 10:33:37 PM

| 027845P001-1488A-002E | 027846P001-1488A-002E | 027848P001-1488A-002E | 027849P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 027851P001-1488A-002E | 027852P001-1488A-002E | 027853P001-1488A-002E | 027854P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 027858P001-1488A-002E | 027860P001-1488A-002E | 027861P001-1488A-002E | 027862P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 027863P001-1488A-002E | 027865P001-1488A-002E | 027867P001-1488A-002E | 027868P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 027869P001-1488A-002E | 027870P001-1488A-002E | 027873P001-1488A-002E | 027874P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 027875P001-1488A-002E | 027876P001-1488A-002E | 027877P001-1488A-002E | 027878P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027884P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027886P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027891P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027895P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027896P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027899P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027901P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027902P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027904P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027905P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027910P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027913P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027916P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027926P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027932P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027939P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027942P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027971P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027973P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 027977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027982P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027983P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027988P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027989P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027997P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028000P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028004P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028006P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028017P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| 028035P001-1488A-002E | 028036P001-1488A-002E | 028037P001-1488A-002E | 028038P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

028039P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028040P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028041P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028043P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028045P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028046P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028047P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028049P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028050P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028051P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028052P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028053P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028054P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028055P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028056P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028057P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028060P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028063P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028064P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028065P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

028066P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028068P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028069P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028070P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028071P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028072P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028073P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028074P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028075P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028078P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028080P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028081P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028082P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028083P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028084P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028085P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028086P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028089P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028090P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028091P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028092P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028093P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028095P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028096P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028099P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028100P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028101P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028107P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028109P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028111P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028123P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028124P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028125P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028128P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028129P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028134P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028136P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028146P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028147P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028152P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| 028155P001-1488A-002E | 028156P001-1488A-002E | 028157P001-1488A-002E | 028158P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 028160P001-1488A-002E | 028161P001-1488A-002E | 028163P001-1488A-002E | 028164P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 028165P001-1488A-002E | 028167P002-1488A-002E | 028168P001-1488A-002E | 028169P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 028172P001-1488A-002E | 028173P001-1488A-002E | 028176P001-1488A-002E | 028179P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 028180P001-1488A-002E | 028181P001-1488A-002E | 028182P001-1488A-002E | 028183P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 028184P001-1488A-002E | 028185P001-1488A-002E | 028186P001-1488A-002E | 028187P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028208P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028210P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028217P001-1488A-002E | 028218P001-1488A-002E | 028219P001-1488A-002E | 028221P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028222P001-1488A-002E | 028223P001-1488A-002E | 028224P001-1488A-002E | 028225P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028226P001-1488A-002E | 028228P001-1488A-002E | 028229P001-1488A-002E | 028230P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028231P001-1488A-002E | 028232P001-1488A-002E | 028234P001-1488A-002E | 028235P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028236P001-1488A-002E | 028237P001-1488A-002E | 028238P001-1488A-002E | 028239P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028243P001-1488A-002E | 028244P001-1488A-002E | 028246P001-1488A-002E | 028247P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 238 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 028248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028254P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028258P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028259P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028260P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028262P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028263P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028264P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028266P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028267P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028269P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028272P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 239 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 224 of 334

04/20/2022 10:33:37 PM

028276P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028277P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028278P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028279P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028280P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028281P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028282P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028283P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028284P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028285P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028286P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028289P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028290P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028291P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028293P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028296P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028297P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028298P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028299P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028301P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028303P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028305P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028306P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

028307P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028308P001-1488A-002E | 028309P001-1488A-002E | 028311P001-1488A-002E | 028313P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028314P001-1488A-002E | 028315P001-1488A-002E | 028316P001-1488A-002E | 028318P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028319P001-1488A-002E | 028321P001-1488A-002E | 028322P001-1488A-002E | 028323P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028324P001-1488A-002E | 028325P001-1488A-002E | 028326P001-1488A-002E | 028327P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028328P001-1488A-002E | 028329P001-1488A-002E | 028330P001-1488A-002E | 028331P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028332P001-1488A-002E | 028333P001-1488A-002E | 028335P001-1488A-002E | 028336P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028337P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028338P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028339P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028343P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028351P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028355P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028362P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028363P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028384P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028386P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028390P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028391P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028394P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028396P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028400P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028402P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028403P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028405P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028409P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028411P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028417P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028430P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028438P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028445P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028448P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028453P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028454P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 028457P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028459P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028467P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028469P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028472P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028474P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028475P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028477P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028478P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028482P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028515P001-1488A-002E | 028516P001-1488A-002E | 028517P001-1488A-002E | 028518P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028521P001-1488A-002E | 028523P001-1488A-002E | 028524P001-1488A-002E | 028525P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028526P001-1488A-002E | 028528P001-1488A-002E | 028533P001-1488A-002E | 028534P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028535P001-1488A-002E | 028536P001-1488A-002E | 028538P001-1488A-002E | 028539P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028540P001-1488A-002E | 028543P001-1488A-002E | 028544P001-1488A-002E | 028545P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028546P001-1488A-002E | 028547P001-1488A-002E | 028548P001-1488A-002E | 028550P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028558P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028559P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028561P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028563P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028568P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028570P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028573P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028579P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028581P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028582P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028584P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028585P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028586P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028592P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028596P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028614P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028615P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028631P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028640P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028647P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028648P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028651P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028656P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028658P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028659P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028661P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028663P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028665P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028672P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 028676P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028678P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028683P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028687P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028688P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028691P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028692P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028693P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028694P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028695P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028697P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028698P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028699P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028701P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028702P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028703P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028704P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028706P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028709P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028710P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028711P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028712P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028714P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028715P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028716P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028717P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028718P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028719P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028720P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028721P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028722P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028725P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028726P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028727P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028728P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

---

| | | | |
|---|---|---|---|
| 028733P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028734P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028736P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028740P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028742P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028744P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028746P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028750P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028757P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028758P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028769P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028770P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028771P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028788P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028790P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028791P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028792P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028793P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028799P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028800P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028806P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028809P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028810P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028811P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028813P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028815P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028816P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028817P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028818P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028819P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028821P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028822P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028824P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028825P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028826P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028828P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028830P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028831P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028832P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028834P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028836P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028837P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028840P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028841P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028843P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 028850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028854P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028858P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028865P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028868P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028870P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028871P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028875P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028883P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028884P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028893P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028895P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028896P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028902P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028905P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028906P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028913P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028914P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028917P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028918P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028921P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028927P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028932P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028935P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 028949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028967P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028969P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028971P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028973P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 028981P001-1488A-002E | 028983P001-1488A-002E | 028984P001-1488A-002E | 028989P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028992P001-1488A-002E | 028993P001-1488A-002E | 028994P001-1488A-002E | 028995P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028997P001-1488A-002E | 028999P001-1488A-002E | 029001P001-1488A-002E | 029002P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029003P001-1488A-002E | 029004P002-1488A-002E | 029005P002-1488A-002E | 029006P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029007P001-1488A-002E | 029010P001-1488A-002E | 029011P001-1488A-002E | 029013P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029014P001-1488A-002E | 029015P001-1488A-002E | 029016P001-1488A-002E | 029017P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029029P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029042P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029047P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029049P001-1488A-002E | 029053P001-1488A-002E | 029055P002-1488A-002E | 029056P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029057P001-1488A-002E | 029058P001-1488A-002E | 029060P001-1488A-002E | 029061P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029062P001-1488A-002E | 029063P001-1488A-002E | 029065P001-1488A-002E | 029067P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029069P001-1488A-002E | 029070P001-1488A-002E | 029073P001-1488A-002E | 029074P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029076P001-1488A-002E | 029077P001-1488A-002E | 029079P001-1488A-002E | 029080P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029081P001-1488A-002E | 029082P001-1488A-002E | 029083P001-1488A-002E | 029084P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029087P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029089P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029090P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029091P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029100P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029101P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029102P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029115P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029117P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029121P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029122P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029123P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029125P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029128P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029134P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029135P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029136P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029147P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029150P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029152P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029155P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029157P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029161P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029163P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029164P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029166P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029167P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029169P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029171P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029172P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029174P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029175P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 029177P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029178P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029179P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029180P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029182P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029183P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

029204P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029205P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029208P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029209P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029210P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029212P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029214P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029216P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029217P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029218P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029219P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029220P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029221P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029222P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029223P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029225P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029226P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029227P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029228P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029229P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029230P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029233P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029234P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029235P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029236P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029238P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029245P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029254P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029258P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029260P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029261P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029263P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029264P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029266P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029267P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 029268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029272P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029276P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029277P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029278P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029279P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029282P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029284P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029292P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 257 of 334                                                                04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029297P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029300P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029305P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029319P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

---

| | | | |
|---|---|---|---|
| 029323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029325P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029326P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029333P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029338P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029347P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029348P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029352P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029353P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029364P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029386P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029387P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029388P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029389P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029390P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029391P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029392P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029393P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029394P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029395P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029396P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029397P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029398P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029399P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029400P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029401P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029402P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029403P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029404P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029405P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029406P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029407P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029409P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029410P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029412P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

---

| | | | |
|---|---|---|---|
| 029413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029415P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029452P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029454P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029464P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029465P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029469P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029471P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029474P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029475P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029478P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029528P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029529P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029535P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 029544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029546P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029556P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029557P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029558P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029559P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029561P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029563P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029564P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029565P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029568P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029570P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029577P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029581P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029585P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029599P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029611P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029613P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029614P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029615P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029631P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029635P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029645P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029648P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029656P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029658P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029659P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029660P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029662P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029663P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 284 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 269 of 334                                                                04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029665P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029666P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029667P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029670P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029676P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029678P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029679P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029680P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029682P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029683P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029684P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029685P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029686P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029687P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029688P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029689P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029690P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 029691P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029692P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029694P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029696P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029697P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029698P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029699P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029700P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029701P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029702P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029708P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029709P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029710P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029711P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029712P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029713P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029714P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029715P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029717P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029718P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029719P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029720P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029723P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029724P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029726P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029728P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029729P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029730P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029731P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029732P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029733P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029735P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029738P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029739P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029740P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029741P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029742P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029743P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029744P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029745P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029747P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029748P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029749P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029754P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029758P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029763P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029764P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029769P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029771P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029773P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029774P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029781P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029785P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029788P001-1488A-002E | 029789P001-1488A-002E | 029790P001-1488A-002E | 029793P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029794P001-1488A-002E | 029795P001-1488A-002E | 029796P001-1488A-002E | 029797P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029798P001-1488A-002E | 029799P001-1488A-002E | 029801P001-1488A-002E | 029803P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029806P001-1488A-002E | 029808P001-1488A-002E | 029810P001-1488A-002E | 029811P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029812P001-1488A-002E | 029815P001-1488A-002E | 029816P001-1488A-002E | 029817P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029818P001-1488A-002E | 029819P001-1488A-002E | 029820P001-1488A-002E | 029821P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029822P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029823P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029824P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029826P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029827P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029829P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029830P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029831P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029836P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029837P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029839P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029840P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029843P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029844P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029845P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029849P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029851P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029855P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029857P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029858P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029864P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029870P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029873P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029880P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029883P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029886P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029888P001-1488A-002E | 029890P001-1488A-002E | 029891P001-1488A-002E | 029892P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029893P001-1488A-002E | 029894P001-1488A-002E | 029896P001-1488A-002E | 029897P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029899P001-1488A-002E | 029900P001-1488A-002E | 029902P001-1488A-002E | 029903P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029904P001-1488A-002E | 029905P001-1488A-002E | 029906P001-1488A-002E | 029907P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029908P001-1488A-002E | 029909P001-1488A-002E | 029910P001-1488A-002E | 029913P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029914P001-1488A-002E | 029915P001-1488A-002E | 029916P001-1488A-002E | 029917P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

---

029919P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029920P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029921P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029922P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029923P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029924P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029925P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029929P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029930P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029932P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029933P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029934P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029935P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029936P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029937P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029938P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029939P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029940P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029941P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029942P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029943P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029944P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029945P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

029946P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029947P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029953P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029958P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029960P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029964P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029966P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029968P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029970P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029971P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029972P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029974P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029975P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 294 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 279 of 334                                                                                      04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 029976P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029977P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029978P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029979P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029980P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029981P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029982P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029983P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029984P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029985P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029986P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029987P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029990P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029997P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030000P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030007P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030018P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030032P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030034P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030035P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030038P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030047P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030048P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030049P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030050P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030051P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030052P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030053P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030054P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030055P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030056P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030057P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030058P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030060P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030061P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030062P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030064P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030065P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030066P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030067P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030068P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030069P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030070P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030071P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030072P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030073P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030074P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030075P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030076P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030077P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030078P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030081P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030084P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030086P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030087P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030089P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030091P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030092P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030096P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030099P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030100P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030101P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030102P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030107P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030108P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030109P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030111P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030113P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030115P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030116P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030117P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030122P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030123P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030124P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030125P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030129P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030131P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030134P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030136P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030137P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030140P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030146P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030147P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| 030149P001-1488A-002E | 030151P001-1488A-002E | 030152P001-1488A-002E | 030153P001-1488A-002E |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030154P001-1488A-002E | 030155P001-1488A-002E | 030157P001-1488A-002E | 030158P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030159P001-1488A-002E | 030160P001-1488A-002E | 030161P001-1488A-002E | 030163P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030165P001-1488A-002E | 030166P001-1488A-002E | 030168P001-1488A-002E | 030169P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030170P001-1488A-002E | 030171P001-1488A-002E | 030172P001-1488A-002E | 030173P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030174P001-1488A-002E | 030175P001-1488A-002E | 030177P001-1488A-002E | 030178P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030179P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030189P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030192P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030198P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030204P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030205P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030208P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030209P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030210P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030211P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030212P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030213P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030215P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030216P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030217P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030220P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030222P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030224P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030225P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030228P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030229P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030230P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030231P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030232P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030233P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030234P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030235P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030239P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030240P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030242P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030247P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030249P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030254P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030255P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030259P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030262P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030263P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030264P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030265P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030266P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030269P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030271P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030272P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030274P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030276P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030278P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030279P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030281P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030282P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030292P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030293P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030296P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030297P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030300P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 290 of 334                                                                 04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030304P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030306P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030310P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030312P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030313P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030315P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030316P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030318P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030325P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030326P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030333P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030334P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030339P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030342P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030343P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030345P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030346P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030347P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030349P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030350P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030351P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030352P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030354P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030355P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030356P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030357P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030358P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030359P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030360P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:37 PM

| | | | |
|---|---|---|---|
| 030361P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030362P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030363P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030365P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030366P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030367P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030368P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030369P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030370P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030371P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030372P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030373P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030374P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030375P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030376P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030377P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030378P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030379P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030380P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030381P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030382P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030383P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030384P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030385P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030386P001-1488A-002E | 030387P001-1488A-002E | 030389P001-1488A-002E | 030392P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030395P001-1488A-002E | 030396P001-1488A-002E | 030397P001-1488A-002E | 030398P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030399P001-1488A-002E | 030400P001-1488A-002E | 030401P001-1488A-002E | 030402P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030403P001-1488A-002E | 030405P001-1488A-002E | 030406P001-1488A-002E | 030407P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030408P001-1488A-002E | 030409P001-1488A-002E | 030410P001-1488A-002E | 030412P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030413P001-1488A-002E | 030415P001-1488A-002E | 030417P001-1488A-002E | 030418P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030421P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030423P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030430P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030431P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030437P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030441P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030447P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030450P001-1488A-002E | 030451P001-1488A-002E | 030454P001-1488A-002E | 030455P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030456P001-1488A-002E | 030457P001-1488A-002E | 030458P001-1488A-002E | 030459P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030460P001-1488A-002E | 030461P001-1488A-002E | 030462P001-1488A-002E | 030463P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030464P001-1488A-002E | 030465P001-1488A-002E | 030466P001-1488A-002E | 030467P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030468P001-1488A-002E | 030469P001-1488A-002E | 030470P001-1488A-002E | 030471P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030473P001-1488A-002E | 030474P001-1488A-002E | 030475P001-1488A-002E | 030476P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030477P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030478P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030481P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030486P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 030505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030508P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030512P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030518P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030523P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030528P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030529P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030530P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 313 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 030532P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030533P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030536P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030538P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030540P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030542P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030543P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030544P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030545P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030547P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030548P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030550P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030551P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030552P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030553P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030554P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030555P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030556P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030558P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030559P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030560P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030561P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030564P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030565P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030566P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030567P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030569P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030570P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030571P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030572P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030573P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030574P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030575P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030576P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030578P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030579P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030580P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030582P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030583P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030586P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030587P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030588P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030589P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030590P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 315 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 300 of 334                                                                    04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030591P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030593P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030594P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030595P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030596P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030597P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030598P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030600P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030601P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030602P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030603P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030607P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030609P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030612P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030614P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030615P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030619P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030620P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030625P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030626P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030629P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030630P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030636P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030638P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030639P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030640P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030641P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030642P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030643P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030644P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030646P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030647P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030649P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030650P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030652P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030653P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030654P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030655P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030657P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030659P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030660P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030661P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030662P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030663P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030664P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030665P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030667P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030668P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030669P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030671P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030673P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030674P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030675P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030677P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030678P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030679P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030681P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030682P001-1488A-002E | 030683P001-1488A-002E | 030684P001-1488A-002E | 030685P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030686P001-1488A-002E | 030687P001-1488A-002E | 030688P001-1488A-002E | 030689P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030690P001-1488A-002E | 030691P001-1488A-002E | 030692P001-1488A-002E | 030693P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030694P001-1488A-002E | 030695P001-1488A-002E | 030696P001-1488A-002E | 030697P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030698P001-1488A-002E | 030700P001-1488A-002E | 030703P001-1488A-002E | 030704P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030705P001-1488A-002E | 030706P001-1488A-002E | 030707P001-1488A-002E | 030709P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 030710P001-1488A-002E | 030712P001-1488A-002E | 030713P001-1488A-002E | 030715P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030716P001-1488A-002E | 030717P001-1488A-002E | 030720P001-1488A-002E | 030721P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030722P001-1488A-002E | 030726P001-1488A-002E | 030731P001-1488A-002E | 030732P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030733P001-1488A-002E | 030735P001-1488A-002E | 030737P001-1488A-002E | 030738P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030740P001-1488A-002E | 030741P001-1488A-002E | 030742P001-1488A-002E | 030743P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030746P001-1488A-002E | 030747P001-1488A-002E | 030749P001-1488A-002E | 030750P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030751P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030752P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030753P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030754P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030755P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030756P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030757P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030759P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030760P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030761P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030762P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030763P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030765P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030766P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030767P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030768P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030769P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030772P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030775P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030776P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030777P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030778P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030779P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030780P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030782P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030783P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030784P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030786P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030787P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030788P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030789P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030790P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030794P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030795P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030796P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030797P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030798P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030799P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030801P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030802P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030803P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030804P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030805P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030806P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030807P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030808P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030810P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030811P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

---

| | | | |
|---|---|---|---|
| 030812P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030814P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030815P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030816P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030817P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030819P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030820P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030823P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030825P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030826P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030827P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030829P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030830P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030831P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030832P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030833P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030834P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030835P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030836P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030837P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030838P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030843P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030846P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030847P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030848P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030849P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030850P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030852P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030853P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030854P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030855P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030856P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030858P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030859P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030860P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030861P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030862P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030863P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030866P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030867P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030869P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030870P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030872P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030873P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030874P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030875P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030876P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030877P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 324 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 309 of 334

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030878P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030879P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030881P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030882P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030883P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030885P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030887P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030888P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030889P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030890P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030891P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030892P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030894P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030895P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030897P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030898P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030900P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030901P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030903P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030904P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030905P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030906P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030907P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030908P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030909P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030910P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030911P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030912P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030915P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030916P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030917P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030918P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030919P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030920P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030921P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030922P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030923P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030924P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030925P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030927P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030928P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030929P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030930P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030931P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030932P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030933P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030934P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030935P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 030936P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030937P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030938P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030939P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030940P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030941P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030942P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030943P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030945P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030946P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030948P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030949P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030950P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030951P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030952P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030954P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030955P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030956P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030957P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030959P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030961P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030962P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030963P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030965P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 327 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 312 of 334                                                                04/20/2022 10:33:38 PM

| 030966P001-1488A-002E | 030967P001-1488A-002E | 030968P001-1488A-002E | 030969P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030970P001-1488A-002E | 030971P001-1488A-002E | 030972P001-1488A-002E | 030973P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030974P001-1488A-002E | 030975P001-1488A-002E | 030976P001-1488A-002E | 030977P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030978P001-1488A-002E | 030979P001-1488A-002E | 030980P001-1488A-002E | 030981P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030983P001-1488A-002E | 030984P001-1488A-002E | 030985P001-1488A-002E | 030986P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030987P001-1488A-002E | 030988P001-1488A-002E | 030989P001-1488A-002E | 030990P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

---

| | | | |
|---|---|---|---|
| 030991P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030992P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030993P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030994P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030995P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030996P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030997P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030998P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030999P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031001P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031002P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031003P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031004P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031005P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031008P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031009P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031010P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031011P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031012P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031013P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031014P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031015P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031016P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031018P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031019P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031020P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031021P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031022P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031023P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031024P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031025P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031026P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031027P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031028P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031030P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031031P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031033P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031034P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031036P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031037P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031039P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031040P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031041P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031043P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031044P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031045P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031046P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031047P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 330 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 315 of 334                                                                      04/20/2022 10:33:38 PM

| 031048P001-1488A-002E | 031049P001-1488A-002E | 031050P001-1488A-002E | 031052P001-1488A-002E |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031053P001-1488A-002E | 031054P001-1488A-002E | 031056P001-1488A-002E | 031057P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031058P001-1488A-002E | 031061P001-1488A-002E | 031062P001-1488A-002E | 031063P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031064P001-1488A-002E | 031065P001-1488A-002E | 031066P001-1488A-002E | 031067P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031068P001-1488A-002E | 031069P001-1488A-002E | 031070P001-1488A-002E | 031071P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031072P001-1488A-002E | 031076P001-1488A-002E | 031078P001-1488A-002E | 031079P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 031080P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031081P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031082P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031084P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031085P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031086P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031088P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031089P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031090P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031091P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031093P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031094P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031095P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031096P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031097P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031098P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031099P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031100P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031101P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031102P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031103P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031104P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031105P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031106P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 332 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031109P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031110P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031112P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031114P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031115P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031118P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031119P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031120P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031123P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031126P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031127P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031130P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031132P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031133P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031138P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031139P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031141P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031142P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031143P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031144P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031145P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031146P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031148P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031149P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 333 of 594

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 318 of 334                                                                 04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031151P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031152P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031153P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031154P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031155P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031156P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031157P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031158P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031159P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031160P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031161P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031162P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031163P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031165P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031166P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031167P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031168P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031169P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031170P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031171P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031172P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031173P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031174P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031175P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

Page # : 319 of 334                                                                                        04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031176P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031177P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031179P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031181P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031184P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031185P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031186P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031187P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031188P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031190P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031191P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031193P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031194P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031195P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031196P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031197P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031199P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031200P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031201P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031202P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031203P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031206P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031207P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031208P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

031209P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031211P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031212P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031214P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031216P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031217P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031219P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031220P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031221P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031222P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031223P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031224P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031226P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031227P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031229P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031230P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031231P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031232P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031233P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031234P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031235P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031236P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031237P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031240P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031241P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031243P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031244P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031245P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031246P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031248P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031249P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031250P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031251P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031252P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031253P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031256P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031257P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031258P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031259P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031260P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031261P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031262P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031267P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031268P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031270P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031272P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031273P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031275P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031277P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031279P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031280P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031281P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031282P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031283P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031285P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031286P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031287P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031288P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031289P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031290P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031291P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031292P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031294P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031295P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031298P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031299P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031300P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031301P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031302P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031303P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031307P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031308P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031309P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031311P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031314P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031317P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031320P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031321P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031323P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031324P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031327P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031328P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031329P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031330P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031331P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031332P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031333P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031334P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031335P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031336P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031337P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031339P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031340P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031341P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031343P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031344P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 339 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
BONDHOLDERS

Page # : 324 of 334                                                      04/20/2022 10:33:38 PM

031345P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031346P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031347P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031349P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031352P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031353P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031354P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031355P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031357P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031358P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031359P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031360P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031361P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031362P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031364P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031366P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031367P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031368P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031369P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031371P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031373P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031375P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031376P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031378P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031379P001-1488A-002E | 031380P001-1488A-002E | 031382P001-1488A-002E | 031384P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031385P001-1488A-002E | 031386P001-1488A-002E | 031387P001-1488A-002E | 031392P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031393P001-1488A-002E | 031394P001-1488A-002E | 031395P001-1488A-002E | 031396P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031397P001-1488A-002E | 031398P001-1488A-002E | 031399P001-1488A-002E | 031400P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031401P001-1488A-002E | 031405P001-1488A-002E | 031406P001-1488A-002E | 031407P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031408P001-1488A-002E | 031409P001-1488A-002E | 031410P001-1488A-002E | 031411P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031413P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031414P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031416P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031418P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031419P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031420P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031422P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031424P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031425P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031426P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031427P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031428P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031429P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031430P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031432P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031433P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031434P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031435P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031436P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031437P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031438P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031439P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031440P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031442P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031443P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031444P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031446P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031449P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031450P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031451P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031453P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031454P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031455P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031456P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031457P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031458P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031459P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031460P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031461P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031462P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031463P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031464P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031466P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031467P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031468P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031470P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031473P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031476P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031479P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031480P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031483P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031484P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031485P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031487P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031488P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031489P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031490P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031491P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031492P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031493P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031494P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031495P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031496P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031497P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031498P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031499P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031500P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031501P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031502P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031503P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031504P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031505P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 344 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 031506P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031507P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031509P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031510P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031511P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031513P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031514P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031515P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031516P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031517P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031519P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031520P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031521P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031522P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031524P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031525P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031526P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031527P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031529P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031531P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031534P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031537P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031539P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031541P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031542P001-1488A-002E | 031543P001-1488A-002E | 031545P001-1488A-002E | 031550P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031552P001-1488A-002E | 031553P001-1488A-002E | 031554P001-1488A-002E | 031555P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031556P001-1488A-002E | 031557P001-1488A-002E | 031558P001-1488A-002E | 031559P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031560P001-1488A-002E | 031562P001-1488A-002E | 031563P001-1488A-002E | 031564P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031565P001-1488A-002E | 031566P001-1488A-002E | 031567P001-1488A-002E | 031568P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031569P001-1488A-002E | 031570P001-1488A-002E | 031571P001-1488A-002E | 031573P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 346 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
BONDHOLDERS

| | | | |
|---|---|---|---|
| 031574P001-1488A-002E | 031575P001-1488A-002E | 031576P001-1488A-002E | 031578P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031579P001-1488A-002E | 031581P001-1488A-002E | 031582P001-1488A-002E | 031583P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031584P001-1488A-002E | 031585P001-1488A-002E | 031587P001-1488A-002E | 031588P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031589P001-1488A-002E | 031590P001-1488A-002E | 031591P001-1488A-002E | 031594P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031595P001-1488A-002E | 031596P001-1488A-002E | 031597P001-1488A-002E | 031598P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031599P001-1488A-002E | 031600P001-1488A-002E | 031601P001-1488A-002E | 031603P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

| | | | |
|---|---|---|---|
| 031604P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031605P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031606P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031608P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031609P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031610P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031611P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031613P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031616P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031617P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031618P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031621P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031622P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031623P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031624P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031625P002-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031627P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031628P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031629P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031631P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031632P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031633P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031634P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031637P001-1488A-002E<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

| | | | |
|---|---|---|---|
| 031638P001-1488A-002E | 031639P001-1488A-002E | 031640P001-1488A-002E | 031641P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031642P001-1488A-002E | 031643P001-1488A-002E | 031644P001-1488A-002E | 031645P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031646P001-1488A-002E | 031647P001-1488A-002E | 031648P001-1488A-002E | 031649P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031650P001-1488A-002E | 031653P001-1488A-002E | 031654P001-1488A-002E | 031655P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031656P001-1488A-002E | 031657P001-1488A-002E | 031658P001-1488A-002E | 031659P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031660P001-1488A-002E | 031661P001-1488A-002E | 031662P001-1488A-002E | 031664P001-1488A-002E |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**BONDHOLDERS**

04/20/2022 10:33:38 PM

031665P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031669P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031670P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031671P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031672P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031673P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031674P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031675P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031676P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031678P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031680P002-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031681P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031682P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031683P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031684P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031686P001-1488A-002E
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

009284S001-1488A-002E
NAME AND ADDRESS INTENTIONALLY OMITTED
LOMBP.LAW@GMAIL.COM

Records Printed :   **8009**

# EXHIBIT 5

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031693P001-1488A-002F
ABN AMRO CLEARING CHICAGO LLC
PORTFOLIO MARGINING
SUE NOWICKI
175 W JACKSON BLVD
STE 400
CHICAGO IL 60604
SUE.NOWICKI@FORTISCLEARINGAMERICAS.COM

031694P001-1488A-002F
ABN AMRO CLEARING CHICAGO LLC
KIM VILARA
175 W JACKSON BLVD
STE 400
CHICAGO IL 60605
KVILARA@EOCONNOR.COM

031695P001-1488A-002F
ABN AMRO CLEARING CHICAGO LLC/INSTITUTIONAL
KIM VILARA
175 W JACKSON BLVD
STE 400
CHICAGO IL 60605
KVILARA@EOCONNOR.COM

031696P001-1488A-002F
ABN AMRO SECURITIES (USA) LLC
ROBERT ALONGI
VICE PRESIDENT
100 PK AVE
17TH FL
NEW YORK NY 10017
ROBERT.ALONGI@US.MEESPIERSON.COM

031697P001-1488A-002F
ABN AMRO SECURITIES (USA) LLC/A/C#2
ROBERT ALONGI
VICE PRESIDENT
100 PK AVE
17TH FL
NEW YORK NY 10017
ROBERT.ALONGI@US.MEESPIERSON.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
GTS.CAEC.TPA@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
MARIANNE.SULLIVAN@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
PAOLA.PRINS@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
DARYL.SLATER@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
MICHAEL.FENNER@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
THEOPHILUS.CHAN@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
PRABHA.L.BATNI@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043
ANN.E.NOBBE@CITI.COM

031698P001-1488A-002F
ADR-CITI
TOM CRANE
111 WALL ST
20TH FLOOR/ZONE 7
NEW YORK NY 10043

031699P001-1488A-002F
ALBERT FRIED AND CO LLC/STOCK LOAN
ALFRED SCARANGELLO
45 BROADWAY
24TH FL
NEW YORK NY 10006
ASCARANGELLO@ALBERTFRIED.COM

031700P001-1488A-002F
ALBERT FRIED AND COMPANY, LLC
ANTHONY KATSINGRIS
45 BROADWAY
24TH FL
NEW YORK NY 10006
AKATSINGRIS@ALBERTFRIED.COM

031701P001-1488A-002F
AMALGAMATED BANK OF CHICAGO
ROGER SCHAEFFER
1 W MONROE ST
CHICAGO IL 60603
BSMITH@ABOC.COM

031701P001-1488A-002F
AMALGAMATED BANK OF CHICAGO
ROGER SCHAEFFER
1 W MONROE ST
CHICAGO IL 60603
RGARCIA@ABOC.COM

031701P001-1488A-002F
AMALGAMATED BANK OF CHICAGO
ROGER SCHAEFFER
1 W MONROE ST
CHICAGO IL 60603
RSCHAEFFER@ABOC.COM

031701P001-1488A-002F
AMALGAMATED BANK OF CHICAGO
ROGER SCHAEFFER
1 W MONROE ST
CHICAGO IL 60603
ARODRIGUEZ@ABOC.COM

031701P001-1488A-002F
AMALGAMATED BANK OF CHICAGO
ROGER SCHAEFFER
1 W MONROE ST
CHICAGO IL 60603
MMURRAY@ABOC.COM

031702P001-1488A-002F
AMALGAMATED BANK OF CHICAGO/IPA
BERNETTA SMITH
TRUST OPERATIONS OFFICER
ONE WEST MONROE ST
CHICAGO IL 60603
BSMITH@ABOC.COM

031702P001-1488A-002F
AMALGAMATED BANK OF CHICAGO/IPA
BERNETTA SMITH
TRUST OPERATIONS OFFICER
ONE WEST MONROE ST
CHICAGO IL 60603
RGARCIA@ABOC.COM

031702P001-1488A-002F
AMALGAMATED BANK OF CHICAGO/IPA
BERNETTA SMITH
TRUST OPERATIONS OFFICER
ONE WEST MONROE ST
CHICAGO IL 60603
RSCHAEFFER@ABOC.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 352 of 594

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 2 of 203

04/20/2022 11:10:07 PM

031702P001-1488A-002F
AMALGAMATED BANK OF CHICAGO/IPA
BERNETTA SMITH
TRUST OPERATIONS OFFICER
ONE WEST MONROE ST
CHICAGO IL 60603
ARODRIGUEZ@ABOC.COM

031702P001-1488A-002F
AMALGAMATED BANK OF CHICAGO/IPA
BERNETTA SMITH
TRUST OPERATIONS OFFICER
ONE WEST MONROE ST
CHICAGO IL 60603
MMURRAY@ABOC.COM

031703P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
REORG DEPT
2178 AMERIPRISE FINANCIAL CTR
ROUTING: S6/2178
MINNEAPOLIS MN 55474
REORG@AMPF.COM

031703P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
REORG DEPT
2178 AMERIPRISE FINANCIAL CTR
ROUTING: S6/2178
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

031704P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
CORPORATE ACTIONS
2178 AMERIPRISE FINANCIAL
ROUTING S6/2178
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

031704P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
CORPORATE ACTIONS
2178 AMERIPRISE FINANCIAL
ROUTING S6/2178
MINNEAPOLIS MN 55474
REORG@AMPF.COM

031705P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
PENNY ZALESKY
2178 AMERIPRISE FINANCIAL CTR
ROUTING: S6/2178
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

031706P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
GREG WRAALSTAD
CORPORATE ACTIONS
901 3RD AVE SOUTH
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

031707P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INC
ERIN M STIELER
682 AMP FINANCIAL CTR
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

0317088P001-1488A-002F
AMERICAN ENTERPRISE INVESTMENT SVC INCCONDUIT
TOM EBERHART
CORPORATE ACTIONS
2723 AMERIPRISE FINANCIAL CTR
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

031709P001-1488A-002F
APEX CLEARING CORP
BILIANA STOIMENOVA
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
FRANK.A.CONTI@RIDGECLEARING.COM

031709P001-1488A-002F
APEX CLEARING CORP
BILIANA STOIMENOVA
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
CORPORATEACTIONS@APEXCLEARING.COM

031710P001-1488A-002F
APEX CLEARING CORP
BRIAN DARBY
ONE DALLAS CTR
350 M ST PAUL STE 1300
DALLAS TX 75201
CORPORATEACTIONS@APEXCLEARING.COM

031711P001-1488A-002F
APEX CLEARING CORPORATION
APEX CLEARING STOCK LOAN
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
CORPORATEACTIONS@APEXCLEARING.COM

000939P001-1488A-002F
APEX CLEARING, LLC
1700 PACIFIC AVE STE 1400
DALLAS TX 75201-4617
CORPORATEACTIONS@APEXCLEARING.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031712P001-1488A-002F
BANK NEW YORK MELLON
FIRM ITC-INVESTMENT DEALER
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
EARL.WEEKS@BAML.COM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
CPACTIONSMLPROREORG@BAML.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:07 PM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
GMISAMRSIPBCORPACT@BAML.COM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
GMISAMRSIPBPROXYVOT@BAML.COM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
CPACTIONSLITIGATION@BANKOFAMERICA.COM

031713P001-1488A-002F
BANK OF AMERICA NA/CLIENT ASSETS
PHILLIP DUQUIN
135 SOUTH LASALLE ST
STE 1860
CHICAGO IL 60603
SEC_OPS_PROXY@BAML.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
EARL.WEEKS@BAML.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
CPACTIONSMLPROREORG@BAML.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
GMISAMRSIPBCORPACT@BAML.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
GMISAMRSIPBPROXYVOT@BAML.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
CPACTIONSLITIGATION@BANKOFAMERICA.COM

031714P001-1488A-002F
BANK OF AMERICA, NAGWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN ST
9TH FL
DALLAS TX 75202
SEC_OPS_PROXY@BAML.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
EARL.WEEKS@BAML.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
CPACTIONSMLPROREORG@BAML.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
GMISAMRSIPBCORPACT@BAML.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
GMISAMRSIPBPROXYVOT@BAML.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
CPACTIONSLITIGATION@BANKOFAMERICA.COM

031715P001-1488A-002F
BANK OF AMERICA, NATIONAL ASSOCIATION
YOLANDA MARSH
1401 ELM ST
16TH FL
DALLAS TX 75202
SEC_OPS_PROXY@BAML.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
EARL.WEEKS@BAML.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
CPACTIONSMLPROREORG@BAML.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
GMISAMRSIPBCORPACT@BAML.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
GMISAMRSIPBPROXYVOT@BAML.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
CPACTIONSLITIGATION@BANKOFAMERICA.COM

031716P001-1488A-002F
BANK OF AMERICALASALLE BANK NAIPA, DTC 1581
GEORGE EARL
ASSISTANT VICE PRESIDENT
135 S LASALLE ST
STE 1860
CHICAGO IL 60603
SEC_OPS_PROXY@BAML.COM

031717P001-1488A-002F
BANK OF NOVA SCOTIA/BNS LONDON/CDS**
CORPORATE ACTIONS
40 KING ST WEST
SCOTIA PLZ
TORONTO ON M5H 1H1
CANADA
TINA.PHUNG@SCOTIABANK.COM

031717P001-1488A-002F
BANK OF NOVA SCOTIA/BNS LONDON/CDS**
CORPORATE ACTIONS
40 KING ST WEST
SCOTIA PLZ
TORONTO ON M5H 1H1
CANADA
ISS.REORG@SCOTIABANK.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031718P001-1488A-002F<br>BANKERS' BANK<br>JENNIFER ROZINSKI<br>7700 MINERAL PT RD<br>MADISON WI 53717<br>JROZINSKI@BANKERSBANKUSA.COM | 031718P001-1488A-002F<br>BANKERS' BANK<br>JENNIFER ROZINSKI<br>7700 MINERAL PT RD<br>MADISON WI 53717<br>VLAFOND@BANKERSBANKUSA.COM | 031718P001-1488A-002F<br>BANKERS' BANK<br>JENNIFER ROZINSKI<br>7700 MINERAL PT RD<br>MADISON WI 53717<br>JKLUCK@BANKERSBANKUSA.COM | 031719P001-1488A-002F<br>BARCLAYS CAPITAL INCBARCLAYS CAPIT<br>CORPORATE ACTIONS<br>200 CEDAR KNOLLS RD<br>CORPORATE ACTIONS<br>WHIPPANY NJ 07981<br>CORPORATEACTIONSU@BARCLAYS.COM |
| 031720P001-1488A-002F<br>BARCLAYS CAPITAL INCLE<br>GIOVANNA LAURELLA<br>VICE PRESIDENT<br>70 HUDSON ST<br>7TH FL<br>JERSEY CITY NJ 07302<br>GLAURELLA@BARCLAYSCAPITAL.COM | 031721P001-1488A-002F<br>BB AND T SECURITIES, LLC<br>CORPORATE ACTIONS<br>200 S COLLEGE ST 8TH FL<br>CHARLOTTE NC 28202<br>DIVIDENDS@BBTSECURITIES.COM | 031721P001-1488A-002F<br>BB AND T SECURITIES, LLC<br>CORPORATE ACTIONS<br>200 S COLLEGE ST 8TH FL<br>CHARLOTTE NC 28202<br>JSPROUSE@BBTSECURITIES.COM | 031721P001-1488A-002F<br>BB AND T SECURITIES, LLC<br>CORPORATE ACTIONS<br>200 S COLLEGE ST 8TH FL<br>CHARLOTTE NC 28202 |
| 031722P001-1488A-002F<br>BB AND T SECURITIES, LLC<br>MARY GLASSCOCK<br>8006 DISCOVERY DR<br>RICHMOND VA 23229-8600<br>DIVIDENDS@BBTSECURITIES.COM | 031723P001-1488A-002F<br>BB AND T SECURITIES, LLC<br>JESSE W SPROUSE<br>8006 DISCOVERY DR<br>STE 200<br>RICHMOND VA 23229<br>DIVIDENDS@BBTSECURITIES.COM | 031724P001-1488A-002F<br>BBS SECURITIES INCCDS**<br>CORPORATE ACTIONS<br>4100 YONGE ST<br>STE 415<br>TORONTO ON M2P 2B5<br>CANADA<br>INFO@BBSSECURITIES.COM | 031725P001-1488A-002F<br>BBVA SECURITIES INC<br>THOMAS REILLY<br>1345 AVE OF THE AMERICAS<br>45TH FL<br>NEW YORK NY 10105<br>THOMAS.REILLY@BBVANY.COM |
| 031725P001-1488A-002F<br>BBVA SECURITIES INC<br>THOMAS REILLY<br>1345 AVE OF THE AMERICAS<br>45TH FL<br>NEW YORK NY 10105<br>CRYSTAL.LAMAR@BBVACOMPASS.COM | 031725P001-1488A-002F<br>BBVA SECURITIES INC<br>THOMAS REILLY<br>1345 AVE OF THE AMERICAS<br>45TH FL<br>NEW YORK NY 10105<br>CRYSTAL.LAMAR@BBVA.COM | 031725P001-1488A-002F<br>BBVA SECURITIES INC<br>THOMAS REILLY<br>1345 AVE OF THE AMERICAS<br>45TH FL<br>NEW YORK NY 10105<br>BROKERHOTLINE.US@BBVA.COM | 031725P001-1488A-002F<br>BBVA SECURITIES INC<br>THOMAS REILLY<br>1345 AVE OF THE AMERICAS<br>45TH FL<br>NEW YORK NY 10105<br>NY.FOST.SUPPORT.GROUP@BBVA.COM |
| 031726P001-1488A-002F<br>BGC FINANCIAL LPBGC BROKERS LP<br>ALFREDO ARCHIBALD<br>ASSISTANT VICE PRESIDENT<br>110 EAST 59TH ST<br>7TH FL<br>NEW YORK NY 10022<br>AARCHIBALD@CANTOR.COM | 031726P001-1488A-002F<br>BGC FINANCIAL LPBGC BROKERS LP<br>ALFREDO ARCHIBALD<br>ASSISTANT VICE PRESIDENT<br>110 EAST 59TH ST<br>7TH FL<br>NEW YORK NY 10022<br>CORPORATEACTIONS-NY@BGCPARTNERS.COM | 031727P001-1488A-002F<br>BGC FINANCIAL, LP<br>ALFREDO ARCHIBALD<br>VICE PRESIDENT<br>110 E 59TH ST<br>7TH FL<br>NEW YORK NY 10005<br>AARCHIBALD@CANTOR.COM | 031727P001-1488A-002F<br>BGC FINANCIAL, LP<br>ALFREDO ARCHIBALD<br>VICE PRESIDENT<br>110 E 59TH ST<br>7TH FL<br>NEW YORK NY 10005<br>CORPORATEACTIONS-NY@BGCPARTNERS.COM |
| 031728P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>RONALD FIGUERAS<br>3 SECOND ST 12TH FL<br>HARBORSIDE PLZ 10<br>JERSEY CITY NJ 07302<br>RONALD.FIGUERAS@BMO.COM | 031728P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>RONALD FIGUERAS<br>3 SECOND ST 12TH FL<br>HARBORSIDE PLZ 10<br>JERSEY CITY NJ 07302<br>NBOPS.PROXY@BMO.COM | 031728P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>RONALD FIGUERAS<br>3 SECOND ST 12TH FL<br>HARBORSIDE PLZ 10<br>JERSEY CITY NJ 07302<br>DINA.FERNANDES@BMONB.COM | 031728P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>RONALD FIGUERAS<br>3 SECOND ST 12TH FL<br>HARBORSIDE PLZ 10<br>JERSEY CITY NJ 07302<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031728P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>RONALD FIGUERAS<br>3 SECOND ST 12TH FL<br>HARBORSIDE PLZ 10<br>JERSEY CITY NJ 07302<br>BMOGAM.SLOPERATIONS@BMO.COM | 031729P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>CORPORATE ACTIONS<br>250 YONGE ST 8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>NBOPS.PROXY@BMO.COM | 031729P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>CORPORATE ACTIONS<br>250 YONGE ST 8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>DINA.FERNANDES@BMONB.COM | 031729P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>CORPORATE ACTIONS<br>250 YONGE ST 8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031729P001-1488A-002F<br>BMO CAPITAL MARKETS CORP<br>CORPORATE ACTIONS<br>250 YONGE ST 8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>BMOGAM.SLOPERATIONS@BMO.COM | 031730P001-1488A-002F<br>BMO CAPITAL MARKETS CORPPALOMA<br>JOHN FINERTY<br>3 TIMES SQUARE<br>NEW YORK NY 10036<br>NBOPS.PROXY@BMO.COM | 031730P001-1488A-002F<br>BMO CAPITAL MARKETS CORPPALOMA<br>JOHN FINERTY<br>3 TIMES SQUARE<br>NEW YORK NY 10036<br>DINA.FERNANDES@BMONB.COM | 031730P001-1488A-002F<br>BMO CAPITAL MARKETS CORPPALOMA<br>JOHN FINERTY<br>3 TIMES SQUARE<br>NEW YORK NY 10036<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031730P001-1488A-002F<br>BMO CAPITAL MARKETS CORPPALOMA<br>JOHN FINERTY<br>3 TIMES SQUARE<br>NEW YORK NY 10036<br>BMOGAM.SLOPERATIONS@BMO.COM | 031731P001-1488A-002F<br>BMO HARRIS BANK NA<br>PHUTHORN PENIKETT<br>250 YONGE ST<br>8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>PHUTHORN.PENIKETT@BMONB.COM | 031731P001-1488A-002F<br>BMO HARRIS BANK NA<br>PHUTHORN PENIKETT<br>250 YONGE ST<br>8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>NBOPS.PROXY@BMO.COM | 031731P001-1488A-002F<br>BMO HARRIS BANK NA<br>PHUTHORN PENIKETT<br>250 YONGE ST<br>8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>DINA.FERNANDES@BMONB.COM |
| 031731P001-1488A-002F<br>BMO HARRIS BANK NA<br>PHUTHORN PENIKETT<br>250 YONGE ST<br>8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM | 031731P001-1488A-002F<br>BMO HARRIS BANK NA<br>PHUTHORN PENIKETT<br>250 YONGE ST<br>8TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>BMOGAM.SLOPERATIONS@BMO.COM | 031732P001-1488A-002F<br>BMO HARRIS BANK NA<br>NINA BENASZESKI-SPECHT<br>111 E KILBOURN AVE STE 200<br>MIWAUKEE WI 53202<br>NINA.BENASZESKI@BMO.COM | 031732P001-1488A-002F<br>BMO HARRIS BANK NA<br>NINA BENASZESKI-SPECHT<br>111 E KILBOURN AVE STE 200<br>MIWAUKEE WI 53202<br>NBOPS.PROXY@BMO.COM |
| 031732P001-1488A-002F<br>BMO HARRIS BANK NA<br>NINA BENASZESKI-SPECHT<br>111 E KILBOURN AVE STE 200<br>MIWAUKEE WI 53202<br>DINA.FERNANDES@BMONB.COM | 031732P001-1488A-002F<br>BMO HARRIS BANK NA<br>NINA BENASZESKI-SPECHT<br>111 E KILBOURN AVE STE 200<br>MIWAUKEE WI 53202<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM | 031732P001-1488A-002F<br>BMO HARRIS BANK NA<br>NINA BENASZESKI-SPECHT<br>111 E KILBOURN AVE STE 200<br>MIWAUKEE WI 53202<br>BMOGAM.SLOPERATIONS@BMO.COM | 031733P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>IGOR LUKIC<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>INVOPS-FL@BMO.COM |
| 031733P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>IGOR LUKIC<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>NBOPS.PROXY@BMO.COM | 031733P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>IGOR LUKIC<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>DINA.FERNANDES@BMONB.COM | 031733P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>IGOR LUKIC<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM | 031733P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>IGOR LUKIC<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOGAM.SLOPERATIONS@BMO.COM |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031734P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>DESIREE ROBINSON<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>DESIREE.ROBINSON@BMO.COM | 031734P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>DESIREE ROBINSON<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>NBOPS.PROXY@BMO.COM | 031734P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>DESIREE ROBINSON<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>DINA.FERNANDES@BMONB.COM | 031734P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>DESIREE ROBINSON<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031734P001-1488A-002F<br>BMO HARRIS BANK NA<br>CORPORATE ACTIONS<br>DESIREE ROBINSON<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOGAM.SLOPERATIONS@BMO.COM | 031735P001-1488A-002F<br>BMO HARRIS BANK NA/DEALER<br>LENORA NEWELL<br>111 WEST MONROE<br>CHICAGO IL 60690<br>NBOPS.PROXY@BMO.COM | 031735P001-1488A-002F<br>BMO HARRIS BANK NA/DEALER<br>LENORA NEWELL<br>111 WEST MONROE<br>CHICAGO IL 60690<br>DINA.FERNANDES@BMONB.COM | 031735P001-1488A-002F<br>BMO HARRIS BANK NA/DEALER<br>LENORA NEWELL<br>111 WEST MONROE<br>CHICAGO IL 60690<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031735P001-1488A-002F<br>BMO HARRIS BANK NA/DEALER<br>LENORA NEWELL<br>111 WEST MONROE<br>CHICAGO IL 60690<br>BMOGAM.SLOPERATIONS@BMO.COM | 031736P001-1488A-002F<br>BMO HARRIS BANK NA/IPA<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>NBOPS.PROXY@BMO.COM | 031736P001-1488A-002F<br>BMO HARRIS BANK NA/IPA<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>DINA.FERNANDES@BMONB.COM | 031736P001-1488A-002F<br>BMO HARRIS BANK NA/IPA<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031736P001-1488A-002F<br>BMO HARRIS BANK NA/IPA<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>BMOGAM.SLOPERATIONS@BMO.COM | 031737P001-1488A-002F<br>BMO HARRIS BANK NA/M AND I BANK IPA<br>CORPORATE ACTIONS<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>NBOPS.PROXY@BMO.COM | 031737P001-1488A-002F<br>BMO HARRIS BANK NA/M AND I BANK IPA<br>CORPORATE ACTIONS<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>DINA.FERNANDES@BMONB.COM | 031737P001-1488A-002F<br>BMO HARRIS BANK NA/M AND I BANK IPA<br>CORPORATE ACTIONS<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031737P001-1488A-002F<br>BMO HARRIS BANK NA/M AND I BANK IPA<br>CORPORATE ACTIONS<br>111 E KILBOURN AVE<br>STE 200<br>MILWAUKEE WI 53202<br>BMOGAM.SLOPERATIONS@BMO.COM | 031738P001-1488A-002F<br>BMO HARRIS BANK NA/TRUST<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>NBOPS.PROXY@BMO.COM | 031738P001-1488A-002F<br>BMO HARRIS BANK NA/TRUST<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>DINA.FERNANDES@BMONB.COM | 031738P001-1488A-002F<br>BMO HARRIS BANK NA/TRUST<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| 031738P001-1488A-002F<br>BMO HARRIS BANK NA/TRUST<br>ISSUER SVC<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>BMOGAM.SLOPERATIONS@BMO.COM | 031739P001-1488A-002F<br>BMO NESBITT BURNS INC<br>BMO NB EQUITY FINANCE CMLUK/CDS<br>CORPORATE ACTIONS PHUTHORN PENIKETT<br>250 YONGE ST<br>14TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>NBOPS.PROXY@BMO.COM | 031739P001-1488A-002F<br>BMO NESBITT BURNS INC<br>BMO NB EQUITY FINANCE CMLUK/CDS<br>CORPORATE ACTIONS PHUTHORN PENIKETT<br>250 YONGE ST<br>14TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>DINA.FERNANDES@BMONB.COM | 031739P001-1488A-002F<br>BMO NESBITT BURNS INC<br>BMO NB EQUITY FINANCE CMLUK/CDS<br>CORPORATE ACTIONS PHUTHORN PENIKETT<br>250 YONGE ST<br>14TH FL<br>TORONTO ON M5B 2M8<br>CANADA<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031739P001-1488A-002F
BMO NESBITT BURNS INC
BMO NB EQUITY FINANCE CMLUK/CDS
CORPORATE ACTIONS PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOGAM.SLOPERATIONS@BMO.COM
031740P001-1488A-002F
BMO NESBITT BURNS INC
BMO NB EQUITY FINANCE BMIRE/CDS
CORPORATE ACTIONS PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOGAM.SLOPERATIONS@BMO.COM
031741P001-1488A-002F
BMO NESBITT BURNS INCBMO TRUST COMPANYCDS**
ANDREA CONSTAND
85 RICHMOND ST WEST
TORONTO ON M5H 2C9
CANADA
BMOCMSETTLEMENTS.NEWYORK@BMO.COM

031742P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOCMSETTLEMENTS.NEWYORK@BMO.COM
031743P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
LOUISE TORANGEAU PHUTHORN PENIKETT
1 FIRST CANADIAN PL 13TH FL
PO BOX 150
TORONTO ON M5X 1H3
CANADA
BMOCMSETTLEMENTS.NEWYORK@BMO.COM
031744P001-1488A-002F
BMO NESBITT BURNS/INSTITUTIONAL/CDS**
CORPORATE ACTION
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOCMSETTLEMENTS.NEWYORK@BMO.COM

031740P001-1488A-002F
BMO NESBITT BURNS INC
BMO NB EQUITY FINANCE BMIRE/CDS
CORPORATE ACTIONS PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
NBOPS.PROXY@BMO.COM
031741P001-1488A-002F
BMO NESBITT BURNS INCBMO TRUST COMPANYCDS**
ANDREA CONSTAND
85 RICHMOND ST WEST
TORONTO ON M5H 2C9
CANADA
ANDREA.CONSTAND@BMONB.COM
031741P001-1488A-002F
BMO NESBITT BURNS INCBMO TRUST COMPANYCDS**
ANDREA CONSTAND
85 RICHMOND ST WEST
TORONTO ON M5H 2C9
CANADA
BMOGAM.SLOPERATIONS@BMO.COM

031742P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOGAM.SLOPERATIONS@BMO.COM
031743P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
LOUISE TORANGEAU PHUTHORN PENIKETT
1 FIRST CANADIAN PL 13TH FL
PO BOX 150
TORONTO ON M5X 1H3
CANADA
BMOGAM.SLOPERATIONS@BMO.COM
031744P001-1488A-002F
BMO NESBITT BURNS/INSTITUTIONAL/CDS**
CORPORATE ACTION
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOGAM.SLOPERATIONS@BMO.COM

031740P001-1488A-002F
BMO NESBITT BURNS INC
BMO NB EQUITY FINANCE BMIRE/CDS
CORPORATE ACTIONS PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
DINA.FERNANDES@BMONB.COM
031741P001-1488A-002F
BMO NESBITT BURNS INCBMO TRUST COMPANYCDS**
ANDREA CONSTAND
85 RICHMOND ST WEST
TORONTO ON M5H 2C9
CANADA
NBOPS.PROXY@BMO.COM

031742P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
NBOPS.PROXY@BMO.COM
031743P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
LOUISE TORANGEAU PHUTHORN PENIKETT
1 FIRST CANADIAN PL 13TH FL
PO BOX 150
TORONTO ON M5X 1H3
CANADA
NBOPS.PROXY@BMO.COM
031744P001-1488A-002F
BMO NESBITT BURNS/INSTITUTIONAL/CDS**
CORPORATE ACTION
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
NBOPS.PROXY@BMO.COM
031745P001-1488A-002F
BMOCM/BONDS
EDWARD COLLETON
3 TIMES SQUARE
NEW YORK NY 10036
NBOPS.PROXY@BMO.COM

031740P001-1488A-002F
BMO NESBITT BURNS INC
BMO NB EQUITY FINANCE BMIRE/CDS
CORPORATE ACTIONS PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
BMOCMSETTLEMENTS.NEWYORK@BMO.COM
031741P001-1488A-002F
BMO NESBITT BURNS INCBMO TRUST COMPANYCDS**
ANDREA CONSTAND
85 RICHMOND ST WEST
TORONTO ON M5H 2C9
CANADA
DINA.FERNANDES@BMONB.COM

031742P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
DINA.FERNANDES@BMONB.COM
031743P001-1488A-002F
BMO NESBITT BURNS INCCDS**
CORPORATE ACTIONS
LOUISE TORANGEAU PHUTHORN PENIKETT
1 FIRST CANADIAN PL 13TH FL
PO BOX 150
TORONTO ON M5X 1H3
CANADA
DINA.FERNANDES@BMONB.COM
031744P001-1488A-002F
BMO NESBITT BURNS/INSTITUTIONAL/CDS**
CORPORATE ACTION
PHUTHORN PENIKETT
250 YONGE ST
14TH FL
TORONTO ON M5B 2M8
CANADA
DINA.FERNANDES@BMONB.COM
031745P001-1488A-002F
BMOCM/BONDS
EDWARD COLLETON
3 TIMES SQUARE
NEW YORK NY 10036
DINA.FERNANDES@BMONB.COM

031745P001-1488A-002F
BMOCM/BONDS
EDWARD COLLETON
3 TIMES SQUARE
NEW YORK NY 10036
BMOCMSETTLEMENTS.NEWYORK@BMO.COM

031745P001-1488A-002F
BMOCM/BONDS
EDWARD COLLETON
3 TIMES SQUARE
NEW YORK NY 10036
BMOGAM.SLOPERATIONS@BMO.COM

031746P001-1488A-002F
BNP PARIBAS PRIME BROKERAGE, INC
RONALD PERSAUD
525 WASHINGTON BLVD
9TH FL
JERSEY CITY NJ 07310
RONALD.PERSAUD@US.BNPPARIBAS.COM

031747P001-1488A-002F
BNP PARIBAS PRIME BROKERAGE, INCSTOCK LENDING
RONALD PERSAUD
525 WASHINGTON BLVD
9TH FL
JERSEY CITY NJ 07310
RONALD.PERSAUD@US.BNPPARIBAS.COM

031748P001-1488A-002F
BNP PARIBAS, NEW YORK BRANCH
MERLION/CLIENT ASSETS
CORPORATE ACTIONS
787 7TH AVE
NEW YORK NY 10019
RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM

031748P001-1488A-002F
BNP PARIBAS, NEW YORK BRANCH
MERLION/CLIENT ASSETS
CORPORATE ACTIONS
787 7TH AVE
NEW YORK NY 10019
RONALD.PERSAUD@US.BNPPARIBAS.COM

031749P001-1488A-002F
BNP PARIBAS, NEW YORK BRANCHBNP PARIBAS PRIME
BROKERAGE INTERNATIONAL
RONALD PERSAUD
525 WASHINGTON BLVD
9TH FL
JERSEY CITY NJ 07310
RONALD.PERSAUD@US.BNPPARIBAS.COM

031750P001-1488A-002F
BNP PARIBAS, NEW YORK BRANCHBNP PARIBAS PRIME
BROKERAGE CUSTODIAN
RONALD PERSAUD
525 WASHINGTON BLVD
9TH FL
JERSEY CITY NJ 07310
RONALD.PERSAUD@US.BNPPARIBAS.COM

031751P001-1488A-002F
BNP PARIBAS, NY BRANCH BNPP SA
RUPERT KENNEDY
ANALYST
787 7TH AVE
8TH FL
NEW YORK NY 10019
RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
PXRPT@BNYMELLON.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
SZYROKI.DC@MELLON.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
PGHEVENTCREATION@BNYMELLON.COM

031752P001-1488A-002F
BNY MELLON CAPITAL MARKETS, LLC
TINA HITCHINS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
MATTHEW.BARTEL@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PXRPT@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
SZYROKI.DC@MELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PGHEVENTCREATION@BNYMELLON.COM

031753P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
BETH COYLE
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PGH.CA.EVENT.CREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
MATTHEW.BARTEL@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PXRPT@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
SZYROKI.DC@MELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PGHEVENTCREATION@BNYMELLON.COM

031754P001-1488A-002F
BNY MELLON WEALTH MANAGEMENT
OPERATIONS DEPT
TWO BNY MELLON CTR
STE 1215
PITTSBURGH PA 15222
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031758P001-1488A-002F
BNY MELLON/HSBC BANK PLC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031760P001-1488A-002F
BNY MELLON/NGFP COLLATERAL
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 360 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 10 of 203                                                                                                    04/20/2022 11:10:07 PM

---

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031761P001-1488A-002F
BNY MELLON/NGFP MAIN
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031762P001-1488A-002F
BNY MELLON/NOMURA CAPITAL MARKETS PLC REPO
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031763P001-1488A-002F
BNY MELLON/NOMURA INT'L PLC REPO
CORP ACTION
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031764P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY AMSTERDAM
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031765P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
CASH EQUITY UTRECHT
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031766P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES HONG KONG
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031767P001-1488A-002F
BNY MELLON/RABOBANK INTERNATIONAL
EQUITY DERIVATIVES LONDON
MICHAEL KANIA, ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031755P001-1488A-002F
BNY MELLONANWORTH MORTGAGE ASSET CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:07 PM

---

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031756P001-1488A-002F
BNY MELLONCAPSTEAD MORTGAGE CORP
DONNA STEINMAN
VICE PRESIDENT
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031757P001-1488A-002F
BNY MELLONDE SHAW HELIANT CAPITAL LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031759P001-1488A-002F
BNY MELLONJEFFERIES AND CO
DONNA STEINMAN
11486 CORPORATE BLVD
ORLANDO FL 32817
JEFFERIESREORG@BROADRIDGE.COM

031768P001-1488A-002F
BNYM/HSBC US
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031768P001-1488A-002F
BNYM/HSBC US
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031769P001-1488A-002F
BNYM/UIT NSCC CNS CLEARANCE
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031769P001-1488A-002F
BNYM/UIT NSCC CNS CLEARANCE
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:07 PM

---

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031770P001-1488A-002F
BNYMELLON/
RE BARCLAYS BANK IRELAND TREASURY ACCT
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031772P001-1488A-002F
BNYMELLON/AC NOMURA PB NOM LTD
RE: GLG EMGMKTS
CORP ACTION, ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031773P001-1488A-002F
BNYMELLON/AIG
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031774P001-1488A-002F
BNYMELLON/AL CONDUIT
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031774P001-1488A-002F
BNYMELLON/AL CONDUIT
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031774P001-1488A-002F
BNYMELLON/AL CONDUIT
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031774P001-1488A-002F
BNYMELLON/AL CONDUIT
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031774P001-1488A-002F<br>BNYMELLON/AL CONDUIT<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031774P001-1488A-002F<br>BNYMELLON/AL CONDUIT<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031774P001-1488A-002F<br>BNYMELLON/AL CONDUIT<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031774P001-1488A-002F<br>BNYMELLON/AL CONDUIT<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031774P001-1488A-002F<br>BNYMELLON/AL CONDUIT<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031775P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK DELAWARE<br>CORP ACTIONS<br>ASSISTANT TREASURER<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031776P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031777P001-1488A-002F<br>BNYMELLON/BARCLAYS BANK PLC RE US SHARES<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031777P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE US SHARES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031778P001-1488A-002F
BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 366 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031779P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031780P001-1488A-002F
BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031782P001-1488A-002F
BNYMELLON/BARCLAYS GROUP US
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:08 PM

---

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031783P001-1488A-002F
BNYMELLON/BARCLAYS US LP
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031784P001-1488A-002F
BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031785P001-1488A-002F
BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031786P001-1488A-002F
BNYMELLON/BBPLC FIRM LRCM REPO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031786P001-1488A-002F<br>BNYMELLON/BBPLC FIRM LRCM REPO<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031787P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

| | | | |
|---|---|---|---|
| 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031788P001-1488A-002F<br>BNYMELLON/BBPLC PB CANADIAN CLIENTS<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031789P001-1488A-002F<br>BNYMELLON/BBPLC PB CAYMEN CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031790P001-1488A-002F<br>BNYMELLON/BBPLC PB UK CLIENTS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

| | | | |
|---|---|---|---|
| 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031791P001-1488A-002F<br>BNYMELLON/BGC BROKERS LP<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031792P001-1488A-002F<br>BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT<br>CORP ACTIONS<br>525 WILLIAM PENN PLZ<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031793P001-1488A-002F<br>BNYMELLON/BNY MELLON DUBLIN SA/NV<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031794P001-1488A-002F<br>BNYMELLON/BNYM FIRM SECURED FINANCE<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031794P001-1488A-002F
BNYMELLON/BNYM FIRM SECURED FINANCE
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031795P001-1488A-002F
BNYMELLON/BNYMIB RE BNYMMIL RE FIRM
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031796P001-1488A-002F
BNYMELLON/CACEIS BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

04/20/2022 11:10:08 PM

| | | | |
|---|---|---|---|
| 031796P001-1488A-002F<br>BNYMELLON/CACEIS BANK<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031796P001-1488A-002F<br>BNYMELLON/CACEIS BANK<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031798P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031799P001-1488A-002F<br>BNYMELLON/CACEIS BANK LUXEMBOURG<br>MITCHEL SOBEL<br>CORPORATE ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031801P001-1488A-002F<br>BNYMELLON/CBD RE BEADER AG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031801P001-1488A-002F<br>BNYMELLON/CBD RE BEADER AG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031801P001-1488A-002F<br>BNYMELLON/CBD RE BEADER AG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031801P001-1488A-002F<br>BNYMELLON/CBD RE BEADER AG<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

---

031801P001-1488A-002F
BNYMELLON/CBD RE BEADER AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031801P001-1488A-002F
BNYMELLON/CBD RE BEADER AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031801P001-1488A-002F
BNYMELLON/CBD RE BEADER AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031801P001-1488A-002F
BNYMELLON/CBD RE BEADER AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031801P001-1488A-002F
BNYMELLON/CBD RE BEADER AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031802P001-1488A-002F
BNYMELLON/CBD RE STEUBING AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031803P001-1488A-002F
BNYMELLON/CFD RE EQUINET AG
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc. et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:08 PM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GTS.CAEC.TPA@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MARIANNE.SULLIVAN@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PAOLA.PRINS@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
DARYL.SLATER@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MICHAEL.FENNER@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
THEOPHILUS.CHAN@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PRABHA.L.BATNI@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
ANN.E.NOBBE@CITI.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031804P001-1488A-002F
BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031806P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #29
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031807P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #32
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031808P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #33
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031809P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #34
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031810P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #35
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031811P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #36
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 377 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 27 of 203

04/20/2022 11:10:08 PM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031812P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #37
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031813P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #38
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

031814P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #39
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031815P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #40
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031816P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #41
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031817P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #42
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031817P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #42
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031817P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #42
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031817P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #42
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031817P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #42
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031817P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #42<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031817P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #42<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031817P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #42<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031817P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #42<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM |
| 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031818P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031819P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #43<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM |

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031820P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #44<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM | 031821P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORP ACTIONS<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031822P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #45<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

031822P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #45
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031823P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031824P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #46
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

---

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031825P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #47
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031826P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #48
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031827P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #49
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031828P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #50
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031828P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #50
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031828P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #50
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031828P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #50
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031828P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #50
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031828P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #50<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031829P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #51<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031830P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #52<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031831P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #53<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031832P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #59<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031832P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #59<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031832P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #59<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031832P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #59<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031832P001-1488A-002F<br>BNYMELLON/DEDICATED PARTICIPANT #59<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031832P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #59
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031833P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #63
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031834P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #64
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031835P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #65
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031836P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #66
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031837P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #67
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031838P001-1488A-002F
BNYMELLON/DEDICATED PARTICIPANT #68
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031839P001-1488A-002F
BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031840P001-1488A-002F
BNYMELLON/DEXIA CREDIT LOCAL PARIS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031841P001-1488A-002F
BNYMELLON/DR CUSTODY ACCOUNT
CORP ACTIONS
ASSISTANT TREASURER
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 387 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 37 of 203                                                                                      04/20/2022 11:10:08 PM

---

031842P001-1488A-002F
BNYMELLON/EF CORPORATE HOLDINGS LLC
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031843P001-1488A-002F
BNYMELLON/FIRM SECURITIES FINANCE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031844P001-1488A-002F
BNYMELLON/GFI SECURITIES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

---

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031845P001-1488A-002F
BNYMELLON/GLOBAL PRIME PARTNERS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031846P001-1488A-002F
BNYMELLON/GOV AND CO BANK OF ENGLAND
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031847P001-1488A-002F
BNYMELLON/HSBC BANK PLC A
C IB EQUITY FINANCE NT
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031848P001-1488A-002F
BNYMELLON/HSBC BANK PLC EQD USBR
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031848P001-1488A-002F
BNYMELLON/HSBC BANK PLC EQD USBR
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al.

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031848P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC EQD USBR<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031849P001-1488A-002F<br>BNYMELLON/HSBC BANK PLC PARIS BRANCH<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM |
| 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031851P001-1488A-002F<br>BNYMELLON/ICAP LONDON<br>CORP ACTIONS<br>VICE PRESIDENT<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

---

031851P001-1488A-002F
BNYMELLON/ICAP LONDON
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031852P001-1488A-002F
BNYMELLON/IRELAND
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031853P001-1488A-002F
BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031854P001-1488A-002F
BNYMELLON/LBBW NY CUSTODY
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031855P001-1488A-002F
BNYMELLON/LBBW NY PRIMARY ACCOUNT
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031856P001-1488A-002F
BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031857P001-1488A-002F
BNYMELLON/MIZUHO INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031858P001-1488A-002F
BNYMELLON/MONTAGUE PLACE CUSTODY SVC
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031859P001-1488A-002F
BNYMELLON/MS INTERNATIONAL
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031860P001-1488A-002F
BNYMELLON/NA-BANK CUSTODY
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031861P001-1488A-002F
BNYMELLON/NATIONAL BANK OF AUSTRALIA
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 44 of 203

04/20/2022 11:10:08 PM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031862P001-1488A-002F
BNYMELLON/NATIXIS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031863P001-1488A-002F
BNYMELLON/NATIXIS FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031864P001-1488A-002F
BNYMELLON/NOMURA CL SETT NOM LTD
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031865P001-1488A-002F
BNYMELLON/NOMURA CNS NOM RE: TFS DER
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031866P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC COLLATERAL ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLAIM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031867P001-1488A-002F
BNYMELLON/NOMURA GLOBAL FINANCIAL
PRODUCTSINC MAIN ACCOUNT
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031868P001-1488A-002F
BNYMELLON/NOMURA NCSN RE AKJ
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031869P001-1488A-002F
BNYMELLON/NOMURA PB NOMINEES LTD
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 397 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031873P001-1488A-002F
BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031872P001-1488A-002F
BNYMELLON/RABOBANK INTERNATIONAL UNEF
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031874P001-1488A-002F
BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031875P001-1488A-002F
BNYMELLON/RABOBANK UTRECHT FIXED INCOME
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031876P001-1488A-002F
BNYMELLON/RE ANZ MELBOURNE
CORPORATE ACTIONS
525 WILLIAM PENN PL.
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031877P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc., et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031878P001-1488A-002F
BNYMELLON/RE BARCLAYS BANK IRELAND PLC F
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031879P001-1488A-002F
BNYMELLON/RE BB RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031880P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:08 PM

---

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031881P001-1488A-002F
BNYMELLON/RE BNYMLB RE FIRM SF
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031882P001-1488A-002F
BNYMELLON/RE BNYMLUXSA RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031883P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031884P001-1488A-002F
BNYMELLON/RE BNYMSANV RE FIRM EM
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031885P001-1488A-002F
BNYMELLON/RE BNYMSANVAMS RE FIRM LAB
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 402 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031886P001-1488A-002F
BNYMELLON/RE BNYMSANVFFT RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PENN PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031887P001-1488A-002F
BNYMELLON/RE BNYMSANVLB RE FIRM
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031888P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FFT RE FIRM
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031889P001-1488A-002F
BNYMELLON/RE FIRM BRPT ASSETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031891P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT ACCOUNT
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031892P001-1488A-002F
BNYMELLON/RE FIRM INVESTMENT PORTFOLIO
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031893P001-1488A-002F
BNYMELLON/RE FIRM NYIB SECURED FINANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031893P001-1488A-002F
BNYMELLON/RE FIRM NYIB SECURED FINANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 404 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031893P001-1488A-002F<br>BNYMELLON/RE FIRM NYIB SECURED FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031894P001-1488A-002F<br>BNYMELLON/RE FIRM SMPT ASSETS<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031895P001-1488A-002F<br>BNYMELLON/RE FIRM TRADE INS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031896P001-1488A-002F<br>BNYMELLON/RE HSBC BANK PLC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031897P001-1488A-002F<br>BNYMELLON/RE HSBC FRANCE<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031898P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO<br>SECURITIES AMERICA INC<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031899P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031899P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031899P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031899P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031899P001-1488A-002F<br>BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031899P001-1488A-002F
BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031900P001-1488A-002F
BNYMELLON/SPECIAL PROCESSING #99
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031901P001-1488A-002F
BNYMELLON/SUSQUEHANNA FINANCIAL
CORP ACTIONS
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 57 of 203                                                                    04/20/2022 11:10:09 PM

---

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031902P001-1488A-002F
BNYMELLON/TRUST CO OF LA
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031903P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
KEVIN KELLY
CORPORATE ACTIONS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031903P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
KEVIN KELLY
CORPORATE ACTIONS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
MATTHEW.BARTEL@BNYMELLON.COM

031903P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
KEVIN KELLY
CORPORATE ACTIONS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031903P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
KEVIN KELLY
CORPORATE ACTIONS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
PGHEVENTCREATION@BNYMELLON.COM

031903P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
KEVIN KELLY
CORPORATE ACTIONS
ONE MELLON BANK CTR
4TH FLOOR- 151-0440
PITTSBURGH PA 15258
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031904P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
CORPORATE ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

---

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031905P001-1488A-002F
BNYMELLON/WEALTH MANAGEMENT
MICHAEL KANIA
CORP ACTIONS
525 WILLIAM PENN PL
STE 1215
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MEREDICE.ROWE@WELLSFARGO.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

031906P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031907P001-1488A-002F
BNYMELLON/WF AND CO WELLS FARGO AND CO PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM | 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM | 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MEREDICE.ROWE@WELLSFARGO.COM | 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM | 031907P001-1488A-002F<br>BNYMELLON/WF AND CO WELLS FARGO AND CO PI<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>FINESSA.ROSSON@WELLSFARGOADVISORS.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 031909P001-1488A-002F<br>BNYMELLON/WINTERFLOOD SECURITIES LTD<br>MICHAEL KANIA<br>525 WILLIAM PENN PL<br>RM 0400<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PXRPT@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>SZYROKI.DC@MELLON.COM |
| 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>MATTHEW.BARTEL@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 031771P001-1488A-002F<br>BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC<br>CORP ACTION<br>401 SOUTH SALINA ST<br>2ND FL<br>SYRACUSE NY 13202<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031771P001-1488A-002F
BNYMELLONAG DESHAW OCULUS PORT LLCPLGCOLL AC
CORP ACTION
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031781P001-1488A-002F
BNYMELLONBARCLAYS CAPITAL INC
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031797P001-1488A-002F
BNYMELLONCACEIS BANK DEUTSCHLAND
GMBH RECLIENT
CORP ACTIONS, VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031800P001-1488A-002F
BNYMELLONCANTOR FITZGERALD, EUROPE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031805P001-1488A-002F
BNYMELLONDE SHAW AND CO
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031850P001-1488A-002F
BNYMELLONHYMF INC FIRM EQUITIES DTC BOX
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031870P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS II, LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PXRPT@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
SZYROKI.DC@MELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
MATTHEW.BARTEL@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGHEVENTCREATION@BNYMELLON.COM

031871P001-1488A-002F
BNYMELLONOZ DOMESTIC PARTNERS,LP
CORP ACTIONS
VICE PRESIDENT
401 SOUTH SALINA ST
2ND FL
SYRACUSE NY 13202
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

04/20/2022 11:10:09 PM

031890P001-1488A-002F
BNYMELLONRE FIRM HOLDING CO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MEREDICE.ROWE@WELLSFARGO.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

031908P001-1488A-002F
BNYMELLONWFBNA WELLS FARGO BANK NA PI
MICHAEL KANIA
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

031910P001-1488A-002F
BRANCH BANKING AND TRUST CO
TANJI BASS
TEAM LEADER
223 W NASH ST
3RD FL
WILSON NC 27893
TANJI.BASS@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
ECOURTNEY@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
MSALATA@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
LSTANWICK@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
MARIA.LOFTUS@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
ALWALLACE@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
LSTANWICK@BBANDT.COM

031911P001-1488A-002F
BRANCH BANKING AND TRUST CO
CORP ACTIONS
200 S COLLEGE ST 8TH FL
CHARLOTTE NC 28202
CKINLAW@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
CKINLAW@BBANDT.COM

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
MSALATA@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
LSTANWICK@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
MARIA.LOFTUS@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
ALWALLACE@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
LSTANWICK@BBANDT.COM

031912P001-1488A-002F
BRANCH BANKING AND TRUST COMPAY/FM/IPA
CARRIE KINLAW
MANAGER
4320 KAHN DR
BLDG 1
LUMBERTON NC 27893
TANJI.BASS@BBANDT.COM

031913P001-1488A-002F
BROWN BROTHERS HARRIMAN AND CO
JERRY TRAVERS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CA.CLASS.ACTIONS@BBH.COM

031913P001-1488A-002F
BROWN BROTHERS HARRIMAN AND CO
JERRY TRAVERS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CALEB.LANFEAR@BBH.COM

031914P001-1488A-002F
BROWN BROTHERS HARRIMAN AND COETF
CORPORATE ACTIONS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CA.CLASS.ACTIONS@BBH.COM

031914P001-1488A-002F
BROWN BROTHERS HARRIMAN AND COETF
CORPORATE ACTIONS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CALEB.LANFEAR@BBH.COM

031916P001-1488A-002F
CALDWELL TRUST CO
ASHLEY R HARRISON
201 CTR RD
STE 2
VENICE FL 34285
ASHLEY@CTRUST.COM

031917P001-1488A-002F
CANACCORD GENUITY CORPCDS**
BEN THIESSEN
2200-609 GRANVILLE ST
VANCOUVER BC V7Y 1H2
CANADA
BEN.THIESSEN@CANACCORD.COM

031917P001-1488A-002F
CANACCORD GENUITY CORPCDS**
BEN THIESSEN
2200-609 GRANVILLE ST
VANCOUVER BC V7Y 1H2
CANADA
VANCOUVERHO-RECONCILIATIONS@CANACCORD.COM

031917P001-1488A-002F
CANACCORD GENUITY CORPCDS**
BEN THIESSEN
2200-609 GRANVILLE ST
VANCOUVER BC V7Y 1H2
CANADA
PROXY_INQUIRY@CANACCORD.COM

031918P001-1488A-002F
CANTOR FITZGERALD AND CO
CORPORATE ACTIONS
55 WATER ST
28TH FL
NEW YORK NY 10041
IDIAZ@CANTOR.COM

031918P001-1488A-002F
CANTOR FITZGERALD AND CO
CORPORATE ACTIONS
55 WATER ST
28TH FL
NEW YORK NY 10041
CORPORATEACTIONS-NY@BGCPARTNERS.COM

031919P001-1488A-002F
CENTRAL TRUST BANK (THE)
AMANDA BOLINGER
238 MADISON ST
JEFFERSON CITY MO 65101
AMANDA_BOLINGER@CENTRALBANK.NET

031919P001-1488A-002F
CENTRAL TRUST BANK (THE)
AMANDA BOLINGER
238 MADISON ST
JEFFERSON CITY MO 65101
DENA.VANLOO@CENTRALBANK.NET

031920P001-1488A-002F
CETERA INVESTMENT SVC LLC
ASHLEY ROELIKE
CORPORATE ACTIONS
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
ASHLEY.ROELIKE@CETERAFI.COM

031920P001-1488A-002F
CETERA INVESTMENT SVC LLC
ASHLEY ROELIKE
CORPORATE ACTIONS
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
STEVE.SCHMITZ@CETERA.COM

031921P001-1488A-002F
CETERA INVESTMENT SVC LLC
ANGELA HANDELAND
SUPERVISOR
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
ANGELA.HANDELAND@CETERAFI.COM

031921P001-1488A-002F
CETERA INVESTMENT SVC LLC
ANGELA HANDELAND
SUPERVISOR
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
ALICE.HEMPHILL@CETERA.COM

031921P001-1488A-002F
CETERA INVESTMENT SVC LLC
ANGELA HANDELAND
SUPERVISOR
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
AMANDA.ZWILLING@CETERA.COM

031921P001-1488A-002F
CETERA INVESTMENT SVC LLC
ANGELA HANDELAND
SUPERVISOR
400 1ST ST SOUTH
STE 300
ST. CLOUD MN 56301
RUSSELL.MARKFELDER@CETERA.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031921P001-1488A-002F<br>CETERA INVESTMENT SVC LLC<br>ANGELA HANDELAND<br>SUPERVISOR<br>400 1ST ST SOUTH<br>STE 300<br>ST. CLOUD MN 56301<br>KATIE.BIEDLER@CETERAFI.COM | 031921P001-1488A-002F<br>CETERA INVESTMENT SVC LLC<br>ANGELA HANDELAND<br>SUPERVISOR<br>400 1ST ST SOUTH<br>STE 300<br>ST. CLOUD MN 56301<br>STEVE.SCHMITZ@CETERA.COM | 031922P001-1488A-002F<br>CHARLES SCHWAB AND CO, INC<br>CORPORATE ACTIONS DEPT 011B572<br>CHRISTINA YOUNG<br>2423 E LINCOLN DR<br>PHOENIX AZ 85016-1215<br>PHXMCBR@SCHWAB.COM | 031922P001-1488A-002F<br>CHARLES SCHWAB AND CO, INC<br>CORPORATE ACTIONS DEPT 011B572<br>CHRISTINA YOUNG<br>2423 E LINCOLN DR<br>PHOENIX AZ 85016-1215<br>JEN.CURTIN@SCHWAB.COM |
| 031923P001-1488A-002F<br>CIBC WORLD MARKETS CORP<br>BROADRIDGE<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717<br>WENDY.AVILA@CIBC.CA | 031924P001-1488A-002F<br>CIBC WORLD MARKETS CORP<br>CIBC WORLD MARKETS CORP REPO<br>CORPORATE ACTIONS<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>22 FRONT ST W 7TH FL ATTN CORP ACT<br>TORONTO ON M5J 2W5<br>CANADA<br>MAILBOX.CAEVENTSCIBC@CIBC.CA | 031924P001-1488A-002F<br>CIBC WORLD MARKETS CORP<br>CIBC WORLD MARKETS CORP REPO<br>CORPORATE ACTIONS<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>22 FRONT ST W 7TH FL ATTN CORP ACT<br>TORONTO ON M5J 2W5<br>CANADA<br>WENDY.AVILA@CIBC.CA | 031925P001-1488A-002F<br>CIBC WORLD MARKETS INCCDS**<br>CORPORATE ACTIONS<br>RODERICK  ROOPSINGH<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>22 FRONT ST W 7TH FL ATTN CORP ACT<br>TORONTO ON M5J 2W5<br>CANADA<br>MAILBOX.CAEVENTSCIBC@CIBC.CA |
| 031926P001-1488A-002F<br>CITADEL CLEARING LLC<br>KEVIN NEWSTEAD/RACHEL GALDONES<br>131 SOUTH DEARBORN ST<br>35TH FL<br>CHICAGO IL 60603<br>KEVIN.NEWSTEAD@CITADELGROUP.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>GTS.CAEC.TPA@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>MARIANNE.SULLIVAN@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>PAOLA.PRINS@CITI.COM |
| 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>DARYL.SLATER@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>GTS.CAEC.TPA@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>MARIANNE.SULLIVAN@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>PAOLA.PRINS@CITI.COM |
| 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>DARYL.SLATER@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>MICHAEL.FENNER@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>THEOPHILUS.CHAN@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>PRABHA.L.BATNI@CITI.COM |
| 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>ANN.E.NOBBE@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>MICHAEL.FENNER@CITI.COM | 031927P001-1488A-002F<br>CITIBANK NA LONDONMTN<br>VANESSA PRICKETT<br>5 CARMELITE ST<br>LONDON  EC4Y OPA<br>UNITED KINGDOM<br>THEOPHILUS.CHAN@CITI.COM |

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

031927P001-1488A-002F
CITIBANK NA LONDONMTN
VANESSA PRICKETT
5 CARMELITE ST
LONDON  EC4Y OPA
UNITED KINGDOM
PRABHA.L.BATNI@CITI.COM

031927P001-1488A-002F
CITIBANK NA LONDONMTN
VANESSA PRICKETT
5 CARMELITE ST
LONDON  EC4Y OPA
UNITED KINGDOM
ANN.E.NOBBE@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
GTS.CAEC.TPA@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MARIANNE.SULLIVAN@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PAOLA.PRINS@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
DARYL.SLATER@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MICHAEL.FENNER@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
THEOPHILUS.CHAN@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PRABHA.L.BATNI@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
ANN.E.NOBBE@CITI.COM

031928P001-1488A-002F
CITIBANK NAPROPRIETARY ASSETS
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
GTS.CAEC.TPA@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
GTS.CAEC.TPA@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MARIANNE.SULLIVAN@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PAOLA.PRINS@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
DARYL.SLATER@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MICHAEL.FENNER@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
THEOPHILUS.CHAN@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PRABHA.L.BATNI@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
ANN.E.NOBBE@CITI.COM

031929P001-1488A-002F
CITIBANK, NA
SHERIDA SINANAN
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
GTS.CAEC.TPA@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MARIANNE.SULLIVAN@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PAOLA.PRINS@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
DARYL.SLATER@CITI.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:09 PM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
MICHAEL.FENNER@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
THEOPHILUS.CHAN@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
PRABHA.L.BATNI@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610
ANN.E.NOBBE@CITI.COM

031930P001-1488A-002F
CITIBANK, NA
PAUL WATTERS
3801 CITIBANK CTR
B/3RD FLOOR/ZONE 12
TAMPA FL 33610

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
GTS.CAEC.TPA@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
MARIANNE.SULLIVAN@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
PAOLA.PRINS@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
DARYL.SLATER@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
MICHAEL.FENNER@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
THEOPHILUS.CHAN@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
PRABHA.L.BATNI@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
ANN.E.NOBBE@CITI.COM

031931P001-1488A-002F
CITIBANK, NA  DEALER
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
GTS.CAEC.TPA@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
MARIANNE.SULLIVAN@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
PAOLA.PRINS@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
DARYL.SLATER@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
MICHAEL.FENNER@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
THEOPHILUS.CHAN@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
PRABHA.L.BATNI@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001
ANN.E.NOBBE@CITI.COM

031932P001-1488A-002F
CITIBANK, NA  MUNICIPAL SAFEKEEPING
PAT KIRBY
MANAGER
333 WEST 34TH ST
NEW YORK NY 10001

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
GTS.CAEC.TPA@CITI.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 418 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 68 of 203                                                                04/20/2022 11:10:09 PM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
MARIANNE.SULLIVAN@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
PAOLA.PRINS@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
DARYL.SLATER@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
MICHAEL.FENNER@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
THEOPHILUS.CHAN@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
PRABHA.L.BATNI@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005
ANN.E.NOBBE@CITI.COM

031933P001-1488A-002F
CITIBANK, NA BOOKENTRY
ONLY MEDIUM TERMNOTE ACCOUNT
MIKE BURNS
111 WALL ST
15TH FL
NEW YORK NY 10005

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
GTS.CAEC.TPA@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
MARIANNE.SULLIVAN@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
PAOLA.PRINS@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
DARYL.SLATER@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
MICHAEL.FENNER@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
THEOPHILUS.CHAN@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
PRABHA.L.BATNI@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043
ANN.E.NOBBE@CITI.COM

031934P001-1488A-002F
CITIBANK, NA, CORPORATE TRUST WARR
ALICE MASSINI
111 WALL ST
NEW YORK NY 10043

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
GTS.CAEC.TPA@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
MARIANNE.SULLIVAN@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
PAOLA.PRINS@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
DARYL.SLATER@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
MICHAEL.FENNER@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
THEOPHILUS.CHAN@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
PRABHA.L.BATNI@CITI.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
ANN.E.NOBBE@CITI.COM

031935P001-1488A-002F
CITIBANK, NACORPORATE AGENCY AND TRUST
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
GTS.CAEC.TPA@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
MARIANNE.SULLIVAN@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
PAOLA.PRINS@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
DARYL.SLATER@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
MICHAEL.FENNER@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
THEOPHILUS.CHAN@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
PRABHA.L.BATNI@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610
ANN.E.NOBBE@CITI.COM

031936P001-1488A-002F
CITIBANK, NAETF
ELIZABETH GABB
DIRECTOR
3800 CITIGROUP CTR B2/2
TAMPA FL 33610

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
GTS.CAEC.TPA@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
MARIANNE.SULLIVAN@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
PAOLA.PRINS@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
DARYL.SLATER@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
MICHAEL.FENNER@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
THEOPHILUS.CHAN@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
PRABHA.L.BATNI@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001
ANN.E.NOBBE@CITI.COM

031937P001-1488A-002F
CITIBANK, NASEGREGATED LENDING
JOHN DELLOLIO VP
45TH FL
L.I.C. NY 11120-0001

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
GTS.CAEC.TPA@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
MARIANNE.SULLIVAN@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
PAOLA.PRINS@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
DARYL.SLATER@CITI.COM

Case 22-90032   Document 69   GWG Holdings, Inc. et al   Filed in TXSB on 04/21/22   Page 420 of 594
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 70 of 203                                                                                    04/20/2022 11:10:09 PM

---

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
MICHAEL.FENNER@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
THEOPHILUS.CHAN@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
PRABHA.L.BATNI@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043
ANN.E.NOBBE@CITI.COM

031938P001-1488A-002F
CITIBANK/CP/IPA
SEBASTIAN ANDRIESZYN
111 WALL ST 5TH FL
NEW YORK NY 10043

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
STEPHANIE.M.LUCKEY@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
GTS.CAEC.TPA@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
MARIANNE.SULLIVAN@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
PAOLA.PRINS@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
DARYL.SLATER@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
MICHAEL.FENNER@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
THEOPHILUS.CHAN@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
PRABHA.L.BATNI@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005
ANN.E.NOBBE@CITI.COM

031939P001-1488A-002F
CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST
STEPHANIE LUCKEY
111 WALL ST
6TH FL
NEW YORK NY 10005

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
GTS.CAEC.TPA@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
MARIANNE.SULLIVAN@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
PAOLA.PRINS@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
DARYL.SLATER@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
MICHAEL.FENNER@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
THEOPHILUS.CHAN@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
PRABHA.L.BATNI@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005
ANN.E.NOBBE@CITI.COM

031940P001-1488A-002F
CITICORP SECURITIES SERVICES, INC
JOHN BYRNE
111 WALL ST
11TH FL
NEW YORK NY 10005

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 421 of 594
GWG Holdings, Inc. et al

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 71 of 203                                                                04/20/2022 11:10:09 PM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
GTS.CAEC.TPA@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
MARIANNE.SULLIVAN@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
PAOLA.PRINS@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
DARYL.SLATER@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
MICHAEL.FENNER@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
THEOPHILUS.CHAN@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
PRABHA.L.BATNI@CITI.COM

031941P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041
ANN.E.NOBBE@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SALOMON BROTHERSAMM
MARK LEVY
55 WATER ST
NEW YORK NY 10041

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
CORPACTION@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
REORGCLASSACTION@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
GTS.CAEC.TPA@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
MARIANNE.SULLIVAN@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
PAOLA.PRINS@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
DARYL.SLATER@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
MICHAEL.FENNER@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
THEOPHILUS.CHAN@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
PRABHA.L.BATNI@CITI.COM

031942P001-1488A-002F
CITIGROUP GLOBAL MARKETS INC
SHERRYL NASH-COOK
388 GREENWICH ST
11TH FL
NEW YORK NY 10013
ANN.E.NOBBE@CITI.COM

031943P001-1488A-002F
CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS
CORPORATE ACTIONS
111 WALL ST
6TH FL
NEW YORK NY 10005
REORGCLASSACTION@CITI.COM

031943P001-1488A-002F
CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS
CORPORATE ACTIONS
111 WALL ST
6TH FL
NEW YORK NY 10005
CORPACTION@CITI.COM

031943P001-1488A-002F
CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS
CORPORATE ACTIONS
111 WALL ST
6TH FL
NEW YORK NY 10005
GTS.CAEC.TPA@CITI.COM

031943P001-1488A-002F
CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS
CORPORATE ACTIONS
111 WALL ST
6TH FL
NEW YORK NY 10005
MARIANNE.SULLIVAN@CITI.COM

031943P001-1488A-002F
CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS
CORPORATE ACTIONS
111 WALL ST
6TH FL
NEW YORK NY 10005
PAOLA.PRINS@CITI.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 031943P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS<br>111 WALL ST<br>6TH FL<br>NEW YORK NY 10005<br>DARYL.SLATER@CITI.COM | 031943P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS<br>111 WALL ST<br>6TH FL<br>NEW YORK NY 10005<br>MICHAEL.FENNER@CITI.COM | 031943P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS<br>111 WALL ST<br>6TH FL<br>NEW YORK NY 10005<br>THEOPHILUS.CHAN@CITI.COM | 031943P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS<br>111 WALL ST<br>6TH FL<br>NEW YORK NY 10005<br>PRABHA.L.BATNI@CITI.COM |
| 031943P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS<br>111 WALL ST<br>6TH FL<br>NEW YORK NY 10005<br>ANN.E.NOBBE@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>MARY.SAJDAK@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>GTS.CAEC.TPA@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>MARIANNE.SULLIVAN@CITI.COM |
| 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>PAOLA.PRINS@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>DARYL.SLATER@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>MICHAEL.FENNER@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>THEOPHILUS.CHAN@CITI.COM |
| 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>PRABHA.L.BATNI@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>ANN.E.NOBBE@CITI.COM | 031944P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS INCSALOMON BROTHERS<br>CORPORATE ACTIONS DEPT<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013 | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>GTS.CAEC.TPA@CITI.COM |
| 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>MARIANNE.SULLIVAN@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>PAOLA.PRINS@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>DARYL.SLATER@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>MICHAEL.FENNER@CITI.COM |
| 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>THEOPHILUS.CHAN@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>PRABHA.L.BATNI@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013<br>ANN.E.NOBBE@CITI.COM | 031945P001-1488A-002F<br>CITIGROUP GLOBAL MARKETS, INC<br>CORRESPONDENT CLEARING<br>ABIGAIL DAVIES<br>388 GREENWICH ST<br>11TH FL<br>NEW YORK NY 10013 |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 423 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 73 of 203                                                      04/20/2022 11:10:09 PM

031946P001-1488A-002F
CITY NATIONAL BANK
JOEL GALLANT
555 SOUTH FLOWER ST 10TH FL
LOS ANGELES CA 90071
JOEL.GALLANT@CNB.COM

031915P001-1488A-002F
CL KING AND ASSOCIATES, INC
CARRIE KANE
9 ELK ST
ALBANY NY 12207
CAB@CLKING.COM

031947P001-1488A-002F
CLASS ACTION
CLASS ACTION
REORGOPSCAMAILINGSERVICE@BROADRIDGE.COM

031947P001-1488A-002F
CLASS ACTION
CLASS ACTION
CLASSACTIONS1@BROADRIDGE.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
CA_MANDATORY.EVENTS@CLEARSTREAM.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
MANDATORYREORGANNOUNCEMENTS@DTCC.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
DRIT@EUROCLEAR.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
CORPACTIONSOVERSEAS.GROUP@SISCLEAR.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
REORGOPSCAMAILINGSERVICE@BROADRIDGE.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
LEGALANDTAXNOTICES@DTCC.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
NATHALIE.CHATAIGNER@CLEARSTREAM.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
HULYA.DIN@CLEARSTREAM.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
CHERIFA.MAAMERI@CLEARSTREAM.COM

031948P001-1488A-002F
CLEARING HOUSES
CLEARING HOUSES
CA_LUXEMBOURG@CLEARSTREAM.COM

031949P001-1488A-002F
COMERICA BANK
GLORIA IMHOFF
411 WEST LAFAYETTE
DETROIT MI 48226
GHIMHOFF@COMERICA.COM

031949P001-1488A-002F
COMERICA BANK
GLORIA IMHOFF
411 WEST LAFAYETTE
DETROIT MI 48226
MLGILES@COMERICA.COM

031950P001-1488A-002F
COMPASS BANK/INVESTMENTS
CORPORATE ACTIONS
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
CRYSTAL.LAMAR@BBVACOMPASS.COM

031950P001-1488A-002F
COMPASS BANK/INVESTMENTS
CORPORATE ACTIONS
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
CRYSTAL.LAMAR@BBVA.COM

031950P001-1488A-002F
COMPASS BANK/INVESTMENTS
CORPORATE ACTIONS
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
BROKERHOTLINE.US@BBVA.COM

031950P001-1488A-002F
COMPASS BANK/INVESTMENTS
CORPORATE ACTIONS
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
THOMAS.REILLY@BBVANY.COM

031950P001-1488A-002F
COMPASS BANK/INVESTMENTS
CORPORATE ACTIONS
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
NY.FOST.SUPPORT.GROUP@BBVA.COM

031951P001-1488A-002F
COMPASS BANK/TRUST DIVISION
CRYSTAL LAMAR
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
CRYSTAL.LAMAR@BBVACOMPASS.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

031951P001-1488A-002F
COMPASS BANK/TRUST DIVISION
CRYSTAL LAMAR
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
CRYSTAL.LAMAR@BBVA.COM

031951P001-1488A-002F
COMPASS BANK/TRUST DIVISION
CRYSTAL LAMAR
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
BROKERHOTLINE.US@BBVA.COM

031951P001-1488A-002F
COMPASS BANK/TRUST DIVISION
CRYSTAL LAMAR
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
THOMAS.REILLY@BBVANY.COM

031951P001-1488A-002F
COMPASS BANK/TRUST DIVISION
CRYSTAL LAMAR
15 SOUTH 20TH ST
BIRMINGHAM AL 35233
NY.FOST.SUPPORT.GROUP@BBVA.COM

031952P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NA
LYNN HUGUET
MANAGER
250 ROYALL ST
CANTON MA 02021
LYNN.HUGUET@COMPUTERSHARE.COM

031952P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NA
LYNN HUGUET
MANAGER
250 ROYALL ST
CANTON MA 02021
LAURA.CROSBY@COMPUTERSHARE.COM

031952P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NA
LYNN HUGUET
MANAGER
250 ROYALL ST
CANTON MA 02021
MARCO.DESANTIS@COMPUTERSHARE.COM

031953P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NADR
CLAIRE HERRING
2 N LASALLE
CHICAGO IL 60602
LAURA.CROSBY@COMPUTERSHARE.COM

031953P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NADR
CLAIRE HERRING
2 N LASALLE
CHICAGO IL 60602
MARCO.DESANTIS@COMPUTERSHARE.COM

031954P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NADRP
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
KEVIN.FLEMING@COMPUTERSHARE.COM

031954P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NADRP
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
LAURA.CROSBY@COMPUTERSHARE.COM

031954P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NADRP
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
MARCO.DESANTIS@COMPUTERSHARE.COM

031955P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NAOPTIONS
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
KEVIN.FLEMING@COMPUTERSHARE.COM

031955P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NAOPTIONS
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
LAURA.CROSBY@COMPUTERSHARE.COM

031955P001-1488A-002F
COMPUTERSHARE TRUST COMPANY, NAOPTIONS
KEVIN FLEMING
MANAGER
250 ROYALL ST
CANTON MA 02021
MARCO.DESANTIS@COMPUTERSHARE.COM

031956P001-1488A-002F
CONVERGEX EXECUTION SOLUTIONS LLC
HOWARD FLAXER
VICE PRESIDENT
3501 QUADRANGLE BLVD
STE 200
ORLANDO FL 32817
HFLAXER@CONVERGEX.COM

031957P001-1488A-002F
COR CLEARING LLC
ANH MECHALS
9300 UNDERWOOD AVE
STE 400
OMAHA NE 68114
CORPORATE.ACTION@CORCLEARING.COM

031958P001-1488A-002F
COR CLEARING LLC
ISSUER SVC
8000 REGENCY PKWY
CARY NC 27518
CORPORATE.ACTION@CORCLEARING.COM

031959P001-1488A-002F
COR CLEARING LLC
LUKE HOLLAND
1200 LANDMARK CTR
STE 800
OMAHA NE 68102
CORPORATE.ACTION@CORCLEARING.COM

031960P001-1488A-002F
COR CLEARING LLC/CORRESPONDENT FLIP
FACILITATION ACCOUNT
CORPORATE ACTIONS
1200 LANDMARK CTR
STE 800
OMAHA NE 68102-1916
CORPORATE.ACTION@CORCLEARING.COM

031961P001-1488A-002F
COR CLEARING LLC/STOCK LOAN
SHAWN BROWN
MANAGER
9300 UNDERWOOD AVE
OMAHA NE 68114
CORPORATE.ACTION@CORCLEARING.COM

031962P001-1488A-002F
CORPORATE STOCK TRANSFER, INCDRS
SHARI HUMPHERYS
3200 CHERRY CREEK SOUTH DR
STE 430
DENVER CO 80209
SHUMPHERYS@CORPORATESTOCK.COM

031963P001-1488A-002F
COSSE INTERNATIONAL SECURITIES, INC
DENNIS A YOUNG
1301 5TH AVE
STE 3024
SEATTLE WA 98101
FINOP@COSSEINTL.COM

031964P001-1488A-002F
COWEN EXECUTION SVC LLC
FULLY PAID FOR LENDING
CORPORATE ACTIONS
599 LEXINGTON AVE 20TH FL
NEW YORK NY 10022
COWEN.US-COMMUNICATIONS@COWEN.COM

031965P001-1488A-002F
CREDIT AGRICOLE SECURITIES (USA) INC
DANIEL SALCIDO
1301 AVE OF THE AMERICAS
NEW YORK NY 10019
DANIEL.SALCIDO@CA-CIB.COM

031966P001-1488A-002F
CREDIT AGRICOLE SECURITIES (USA) INC
STOCKLOAN CONDUIT
DANIEL SALCIDO MANAGER
1301 AVE OF THE AMERICAS
NEW YORK NY 10019
DANIEL.SALCIDO@CA-CIB.COM

031967P001-1488A-002F
CREDIT SUISSE AG - NEW YORK BRANCH
CORPORATE ACTION
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
HIEP.LIEN@CREDIT-SUISSE.COM

031967P001-1488A-002F
CREDIT SUISSE AG - NEW YORK BRANCH
CORPORATE ACTION
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031969P001-1488A-002F
CREDIT SUISSE AG NEW YORK BRANCH
DTC ID CONFIRMATION
CORPORATE ACTIONS
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
HIEP.LIEN@CREDIT-SUISSE.COM

031969P001-1488A-002F
CREDIT SUISSE AG NEW YORK BRANCH
DTC ID CONFIRMATION
CORPORATE ACTIONS
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031968P001-1488A-002F
CREDIT SUISSE AG NYB -
SECURITIES LENDING MGMT
CORPORATE ACTIONS
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
HIEP.LIEN@CREDIT-SUISSE.COM

031968P001-1488A-002F
CREDIT SUISSE AG NYB -
SECURITIES LENDING MGMT
CORPORATE ACTIONS
ELEVEN MADISON AVE
NEW YORK NY 10010-3629
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031970P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC
BROADRIDGE
51 MERCEDES WAY
EDGEWOOD NY 11717
HIEP.LIEN@CREDIT-SUISSE.COM

031970P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC
BROADRIDGE
51 MERCEDES WAY
EDGEWOOD NY 11717
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031971P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC
ANTHONY MILO
VICE PRESIDENT
7033 LOUIS STEVENS DR
GLOBAL PROXY SERVICES
RESEARCH TRIANGLE PARK NC 27709
ANTHONY.MILO@CREDIT-SUISSE.COM

031971P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC
ANTHONY MILO
VICE PRESIDENT
7033 LOUIS STEVENS DR
GLOBAL PROXY SERVICES
RESEARCH TRIANGLE PARK NC 27709
HIEP.LIEN@CREDIT-SUISSE.COM

031971P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC
ANTHONY MILO
VICE PRESIDENT
7033 LOUIS STEVENS DR
GLOBAL PROXY SERVICES
RESEARCH TRIANGLE PARK NC 27709
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031972P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC/I
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
HIEP.LIEN@CREDIT-SUISSE.COM

031972P001-1488A-002F
CREDIT SUISSE SECURITIES (USA) LLC/I
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031973P001-1488A-002F
CREDIT SUISSE SECURITIES CANADA INCCDS**
KAZI HAQ
OPERATIONS MANAGER
1 FIRST CANADIAN PL STE 2900
PO BOX 301
TORONTO ON M5X 1C9
CANADA
HIEP.LIEN@CREDIT-SUISSE.COM

031973P001-1488A-002F
CREDIT SUISSE SECURITIES CANADA INCCDS**
KAZI HAQ
OPERATIONS MANAGER
1 FIRST CANADIAN PL STE 2900
PO BOX 301
TORONTO ON M5X 1C9
CANADA
LIST.NYEVTINTGRP@CREDIT-SUISSE.COM

031974P001-1488A-002F
CREWS AND ASSOCIATES, INC
CORPORATE ACTIONS
521 PRESIDENT CLINTON AVE STE 800
LITTLE ROCK AR 72201-1747
ADAY@CREWSFS.COM

031975P001-1488A-002F
CROWELL, WEEDON AND CO
JAMES L CRONK CORPORATE ACTIONS
624 SOUTH GRAND AVE
ONE WILSHIRE BLDG STE 2600
LOS ANGELES CA 90017
JCRONK@DADCO.COM

031976P001-1488A-002F
D A DAVIDSON AND CO
RITA LINSKEY
8 THIRD ST NORTH
GREAT FALLS MT 59401
RLINSKEY@DADCO.COM

031976P001-1488A-002F
D A DAVIDSON AND CO
RITA LINSKEY
8 THIRD ST NORTH
GREAT FALLS MT 59401
REORG@DADCO.COM

031977P001-1488A-002F
D A DAVIDSON AND CO
CORPORATE ACTIONS
8 THIRD ST NORTH
GREAT FALLS MT 59401
REORG@DADCO.COM

031977P001-1488A-002F
D A DAVIDSON AND CO
CORPORATE ACTIONS
8 THIRD ST NORTH
GREAT FALLS MT 59401
KSAPP@DADCO.COM

031977P001-1488A-002F
D A DAVIDSON AND CO
CORPORATE ACTIONS
8 THIRD ST NORTH
GREAT FALLS MT 59401
DWEGNER@DADCO.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 031977P001-1488A-002F<br>D A DAVIDSON AND CO<br>CORPORATE ACTIONS<br>8 THIRD ST NORTH<br>GREAT FALLS MT 59401<br>THOWELL@DADCO.COM | 031978P001-1488A-002F<br>D A DAVIDSON AND CO<br>DEBBIE GYGER<br>8 THIRD ST NORTH<br>GREAT FALLS MT 59401<br>DGYGER@DADCO.COM | 031978P001-1488A-002F<br>D A DAVIDSON AND CO<br>DEBBIE GYGER<br>8 THIRD ST NORTH<br>GREAT FALLS MT 59401<br>REORG@DADCO.COM | 031979P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>CORPORATE ACTIONS<br>32 OLD SLIP<br>14TH FL<br>NEW YORK NY 10005<br>MICHELE.CENNAMO@US.DAIWACM.COM |
| 031979P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>CORPORATE ACTIONS<br>32 OLD SLIP<br>14TH FL<br>NEW YORK NY 10005<br>AKIKO.HIROSHIMA@US.DAIWACM.COM | 031980P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>SERGIO LEON<br>32 OLD SLIP 14TH FL<br>NEW YORK NY 10005<br>AKIKO.HIROSHIMA@US.DAIWACM.COM | 031980P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>SERGIO LEON<br>32 OLD SLIP 14TH FL<br>NEW YORK NY 10005<br>MICHELE.CENNAMO@US.DAIWACM.COM | 031982P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>SECURITIES LENDING<br>DAVID BIALER, ASSISTANT VICE PRESIDENT<br>32 OLD SLIP 14TH FL<br>NEW YORK NY 10005<br>AKIKO.HIROSHIMA@US.DAIWACM.COM |
| 031982P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INC<br>SECURITIES LENDING<br>DAVID BIALER, ASSISTANT VICE PRESIDENT<br>32 OLD SLIP 14TH FL<br>NEW YORK NY 10005<br>MICHELE.CENNAMO@US.DAIWACM.COM | 031981P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INCDASAC<br>AKIKO HIROSHIMA<br>32 OLD SLIP<br>14TH FL<br>NEW YORK NY 10005<br>AKIKO.HIROSHIMA@US.DAIWACM.COM | 031981P001-1488A-002F<br>DAIWA CAPITAL MARKETS AMERICA INCDASAC<br>AKIKO HIROSHIMA<br>32 OLD SLIP<br>14TH FL<br>NEW YORK NY 10005<br>MICHELE.CENNAMO@US.DAIWACM.COM | 031983P001-1488A-002F<br>DAVENPORT AND CO LLC<br>KIM NIEDING<br>901 EAST CARY ST<br>11TH FL<br>RICHMOND VA 23219<br>KNIEDING@INVESTDAVENPORT.COM |
| 031984P001-1488A-002F<br>DAVID LERNER ASSOCIATES, INC<br>BILLY O' DONNELL<br>477 JERICHO TPKE<br>PO BOX 9006<br>SYOSSET NY 11791<br>BILL.ODONNELL@DAVIDLERNER.COM | 031984P001-1488A-002F<br>DAVID LERNER ASSOCIATES, INC<br>BILLY O' DONNELL<br>477 JERICHO TPKE<br>PO BOX 9006<br>SYOSSET NY 11791<br>CARMELA.BRIGAGLIANO@DAVIDLERNER.COM | 031984P001-1488A-002F<br>DAVID LERNER ASSOCIATES, INC<br>BILLY O' DONNELL<br>477 JERICHO TPKE<br>PO BOX 9006<br>SYOSSET NY 11791<br>LAWRENCE.KAMPF@DAVIDLERNER.COM | 031985P001-1488A-002F<br>DEPOSITO CENTRAL DE VALORES SA,<br>DEPOSITODE VALORES<br>MIRNA FERNANDEZ, ASSISTANT MANAGER<br>AVDA APOQUINDO #4001<br>FL 12 CP 7550162<br>LAS CONDES, SANTIAGO<br>CHILE<br>MFERNANDEZ@DCV.CL |
| 031986P001-1488A-002F<br>DESJARDINS SECURITIES INCCDS**<br>REORG DEPT-MTL1060-1ER-E<br>1060 UNIVERSITY ST<br>STE 101<br>MONTREAL QC H3B 5L7<br>CANADA<br>RECOURS.COLLECTIFS@DESJARDINS.COM | 031987P001-1488A-002F<br>DESJARDINS SECURITIES INCCDS**<br>REORG DEPT<br>1 COMPLEXE DESJARDINS<br>CP 34 SUCC ESJARDINS<br>MONTREAL QC H5B 1E4<br>CANADA<br>RECOURS.COLLECTIFS@DESJARDINS.COM | 031988P001-1488A-002F<br>DESJARDINS SECURITIES INCCDS**<br>CORPORATE ACTIONS<br>VALEURS MOBILIARES DESJARDINS<br>2 COMPLEXE DESJARDINS TOUR EST<br>NIVEAU 62 E122<br>MONTREAL QC H5B 1J2<br>CANADA<br>RECOURS.COLLECTIFS@DESJARDINS.COM | 031989P001-1488A-002F<br>DEUTSCHE BANK AG NY/CEDEAR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311<br>KEVIN.MILLER@DB.COM |
| 031989P001-1488A-002F<br>DEUTSCHE BANK AG NY/CEDEAR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311<br>SAGAR.SHARMA@DB.COM | 031989P001-1488A-002F<br>DEUTSCHE BANK AG NY/CEDEAR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311<br>CYNTHIA.RAINIS@DB.COM | 031989P001-1488A-002F<br>DEUTSCHE BANK AG NY/CEDEAR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311<br>JAMIE.SILVERSTEIN@DB.COM | 031990P001-1488A-002F<br>DEUTSCHE BANK AG NY/TCR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>KEVIN.MILLER@DB.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:09 PM

| | | | |
|---|---|---|---|
| 031990P001-1488A-002F<br>DEUTSCHE BANK AG NY/TCR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>SAGAR.SHARMA@DB.COM | 031990P001-1488A-002F<br>DEUTSCHE BANK AG NY/TCR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>CYNTHIA.RAINIS@DB.COM | 031990P001-1488A-002F<br>DEUTSCHE BANK AG NY/TCR<br>JOHN BINDER<br>VICE PRESIDENT<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>JAMIE.SILVERSTEIN@DB.COM | 031991P001-1488A-002F<br>DEUTSCHE BANK AG, NEW YORK BRANCH<br>JOHN BINDER<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>KEVIN.MILLER@DB.COM |
| 031991P001-1488A-002F<br>DEUTSCHE BANK AG, NEW YORK BRANCH<br>JOHN BINDER<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>SAGAR.SHARMA@DB.COM | 031991P001-1488A-002F<br>DEUTSCHE BANK AG, NEW YORK BRANCH<br>JOHN BINDER<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>CYNTHIA.RAINIS@DB.COM | 031991P001-1488A-002F<br>DEUTSCHE BANK AG, NEW YORK BRANCH<br>JOHN BINDER<br>100 PLZ ONE<br>2ND FL<br>JERSEY CITY NJ 07311-3901<br>JAMIE.SILVERSTEIN@DB.COM | 031992P001-1488A-002F<br>DEUTSCHE BANK AG, NEW YORK BRANCHGES FFT<br>BEVERLY GEORGE<br>ASSISTANT VICE PRESIDENT<br>60 WALL ST<br>NEW YORK NY 10023<br>BEVERLY.A.GEORGE-NY@DB.COM |
| 031993P001-1488A-002F<br>DEUTSCHE BANK SECURITIES INC<br>SARA BATTEN<br>5022 GATE PKWY<br>STE 100<br>JACKSONVILLE FL 32256<br>PROXY.MUMBAI@DB.COM | 031994P001-1488A-002F<br>DTC<br>55 WATER ST<br>FL 3<br>NEW YORK NY 10041<br>VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM | 031994P001-1488A-002F<br>DTC<br>55 WATER ST<br>FL 3<br>NEW YORK NY 10041<br>MANDATORYREORGANNOUNCEMENTS@DTCC.COM | 031994P001-1488A-002F<br>DTC<br>55 WATER ST<br>FL 3<br>NEW YORK NY 10041<br>LEGALANDTAXNOTICES@DTCC.COM |
| 031995P001-1488A-002F<br>TRADE CLEARING LLC E<br>BROADRIDGE<br>CORPORATE ACTIONS DEPT<br>2 JOURNAL SQUARE PLZ<br>5TH FL<br>JERSEY CITY NJ 07306<br>VANDANA.X.VEMULA@BROADRIDGE.COM | 031996P001-1488A-002F<br>EDWARD D JONES AND CO<br>DEREK ADAMS<br>12555 MANCHESTER RD<br>ST LOUIS MO 63131<br>GINGER.STILLMAN@EDWARDJONES.COM | 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>GINGER.STILLMAN@EDWARDJONES.COM | 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>MATT.BROMLEY@EDWARDJONES.COM |
| 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>ANNA.SCHIERMANN@EDWARDJONES.COM | 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>MARIE.MOHN@EDWARDJONES.COM | 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>BRETT.BROWN@EDWARDJONES.COM | 031997P001-1488A-002F<br>EDWARD JONES/CDS**<br>CORPORATE ACTIONS<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS MO 63043<br>EDJCLASSACTIONS@EDWARDJONES.COM |
| 031998P001-1488A-002F<br>EDWARD JONES/CDS**<br>DIANE YOUNG<br>1255 MANCHESTER RD<br>ST LOUIS MO 63141<br>EDJCLASSACTIONS@EDWARDJONES.COM | 031999P001-1488A-002F<br>EMMET AND CO,INC<br>RICHARD CHRISTENSEN<br>12 PEAPACK RD<br>FAR HILLS NJ 07931-2435<br>R.CHRISTENSEN@EMMETCO.COM | 032000P001-1488A-002F<br>ESSEX RADEZ LLC<br>MARK DEROLF<br>440 S LASALLE ST<br>STE 1111<br>CHICAGO IL 60605<br>MDEROLF@RADEZ.COM | 032001P001-1488A-002F<br>EVERBANK<br>LINDA DILE<br>8328 EAGER RD<br>STE 300<br>ST LOUIS MO 63144<br>LINDA.DILE@EVERBANK.COM |

Case 22-90032  Document 69 Filed in TXSB on 04/21/22  Page 428 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032002P001-1488A-002F
FEDERAL HOME LOAN MORTGAGE CORPORATION
RETAINED
PHILIP ROY, VICE PRESIDENT
14201 DALLAS PKWY
FL 12
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032003P001-1488A-002F
FEDERAL RESERVE BANK OF NEW YORK
TIM FOGARTY
33 LIBERTY ST
NEW YORK NY 10045
PGHEVENTCREATION@BNYMELLON.COM

032003P001-1488A-002F
FEDERAL RESERVE BANK OF NEW YORK
TIM FOGARTY
33 LIBERTY ST
NEW YORK NY 10045
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
PETER.CLOSS@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
LISA.GANESH@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
SEAN.MCDONOUGH@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
JASON.DRESS@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
ROHAN.ROSE@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
JOHN.SPURWAY@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
GERARDO.FLEITES@FMR.COM

032004P001-1488A-002F
FIDELITY CLEARING CANADA ULC/CDS**
JOHN SPURWAY
245 SUMMER ST
MAILZONE V5A
BOSTON MA 02210
ROB.DAY@FMR.COM

032005P001-1488A-002F
FIFTH THIRD BANK
LANCE WELLS
CORP ACTIONS
5050 KINGSLEY DR
MAIL DROP 1MOB2D
CINCINNATI OH 45227
LANCE.WELLS@53.COM

032005P001-1488A-002F
FIFTH THIRD BANK
LANCE WELLS
CORP ACTIONS
5050 KINGSLEY DR
MAIL DROP 1MOB2D
CINCINNATI OH 45227
WENDELL.JONES@53.COM

032006P001-1488A-002F
FIFTH THIRD BANK
PUBLIC EMPLOYEES RETIREMENT SYSTEM
LANCE WELLS - ASSISTANT VICE PRESIDENT
5001 KINGSLEY DR
MAIL DROP 1M0B2G
CINCINNATI OH 45263
LANCE.WELLS@53.COM

032007P001-1488A-002F
FIFTH THIRD BANK
STATE TEACHERS RETIREMENTOF OHIO
LANCE WELLS
5001 KINGSLEY RD
MD# 1MOB 2D
CINCINNATI OH 45227
LANCE.WELLS@53.COM

032008P001-1488A-002F
FIFTH THIRD BANK
LANCE WELLS
CORP ACTIONS
5001 KINGSLEY DR
MAIL DROP 1MOB2D
CINCINNATI OH 45227
LANCE.WELLS@53.COM

032009P001-1488A-002F
FIRST BANK
EDWARD FURMAN
800 JAMES S MCDONNELL BLVD
HAZELWOOD MO 63042
ED.FURMAN@FBOL.COM

032009P001-1488A-002F
FIRST BANK
EDWARD FURMAN
800 JAMES S MCDONNELL BLVD
HAZELWOOD MO 63042
INVESTMENTGROUP@FBOL.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
PPCA@FIRSTCLEARING.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
CYNTHIA.BROWN@FIRSTCLEARING.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
CYNTHIA.BROWN@WELLSFARGOADVISORS.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
JOHN.KALINOWSKI@FIRSTCLEARING.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
OPS@FIRSTCLEARING.COM

032010P001-1488A-002F
FIRST CLEARING, LLC
SECURITIES LENDING MATCH BOOK
CORPORATE ACTIONS
2801 MARKET ST
H0006-09B
ST. LOUIS MO 63103
CAV@FIRSTCLEARING.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 429 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 79 of 203

04/20/2022 11:10:09 PM

032011P001-1488A-002F
FIRST FINANCIAL CORPORATION/DRS
TICIA WRIGHT
ONE FIRST FINANCIAL PLZ
TERRE HAUTE IN 47807
TWRIGHT@FIRST-ONLINE.COM

032012P001-1488A-002F
FIRST TENNESSEE BANK NA MEMPHIS
MARY ANNE BOHNER
845 CORSSOVER LN
MEMPHIS TN 38117
MARYANN.BOHNE@FTNFINANCIAL.COM

032012P001-1488A-002F
FIRST TENNESSEE BANK NA MEMPHIS
MARY ANNE BOHNER
845 CORSSOVER LN
MEMPHIS TN 38117
PEGGY.JOBE@FTNFINANCIAL.COM

032012P001-1488A-002F
FIRST TENNESSEE BANK NA MEMPHIS
MARY ANNE BOHNER
845 CORSSOVER LN
MEMPHIS TN 38117
STEPHANIE.LINTON@FTNFINANCIAL.COM

032013P001-1488A-002F
FIRST TRUST PORTFOLIOS, LP
ROGER F TESTIN
120 EAST LIBERTY DR
WHEATON IL 60187
RTESTIN@FTADVISORS.COM

032014P001-1488A-002F
FOLIOFN INVESTMENTS, INC
ASHLEY THEOBALD
MANAGER
8180 GREENSBORO DR
8TH FL
MCLEAN VA 22102
THEOBALDA@FOLIOFN.COM

032015P001-1488A-002F
FROST BANK
VICTOR LOZA
100 WEST HOUSTON ST
SAN ANTONIO TX 78205
VICTOR.LOZA@FROSTBANK.COM

032015P001-1488A-002F
FROST BANK
VICTOR LOZA
100 WEST HOUSTON ST
SAN ANTONIO TX 78205
RECONTRUST@FROSTBANK.COM

032016P001-1488A-002F
FTN FINANCIAL SECURITIES CORP
MICHAEL INKSTER
SENIOR VICE PRESIDENT
845 CROSSOVER LN
STE 150
MEMPHIS TN 38117
MARYANN.BOHNE@FTNFINANCIAL.COM

032016P001-1488A-002F
FTN FINANCIAL SECURITIES CORP
MICHAEL INKSTER
SENIOR VICE PRESIDENT
845 CROSSOVER LN
STE 150
MEMPHIS TN 38117
PEGGY.JOBE@FTNFINANCIAL.COM

032016P001-1488A-002F
FTN FINANCIAL SECURITIES CORP
MICHAEL INKSTER
SENIOR VICE PRESIDENT
845 CROSSOVER LN
STE 150
MEMPHIS TN 38117
STEPHANIE.LINTON@FTNFINANCIAL.COM

032017P001-1488A-002F
GEORGE K BAUM AND CO
ANNE YEARTA
4801 MAIN ST STE 500
KANSAS CITY MO 64112
YEARTA@GKBAUM.COM

032017P001-1488A-002F
GEORGE K BAUM AND CO
ANNE YEARTA
4801 MAIN ST STE 500
KANSAS CITY MO 64112
OPERATIONSKC@GKBAUM.COM

032018P001-1488A-002F
GMP SECURITIES LPCDS**
MARINO MEGGETTO
145 KING ST WEST
STE 300
TORONTO ON M5H 1J8
CANADA
MARINOM@GMPSECURITIES.COM

032018P001-1488A-002F
GMP SECURITIES LPCDS**
MARINO MEGGETTO
145 KING ST WEST
STE 300
TORONTO ON M5H 1J8
CANADA
NKOLODZIE@GMPSECURITIES.COM

032018P001-1488A-002F
GMP SECURITIES LPCDS**
MARINO MEGGETTO
145 KING ST WEST
STE 300
TORONTO ON M5H 1J8
CANADA
MARINOM@GMPSECURITIES.COM

032019P001-1488A-002F
GOLDMAN SACHS BANK USA
GOLDMAN SACHS AGENCYLENDING
DIARA OVERLAN
125 HIGH ST STE 1700
BOSTON MA 02110
GS-AS-NY-PROXY@GS.COM

032019P001-1488A-002F
GOLDMAN SACHS BANK USA
GOLDMAN SACHS AGENCYLENDING
DIARA OVERLAN
125 HIGH ST STE 1700
BOSTON MA 02110
GS-OPS-DIVMGMT-COM@GS.COM

032019P001-1488A-002F
GOLDMAN SACHS BANK USA
GOLDMAN SACHS AGENCYLENDING
DIARA OVERLAN
125 HIGH ST STE 1700
BOSTON MA 02110
GS-AS-NY-CLASS-ACTION@NY.EMAIL.GS.COM

032019P001-1488A-002F
GOLDMAN SACHS BANK USA
GOLDMAN SACHS AGENCYLENDING
DIARA OVERLAN
125 HIGH ST STE 1700
BOSTON MA 02110
GS-AS-NY-REORG@NY.EMAIL.GS.COM

032020P001-1488A-002F
GOLDMAN SACHS BANK USA
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-PROXY@GS.COM

032020P001-1488A-002F
GOLDMAN SACHS BANK USA
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-OPS-DIVMGMT-COM@GS.COM

032020P001-1488A-002F
GOLDMAN SACHS BANK USA
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-CLASS-ACTION@NY.EMAIL.GS.COM

032020P001-1488A-002F
GOLDMAN SACHS BANK USA
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-REORG@NY.EMAIL.GS.COM

Case 22-90032   Document 69-3 Filed in TXSB on 04/21/22   Page 430 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032021P001-1488A-002F
GOLDMAN SACHS BANK USA/
GS AND CO LLC FCM CUST
OMNIBUS ACCT CFTC REG 120 CUST SEG ACCT
UNDER SECTIONS 4D(A)&(B) OF THE CEA (CME)
30 HUDSON ST
JERSEY CITY NJ 07302
GS-AS-NY-PROXY@GS.COM

032022P001-1488A-002F
GOLDMAN SACHS BANK USA/#2
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-PROXY@GS.COM

032022P001-1488A-002F
GOLDMAN SACHS BANK USA/#2
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-OPS-DIVMGMT-COM@GS.COM

032022P001-1488A-002F
GOLDMAN SACHS BANK USA/#2
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-CLASS-ACTION@NY.EMAIL.GS.COM

032022P001-1488A-002F
GOLDMAN SACHS BANK USA/#2
PATRICIA BALDWIN
ONE NEW YORK PLZ
45TH FL
NEW YORK NY 10004
GS-AS-NY-REORG@NY.EMAIL.GS.COM

032023P001-1488A-002F
GOLDMAN SACHS EXECUTION AND CLEARING, LP
CHRISTIN HARTWIG
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302-4699
CHRISTIN.HARTWIG@GS.COM

032023P001-1488A-002F
GOLDMAN SACHS EXECUTION AND CLEARING, LP
CHRISTIN HARTWIG
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302-4699
GS-AS-NY-PROXY@GS.COM

032023P001-1488A-002F
GOLDMAN SACHS EXECUTION AND CLEARING, LP
CHRISTIN HARTWIG
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302-4699
GS-OPS-DIVMGMT-COM@GS.COM

032023P001-1488A-002F
GOLDMAN SACHS EXECUTION AND CLEARING, LP
CHRISTIN HARTWIG
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302-4699
GS-AS-NY-CLASS-ACTION@NY.EMAIL.GS.COM

032023P001-1488A-002F
GOLDMAN SACHS EXECUTION AND CLEARING, LP
CHRISTIN HARTWIG
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302-4699
GS-AS-NY-REORG@NY.EMAIL.GS.COM

032024P001-1488A-002F
GOLDMAN SACHS INTERNATIONAL
ASSET SERVICING
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302
GS-AS-NY-PROXY@GS.COM

032024P001-1488A-002F
GOLDMAN SACHS INTERNATIONAL
ASSET SERVICING
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302
GS-OPS-DIVMGMT-COM@GS.COM

032024P001-1488A-002F
GOLDMAN SACHS INTERNATIONAL
ASSET SERVICING
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302
GS-AS-NY-CLASS-ACTION@NY.EMAIL.GS.COM

032024P001-1488A-002F
GOLDMAN SACHS INTERNATIONAL
ASSET SERVICING
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302
GS-AS-NY-REORG@NY.EMAIL.GS.COM

032025P001-1488A-002F
GOLDMAN, SACHS AND CO
PROXY HOTLINE 1
30 HUDSON ST
PROXY DEPARTMENT
JERSEY CITY NJ 07302
GS-AS-NY-PROXY@GS.COM

032026P001-1488A-002F
GOLDMAN, SACHS AND COIMS
CORPORATE ACTIONS
30 HUDSON ST
JERSEY CITY NJ 07302
GS-AS-NY-PROXY@GS.COM

032027P001-1488A-002F
GUGGENHEIM SECURITIES, LLC
HOWARD WINICK
135 EAST 57TH ST
NEW YORK NY 10022
HOWARD.WINICK@GUGGENHEIMPARTNERS.COM

032028P001-1488A-002F
HILLTOP SECURITIES INC
RHONDA JACKSON
1201 ELM ST
STE 3500
DALLAS TX 75270
PROXY@SWST.COM

032029P001-1488A-002F
HILLTOP SECURITIES INC
BONNIE ALLEN CORPORATE ACTIONS
1201 ELM ST
STE 3500
DALLAS TX 75270-2180
BONNIE.ALLEN@SWST.COM

032030P001-1488A-002F
HILLTOP SECURITIES INC
BONNIE ALLEN
1201 ELM ST
STE 3500
DALLAS TX 75270
BONNIE.ALLEN@HILLTOPSECURITIES.COM

032031P001-1488A-002F
HOME FEDERAL BANK OF TENNESSEE, FSB
TRUST DEPT CUSTOMERS
JENNIFER DAVIS
515 MARKET ST
STE 500
KNOXVILLE TN 37902
JENNIFER.DAVIS@HOMEFEDERALTN.COM

032032P001-1488A-002F
HOME FEDERAL BANKHOME FINANCIAL SERVICES,INC
CORPORATE ACTIONS
515 MARKET ST
STE 500
KNOXVILLE TN 37902
TRUST.OPERATIONS@HOMEFEDERALTN.COM

032036P001-1488A-002F
HSBC BANK USA, NAAFS
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
CLAUDIO.J.DELAROSA@US.HSBC.COM

032036P001-1488A-002F
HSBC BANK USA, NAAFS
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
MIKE.JIANG@US.HSBC.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032037P001-1488A-002F
HSBC BANK USA, NACLEARING
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
CLAUDIO.J.DELAROSA@US.HSBC.COM

032037P001-1488A-002F
HSBC BANK USA, NACLEARING
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
MIKE.JIANG@US.HSBC.COM

032038P001-1488A-002F
HSBC BANK USA, NACLEARING
CORPORATE ACTIONS
HOWARD DASH
452 5TH AVE
NEW YORK NY 10018
CLAUDIO.J.DELAROSA@US.HSBC.COM

032038P001-1488A-002F
HSBC BANK USA, NACLEARING
CORPORATE ACTIONS
HOWARD DASH
452 5TH AVE
NEW YORK NY 10018
MIKE.JIANG@US.HSBC.COM

032033P001-1488A-002F
HSBC BANK USA, NACORPORATE TRUST IPA
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
CLAUDIO.J.DELAROSA@US.HSBC.COM

032033P001-1488A-002F
HSBC BANK USA, NACORPORATE TRUST IPA
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
MIKE.JIANG@US.HSBC.COM

032034P001-1488A-002F
HSBC BANK USA, NADRS
HILDE WAGNER
2 HANSON PL
14TH FL
BROOKLYN NY 11217
CLAUDIO.J.DELAROSA@US.HSBC.COM

032034P001-1488A-002F
HSBC BANK USA, NADRS
HILDE WAGNER
2 HANSON PL
14TH FL
BROOKLYN NY 11217
MIKE.JIANG@US.HSBC.COM

032039P001-1488A-002F
HSBC BANK USA, NAHSBC CUSTODY AND
CLEARING SVC FOR STOCK
CORPORATE ACTIONS
ONE HANSON PL
BROOKLYN NY 11243
CLAUDIO.J.DELAROSA@US.HSBC.COM

032039P001-1488A-002F
HSBC BANK USA, NAHSBC CUSTODY AND
CLEARING SVC FOR STOCK
CORPORATE ACTIONS
ONE HANSON PL
BROOKLYN NY 11243
MIKE.JIANG@US.HSBC.COM

032040P001-1488A-002F
HSBC BANK USA, NAHTM
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
CLAUDIO.J.DELAROSA@US.HSBC.COM

032040P001-1488A-002F
HSBC BANK USA, NAHTM
LEON SCHNITZPAHN
ONE HANSON PL
LOWER LEVEL
BROOKLYN NY 11243
MIKE.JIANG@US.HSBC.COM

032035P001-1488A-002F
HSBC BANK USA, NAIPB
NURI KAZAKCI
452 5TH AVE
NEW YORK NY 10018
NURI.I.KAZAKCI@US.HSBC.COM

032035P001-1488A-002F
HSBC BANK USA, NAIPB
NURI KAZAKCI
452 5TH AVE
NEW YORK NY 10018
CLAUDIO.J.DELAROSA@US.HSBC.COM

032035P001-1488A-002F
HSBC BANK USA, NAIPB
NURI KAZAKCI
452 5TH AVE
NEW YORK NY 10018
MIKE.JIANG@US.HSBC.COM

032041P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATION
TERESE DOLAN
1 HSBC CTR
17TH FL
BUFFALO NY 14203
CLAUDIO.J.DELAROSA@US.HSBC.COM

032041P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATION
TERESE DOLAN
1 HSBC CTR
17TH FL
BUFFALO NY 14203
MIKE.JIANG@US.HSBC.COM

032042P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATION
CORPORATE ACTIONS
545 WASHINGTON BLVD
JERSEY CITY NJ 07310
CLAUDIO.J.DELAROSA@US.HSBC.COM

032042P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATION
CORPORATE ACTIONS
545 WASHINGTON BLVD
JERSEY CITY NJ 07310
MIKE.JIANG@US.HSBC.COM

032043P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATIONIPA
TERESE DOLAN
1 HSBC CTR
17TH FL
BUFFALO NY 14203
CLAUDIO.J.DELAROSA@US.HSBC.COM

032043P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATIONIPA
TERESE DOLAN
1 HSBC CTR
17TH FL
BUFFALO NY 14203
MIKE.JIANG@US.HSBC.COM

032044P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATIONOMNIBUS
LINDA NG
140 BROADWAY - LEVEL A
NEW YORK NY 10015
CLAUDIO.J.DELAROSA@US.HSBC.COM

032044P001-1488A-002F
HSBC BANK USA, NATIONAL ASSOCIATIONOMNIBUS
LINDA NG
140 BROADWAY - LEVEL A
NEW YORK NY 10015
MIKE.JIANG@US.HSBC.COM

032045P001-1488A-002F
HSBC SECURITIES USA INC
JAMES KELLY
11 WEST 42ND ST
NEW YORK NY 10036
JAMES.F.KELLY@US.HSBC.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032046P001-1488A-002F
HUTCHINSON, SHOCKEY, ERLEY AND CO
CHIEF FINANCIAL OFFICER
222 W ADAMS ST
STE 1700
CHICAGO IL 60606
NMEIER@HSEMUNI.COM

032047P001-1488A-002F
HUTCHINSON, SHOCKEY, ERLEY AND CO
NANCY L MEIER CHIEF FINANCIAL OFFICER
222 W ADAMS ST STE 1700
CHICAGO IL 60606
NMEIER@HSEMUNI.COM

032048P001-1488A-002F
ICAP CORPORATES LLC
ANDREW CHAN
OPERATIONS
111 PAVONIA AVE
10TH FL
JERSEY CITY NJ 07310
ANDREW.CHAN@US.ICAP.COM

032049P001-1488A-002F
INDUSTRIAL AND COMMERCIAL BANK OF CHINA
FINANCIAL SVC LLC/ CLEARING
NENRY NAPIER
1633 BROADWAY
NEW YORK NY 10019
CORPORATEACTIONS@ICBKFS.COM

032050P001-1488A-002F
INDUSTRIAL AND COMMERCIAL BANK OF CHINA
FINANCIAL SVC LLC/ SECURITIES LENDING
NENRY NAPIER/CARLOS CRUZ
1633 BROADWAY
NEW YORK NY 10019
CORPORATEACTIONS@ICBKFS.COM

032051P001-1488A-002F
INDUSTRIAL AND COMMERCIAL BANK OF CHINA
FINANCIAL SVC LLCEQUITY CLEARANCE
NENRY NAPIER
1633 BROADWAY
NEW YORK NY 10019
CORPORATEACTIONS@ICBKFS.COM

032052P001-1488A-002F
INDUSTRIAL AND COMMERCIAL BANK OF CHINA
FINANCIAL SVC LLC
NENRY NAPIER
1633 BROADWAY
NEW YORK NY 10019
CORPORATEACTIONS@ICBKFS.COM

032053P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE MATCH BOOK ACCT
STEPHEN BREATON - VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
STEPHEN.BREATON@AMERICAS.ING.COM

032053P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE MATCH BOOK ACCT
STEPHEN BREATON - VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032054P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE
STEPHEN BREATON - VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
STEPHEN.BREATON@AMERICAS.ING.COM

032054P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE
STEPHEN BREATON - VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032055P001-1488A-002F
ING FINANCIAL MARKETS LLC
STEVE BREATON
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032055P001-1488A-002F
ING FINANCIAL MARKETS LLC
STEVE BREATON
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032056P001-1488A-002F
ING FINANCIAL MARKETS LLC
GLOBAL SECURITIESFINANCE NON-PURPOSE
STEPHEN BREATON
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032057P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE MATCH BOOK ACCT
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CORPORATE.ACTIONS@AMERICAS.ING.COM

032058P001-1488A-002F
ING FINANCIAL MARKETS LLC
INTERNATIONAL EQUITY FINANCE
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CORPORATE.ACTIONS@AMERICAS.ING.COM

032059P001-1488A-002F
ING FINANCIAL MARKETS LLC/INTERNATIONAL
STEPHEN BREATON
VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
STEPHEN.BREATON@AMERICAS.ING.COM

032059P001-1488A-002F
ING FINANCIAL MARKETS LLC/INTERNATIONAL
STEPHEN BREATON
VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032060P001-1488A-002F
ING FINANCIAL MARKETS LLCLTD
STEPHEN BREATON
VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
STEPHEN.BREATON@AMERICAS.ING.COM

032060P001-1488A-002F
ING FINANCIAL MARKETS LLCLTD
STEPHEN BREATON
VICE PRESIDENT
1325 AVE OF THE AMERICAS
NEW YORK NY 10019
CORPORATE.ACTIONS@AMERICAS.ING.COM

032061P001-1488A-002F
INGALLS AND SNYDER, LLC
JOSEPH DI BUONO
61 BROADWAY
31ST FL
NEW YORK NY 10006
JDIBUONO@INGALLS.NET

032061P001-1488A-002F
INGALLS AND SNYDER, LLC
JOSEPH DI BUONO
61 BROADWAY
31ST FL
NEW YORK NY 10006
MSCURA@INGALLS.NET

032062P001-1488A-002F
INSTITUTIONAL SHAREHOLDER SVC
15F SOLARIS ONE BLDG
130 DELA ROSA ST
MAKATI CITY  1229
PHILIPPINES
SCASRESEARCH@ISSGOVERNANCE.COM

032063P001-1488A-002F
INTERACTIVE BROKERS LLC
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
KMCCARTHY@INTERACTIVEBROKERS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032063P001-1488A-002F
INTERACTIVE BROKERS LLC
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
BANKRUPTCY@INTERACTIVEBROKERS.COM

032063P001-1488A-002F
INTERACTIVE BROKERS LLC
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
PROXY@INTERACTIVEBROKERS.COM

032063P001-1488A-002F
INTERACTIVE BROKERS LLC
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
IBCORPACTION@INTERACTIVEBROKERS.COM

032064P001-1488A-002F
INTERACTIVE BROKERS RETAIL EQUITY CLEARING
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
PROXY@INTERACTIVEBROKERS.COM

032064P001-1488A-002F
INTERACTIVE BROKERS RETAIL EQUITY CLEARING
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
BANKRUPTCY@INTERACTIVEBROKERS.COM

032064P001-1488A-002F
INTERACTIVE BROKERS RETAIL EQUITY CLEARING
KARIN MCCARTHY
8 GREENWICH OFFICE PK
GREENWICH CT 06831
IBCORPACTION@INTERACTIVEBROKERS.COM

032065P001-1488A-002F
INTERNATIONAL BANK OF COMMERCE/DRS
EILZA V GONZALEZ
1200 SAN BERNARDO AVE
LAREDO TX 78040
EGONZALEZ2@IBC.COM

032066P001-1488A-002F
INTL FCSTONE FINANCIAL INC
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
DG-CLRE-ORG_TENDERS@INTLFCSTONE.COM

032066P001-1488A-002F
INTL FCSTONE FINANCIAL INC
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
JILLIAN.HAMBRIGHT@INTLFCSTONE.COM

032066P001-1488A-002F
INTL FCSTONE FINANCIAL INC
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
DG-CLSECURITIESTRANSFER@INTLFCSTONE.COM

032067P001-1488A-002F
INTL FCSTONE FINANCIAL INCBD RATES
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
DG-CLRE-ORG_TENDERS@INTLFCSTONE.COM

032067P001-1488A-002F
INTL FCSTONE FINANCIAL INCBD RATES
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
JILLIAN.HAMBRIGHT@INTLFCSTONE.COM

032067P001-1488A-002F
INTL FCSTONE FINANCIAL INCBD RATES
CORPORATE ACTIONS
708 3RD AVE
15TH FL
NEW YORK NY 10017
DG-CLSECURITIESTRANSFER@INTLFCSTONE.COM

032068P001-1488A-002F
ITG INC
ANTHONY PORTELLI
380 MADISON AVE
NEW YORK NY 10017
ANTHONY.PORTELLI@ITG.COM

032068P001-1488A-002F
ITG INC
ANTHONY PORTELLI
380 MADISON AVE
NEW YORK NY 10017
CORPORATE_ACTIONS@ITG.COM

032069P001-1488A-002F
ITG INC/SECURITIES LENDING DIVISION
STEVEN PACELLA
VICE PRESIDENT
380 MADISON AVE
7TH FL
NEW YORK NY 10017
STEVEN.PACELLA@ITG.COM

032079P001-1488A-002F
JANNEY MONTGOMERY SCOTT LLC
ZACHARY SCHWARZ
1717 ARCH ST
19TH FL
PHILADELPHIA PA 19103
ZSCHWARZ@JANNEY.COM

032080P001-1488A-002F
JANNEY MONTGOMERY SCOTT LLC
CORPORATE ACTIONS DEPT
1717 ARCH ST 19TH FL
PHILADELPHIA PA 19103
KWALTON@JANNEY.COM

032080P001-1488A-002F
JANNEY MONTGOMERY SCOTT LLC
CORPORATE ACTIONS DEPT
1717 ARCH ST 19TH FL
PHILADELPHIA PA 19103
REORGCONTACTS@JANNEY.COM

032081P001-1488A-002F
JEFFERIES LLC
ROBERT MARANZANO
34 EXCHANGE PL
JERSEY CITY NJ 07311
RMARANZANO@JEFFERIES.COM

032081P001-1488A-002F
JEFFERIES LLC
ROBERT MARANZANO
34 EXCHANGE PL
JERSEY CITY NJ 07311
CORPORATE_ACTIONS_DIVIDENDS@JEFFERIES.COM

032081P001-1488A-002F
JEFFERIES LLC
ROBERT MARANZANO
34 EXCHANGE PL
JERSEY CITY NJ 07311
JEFFERIESREORG@BROADRIDGE.COM

032082P001-1488A-002F
JEFFERIES LLC/AS AGENT FOR
JEFFERIES INTERNATIONAL LONDON
CORPORATE ACTIONS
520 MADISON AVE
NEW YORK NY 10022
JEFFERIESREORG@BROADRIDGE.COM

032084P001-1488A-002F
JEFFERIES LLC/SECURITIES FINANCE
CORPORATE ACTIONS
520 MADISON AVE
NEW YORK NY 10022
JEFFERIESREORG@BROADRIDGE.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032083P001-1488A-002F
JEFFERIES LLCJEFFERIES EXECUTION SERVICES,INC
SVC BUREAU
VICTOR POLIZZOTTO
HARBORSIDE FINANCIAL CTR
PLZ III STE 704
JERSEY CITY NJ 07311
JEFFERIESREORG@BROADRIDGE.COM

032085P001-1488A-002F
JONES GABLE AND CO LIMITED/CDS**
LORI WRIGHT
VICE PRESIDENT
110 YONGE ST
STE 600
TORONTO ON M5C 1T6
CANADA
LWRIGHT@JONESGABLE.COM

032070P001-1488A-002F
JP MORGAN CHASE BANK NAFBO BLACKROCK CTF
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032070P001-1488A-002F
JP MORGAN CHASE BANK NAFBO BLACKROCK CTF
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032070P001-1488A-002F
JP MORGAN CHASE BANK NAFBO BLACKROCK CTF
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032071P001-1488A-002F
JP MORGAN CHASE BANKGG1
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032071P001-1488A-002F
JP MORGAN CHASE BANKGG1
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032071P001-1488A-002F
JP MORGAN CHASE BANKGG1
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032086P001-1488A-002F
JP MORGAN CHASE/JP MORGAN INTERNATIONAL
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032086P001-1488A-002F
JP MORGAN CHASE/JP MORGAN INTERNATIONAL
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032072P001-1488A-002F
JP MORGAN CHASEGARBAN CORPORATES
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032072P001-1488A-002F
JP MORGAN CHASEGARBAN CORPORATES
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032072P001-1488A-002F
JP MORGAN CHASEGARBAN CORPORATES
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032073P001-1488A-002F
JP MORGAN CLEARING CORP
CORPORATE ACTIONS
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032073P001-1488A-002F
JP MORGAN CLEARING CORP
CORPORATE ACTIONS
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032073P001-1488A-002F
JP MORGAN CLEARING CORP
CORPORATE ACTIONS
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032074P001-1488A-002F
JP MORGAN CLEARING CORP
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032074P001-1488A-002F
JP MORGAN CLEARING CORP
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032074P001-1488A-002F
JP MORGAN CLEARING CORP
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032075P001-1488A-002F
JP MORGAN CLEARING CORP
JOHN FAY
500 STANTON CHRISTIANA RD
OPS 4 FL 03
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032075P001-1488A-002F
JP MORGAN CLEARING CORP
JOHN FAY
500 STANTON CHRISTIANA RD
OPS 4 FL 03
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032075P001-1488A-002F
JP MORGAN CLEARING CORP
JOHN FAY
500 STANTON CHRISTIANA RD
OPS 4 FL 03
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032076P001-1488A-002F
JP MORGAN CLEARING CORP  LENDING
GREGORY SCHRON
EXECUTIVE DIRECTOR
ONE METROTECH CTR NORTH
BROOKLYN NY 11201
GREGORY.SCHRON@JPMORGAN.COM

032076P001-1488A-002F
JP MORGAN CLEARING CORP  LENDING
GREGORY SCHRON
EXECUTIVE DIRECTOR
ONE METROTECH CTR NORTH
BROOKLYN NY 11201
USSO.PROXY.TEAM@JPMORGAN.COM

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032076P001-1488A-002F
JP MORGAN CLEARING CORP  LENDING
GREGORY SCHRON
EXECUTIVE DIRECTOR
ONE METROTECH CTR NORTH
BROOKLYN NY 11201
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032076P001-1488A-002F
JP MORGAN CLEARING CORP  LENDING
GREGORY SCHRON
EXECUTIVE DIRECTOR
ONE METROTECH CTR NORTH
BROOKLYN NY 11201
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032077P001-1488A-002F
JP MORGAN SECURITIES CANADA INC **
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032077P001-1488A-002F
JP MORGAN SECURITIES CANADA INC **
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032077P001-1488A-002F
JP MORGAN SECURITIES CANADA INC **
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032078P001-1488A-002F
JP MORGAN SECURITIES LLC
MICHAEL PELLEGRINO
500 STANTON CHRISTIANA RD
CORP ACTIONS 3RD FL
NEWARK DE 19713-2107
JOHNCLAIR.HALLORAN@JPMCHASE.COM

032078P001-1488A-002F
JP MORGAN SECURITIES LLC
MICHAEL PELLEGRINO
500 STANTON CHRISTIANA RD
CORP ACTIONS 3RD FL
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032078P001-1488A-002F
JP MORGAN SECURITIES LLC
MICHAEL PELLEGRINO
500 STANTON CHRISTIANA RD
CORP ACTIONS 3RD FL
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032078P001-1488A-002F
JP MORGAN SECURITIES LLC
MICHAEL PELLEGRINO
500 STANTON CHRISTIANA RD
CORP ACTIONS 3RD FL
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032087P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032087P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032087P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032088P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
JANICE CHAMPAGNIE
500 STANTON CHRISTIANA RD
3/OPS 2
NEWARK DE 19713
JANICE.N.CHAMPAGNIE@JPMCHASE.COM

032088P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
JANICE CHAMPAGNIE
500 STANTON CHRISTIANA RD
3/OPS 2
NEWARK DE 19713
USSO.PROXY.TEAM@JPMORGAN.COM

032088P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
JANICE CHAMPAGNIE
500 STANTON CHRISTIANA RD
3/OPS 2
NEWARK DE 19713
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032088P001-1488A-002F
JPMC/JPMORGAN CHASE BANK NA
JANICE CHAMPAGNIE
500 STANTON CHRISTIANA RD
3/OPS 2
NEWARK DE 19713
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032089P001-1488A-002F
JPMCBJP MORGAN SECURITIES CANADA INC
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032089P001-1488A-002F
JPMCBJP MORGAN SECURITIES CANADA INC
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032089P001-1488A-002F
JPMCBJP MORGAN SECURITIES CANADA INC
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032090P001-1488A-002F
JPMORGAN CHASE BANK
BROKER AND DEALER CLEARANCE DEPT
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032090P001-1488A-002F
JPMORGAN CHASE BANK
BROKER AND DEALER CLEARANCE DEPT
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032090P001-1488A-002F
JPMORGAN CHASE BANK
BROKER AND DEALER CLEARANCE DEPT
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032091P001-1488A-002F
JPMORGAN CHASE BANK
OHIO POLICE AND FIRE PENSION FUND
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032091P001-1488A-002F
JPMORGAN CHASE BANK
OHIO POLICE AND FIRE PENSION FUND
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032091P001-1488A-002F
JPMORGAN CHASE BANK
OHIO POLICE AND FIRE PENSION FUND
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032092P001-1488A-002F
JPMORGAN CHASE BANK
TREASURER OF STATE OF OHIO BWC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032092P001-1488A-002F
JPMORGAN CHASE BANK
TREASURER OF STATE OF OHIO BWC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032092P001-1488A-002F
JPMORGAN CHASE BANK
TREASURER OF STATE OF OHIO BWC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032093P001-1488A-002F
JPMORGAN CHASE BANK
WINTERFLOOD SECURITIESLIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032093P001-1488A-002F
JPMORGAN CHASE BANK
WINTERFLOOD SECURITIESLIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032093P001-1488A-002F
JPMORGAN CHASE BANK
WINTERFLOOD SECURITIESLIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032094P001-1488A-002F
JPMORGAN CHASE BANK
JP MORGAN PROPRIETARY ASSET ACCOUNT
NORE SCARLETT - ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032094P001-1488A-002F
JPMORGAN CHASE BANK
JP MORGAN PROPRIETARY ASSET ACCOUNT
NORE SCARLETT - ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032094P001-1488A-002F
JPMORGAN CHASE BANK
JP MORGAN PROPRIETARY ASSET ACCOUNT
NORE SCARLETT - ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032095P001-1488A-002F
JPMORGAN CHASE BANK
CORRESPONDENCE CLEARINGSERVICES 2
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMCHASE.COM

032095P001-1488A-002F
JPMORGAN CHASE BANK
CORRESPONDENCE CLEARINGSERVICES 2
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032095P001-1488A-002F
JPMORGAN CHASE BANK
CORRESPONDENCE CLEARINGSERVICES 2
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032095P001-1488A-002F
JPMORGAN CHASE BANK
CORRESPONDENCE CLEARINGSERVICES 2
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032117P001-1488A-002F
JPMORGAN CHASE BANK
CORPORATE MUNICIPAL DEALER
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032117P001-1488A-002F
JPMORGAN CHASE BANK
CORPORATE MUNICIPAL DEALER
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032117P001-1488A-002F
JPMORGAN CHASE BANK
CORPORATE MUNICIPAL DEALER
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032096P001-1488A-002F
JPMORGAN CHASE BANK - ADR
EDWARD SANTANGELO
500 STANTON CHRISTINA RD
NEWARK DE 19713
DR_PROXY_TEAM@JPMORGAN.COM

032096P001-1488A-002F
JPMORGAN CHASE BANK - ADR
EDWARD SANTANGELO
500 STANTON CHRISTINA RD
NEWARK DE 19713
USSO.PROXY.TEAM@JPMORGAN.COM

032096P001-1488A-002F
JPMORGAN CHASE BANK - ADR
EDWARD SANTANGELO
500 STANTON CHRISTINA RD
NEWARK DE 19713
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032096P001-1488A-002F
JPMORGAN CHASE BANK - ADR
EDWARD SANTANGELO
500 STANTON CHRISTINA RD
NEWARK DE 19713
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032097P001-1488A-002F
JPMORGAN CHASE BANK NA
JPMORGAN EUROPE LIMITED MONICA WEMER
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
USSO.PROXY.TEAM@JPMORGAN.COM

032097P001-1488A-002F
JPMORGAN CHASE BANK NA
JPMORGAN EUROPE LIMITED MONICA WEMER
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032097P001-1488A-002F
JPMORGAN CHASE BANK NA
JPMORGAN EUROPE LIMITED MONICA WEMER
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032098P001-1488A-002F
JPMORGAN CHASE BANK NA
GME DIV OF ICAP CORPORATE LLC
JAMES BENJAMIN ANALYST
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032098P001-1488A-002F
JPMORGAN CHASE BANK NA
GME DIV OF ICAP CORPORATE LLC
JAMES BENJAMIN ANALYST
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032098P001-1488A-002F
JPMORGAN CHASE BANK NA
GME DIV OF ICAP CORPORATE LLC
JAMES BENJAMIN ANALYST
14201 DALLAS PKWY
12TH FL
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032099P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DB UKBANK LIMITED DIANE MCGOWAN
VICE PRESIDENT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032099P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DB UKBANK LIMITED DIANE MCGOWAN
VICE PRESIDENT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032099P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DB UKBANK LIMITED DIANE MCGOWAN
VICE PRESIDENT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032100P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DEUTSCHE BANK AG (LONDON BRANCH)
MARCIN BIEGANSKI, ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032100P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DEUTSCHE BANK AG (LONDON BRANCH)
MARCIN BIEGANSKI, ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032100P001-1488A-002F
JPMORGAN CHASE BANK NA/DBTC AMERICAS
DEUTSCHE BANK AG (LONDON BRANCH)
MARCIN BIEGANSKI, ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032101P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
CORPORATE ACTIONS DEPT
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032101P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
CORPORATE ACTIONS DEPT
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032101P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
CORPORATE ACTIONS DEPT
14201 DALLAS PKWY 12TH FL
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032102P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
JOHN P FAY
CORP ACTIONS
500 STANTON CHRISTIANA RD OPS 4
FLOOR: 03
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032102P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
JOHN P FAY
CORP ACTIONS
500 STANTON CHRISTIANA RD OPS 4
FLOOR: 03
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032102P001-1488A-002F
JPMORGAN CHASE BANK, NACUSTODIAL TRUST CO
JOHN P FAY
CORP ACTIONS
500 STANTON CHRISTIANA RD OPS 4
FLOOR: 03
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032103P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032103P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032103P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032104P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
PUBLIC EMPLOYESS RETIREMENT
SYSTEM OF OHIO (OPERS), MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032104P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
PUBLIC EMPLOYESS RETIREMENT
SYSTEM OF OHIO (OPERS), MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032104P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
PUBLIC EMPLOYESS RETIREMENT
SYSTEM OF OHIO (OPERS), MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032105P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS FINANCIAL PRODUCTS RBS FINANCIAL PRODUCTS
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032105P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS FINANCIAL PRODUCTS RBS FINANCIAL PRODUCTS
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032105P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS FINANCIAL PRODUCTS RBS FINANCIAL PRODUCTS
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032106P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS INVESTMENTS USA RBS INVESTMENTS USA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032106P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS INVESTMENTS USA RBS INVESTMENTS USA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032106P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS INVESTMENTS USA RBS INVESTMENTS USA
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032107P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS SECURITIES JAPAN LIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032107P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS SECURITIES JAPAN LIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032107P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS SECURITIES JAPAN LIMITED
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032108P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS PLC
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032108P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS PLC
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032108P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
RBS PLC
MARCIN BIEGANSKI
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032109P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032109P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032109P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032110P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
INTERMEDIARY HOLDI
CORPORATE ACTIONS
14201 DALLAS PKWY
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032110P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
INTERMEDIARY HOLDI
CORPORATE ACTIONS
14201 DALLAS PKWY
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032110P001-1488A-002F
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
INTERMEDIARY HOLDI
CORPORATE ACTIONS
14201 DALLAS PKWY
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032111P001-1488A-002F
JPMORGAN CHASE BANK,NA
JPMORGAN CHASE FUNDING INC
GARY GABRYSH
500 STANTON CHRISTIANA RD
NEWARK DE 19713
GARY.GABRYSH@JPMORGAN.COM

032111P001-1488A-002F
JPMORGAN CHASE BANK,NA
JPMORGAN CHASE FUNDING INC
GARY GABRYSH
500 STANTON CHRISTIANA RD
NEWARK DE 19713
USSO.PROXY.TEAM@JPMORGAN.COM

032111P001-1488A-002F
JPMORGAN CHASE BANK,NA
JPMORGAN CHASE FUNDING INC
GARY GABRYSH
500 STANTON CHRISTIANA RD
NEWARK DE 19713
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032111P001-1488A-002F
JPMORGAN CHASE BANK,NA
JPMORGAN CHASE FUNDING INC
GARY GABRYSH
500 STANTON CHRISTIANA RD
NEWARK DE 19713
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032112P001-1488A-002F
JPMORGAN CHASE BANK/AG DEPOSITARY BANK
FRED COHEN
500 CHRISTIANA RD FL 3
MORGAN CHRISTIANA CTR OPS 4
NEWARK DE 19702
FRED.L.COHEN@JPMORGAN.COM

032112P001-1488A-002F
JPMORGAN CHASE BANK/AG DEPOSITARY BANK
FRED COHEN
500 CHRISTIANA RD FL 3
MORGAN CHRISTIANA CTR OPS 4
NEWARK DE 19702
USSO.PROXY.TEAM@JPMORGAN.COM

032112P001-1488A-002F
JPMORGAN CHASE BANK/AG DEPOSITARY BANK
FRED COHEN
500 CHRISTIANA RD FL 3
MORGAN CHRISTIANA CTR OPS 4
NEWARK DE 19702
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032112P001-1488A-002F
JPMORGAN CHASE BANK/AG DEPOSITARY BANK
FRED COHEN
500 CHRISTIANA RD FL 3
MORGAN CHRISTIANA CTR OPS 4
NEWARK DE 19702
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032113P001-1488A-002F
JPMORGAN CHASE BANK/CHEMICAL/COMMERC
BILL VELASQUEZ
VICE PRESIDENT
4 NEW YORK PLZ
FL 21
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032113P001-1488A-002F
JPMORGAN CHASE BANK/CHEMICAL/COMMERC
BILL VELASQUEZ
VICE PRESIDENT
4 NEW YORK PLZ
FL 21
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032113P001-1488A-002F
JPMORGAN CHASE BANK/CHEMICAL/COMMERC
BILL VELASQUEZ
VICE PRESIDENT
4 NEW YORK PLZ
FL 21
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032114P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032114P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032114P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032115P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE 3
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032115P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE 3
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032115P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE 3
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032116P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE2
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032116P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE2
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032116P001-1488A-002F
JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE2
NORE SCARLETT - ADMINISTRATOR
NORE SCARLETT
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032118P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032118P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032118P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
14201 DALLAS PKWY
FL 12 - CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032119P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032119P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032119P001-1488A-002F
JPMORGAN CHASE BANK/EUROCLEAR BANK
CORPORATE ACTIONS
SACHIN GOYAL
500 STANTON CHRISTIANA RD
OPS 4 FL 02
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032121P001-1488A-002F
JPMORGAN CHASE BANK/GNPH MIDDLE MARKET
SUSAN G REISING
100 N BROADWAY
OKLAHOMA CITY OK 73102
USSO.PROXY.TEAM@JPMORGAN.COM

032121P001-1488A-002F
JPMORGAN CHASE BANK/GNPH MIDDLE MARKET
SUSAN G REISING
100 N BROADWAY
OKLAHOMA CITY OK 73102
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032121P001-1488A-002F
JPMORGAN CHASE BANK/GNPH MIDDLE MARKET
SUSAN G REISING
100 N BROADWAY
OKLAHOMA CITY OK 73102
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032122P001-1488A-002F
JPMORGAN CHASE BANK/HSBCSI
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032122P001-1488A-002F
JPMORGAN CHASE BANK/HSBCSI
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032122P001-1488A-002F
JPMORGAN CHASE BANK/HSBCSI
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032123P001-1488A-002F
JPMORGAN CHASE BANK/IA
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORP ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032123P001-1488A-002F
JPMORGAN CHASE BANK/IA
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORP ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032123P001-1488A-002F
JPMORGAN CHASE BANK/IA
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORP ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032124P001-1488A-002F
JPMORGAN CHASE BANK/INTL FCSTONE FINANCIALINC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032124P001-1488A-002F
JPMORGAN CHASE BANK/INTL FCSTONE FINANCIALINC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032124P001-1488A-002F
JPMORGAN CHASE BANK/INTL FCSTONE FINANCIALINC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032126P001-1488A-002F
JPMORGAN CHASE BANK/JPMORGAN PPB
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032126P001-1488A-002F
JPMORGAN CHASE BANK/JPMORGAN PPB
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032126P001-1488A-002F
JPMORGAN CHASE BANK/JPMORGAN PPB
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032127P001-1488A-002F
JPMORGAN CHASE BANK/MET LIFE LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032127P001-1488A-002F
JPMORGAN CHASE BANK/MET LIFE LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032127P001-1488A-002F
JPMORGAN CHASE BANK/MET LIFE LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032128P001-1488A-002F
JPMORGAN CHASE BANK/MUNICIPAL DEALER
JOHN HALLORAN
500 STANTON CHRISTIANA RD
OPS 4 FL 3
NEWARK DE 19713-2107
USSO.PROXY.TEAM@JPMORGAN.COM

032128P001-1488A-002F
JPMORGAN CHASE BANK/MUNICIPAL DEALER
JOHN HALLORAN
500 STANTON CHRISTIANA RD
OPS 4 FL 3
NEWARK DE 19713-2107
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032128P001-1488A-002F
JPMORGAN CHASE BANK/MUNICIPAL DEALER
JOHN HALLORAN
500 STANTON CHRISTIANA RD
OPS 4 FL 3
NEWARK DE 19713-2107
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032129P001-1488A-002F
JPMORGAN CHASE BANK/PCS SHARED SVC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032129P001-1488A-002F
JPMORGAN CHASE BANK/PCS SHARED SVC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032129P001-1488A-002F
JPMORGAN CHASE BANK/PCS SHARED SVC
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032130P001-1488A-002F
JPMORGAN CHASE BANK/PRUDENTIAL
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032130P001-1488A-002F
JPMORGAN CHASE BANK/PRUDENTIAL
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032130P001-1488A-002F
JPMORGAN CHASE BANK/PRUDENTIAL
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIONS DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032132P001-1488A-002F
JPMORGAN CHASE BANK/SUSQUEHANNA
DIANE MCGOWAN
VICE PRESIDENT
3 METROTECH
5TH FL
BROOKLYN NY 11245
USSO.PROXY.TEAM@JPMORGAN.COM

032132P001-1488A-002F
JPMORGAN CHASE BANK/SUSQUEHANNA
DIANE MCGOWAN
VICE PRESIDENT
3 METROTECH
5TH FL
BROOKLYN NY 11245
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032132P001-1488A-002F
JPMORGAN CHASE BANK/SUSQUEHANNA
DIANE MCGOWAN
VICE PRESIDENT
3 METROTECH
5TH FL
BROOKLYN NY 11245
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032134P001-1488A-002F
JPMORGAN CHASE BANK/VANGUARD LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:10 PM

032134P001-1488A-002F
JPMORGAN CHASE BANK/VANGUARD LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032134P001-1488A-002F
JPMORGAN CHASE BANK/VANGUARD LOANET
PAULA JONES
ASSISTANT VICE PRESIDENT
14201 DALLAS PKWY
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032120P001-1488A-002F
JPMORGAN CHASE BANKGARBAN SECURITIES, INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032120P001-1488A-002F
JPMORGAN CHASE BANKGARBAN SECURITIES, INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032120P001-1488A-002F
JPMORGAN CHASE BANKGARBAN SECURITIES, INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032125P001-1488A-002F
JPMORGAN CHASE BANKJPMORGAN CHASE AND
COCERTIFICATE OF DEPOSITIPA
AL HERNANDEZ
34 EXCHANGE PL
JERSEY CITY NJ 07311
USSO.PROXY.TEAM@JPMORGAN.COM

032125P001-1488A-002F
JPMORGAN CHASE BANKJPMORGAN CHASE AND
COCERTIFICATE OF DEPOSITIPA
AL HERNANDEZ
34 EXCHANGE PL
JERSEY CITY NJ 07311
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032125P001-1488A-002F
JPMORGAN CHASE BANKJPMORGAN CHASE AND
COCERTIFICATE OF DEPOSITIPA
AL HERNANDEZ
34 EXCHANGE PL
JERSEY CITY NJ 07311
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032131P001-1488A-002F
JPMORGAN CHASE BANKRBS SECURITIES INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032131P001-1488A-002F
JPMORGAN CHASE BANKRBS SECURITIES INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032131P001-1488A-002F
JPMORGAN CHASE BANKRBS SECURITIES INC
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032133P001-1488A-002F
JPMORGAN CHASE BANKTRUST CO OF CAL
PHILIP ROY
VICE PRESIDENT
14201 DALLAS PKWY
FL 12
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032133P001-1488A-002F
JPMORGAN CHASE BANKTRUST CO OF CAL
PHILIP ROY
VICE PRESIDENT
14201 DALLAS PKWY
FL 12
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032133P001-1488A-002F
JPMORGAN CHASE BANKTRUST CO OF CAL
PHILIP ROY
VICE PRESIDENT
14201 DALLAS PKWY
FL 12
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032140P001-1488A-002F
JPMORGAN CHASE-ADR MAX
SANJAY GHULIANI
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
USSO.PROXY.TEAM@JPMORGAN.COM

032140P001-1488A-002F
JPMORGAN CHASE-ADR MAX
SANJAY GHULIANI
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032140P001-1488A-002F
JPMORGAN CHASE-ADR MAX
SANJAY GHULIANI
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032141P001-1488A-002F
JPMORGAN CHASE-FIMAT CU
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
USSO.PROXY.TEAM@JPMORGAN.COM

032141P001-1488A-002F
JPMORGAN CHASE-FIMAT CU
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032141P001-1488A-002F
JPMORGAN CHASE-FIMAT CU
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MAINDSPACE MALAD W
MUMBAI 400064
INDIA
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032142P001-1488A-002F
JPMORGAN CHASE-FIMAT MB
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
USSO.PROXY.TEAM@JPMORGAN.COM

032142P001-1488A-002F
JPMORGAN CHASE-FIMAT MB
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032142P001-1488A-002F
JPMORGAN CHASE-FIMAT MB
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032141P001-1488A-002F
JPMORGAN CHASE-FIMAT RM
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
USSO.PROXY.TEAM@JPMORGAN.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032143P001-1488A-002F
JPMORGAN CHASE-FIMAT RM
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032135P001-1488A-002F
JPMORGAN CHASE/FIMAT PF
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032137P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
SAM BUSHRUI VICE PRESIDENT
630 FIFTH AVE STE 500
NEW YORK NY 10111
USSO.PROXY.TEAM@JPMORGAN.COM

032138P001-1488A-002F
JPMORGAN CHASE/RBS
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032139P001-1488A-002F
JPMORGAN CHASE/US EQ TRP
SERGIO MONTILLO
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032145P001-1488A-002F
KEYBANK NATIONAL ASSOCIATION
RAYMOND HANNAN
4900 TIEDEMAN RD
OH-01-49-0240
BROOKLYN OH 44144
SCOTT_R_MACDONALD@KEYBANK.COM

032143P001-1488A-002F
JPMORGAN CHASE-FIMAT RM
SANJAY GHULIANI
ASSISTANT VICE PRESIDENT
PARADIGM B WING FL 6
MINDSPACE MALAD W
MUMBAI 400064
INDIA
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032136P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
CORP ACTION
630 FIFTH AVE STE 500
NEW YORK NY 10111
USSO.PROXY.TEAM@JPMORGAN.COM

032137P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
SAM BUSHRUI VICE PRESIDENT
630 FIFTH AVE STE 500
NEW YORK NY 10111
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032138P001-1488A-002F
JPMORGAN CHASE/RBS
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032144P001-1488A-002F
KEYBANK NA/FBO TREASURER OF STATE OF OHIO
SCOTT MACDONALD
VICE PRESIDENT
4900 TIEDEMAN RD
OH-01-49-310
BROOKLYN OH 44144
SCOTT_R_MACDONALD@KEYBANK.COM

032145P001-1488A-002F
KEYBANK NATIONAL ASSOCIATION
RAYMOND HANNAN
4900 TIEDEMAN RD
OH-01-49-0240
BROOKLYN OH 44144
SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM

032135P001-1488A-002F
JPMORGAN CHASE/FIMAT PF
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
USSO.PROXY.TEAM@JPMORGAN.COM

032136P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
CORP ACTION
630 FIFTH AVE STE 500
NEW YORK NY 10111
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032137P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
SAM BUSHRUI VICE PRESIDENT
630 FIFTH AVE STE 500
NEW YORK NY 10111
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032139P001-1488A-002F
JPMORGAN CHASE/US EQ TRP
SERGIO MONTILLO
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
USSO.PROXY.TEAM@JPMORGAN.COM

032144P001-1488A-002F
KEYBANK NA/FBO TREASURER OF STATE OF OHIO
SCOTT MACDONALD
VICE PRESIDENT
4900 TIEDEMAN RD
OH-01-49-310
BROOKLYN OH 44144
SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM

032145P001-1488A-002F
KEYBANK NATIONAL ASSOCIATION
RAYMOND HANNAN
4900 TIEDEMAN RD
OH-01-49-0240
BROOKLYN OH 44144
KATHLEEN_A_STETZ@KEYBANK.COM

032135P001-1488A-002F
JPMORGAN CHASE/FIMAT PF
MARCIN BIEGANSKI
14201 DALLAS PKWY 12TH FL
CORPORATE ACTIOND DEPT
DALLAS TX 75254
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032136P001-1488A-002F
JPMORGAN CHASE/NEWEDGE CUSTODY
CORP ACTION
630 FIFTH AVE STE 500
NEW YORK NY 10111
IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM

032138P001-1488A-002F
JPMORGAN CHASE/RBS
NORE SCARLETT
ADMINISTRATOR
4 NEW YORK PLZ
11TH FL
NEW YORK NY 10004
USSO.PROXY.TEAM@JPMORGAN.COM

032139P001-1488A-002F
JPMORGAN CHASE/US EQ TRP
SERGIO MONTILLO
VICE PRESIDENT
500 STANTON CHRISTIANA RD
NEWARK DE 19713
JPMORGANINFORMATION.SERVICES@JPMORGAN.COM

032144P001-1488A-002F
KEYBANK NA/FBO TREASURER OF STATE OF OHIO
SCOTT MACDONALD
VICE PRESIDENT
4900 TIEDEMAN RD
OH-01-49-310
BROOKLYN OH 44144
KATHLEEN_A_STETZ@KEYBANK.COM

032146P001-1488A-002F
KEYBANK SAFEKEEPING
RAYMOND HANNAN
4900 TIEDEMAN RD
OH-01-49-0240
BROOKLYN OH 44144
SCOTT_R_MACDONALD@KEYBANK.COM

GWG Holdings, Inc. et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 032146P001-1488A-002F<br>KEYBANK SAFEKEEPING<br>RAYMOND HANNAN<br>4900 TIEDEMAN RD<br>OH-01-49-0240<br>BROOKLYN OH 44144<br>SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM | 032146P001-1488A-002F<br>KEYBANK SAFEKEEPING<br>RAYMOND HANNAN<br>4900 TIEDEMAN RD<br>OH-01-49-0240<br>BROOKLYN OH 44144<br>KATHLEEN_A_STETZ@KEYBANK.COM | 032147P001-1488A-002F<br>LAURENTIAN BANK OF CANADA/CDS**<br>FRANCESCA MAIORINO<br>1981 MCGILL COLLEGE AVE<br>STE 100<br>MONTREAL QC BCAH3A 3K3<br>CANADA<br>MAIORINOF@VMBL.CA | 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>KRISTIN.KENNEDY@LPL.COM |
| 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>JASON.ADAMEK@LPL.COM | 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>CORPORATE.ACTION@LPL.COM | 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>CINTHYA.LEITE@LPL.COM | 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>STEVEN.TRZCINSKI@LPL.COM |
| 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>KEVIN.MOULTON@LPL.COM | 032148P001-1488A-002F<br>LPL FINANCIAL CORP<br>CORPORATE ACTIONS<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>MICAH.WEINSTEIN@LPL.COM | 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>KRISTIN.KENNEDY@LPL.COM | 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>JASON.ADAMEK@LPL.COM |
| 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>CORPORATE.ACTION@LPL.COM | 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>CINTHYA.LEITE@LPL.COM | 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>STEVEN.TRZCINSKI@LPL.COM | 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>KEVIN.MOULTON@LPL.COM |
| 032149P001-1488A-002F<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL SC 29715<br>MICAH.WEINSTEIN@LPL.COM | 032150P001-1488A-002F<br>MACQUARIE CAPITAL USA INC<br>CORP ACTIONS<br>125 WEST 55TH ST<br>23RD FL<br>NEW YORK NY 10019<br>PATRICK.CERMAK@MACQUARIE.COM | 032150P001-1488A-002F<br>MACQUARIE CAPITAL USA INC<br>CORP ACTIONS<br>125 WEST 55TH ST<br>23RD FL<br>NEW YORK NY 10019<br>COGMODCORPORATEACTIO@MACQUARIE.COM | 032151P001-1488A-002F<br>MANUFACTURERS AND TRADERS TRUST CO<br>WILMINGTON TRUST/IPA<br>SAM HAMED<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890-0001<br>SHAMED@WILMINGTONTRUST.COM |
| 032151P001-1488A-002F<br>MANUFACTURERS AND TRADERS TRUST CO<br>WILMINGTON TRUST/IPA<br>SAM HAMED<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890-0001<br>LHUBBARD@WILMINGTONTRUST.COM | 032151P001-1488A-002F<br>MANUFACTURERS AND TRADERS TRUST CO<br>WILMINGTON TRUST/IPA<br>SAM HAMED<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890-0001<br>JHUBBARD@WILMINGTONTRUST.COM | 032152P001-1488A-002F<br>MANUFACTURERS AND TRADERS TRUST CO<br>TONY LAGAMBINA<br>ONE M&T PLAZA-8TH FL<br>BUFFALO NY 14203<br>TLAGAMBINA@MTB.COM | 032153P001-1488A-002F<br>MANUFACTURERS AND TRADERS TRUST COMPANY<br>COMMERCIAL LOANS<br>CORPORATE ACTIONS<br>ONE M&T PLZ 3RD FL<br>BUFFALO NY 14203<br>TLAGAMBINA@MTB.COM |

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032154P001-1488A-002F
MANULIFE SECURITIES INCORPORATED/CDS**
SECURITIES OPERATIONS
PO BOX 1700 RPO LAKESHORE WEST
OAKVILLE ON L6K 0G7
CANADA
NIKOLA_KIROVSKI@MANULIFE.COM

032155P001-1488A-002F
MANULIFE SECURITIES INCORPORATED/CDS**
JOSEPH CHAU
MANAGER
85 RICHMOND ST WEST
TORONTO ON M5H2C9
CANADA
JCHAU@CDS.CA

032156P001-1488A-002F
MAPLE SECURITIES - UK
MARK ELLIOTT
79 WELLINGTOMN ST WEST
TORONTO ON M5K 1K7
CANADA
MELLIOTT@MAPLEFINANCIAL.COM

032157P001-1488A-002F
MAPLE SECURITIES USA INC
MARK ELLIOTT
79 WELLINGTON ST WEST
TORONTO ON M5K 1K7
CANADA
MELLIOTT@MAPLEFINANCIAL.COM

032158P001-1488A-002F
MAPLE SECURITIES USA INC  DOMESTIC
MARK ELLIOTT
79 WELLINGTON ST WEST
TORONTO ON M5K 1K7
CANADA
MELLIOTT@MAPLEFINANCIAL.COM

032159P001-1488A-002F
MAPLE SECURITIES USA INCCUSTODY
MARK ELLIOT
SUPERVISOR
79 WELLINGTOMN ST WEST
TORONTO ON M5KIK7
CANADA
MELLIOTT@MAPLEFINANCIAL.COM

032160P001-1488A-002F
MARSCO INVESTMENT CORP
MARK KADISON
101 EISENHOWER PKWY
ROSELAND NJ 07068
MKADISON@MARSCO.COM

032161P001-1488A-002F
MERCHANT CAPITAL, LLC
BELINDA WILSON OPERATIONS MANAGER
2660 EAST CHASE LN
LAKEVIEW CTR STE 400
MONTGOMERY AL 36117
BELINDA.WILSON@MERCHANTCAPITAL.COM

032162P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
FIXED INCOME
EARL WEEKS
4804 DEAR LAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

032162P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
FIXED INCOME
EARL WEEKS
4804 DEAR LAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032162P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
FIXED INCOME
EARL WEEKS
4804 DEAR LAKE DR E
JACKSONVILLE FL 32246
KATELYN.BECK@BAML.COM

032162P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
FIXED INCOME
EARL WEEKS
4804 DEAR LAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032163P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL  WEEKS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

032163P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL  WEEKS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032163P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL  WEEKS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
KATELYN.BECK@BAML.COM

032163P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL  WEEKS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032164P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH INCMLIM
GLOBAL SECURITIES FINANCING INTERNATIONAL
MICHAEL NIGRO
101 HUDSON ST
JERSEY CITY NJ 07302
CPACTIONSLITIGATION@ML.COM

032164P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH INCMLIM
GLOBAL SECURITIES FINANCING INTERNATIONAL
MICHAEL NIGRO
101 HUDSON ST
JERSEY CITY NJ 07302
EARL.WEEKS@BAML.COM

032164P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH INCMLIM
GLOBAL SECURITIES FINANCING INTERNATIONAL
MICHAEL NIGRO
101 HUDSON ST
JERSEY CITY NJ 07302
KATELYN.BECK@BAML.COM

032164P001-1488A-002F
MERRILL LYNCH PIERCE FENNER AND SMITH INCMLIM
GLOBAL SECURITIES FINANCING INTERNATIONAL
MICHAEL NIGRO
101 HUDSON ST
JERSEY CITY NJ 07302
CORPACTIONSPROXY@ML.COM

032165P001-1488A-002F
MERRILL LYNCH PROFESSIONAL CLEARING CORP
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032165P001-1488A-002F
MERRILL LYNCH PROFESSIONAL CLEARING CORP
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

032165P001-1488A-002F
MERRILL LYNCH PROFESSIONAL CLEARING CORP
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032166P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND
SMITH INC SECURITIES LENDING
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:10 PM

---

032166P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND
SMITH INC SECURITIES LENDING
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032166P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND
SMITH INC SECURITIES LENDING
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
KATELYN.BECK@BAML.COM

032166P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND
SMITH INC SECURITIES LENDING
EARL WEEKS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032167P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND SMITH
EARL WEEKS
CORPORATE ACTIONS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

032167P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND SMITH
EARL WEEKS
CORPORATE ACTIONS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032167P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND SMITH
EARL WEEKS
CORPORATE ACTIONS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
KATELYN.BECK@BAML.COM

032167P001-1488A-002F
MERRILL LYNCH, PIERCE FENNER AND SMITH
EARL WEEKS
CORPORATE ACTIONS
4804 DEER LAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032169P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATED671 MLPFAND
CORPORATE ACTIONS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
CPACTIONSLITIGATION@ML.COM

032169P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATED671 MLPFAND
CORPORATE ACTIONS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
EARL.WEEKS@BAML.COM

032169P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATED671 MLPFAND
CORPORATE ACTIONS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
KATELYN.BECK@BAML.COM

032169P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATED671 MLPFAND
CORPORATE ACTIONS
4804 DEERLAKE DR E
JACKSONVILLE FL 32246
CORPACTIONSPROXY@ML.COM

032170P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATEDSTOCK LOA
CORPORATE ACTIONS
101 HUDSON ST
JERSEY CITY NJ 07302
CPACTIONSLITIGATION@ML.COM

032170P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATEDSTOCK LOA
CORPORATE ACTIONS
101 HUDSON ST
JERSEY CITY NJ 07302
EARL.WEEKS@BAML.COM

032170P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATEDSTOCK LOA
CORPORATE ACTIONS
101 HUDSON ST
JERSEY CITY NJ 07302
KATELYN.BECK@BAML.COM

032170P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND
SMITH INCORPORATEDSTOCK LOA
CORPORATE ACTIONS
101 HUDSON ST
JERSEY CITY NJ 07302
CORPACTIONSPROXY@ML.COM

032168P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH
STOCKLOAN HEDGE ACCOUNT
CARLOS GOMEZ
101 HUDSON ST
JERSEY CITY NJ 07302
CPACTIONSLITIGATION@ML.COM

032168P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH
STOCKLOAN HEDGE ACCOUNT
CARLOS GOMEZ
101 HUDSON ST
JERSEY CITY NJ 07302
EARL.WEEKS@BAML.COM

032168P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH
STOCKLOAN HEDGE ACCOUNT
CARLOS GOMEZ
101 HUDSON ST
JERSEY CITY NJ 07302
KATELYN.BECK@BAML.COM

032168P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH
STOCKLOAN HEDGE ACCOUNT
CARLOS GOMEZ
101 HUDSON ST
JERSEY CITY NJ 07302
CORPACTIONSPROXY@ML.COM

032171P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC
FOREIGN SECURITY LENDING
ANTHONY STRAZZA
101 HUDSON ST
7TH FL
NEW JERSEY NJ 07302
CPACTIONSLITIGATION@ML.COM

032171P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC
FOREIGN SECURITY LENDING
ANTHONY STRAZZA
101 HUDSON ST
7TH FL
NEW JERSEY NJ 07302
EARL.WEEKS@BAML.COM

032171P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC
FOREIGN SECURITY LENDING
ANTHONY STRAZZA
101 HUDSON ST
7TH FL
NEW JERSEY NJ 07302
KATELYN.BECK@BAML.COM

032171P001-1488A-002F
MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC
FOREIGN SECURITY LENDING
ANTHONY STRAZZA
101 HUDSON ST
7TH FL
NEW JERSEY NJ 07302
CORPACTIONSPROXY@ML.COM

032172P001-1488A-002F
MESIROW FINANCIAL
JOHN OSHEA
353 NO CLARK ST
CHICAGO IL 60654
JOSHEA@MESIROWFINANCIAL.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 446 of 594
GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 96 of 203                                                                                    04/20/2022 11:10:10 PM

032173P001-1488A-002F
MESIROW FINANCIAL
CORPORATE ACTIONS DEBORAH LYNE
353 N CLARK ST
CHICAGO IL 60654
DLYNE@MESIROWFINANCIAL.COM

032173P001-1488A-002F
MESIROW FINANCIAL
CORPORATE ACTIONS DEBORAH LYNE
353 N CLARK ST
CHICAGO IL 60654
CLIENTSERVICES@MESIROWFINANCIAL.COM

032174P001-1488A-002F
MESIROW FINANCIAL, INC
JONATHAN STANISLAW
353 NORTH CLARK ST
CHICAGO IL 60654
JSTANISLAW@MESIROWFINANCIAL.COM

032175P001-1488A-002F
MG TRUST CO
SUZANNE WALTERS
VICE PRESIDENT
700 17TH ST
STE 200
DENVER CO 80202
SUZANNE.WALTERS@BROADRIDGE.COM

032176P001-1488A-002F
MITSUBISHI UFJ SECURITIES USA, INC
CORPORATE ACTIONS
1633 BROADWAY
NEW YORK NY 10019
CORPACTIONS@US.SC.MUFG.JP

032177P001-1488A-002F
MIZUHO SECURITIES USA INC
GREG RAIA
OPERATIONS
111 RIVER ST
HOBOKEN NJ 07030
GREGORY.RAIA@US.MIZUHO-SC.COM

032178P001-1488A-002F
MIZUHO SECURITIES USA LLC/
MIZUHO CAPITAL MARKETS LLC - EQUITIES
CORPORATE ACTIONS
111 RIVER ST
HOBOKEN NJ 07030
GREGORY.RAIA@US.MIZUHO-SC.COM

032178P001-1488A-002F
MIZUHO SECURITIES USA LLC/
MIZUHO CAPITAL MARKETS LLC - EQUITIES
CORPORATE ACTIONS
111 RIVER ST
HOBOKEN NJ 07030
RICHARD.VISCO@US.MIZUHO-SC.COM

032179P001-1488A-002F
MIZUHO SECURITIES USA LLC/
MIZUHO CAPITAL MARKETS LLC
CORPORATE ACTIONS
111 RIVER ST
HOBOKEN NJ 07030
GREGORY.RAIA@US.MIZUHO-SC.COM

032179P001-1488A-002F
MIZUHO SECURITIES USA LLC/
MIZUHO CAPITAL MARKETS LLC
CORPORATE ACTIONS
111 RIVER ST
HOBOKEN NJ 07030
RICHARD.VISCO@US.MIZUHO-SC.COM

032180P001-1488A-002F
MIZUHO SECURITIES USA/FIXED INCOME
RICH VISCO
DIRECTOR
111 RIVER ST
STE 1100
HOBOKEN NJ 07030
RICHARD.VISCO@US.MIZUHO-SC.COM

032181P001-1488A-002F
MIZUHO TRUST AND BANKING CO USA
ROBERT DIMICK
135 WEST 50TH ST
16TH FL
NEW YORK NY 10020
RDIMICK@MHTNY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PSCLASSACT@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
SAMEER.SINHA@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032183P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORPORATE ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032184P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032184P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032184P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT.COM

032184P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032184P001-1488A-002F
MORGAN STANLEY AND CO LLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032185P001-1488A-002F
MORGAN STANLEY AND CO LLC
MICHELLE FORD
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032182P001-1488A-002F
MORGAN STANLEY AND CO LLC/SL CONDUIT
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 448 of 594

GWG Holdings, Inc. et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 98 of 203

04/20/2022 11:10:10 PM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032186P001-1488A-002F
MORGAN STANLEY AND CO LLCII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.CO

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032187P001-1488A-002F
MORGAN STANLEY AND CO LLCIII
DAN SPADACCINI
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032188P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORPORATE ACTIONS
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032189P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032189P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032189P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032189P001-1488A-002F
MORGAN STANLEY AND CO LLCINTERNATIONAL PLC
CORP ACTIONS
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 032189P001-1488A-002F<br>MORGAN STANLEY AND CO LLCINTERNATIONAL PLC<br>CORP ACTIONS<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PSCLASSACT@MS.COM | 032189P001-1488A-002F<br>MORGAN STANLEY AND CO LLCINTERNATIONAL PLC<br>CORP ACTIONS<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>CLASSACT@MS.COM | 032189P001-1488A-002F<br>MORGAN STANLEY AND CO LLCINTERNATIONAL PLC<br>CORP ACTIONS<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PRODDATA@MORGANSTANLEY.COM | 032189P001-1488A-002F<br>MORGAN STANLEY AND CO LLCINTERNATIONAL PLC<br>CORP ACTIONS<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>CLASSACT@MORGANSTANLEY.COM |
| 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>DEALSETUP@MORGANSTANLEY.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>MARIA.CACOILO@MORGANSTANLEY.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>PROXY.BALT@MS.COM |
| 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>PSCLASSACT@MS.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>CLASSACT@MS.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>PRODDATA@MORGANSTANLEY.COM | 032190P001-1488A-002F<br>MORGAN STANLEY BANK, NA<br>GLENN PIZER<br>EXECUTIVE DIRECTOR<br>ONE PIERREPONT PLZ<br>OPERATIONS/SETTLEMENTS<br>BROOKLYN NY 11201<br>CLASSACT@MORGANSTANLEY.COM |
| 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>DEALSETUP@MORGANSTANLEY.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>MARIA.CACOILO@MORGANSTANLEY.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PROXY.BALT@MS.COM |
| 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PSCLASSACT@MS.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>CLASSACT@MS.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PRODDATA@MORGANSTANLEY.COM | 032191P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION/#2<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>CLASSACT@MORGANSTANLEY.COM |
| 032192P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION<br>CORP ACTION<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>DEALSETUP@MORGANSTANLEY.COM | 032192P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION<br>CORP ACTION<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM | 032192P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION<br>CORP ACTION<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>MARIA.CACOILO@MORGANSTANLEY.COM | 032192P001-1488A-002F<br>MORGAN STANLEY PRIVATE BANK,<br>NATIONAL ASSOCIATION<br>CORP ACTION<br>1300 THAMES ST<br>7TH FL<br>BALTIMORE MD 21231<br>PROXY.BALT@MS.COM |

032192P001-1488A-002F
MORGAN STANLEY PRIVATE BANK,
NATIONAL ASSOCIATION
CORP ACTION
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032192P001-1488A-002F
MORGAN STANLEY PRIVATE BANK,
NATIONAL ASSOCIATION
CORP ACTION
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032192P001-1488A-002F
MORGAN STANLEY PRIVATE BANK,
NATIONAL ASSOCIATION
CORP ACTION
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032192P001-1488A-002F
MORGAN STANLEY PRIVATE BANK,
NATIONAL ASSOCIATION
CORP ACTION
1300 THAMES ST
7TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032193P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
DEALSETUP@MORGANSTANLEY.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
RAQUEL.DEL.MONTE@MORGANSTANLEY.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
MARIA.CACOILO@MORGANSTANLEY.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PROXY.BALT@MS.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PSCLASSACT@MS.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MS.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
PRODDATA@MORGANSTANLEY.COM

032194P001-1488A-002F
MORGAN STANLEY SMITH BARNEY LLC/FPL
JOHN BARRY
1300 THAMES ST
6TH FL
BALTIMORE MD 21231
CLASSACT@MORGANSTANLEY.COM

032195P001-1488A-002F
MUFG UNION BANK, NA
CORPORATE ACTIONS CLAIMS MANAGEMENT
11121 CARMEL COMMONS BLVD
STE 370
CHARLOTTE NC 28226-4561
REMEDIOS.CUEVAS@UNIONBANK.COM

032195P001-1488A-002F
MUFG UNION BANK, NA
CORPORATE ACTIONS CLAIMS MANAGEMENT
11121 CARMEL COMMONS BLVD
STE 370
CHARLOTTE NC 28226-4561
CLASS_ACTION_OPS@UNIONBANK.COM

032195P001-1488A-002F
MUFG UNION BANK, NA
CORPORATE ACTIONS CLAIMS MANAGEMENT
11121 CARMEL COMMONS BLVD
STE 370
CHARLOTTE NC 28226-4561
MIKE.EGAN@SECURITIESCLAIMS.COM

032196P001-1488A-002F
MUFG UNION BANK, NA
MAGGI BOUTELLE
530 B ST STE 204
SAN DIEGO CA 92101
REMEDIOS.CUEVAS@UNIONBANK.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032196P001-1488A-002F<br>MUFG UNION BANK, NA<br>MAGGI BOUTELLE<br>530 B ST STE 204<br>SAN DIEGO CA 92101<br>CLASS_ACTION_OPS@UNIONBANK.COM | 032196P001-1488A-002F<br>MUFG UNION BANK, NA<br>MAGGI BOUTELLE<br>530 B ST STE 204<br>SAN DIEGO CA 92101<br>MIKE.EGAN@SECURITIESCLAIMS.COM | 032197P001-1488A-002F<br>MUFG UNION BANK, NACAPITAL MARKETS<br>CARLETTA MIZELL<br>445 S FIGUEROA ST<br>G21-101<br>LOS ANGELES CA 90071<br>CARLETTA.MIZELL@UNIONBANK.COM | 032198P001-1488A-002F<br>MUFG UNION BANK, NACORPORATE TRUSTIPA<br>CORA SERRANO<br>VICE PRESIDENT<br>120 SOUTH SAN PEDRO ST<br>STE 410<br>LOS ANGELES CA 90012<br>CORA.SERRANO@UBOC.COM |
| 032199P001-1488A-002F<br>NASDAQ EXECUTION SERVICES, LLPTIONS<br>VINCENT DIVITO<br>DIRECTOR<br>165 BROADWAY<br>51ST FL<br>NEW YORK NY 10006<br>VINCENT.DIVITO@NASDAQOMX.COM | 032200P001-1488A-002F<br>NASDAQ OMX BX, INC<br>VINCENT DIVITO<br>DIRECTOR<br>ONE LIBERTY PLZ<br>51ST FL<br>NEW YORK NY 10006<br>VINCENT.DIVITO@NASDAQOMX.COM | 032201P001-1488A-002F<br>NASDAQ OMX PHLX LLC<br>VIN DIVITO<br>1900 MARKET ST<br>PHILADELPHIA PA 19103<br>VINCENT.DIVITO@NASDAQOMX.COM | 032202P001-1488A-002F<br>NASDAQ STOCK MARKET LLMNIBUS ACCOUNT<br>VINCENT DIVITO<br>DIRECTOR<br>ONE LIBERTY PLZ<br>NEW YORK NY 10006<br>VINCENT.DIVITO@NASDAQOMX.COM |
| 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>PETER.CLOSS@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>LISA.GANESH@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>SEAN.MCDONOUGH@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JASON.DRESS@FMR.COM |
| 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>ROHAN.ROSE@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JOHN.SPURWAY@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>GERARDO.FLEITES@FMR.COM | 032203P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>ROB.DAY@FMR.COM |
| 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>PETER.CLOSS@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>LISA.GANESH@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>SEAN.MCDONOUGH@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>JASON.DRESS@FMR.COM |
| 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>ROHAN.ROSE@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>JOHN.SPURWAY@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>GERARDO.FLEITES@FMR.COM | 032204P001-1488A-002F<br>NATIONAL FINANCIAL SVC LLC<br>CORP ACTIONS<br>200 SEAPORT BLVD Z1B<br>BOSTON MA 02210<br>ROB.DAY@FMR.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032205P001-1488A-002F
NBCN INC 2CDS**
ANNIE MAH
ASSISTANT VICE PRESIDENT
85 RICHMOND ST WEST
TORONTO ON ON500000
CANADA
AMAH@CDS.CA

032206P001-1488A-002F
NEEDHAM AND COMPANY, LLC
MATTHEW F DE NICOLA
CORPORATE ACTIONS
445 PK AVE
NEW YORK NY 10022
MDENICOLA@NEEDHAMCO.COM

032207P001-1488A-002F
NOMURA SECURITIES/FIXED INCOME
ADRIAN ROCCO
CORPORATE ACTIONS
309 W 49TH ST
10TH FL
NEW YORK NY 10019-7316
DANIEL.LYNCH@NOMURA.COM

032207P001-1488A-002F
NOMURA SECURITIES/FIXED INCOME
ADRIAN ROCCO
CORPORATE ACTIONS
309 W 49TH ST
10TH FL
NEW YORK NY 10019-7316
ADRIAN.ROCCO@NOMURA.COM

032208P001-1488A-002F
NOMURA SECURITIES/FIXED INCOME
DAN LYNCH
VICE PRESIDENT
2 WORLD FINANCIAL CTR
BLDG B
NEW YORK NY 10281
DANIEL.LYNCH@NOMURA.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
PK5@NTRS.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
KEG2@NTRS.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
DR65@NTRS.COM

032209P001-1488A-002F
NORTHERN TRUST CO
OCH-ZIFF CAPITAL MANAGEMENT
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
CS_NOTIFICATIONS@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
PK5@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
KEG2@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
DR65@NTRS.COM

032210P001-1488A-002F
NORTHERN TRUST CO - SAFEKEEPING
SUE STIMAC
50 SOUTH LASALLE ST LEVEL A
CHICAGO IL 60675
CS_NOTIFICATIONS@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
PAP3@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
PK5@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
KEG2@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
DR65@NTRS.COM

032211P001-1488A-002F
NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
PENNY PETERSON
SENIOR VICE PRESIDENT
50 SLASALLE ST
CHICAGO IL 60675
CS_NOTIFICATIONS@NTRS.COM

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
PK5@NTRS.COM

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
KEG2@NTRS.COM

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
DR65@NTRS.COM

032212P001-1488A-002F
NORTHERN TRUST COMPANY/IPA
PENNY PETERSON
50 SLASALLE ST
CHICAGO IL 60675
CS_NOTIFICATIONS@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
PK5@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
KEG2@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
DR65@NTRS.COM

032213P001-1488A-002F
NORTHERN TRUST COMPANY/UNITED NATION
JOE SWANSON
VICE PRESIDENT
801 S CANAL C-IN
CHICAGO IL 60607
CS_NOTIFICATIONS@NTRS.COM

032214P001-1488A-002F
NYSE ARCA, INC
NADINE PURDON
VICE PRESIDENT
115 SANSOME ST
SAN FRANCISCO CA 94104
NPURDON@PACIFICEX.COM

032215P001-1488A-002F
ODLUM BROWN LIMITED/CDS**
RON RAK
SUPERVISOR
250 HOWE ST
STE 1100
VANCOUVER  V6C 3SBC
CANADA
RRAK@ODLUMBROWN.COM

032216P001-1488A-002F
OPPENHEIMER AND CO INC
CORPORATE ACTIONS
85 BROAD ST
NEW YORK NY 10004
GUILLERMO.GONZALEZ@OPCO.COM

032216P001-1488A-002F
OPPENHEIMER AND CO INC
CORPORATE ACTIONS
85 BROAD ST
NEW YORK NY 10004
COLIN.SANDY@OPCO.COM

032216P001-1488A-002F
OPPENHEIMER AND CO INC
CORPORATE ACTIONS
85 BROAD ST
NEW YORK NY 10004
REORG@OPCO.COM

032216P001-1488A-002F
OPPENHEIMER AND CO INC
CORPORATE ACTIONS
85 BROAD ST
NEW YORK NY 10004
KENYA.WHITE@OPCO.COM

032216P001-1488A-002F
OPPENHEIMER AND CO INC
CORPORATE ACTIONS
85 BROAD ST
NEW YORK NY 10004
FRAN.BANSON@OPCO.COM

032217P001-1488A-002F
OPTIONSXPRESS, INC
PROXY SVC
150 S WACKER DR
STE 1100
CHICAGO IL 60606
PROXYSERVICES@OPTIONSXPRESS.COM

032217P001-1488A-002F
OPTIONSXPRESS, INC
PROXY SVC
150 S WACKER DR
STE 1100
CHICAGO IL 60606
CCANNING@OPTIONSXPRESS.COM

032217P001-1488A-002F
OPTIONSXPRESS, INC
PROXY SVC
150 S WACKER DR
STE 1100
CHICAGO IL 60606
STORTORELLA@OPTIONSXPRESS.COM

032218P001-1488A-002F
OPTIONSXPRESS, INC
SCOTT TORTORELLA
150 SOUTH WACKER DR
11TH FL
CHICAGO IL 60606
CORPORATEACTIONS@OPTIONSXPRESS.COM

032219P001-1488A-002F
PENSCO TRUST CO
PETAL YOUNG
1560 BROADWAY ST
STE 400
DENVER CO 80202
PETAL.YOUNG@PENSCO.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 104 of 203                                                                                    04/20/2022 11:10:10 PM

---

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
VOLUNTARYANDSETUPS@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
CHENICE.BRINSON@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
TIFFANY.WILLIAMS@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONS@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
JLAVARA@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
CHARLENE.POLDEN@PERSHING.COM

032220P001-1488A-002F
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLZ
JERSEY CITY NJ 07399
KRISTIE.MEDICH@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
VOLUNTARYANDSETUPS@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
CHENICE.BRINSON@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
TIFFANY.WILLIAMS@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONS@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
JLAVARA@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
CHARLENE.POLDEN@PERSHING.COM

032221P001-1488A-002F
PERSHING LLC
TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLZ
10TH FL
JERSEY CITY NJ 07399
KRISTIE.MEDICH@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
VOLUNTARYANDSETUPS@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
CHENICE.BRINSON@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
TIFFANY.WILLIAMS@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONS@PERSHING.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:10 PM

---

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
JLAVARA@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
CHARLENE.POLDEN@PERSHING.COM

032222P001-1488A-002F
PERSHING LLC/CLIENT FINANCING
CORPORATE ACTIONS
ONE PERSHING PLZ
JERSEY CITY NJ 07399
KRISTIE.MEDICH@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
VOLUNTARYANDSETUPS@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CHENICE.BRINSON@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
TIFFANY.WILLIAMS@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
PERSHINGCORPORATEACTIONS@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
JLAVARA@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CHARLENE.POLDEN@PERSHING.COM

032223P001-1488A-002F
PERSHING LLC/CORRESPONDENT SECURITIES LENDING
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
KRISTIE.MEDICH@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
VOLUNTARYANDSETUPS@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CHENICE.BRINSON@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
TIFFANY.WILLIAMS@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
PERSHINGCORPORATEACTIONS@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
JLAVARA@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
CHARLENE.POLDEN@PERSHING.COM

032224P001-1488A-002F
PERSHING LLC/SL
ISSUER SVC
51 MERCEDES WAY
EDGEWOOD NY 11717
KRISTIE.MEDICH@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
MARIA.RUIZ-MARTINEZ@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
VOLUNTARYANDSETUPS@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONSPROXY@PERSHING.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY 07399
CHENICE.BRINSON@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
TIFFANY.WILLIAMS@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
PERSHINGCORPORATEACTIONS@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
JLAVARA@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
CHARLENE.POLDEN@PERSHING.COM

032225P001-1488A-002F
PERSHING LLC/SL INT'L
CAMILLE REARDON
ONE PERSHING PLZ 6TH FL
JERSEY CITY NJ 07399
KRISTIE.MEDICH@PERSHING.COM

032226P001-1488A-002F
PICTET CANADA LPCDS**
STEPHANIE SALVO
1000 DE LA GAUCHETIERE OUEST
MONTREAL PQ H3B 4W5
CANADA
SSALVO@PICTET.COM

032226P001-1488A-002F
PICTET CANADA LPCDS**
STEPHANIE SALVO
1000 DE LA GAUCHETIERE OUEST
MONTREAL PQ H3B 4W5
CANADA
MTL-OPERATIONS@PICTET.COM

032226P001-1488A-002F
PICTET CANADA LPCDS**
STEPHANIE SALVO
1000 DE LA GAUCHETIERE OUEST
MONTREAL PQ H3B 4W5
CANADA
SBORGOGNON@PICTET.COM

032227P001-1488A-002F
PIPER JAFFRAY AND CO
ANNAMARIA HERNANDEZ
800 NICOLLET MALL
STE 800
MINNEAPOLIS MN 55402-7020
ANNAMARIA.L.HERNANDEZ@PJC.COM

032227P001-1488A-002F
PIPER JAFFRAY AND CO
ANNAMARIA HERNANDEZ
800 NICOLLET MALL
STE 800
MINNEAPOLIS MN 55402-7020
JOLEEN.M.SCHUTZ@PJC.COM

032229P001-1488A-002F
PNC BANK NA/PNC COMMODITY HEDGING LLC
ANTHONY PICCIRILLI
FIFTH & WOOD ST
PITTSBURGH PA 15219
CASPR@PNC.COM

032229P001-1488A-002F
PNC BANK NA/PNC COMMODITY HEDGING LLC
ANTHONY PICCIRILLI
FIFTH & WOOD ST
PITTSBURGH PA 15219
MCA@PNC.COM

032229P001-1488A-002F
PNC BANK NA/PNC COMMODITY HEDGING LLC
ANTHONY PICCIRILLI
FIFTH & WOOD ST
PITTSBURGH PA 15219
JNICHOLS@PNC.COM

032229P001-1488A-002F
PNC BANK NA/PNC COMMODITY HEDGING LLC
ANTHONY PICCIRILLI
FIFTH & WOOD ST
PITTSBURGH PA 15219
YVONNE.MUDD@PNCBANK.COM

032228P001-1488A-002F
PNC BANK NAPNC CAPITAL MARKETS LLC
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
CASPR@PNC.COM

032228P001-1488A-002F
PNC BANK NAPNC CAPITAL MARKETS LLC
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
MCA@PNC.COM

032228P001-1488A-002F
PNC BANK NAPNC CAPITAL MARKETS LLC
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032228P001-1488A-002F
PNC BANK NAPNC CAPITAL MARKETS LLC
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032230P001-1488A-002F
PNC BANK, NAHPRS
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
CASPR@PNC.COM

032230P001-1488A-002F
PNC BANK, NAHPRS
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
MCA@PNC.COM

032230P001-1488A-002F
PNC BANK, NAHPRS
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032230P001-1488A-002F
PNC BANK, NAHPRS
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032231P001-1488A-002F
PNC BANK, NAIPA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
CASPR@PNC.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032231P001-1488A-002F
PNC BANK, NAIPA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
MCA@PNC.COM

032231P001-1488A-002F
PNC BANK, NAIPA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032231P001-1488A-002F
PNC BANK, NAIPA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032232P001-1488A-002F
PNC BANK, NAMARKET STREET FUNDING
SANDY MUDD
VICE PRESIDENT
249 FIFTH AVE
P1-POPP-09-2
PITTSBURGH PA 15222
CASPR@PNC.COM

032232P001-1488A-002F
PNC BANK, NAMARKET STREET FUNDING
SANDY MUDD
VICE PRESIDENT
249 FIFTH AVE
P1-POPP-09-2
PITTSBURGH PA 15222
MCA@PNC.COM

032232P001-1488A-002F
PNC BANK, NAMARKET STREET FUNDING
SANDY MUDD
VICE PRESIDENT
249 FIFTH AVE
P1-POPP-09-2
PITTSBURGH PA 15222
JNICHOLS@PNC.COM

032232P001-1488A-002F
PNC BANK, NAMARKET STREET FUNDING
SANDY MUDD
VICE PRESIDENT
249 FIFTH AVE
P1-POPP-09-2
PITTSBURGH PA 15222
YVONNE.MUDD@PNCBANK.COM

032233P001-1488A-002F
PNC BANK, NAOTTA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
CASPR@PNC.COM

032233P001-1488A-002F
PNC BANK, NAOTTA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
MCA@PNC.COM

032233P001-1488A-002F
PNC BANK, NAOTTA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032233P001-1488A-002F
PNC BANK, NAOTTA
ROBERT HALLOWELL
800 TINICUM BLVD
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032234P001-1488A-002F
PNC BANK, NAPITTSBURGH
BARBARA SKWARCHA
ONE PNC PLZ
249 5TH AVE
PITTSBURGH PA 15222-7707
CASPR@PNC.COM

032234P001-1488A-002F
PNC BANK, NAPITTSBURGH
BARBARA SKWARCHA
ONE PNC PLZ
249 5TH AVE
PITTSBURGH PA 15222-7707
MCA@PNC.COM

032234P001-1488A-002F
PNC BANK, NAPITTSBURGH
BARBARA SKWARCHA
ONE PNC PLZ
249 5TH AVE
PITTSBURGH PA 15222-7707
JNICHOLS@PNC.COM

032234P001-1488A-002F
PNC BANK, NAPITTSBURGH
BARBARA SKWARCHA
ONE PNC PLZ
249 5TH AVE
PITTSBURGH PA 15222-7707
YVONNE.MUDD@PNCBANK.COM

032235P001-1488A-002F
PNC BANK, NAPNC CAPITAL MARKETS LLC MSFTA
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
CASPR@PNC.COM

032235P001-1488A-002F
PNC BANK, NAPNC CAPITAL MARKETS LLC MSFTA
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
MCA@PNC.COM

032235P001-1488A-002F
PNC BANK, NAPNC CAPITAL MARKETS LLC MSFTA
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032235P001-1488A-002F
PNC BANK, NAPNC CAPITAL MARKETS LLC MSFTA
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032236P001-1488A-002F
PNC BANK, NATIONAL ASSOCIATION
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
CASPR@PNC.COM

032236P001-1488A-002F
PNC BANK, NATIONAL ASSOCIATION
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
MCA@PNC.COM

032236P001-1488A-002F
PNC BANK, NATIONAL ASSOCIATION
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032236P001-1488A-002F
PNC BANK, NATIONAL ASSOCIATION
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032237P001-1488A-002F
PNC BANK/PNC MUNICIPAL STRATEGY - BLK
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
CASPR@PNC.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032237P001-1488A-002F
PNC BANK/PNC MUNICIPAL STRATEGY - BLK
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
MCA@PNC.COM

032237P001-1488A-002F
PNC BANK/PNC MUNICIPAL STRATEGY - BLK
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
JNICHOLS@PNC.COM

032237P001-1488A-002F
PNC BANK/PNC MUNICIPAL STRATEGY - BLK
JUANITA NICHOLS
8800 TINICUM BLVD
MAILSTOP F6-F266-02-2
PHILADELPHIA PA 19153
YVONNE.MUDD@PNCBANK.COM

032238P001-1488A-002F
PRIVATE CLIENT SVC LLC
SANDY TAYLOR-JONES
2225 LEXINGTON RD
LOUISVILLE KY 40206
STAYLOR-JONES@PCSBD.NET

032238P001-1488A-002F
PRIVATE CLIENT SVC LLC
SANDY TAYLOR-JONES
2225 LEXINGTON RD
LOUISVILLE KY 40206
OPERATIONS@PCSBD.NET

032239P001-1488A-002F
PUTNAM INVESTMENTS
JEFF DIBUONO - C1C
100 FEDERAL ST
BOSTON MA 02110
JEFFREY_DIBUONO@PUTNAM.COM

032240P001-1488A-002F
PWMCO, LLC
BENJAMIN WILSON
311 S WACKER DR STE 2360
CHICAGO IL 60606
BWILSON@PWMCO.COM

032241P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
RAYMOND JAMES BANK
FICHTEL DAWN - ASSOCIATE
710 CARILLON PKWY
SAINT PETERSBURG FL 33716
DAWN.FICHTEL@RAYMONDJAMES.COM

032241P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
RAYMOND JAMES BANK
FICHTEL DAWN - ASSOCIATE
710 CARILLON PKWY
SAINT PETERSBURG FL 33716
CORPORATEACTIONS@RAYMONDJAMES.COM

032242P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
ROBERTA GREEN
880 CARILION PKWY
SAIT PETERSBURG FL 33716
ROBERTA.GREEN@RAYMONDJAMES.COM

032242P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
ROBERTA GREEN
880 CARILION PKWY
SAIT PETERSBURG FL 33716
CORPORATEACTIONS@RAYMONDJAMES.COM

032243P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
ELAINE MULLEN
CORPORATE ACTIONS
880 CARILLON PKWY
ST. PETERSBURG FL 33716
ELAINE.MULLEN@RAYMONDJAMES.COM

032243P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
ELAINE MULLEN
CORPORATE ACTIONS
880 CARILLON PKWY
ST. PETERSBURG FL 33716
CORPORATEACTIONS@RAYMONDJAMES.COM

032244P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INC
RAYMOND JAMES TRUST CO
CHRISTINE PEARSON
PO BOX 14407
ST. PETERSBURG FL 33733
CORPORATEACTIONS@RAYMONDJAMES.COM

032245P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INCFI
LINDA LACY
SUPERVISOR
800 CARILLON PKWY
SAINT PETERSBURG FL 33716
LINDA.LACY@RAYMONDJAMES.COM

032245P001-1488A-002F
RAYMOND JAMES AND ASSOCIATES, INCFI
LINDA LACY
SUPERVISOR
800 CARILLON PKWY
SAINT PETERSBURG FL 33716
CORPORATEACTIONS@RAYMONDJAMES.COM

032246P001-1488A-002F
RAYMOND JAMES LTDCDS**
CORPORATE ACTIONS
PO BOX 23558
ST PETERSBURG FL 33742-3558
CORPORATEACTIONS@RAYMONDJAMES.COM

032247P001-1488A-002F
RBC CAPITAL MARKETS, LLC
STEVE SCHAFER SR
ASSOCIATE
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400
STEVE.SCHAFER@RBC.COM

032247P001-1488A-002F
RBC CAPITAL MARKETS, LLC
STEVE SCHAFER SR
ASSOCIATE
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400
RBCWM-PROXYNOTIFICATIONS@RBC.COM

032248P001-1488A-002F
RBC CAPITAL MARKETS, LLC
SHANNON JONES
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400
STEVE.SCHAFER@RBC.COM

032248P001-1488A-002F
RBC CAPITAL MARKETS, LLC
SHANNON JONES
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400
RBCWM-PROXYNOTIFICATIONS@RBC.COM

032249P001-1488A-002F
RBC CAPITAL MARKETS, LLC
STEVE SCHAFER SR
60 S 6TH ST
MINNEAPOLIS MN 55402
STEVE.SCHAFER@RBC.COM

032249P001-1488A-002F
RBC CAPITAL MARKETS, LLC
REORG DEPT
60 S 6TH ST
MINNEAPOLIS MN 55402
NICHOLAS.ONKEN@RBC.COM

032249P001-1488A-002F
RBC CAPITAL MARKETS, LLC
REORG DEPT
60 S 6TH ST
MINNEAPOLIS MN 55402
RBCWM-PROXYNOTIFICATIONS@RBC.COM

032250P001-1488A-002F
RBC CAPITAL MARKETS, LLCRBCCM
MICHAEL FROMMER
VICE PRESIDENT
3 WORLD FINANCIAL CTR
200 VESEY ST
NEW YORK NY 10281-8098
MICHAEL.FROMMER@RBCCM.COM

032250P001-1488A-002F
RBC CAPITAL MARKETS, LLCRBCCM
MICHAEL FROMMER
VICE PRESIDENT
3 WORLD FINANCIAL CTR
200 VESEY ST
NEW YORK NY 10281-8098
STEVE.SCHAFER@RBC.COM

032250P001-1488A-002F
RBC CAPITAL MARKETS, LLCRBCCM
MICHAEL FROMMER
VICE PRESIDENT
3 WORLD FINANCIAL CTR
200 VESEY ST
NEW YORK NY 10281-8098
RBCWM-PROXYNOTIFICATIONS@RBC.COM

032251P001-1488A-002F
REGIONS BANK
PEYTON DILIBERTO
1901 6TH AVE N
BIRMINGHAM AL 35203
PEYTON.DILIBERTO@REGIONS.COM

032251P001-1488A-002F
REGIONS BANK
PEYTON DILIBERTO
1901 6TH AVE N
BIRMINGHAM AL 35203
MICHAEL.CHANDLER@REGIONS.COM

032251P001-1488A-002F
REGIONS BANK
PEYTON DILIBERTO
1901 6TH AVE N
BIRMINGHAM AL 35203
JAMES.DEMPSEY@REGIONS.COM

032252P001-1488A-002F
REGIONS BANK/CORPORATE TRUST/IPA
MICHAEL CHANDLER
MANAGER
250 RIVERCHASE PARKWAYEAST
5TH FL
HOOVER AL 35244
PEYTON.DILIBERTO@REGIONS.COM

032252P001-1488A-002F
REGIONS BANK/CORPORATE TRUST/IPA
MICHAEL CHANDLER
MANAGER
250 RIVERCHASE PARKWAYEAST
5TH FL
HOOVER AL 35244
MICHAEL.CHANDLER@REGIONS.COM

032252P001-1488A-002F
REGIONS BANK/CORPORATE TRUST/IPA
MICHAEL CHANDLER
MANAGER
250 RIVERCHASE PARKWAYEAST
5TH FL
HOOVER AL 35244
JAMES.DEMPSEY@REGIONS.COM

032253P001-1488A-002F
RELIANCE TRUST CO
TONIE MONTGOMERY
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032253P001-1488A-002F
RELIANCE TRUST CO
TONIE MONTGOMERY
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032254P001-1488A-002F
RELIANCE TRUST COMPANY/ FIS TRUSTDESK
TONIE MONTGOMERY
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032254P001-1488A-002F
RELIANCE TRUST COMPANY/ FIS TRUSTDESK
TONIE MONTGOMERY
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032255P001-1488A-002F
RELIANCE TRUST COMPANY/FIS GLOBAL PLUS
CORPORATE ACTIONS
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032255P001-1488A-002F
RELIANCE TRUST COMPANY/FIS GLOBAL PLUS
CORPORATE ACTIONS
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032256P001-1488A-002F
RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE
CORPORATE ACTIONS
JULIE  MCGUINESS
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032256P001-1488A-002F
RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE
CORPORATE ACTIONS
JULIE  MCGUINESS
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032256P001-1488A-002F
RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE
CORPORATE ACTIONS
JULIE  MCGUINESS
1100 ABERNATHY RD
500 NORTHPARK BLDG STE 400
ATLANTA GA 30328
RELIANCE_CITRGROUP@FISGLOBAL.COM

032257P001-1488A-002F
RELIANCE TRUST COMPANY/SWMS1
CORPORATE ACTIONS
1100 ABERNATHY RD
STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032257P001-1488A-002F
RELIANCE TRUST COMPANY/SWMS1
CORPORATE ACTIONS
1100 ABERNATHY RD
STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032258P001-1488A-002F
RELIANCE TRUST COMPANY/SWMS2
TONIE MONTGOMERY
1100 ABERNATHY RD
STE 400
ATLANTA GA 30328
TMONTGOMERY@RELICO.COM

032258P001-1488A-002F
RELIANCE TRUST COMPANY/SWMS2
TONIE MONTGOMERY
1100 ABERNATHY RD
STE 400
ATLANTA GA 30328
RELIANCE_REORGMAILGROUP@FISGLOBAL.COM

032259P001-1488A-002F
ROBERT W BAIRD AND CO INC
JAN SUDFELD
777 E WISCONSIN AVE
19TH FL
MILWAUKEE WI 53202
JSUDFELD@RWBAIRD.COM

032259P001-1488A-002F
ROBERT W BAIRD AND CO INC
JAN SUDFELD
777 E WISCONSIN AVE
19TH FL
MILWAUKEE WI 53202
NROBERTSTAD@RWBAIRD.COM

Case 22-90032   Document 69-4 filed in TXSB on 04/21/22   Page 460 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 032259P001-1488A-002F | 032260P001-1488A-002F | 032260P001-1488A-002F | 032260P001-1488A-002F |
| ROBERT W BAIRD AND CO INC | ROYAL BANK OF CANADA-ROYAL TRUST 1/CDS** | ROYAL BANK OF CANADA-ROYAL TRUST 1/CDS** | ROYAL BANK OF CANADA-ROYAL TRUST 1/CDS** |
| JAN SUDFELD | CORPORATE ACTIONS | CORPORATE ACTIONS | CORPORATE ACTIONS |
| 777 E WISCONSIN AVE | 200 BAY ST | 200 BAY ST | 200 BAY ST |
| 19TH FL | TORONTO ON M5J 2W7 | TORONTO ON M5J 2W7 | TORONTO ON M5J 2W7 |
| MILWAUKEE WI 53202 | CANADA | CANADA | CANADA |
| REORG@RWBAIRD.COM | CDSCUSTOMERSUPPORT@TMX.COM | GREGORY.SUTTON@TMX.COM | CDSDCCRELATIONSHIPMGMT@TMX.COM |
| | | | |
| 032261P001-1488A-002F | 032261P001-1488A-002F | 032261P001-1488A-002F | 032262P001-1488A-002F |
| ROYAL BANK OF CANADA-ROYAL TRUST/CDS** | ROYAL BANK OF CANADA-ROYAL TRUST/CDS** | ROYAL BANK OF CANADA-ROYAL TRUST/CDS** | SANFORD C BERNSTEIN AND CO, LLC |
| CORPORATE ACTIONS | CORPORATE ACTIONS | CORPORATE ACTIONS | ANITA BACTAWAR |
| 200 BAY ST | 200 BAY ST | 200 BAY ST | 1 NORTH LEXINGTON AVE |
| TORONTO ON M5J 2W7 | TORONTO ON M5J 2W7 | TORONTO ON M5J 2W7 | C/O RIDGE |
| CANADA | CANADA | CANADA | WHITE PLAINS NY 10601 |
| CDSCUSTOMERSUPPORT@TMX.COM | GREGORY.SUTTON@TMX.COM | CDSDCCRELATIONSHIPMGMT@TMX.COM | SCB-CUSTODYSERVICES@ALLIANCEBERNSTEIN.COM |
| | | | |
| 032263P001-1488A-002F | 032263P001-1488A-002F | 032264P001-1488A-002F | 032264P001-1488A-002F |
| SCOTTRADE, INC | SCOTTRADE, INC | SCOTTRADE, INC | SCOTTRADE, INC |
| LEGAL DEPT | LEGAL DEPT | REORG | REORG |
| BETH VOGEL | BETH VOGEL | 12855 FLUSHING MEADOWS DR | 12855 FLUSHING MEADOWS DR |
| PO BOX 31759 | PO BOX 31759 | ST. LOUIS MO 63131 | ST. LOUIS MO 63131 |
| SAINT LOUIS MO 63131-0759 | SAINT LOUIS MO 63131-0759 | REORGANIZATION@SCOTTRADE.COM | LEGALDEPARTMENT@SCOTTRADE.COM |
| REORGANIZATION@SCOTTRADE.COM | LEGALDEPARTMENT@SCOTTRADE.COM | | |
| | | | |
| 032265P001-1488A-002F | 032265P001-1488A-002F | 032266P001-1488A-002F | 032267P001-1488A-002F |
| SCOTTRADE, INC | SCOTTRADE, INC | SECURITIES TRANSFER CORPORATION/DRS | SOCIETE GENERALE NY/SOCIETE GENERALE PARIS |
| ISSUER SVC | ISSUER SVC | KEVIN HALTER JR | JOHN RYAN |
| BROADRIDGE | BROADRIDGE | 2591 DALLAS PKWY | MANAGER |
| 51 MERCEDES WAY | 51 MERCEDES WAY | STE 102 | 480 WASHINGTON BLVD |
| EDGEWOOD NY 11717 | EDGEWOOD NY 11717 | FRISCO TX 75034 | JERSEY CITY NJ 07310 |
| REORGANIZATION@SCOTTRADE.COM | LEGALDEPARTMENT@SCOTTRADE.COM | KEVINJR@STCTRANSFER.COM | JOHN.RYAN@SGCIB.COM |
| | | | |
| 032268P001-1488A-002F | 032269P001-1488A-002F | 032270P001-1488A-002F | 032270P001-1488A-002F |
| SOUTH STREET SECURITIES LLC | SSB AND T CO/CLIENT CUSTODY SVC | STANDARD REGISTRAR AND TRANSFER COMPAN | STANDARD REGISTRAR AND TRANSFER COMPAN |
| DONALD WEBBE | MYRIAM PIERVIL | RONALD P HARRINGTON | RONALD P HARRINGTON |
| 825 THIRD AVE | ASSISTANT VICE PRESIDENT | 12528 SOUTH 1840 EAST | 12528 SOUTH 1840 EAST |
| 35TH FL | 1776 HERITAGE DR | DRAPER UT 84020 | DRAPER UT 84020 |
| NEW YORK NY 10022 | NORTH QUINCY MA 02171 | STANDARDREGISTRAR@COMCAST.NET | BRANDY@STANDARDREGISTRAR.COM |
| DONALD.WEBBE@CMETLLC.COM | MPIERVIL@STATESTREET.COM | | |
| | | | |
| 032277P001-1488A-002F | 032277P001-1488A-002F | 032277P001-1488A-002F | 032277P001-1488A-002F |
| STATE STREET BANK AND TRUST | STATE STREET BANK AND TRUST | STATE STREET BANK AND TRUST | STATE STREET BANK AND TRUST |
| STATE STREET TOTAL ETF | STATE STREET TOTAL ETF | STATE STREET TOTAL ETF | STATE STREET TOTAL ETF |
| GLOBAL CORP ACTION DEPT JAB5W | GLOBAL CORP ACTION DEPT JAB5W | GLOBAL CORP ACTION DEPT JAB5W | GLOBAL CORP ACTION DEPT JAB5W |
| ROBERT RAY  JOSEPH J CALLAHAN | ROBERT RAY  JOSEPH J CALLAHAN | ROBERT RAY  JOSEPH J CALLAHAN | ROBERT RAY  JOSEPH J CALLAHAN |
| PO BOX 1631 | PO BOX 1631 | PO BOX 1631 | PO BOX 1631 |
| BOSTON MA 02105-1631 | BOSTON MA 02105-1631 | BOSTON MA 02105-1631 | BOSTON MA 02105-1631 |
| AGREENBERG2@STATESTREET.COM | USCARESEARCH@STATESTREET.COM | BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM | PROXY-SERVICES@STATESTREET.COM |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032277P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY  JOSEPH J CALLAHAN
PO BOX 1631
BOSTON MA 02105-1631
PCDESHARNAIS@STATESTREET.COM

032277P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY  JOSEPH J CALLAHAN
PO BOX 1631
BOSTON MA 02105-1631
DJGONZALES@STATESTREET.COM

032277P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY  JOSEPH J CALLAHAN
PO BOX 1631
BOSTON MA 02105-1631
RJRAY@STATESTREET.COM

032277P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY  JOSEPH J CALLAHAN
PO BOX 1631
BOSTON MA 02105-1631
SBUISSERETH@STATESTREET.COM

032277P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY  JOSEPH J CALLAHAN
PO BOX 1631
BOSTON MA 02105-1631
LLNORDBERG@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
AGREENBERG2@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
USCARESEARCH@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUCLIENTSERVICES@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
PROXY-SERVICES@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
PCDESHARNAIS@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
DJGONZALES@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
RJRAY@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
SBUISSERETH@STATESTREET.COM

032278P001-1488A-002F
STATE STREET BANK AND TRUST
STATE STREET TOTAL ETF
GLOBAL CORP ACTION DEPT JAB5W
JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
LLNORDBERG@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
CMSULLIVAN2@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
PROXY-SERVICES@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
PCDESHARNAIS@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
DJGONZALES@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
RJRAY@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
SBUISSERETH@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
LLNORDBERG@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
AGREENBERG2@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
USCARESEARCH@STATESTREET.COM

032271P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032272P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
BOSTON MA 02110
USCARESEARCH@STATESTREET.COM

032272P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
BOSTON MA 02110
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
AGREENBERG2@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
USCARESEARCH@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
PROXY-SERVICES@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
PCDESHARNAIS@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
DJGONZALES@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
RJRAY@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
SBUISSERETH@STATESTREET.COM

032273P001-1488A-002F
STATE STREET BANK AND TRUST CO
LENDING PASS-THROUGH
RAY KARTANOWITZ
101 HUDSON ST
JERSEY CITY NJ 07302
LLNORDBERG@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
LLNORDBERG@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
AGREENBERG2@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
USCARESEARCH@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
MPIERVIL@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
PROXY-SERVICES@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
PCDESHARNAIS@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
DJGONZALES@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
RJRAY@STATESTREET.COM

032274P001-1488A-002F
STATE STREET BANK AND TRUST CO
ISHARESEUROPE
MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
SBUISSERETH@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
LLNORDBERG@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
AGREENBERG2@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
USCARESEARCH@STATESTREET.COM

Case 22-90032   Document 69-4 Filed in TXSB on 04/21/22   Page 463 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
MPIERVIL@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
PROXY-SERVICES@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
PCDESHARNAIS@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
DJGONZALES@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
RJRAY@STATESTREET.COM

032275P001-1488A-002F
STATE STREET BANK AND TRUST CO
CORP ACTION
225 FRANKLIN ST
MAO-3
BOSTON MA 02110
SBUISSERETH@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
AGREENBERG2@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
USCARESEARCH@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
PROXY-SERVICES@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
PCDESHARNAIS@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
DJGONZALES@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
RJRAY@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
SBUISSERETH@STATESTREET.COM

032279P001-1488A-002F
STATE STREET BANK AND TRUST CO
GLOBAL CORP ACTION DEPT JAB5W
ROBERT RAY
PO BOX 1631
BOSTON MA 02105-1631
LLNORDBERG@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
AGREENBERG2@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
USCARESEARCH@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
PROXY-SERVICES@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
PCDESHARNAIS@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
DJGONZALES@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
RJRAY@STATESTREET.COM

032280P001-1488A-002F
STATE STREET BANK AND TRUST CO
DB RESIDUAL PROCESSING ACCOUNT
THOMAS LANGELIER - VICE PRESIDENT
1776 HERITAGE DR
NORTH QUINCY MA 02171
SBUISSERETH@STATESTREET.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032280P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DB RESIDUAL PROCESSING ACCOUNT<br>THOMAS LANGELIER - VICE PRESIDENT<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>LLNORDBERG@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>KTJOHNDROW@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>PROXY-SERVICES@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>PCDESHARNAIS@STATESTREET.COM |
| 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>DIGONZALES@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>RJRAY@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>SBUISSERETH@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>LLNORDBERG@STATESTREET.COM |
| 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>AGREENBERG2@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>USCARESEARCH@STATESTREET.COM | 032281P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>DEUTSCHE BANK FRANKFURT<br>KAREN T JOHNDROW<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>AREGAN@STATESTREET.COM |
| 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>JOHN.ASHTON@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>BEPEREZ@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>JPAULICELLI@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>CMSULLIVAN2@STATESTREET.COM |
| 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>PROXY-SERVICES@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>PCDESHARNAIS@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>DIGONZALES@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>RJRAY@STATESTREET.COM |
| 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>SBUISSERETH@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>LLNORDBERG@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>AGREENBERG2@STATESTREET.COM | 032282P001-1488A-002F<br>STATE STREET BANK AND TRUST CO<br>PROXY SVC<br>CHRISTINE SULLIVAN JERRY PARRILLA<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>USCARESEARCH@STATESTREET.COM |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 465 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 115 of 203                                                                                                       04/20/2022 11:10:10 PM

---

032282P001-1488A-002F
STATE STREET BANK AND TRUST CO
PROXY SVC
CHRISTINE SULLIVAN JERRY PARRILLA
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
AGREENBERG2@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
USCARESEARCH@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
PROXY-SERVICES@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
PCDESHARNAIS@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
DJGONZALES@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
RJRAY@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
SBUISSERETH@STATESTREET.COM

032283P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY, NA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
LLNORDBERG@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
AGREENBERG2@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
USCARESEARCH@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
PROXY-SERVICES@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
PCDESHARNAIS@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
DJGONZALES@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
RJRAY@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
SBUISSERETH@STATESTREET.COM

032284P001-1488A-002F
STATE STREET BANK AND TRUST COMPANY/IPA
SUSAN GRANT
61 BROADWAY
NEW YORK NY 10006
LLNORDBERG@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
AGREENBERG2@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
USCARESEARCH@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
PROXY-SERVICES@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
PCDESHARNAIS@STATESTREET.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 466 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 116 of 203                                                                                                04/20/2022 11:10:10 PM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
DJGONZALES@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
RJRAY@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
SBUISSERETH@STATESTREET.COM

032276P001-1488A-002F
STATE STREET BANK AND TRUST COMPANYEC, GMBH
MYRIAM PIERVIL
1776 HERITAGE DR
NORTH QUINCY MA 02171
LLNORDBERG@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
LLNORDBERG@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
AGREENBERG2@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
USCARESEARCH@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
MPIERVIL@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
PROXY-SERVICES@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
PCDESHARNAIS@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
DJGONZALES@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
RJRAY@STATESTREET.COM

032285P001-1488A-002F
STATE STREET CORP ON BEHALF OF HSBC
WEALTH MANAGER SVC
CORP ACTIONS
1200 CROWN COLONY DR
QUINCY MA 02169
SBUISSERETH@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
SBUISSERETH@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
LLNORDBERG@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
AGREENBERG2@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
USCARESEARCH@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
SMTAPPARO@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
PROXY-SERVICES@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
PCDESHARNAIS@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
DJGONZALES@STATESTREET.COM

032286P001-1488A-002F
STATE STREET GLOBAL MARKETS, LLC
SUSAN M TAPPARO
VICE PRESIDENT
STATE ST FINANCIAL CTR
ONE LINCOLN ST SFC5
BOSTON MA 02111-2900
RJRAY@STATESTREET.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
LLNORDBERG@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
AGREENBERG2@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
USCARESEARCH@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
MPIERVIL@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
PROXY-SERVICES@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
PCDESHARNAIS@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
DJGONZALES@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
RJRAY@STATESTREET.COM

032287P001-1488A-002F
STATE STREET TRUST
T479
GLOBAL CORPORATE ACTIONS
PO BOX 1631
BOSTON MA 02105-1631
SBUISSERETH@STATESTREET.COM

032288P001-1488A-002F
STEPHENS INC
NINA VINCENT
111 CTR ST 9TH FL
PO BOX 3507
LITTLE ROCK AR 72203
NINA.VINCENT@STEPHENS.COM

032289P001-1488A-002F
STEPHENS INC
LINDA THOMPSON
ASSISTANT VICE PRESIDENT
111 CTR ST
4TH FL
LITTLE ROCK AR 72201-4402
LKTHOMPSON@STEPHENS.COM

032290P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
CHRIS WIEGAND
501 N BROADWAY
ST. LOUIS MO 63102
WIEGANDC@STIFEL.COM

032291P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
RUSSELLC@STIFEL.COM

032291P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
KIVLEHENS@STIFEL.COM

032291P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
WIEGANDC@STIFEL.COM

032291P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
OPSSTOCKRECORDS@STIFEL.COM

032291P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
BLANNERM@STIFEL.COM

032292P001-1488A-002F
STIFEL, NICOLAUS AND COMPANY, INC
ZACHARY J RESMANN
501 N BROADWAY
ST. LOUIS MO 63102
RESMANNZ@STIFEL.COM

032293P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
LISA BRUNSON
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
LISA.BRUNSON@STOCKCROSS.COM

032293P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
LISA BRUNSON
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
DIANE.TOBEY@STOCKCROSS.COM

032294P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
CORPORATE ACTIONS LORETTA RACER
1900 ST JAMES PL 120
HOUSTON TX 77056
INFO@STOCKCROSS.COM

032294P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
CORPORATE ACTIONS LORETTA RACER
1900 ST JAMES PL 120
HOUSTON TX 77056
DIANE.TOBEY@STOCKCROSS.COM

032295P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
DIANE.TOBEY@STOCKCROSS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032295P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
OFEINA.TUIHALAMAKA@STOCKCROSS.COM

032295P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
DANIEL.LOGUE@STOCKCROSS.COM

032296P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
DIANE TOBEY
77 SUMMER ST
BOSTON MA 02110
DIANE.TOBEY@STOCKCROSS.COM

032297P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC
KIMBERLEY DEHN
1900 ST JAMES PL 120
HOUSTON TX 77056
DIANE.TOBEY@STOCKCROSS.COM

032298P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC3
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
DIANE.TOBEY@STOCKCROSS.COM

032298P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC3
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
OFEINA.TUIHALAMAKA@STOCKCROSS.COM

032298P001-1488A-002F
STOCKCROSS FINANCIAL SERVICES, INC3
CORPORATE ACTIONS
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
DANIEL.LOGUE@STOCKCROSS.COM

032299P001-1488A-002F
SUMITOMO MITSUI TRUST BANK USA LIMITED
BETH CUMMINGS
111 RIVER ST
HOBOKEN NJ 07030
BETH_CUMMINGS@SMTBUSA.COM

032300P001-1488A-002F
SUNTRUST BANK
RICK TROWBRIDGE
303 PEACHTREE ST
14TH FL
ATLANTA GA 30308
RICK.TROWBRIDGE@SUNTRUST.COM

032300P001-1488A-002F
SUNTRUST BANK
RICK TROWBRIDGE
303 PEACHTREE ST
14TH FL
ATLANTA GA 30308
CLASS.ACTIONS@SUNTRUST.COM

032300P001-1488A-002F
SUNTRUST BANK
RICK TROWBRIDGE
303 PEACHTREE ST
14TH FL
ATLANTA GA 30308
PCSSPECIAL.PROCESSING@SUNTRUST.COM

032301P001-1488A-002F
SUNTRUST BANK/SUNTRUST BANK DEALER BANK
VERONICA JOHNSON
303 PEACHTREE ST
25TH FL
ATLANTA GA 30308
VERONICA.JOHNSON@SUNTRUST.COM

032302P001-1488A-002F
SYNOVUS BANK
RUDY NEWMAN
1 BROAD ST
SUMTER SC 29150
RUDYNEWMAN@BANKNBSC.COM

032303P001-1488A-002F
SYNOVUS BANK/SYNOVUS 2
RUDY NEWMAN
1 BROAD ST
SUMTER SC 29150
RUDYNEWMAN@BANKNBSC.COM

032304P001-1488A-002F
TD AMERITRADE CLEARING, INC
CORP ACTIONS
JANICE GUDE SUZANNE  BRODD
200 S 108TH AVE
OMAHA NE 68154
ZCLASSACTIONS@TDAMERITRADE.COM

032304P001-1488A-002F
TD AMERITRADE CLEARING, INC
CORP ACTIONS
JANICE GUDE SUZANNE  BRODD
200 S 108TH AVE
OMAHA NE 68154
DIANE.EASTER@TDAMERITRADE.COM

032304P001-1488A-002F
TD AMERITRADE CLEARING, INC
CORP ACTIONS
JANICE GUDE SUZANNE  BRODD
200 S 108TH AVE
OMAHA NE 68154
JANICE.GUDE@TDAMERITRADE.COM

032304P001-1488A-002F
TD AMERITRADE CLEARING, INC
CORP ACTIONS
JANICE GUDE SUZANNE  BRODD
200 S 108TH AVE
OMAHA NE 68154
TDWPROXY@TDSECURITIES.COM

032305P001-1488A-002F
TD AMERITRADE CLEARING, INCSECURITIES LENDING
REORG DEPT
200 S 108TH AVE
OMAHA NE 68154
ZCLASSACTIONS@TDAMERITRADE.COM

032305P001-1488A-002F
TD AMERITRADE CLEARING, INCSECURITIES LENDING
REORG DEPT
200 S 108TH AVE
OMAHA NE 68154
TDWPROXY@TDSECURITIES.COM

032306P001-1488A-002F
TD AMERITRADE TRUST CO
EASTER DIANE
717 17TH ST
STE 1700
DENVER CO 80202
DIANE.EASTER@TDAMERITRADE.COM

032306P001-1488A-002F
TD AMERITRADE TRUST CO
EASTER DIANE
717 17TH ST
STE 1700
DENVER CO 80202
TDWPROXY@TDSECURITIES.COM

032307P001-1488A-002F
TD SECURITIES (USA) LLC
REORG DEPT
200 S 108TH AVE
OMAHA NE 68154
ZCLASSACTIONS@TDAMERITRADE.COM

032307P001-1488A-002F
TD SECURITIES (USA) LLC
REORG DEPT
200 S 108TH AVE
OMAHA NE 68154
TDWPROXY@TDSECURITIES.COM

032308P001-1488A-002F
TD WATERHOUSE CANADA INCCDS**
YOUSUF AHMED
77 BLOOR ST WEST
3RD FL
TORONTO ON M4Y 2T1
CANADA
TDWPROXY@TD.COM

032309P001-1488A-002F
THE BANK OF NEW YORK
MELLON/DBLPB-CENTAURUSPROXIMA FD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032309P001-1488A-002F
THE BANK OF NEW YORK
MELLON/DBLPB-CENTAURUSPROXIMA FD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032309P001-1488A-002F
THE BANK OF NEW YORK
MELLON/DBLPB-CENTAURUSPROXIMA FD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PROXYSUPPORT@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032310P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
STEPHEN.COCCODRILLI@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PROXYSUPPORT@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032311P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PROXYSUPPORT@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032312P001-1488A-002F
THE BANK OF NEW YORK MELLON
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PROXYSUPPORT@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032313P001-1488A-002F
THE BANK OF NEW YORK MELLON
MELLON TRST OF NEW ENGLAND NATIONAL ASSOC
CORP ACTIONS
525 WILLIAM PENN PL
STE 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
DL-CA-MANAGER@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
OL-WMA-CA-REORG@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
OL-CA-MANAGERS@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
TRACEY.DREWE@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JANE.FLOOD@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PAVAN.MATAPATHI@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
DL-WMA-PROXY@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MICHAEL.HALLET@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
OL-WMA-CA-PROXY@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SCOTT.HARRIS@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
HEMANT.TIWARI@UBS.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032314P001-1488A-002F
THE BANK OF NEW YORK MELLON
UBS AG LONDON BRANCH DESIGNED EQUITIES
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 472 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 122 of 203                                                                                    04/20/2022 11:10:11 PM

---

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032315P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIONAL AUSTRALIA BANK
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032316P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC I
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032317P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOCIETE GENERALE GIC
MIKE SCARRY - ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MEREDICE.ROWE@WELLSFARGO.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032318P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO BANK NA
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 124 of 203                                                                                                04/20/2022 11:10:11 PM

---

032319P001-1488A-002F
THE BANK OF NEW YORK MELLON
ITC-DEALERS CLEARANCE GENERAL
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@MELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032320P001-1488A-002F
THE BANK OF NEW YORK MELLON
ALLSTATE MARK TO MARKETS
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032321P001-1488A-002F
THE BANK OF NEW YORK MELLON
BZW SECURITIESLIMITED
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032322P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK LONDON AG LONDON
GLOBAL MARKET #2, CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032323P001-1488A-002F
THE BANK OF NEW YORK MELLON
PREBON FINANCIAL PRODUCTS INC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032324P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST EQUITY FUNDING LLC
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
PXRPT@BNYMELLON.COM

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
SZYROKI.DC@MELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
MATTHEW.BARTEL@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
PGHEVENTCREATION@BNYMELLON.COM

032325P001-1488A-002F
THE BANK OF NEW YORK MELLON
VINNING SPARKSIBG LP
MARY HARP
6077 PRIMACY PKWY
MEMPHIS TN 38119
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032326P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC FINANCIAL PRODUCTS UK LTD
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032327P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA INVESTMENT CORP
CHIMERA INVESTMENT CORP - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032328P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SECURITIES HOLDING LLC
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032329P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA SPECIALHOLDING LLC
CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

Case 22-90032   Document 69  Filed in TXSB on 04/21/22   Page 478 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 128 of 203

04/20/2022 11:10:11 PM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032330P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA TRADINGCOMPANY LLC
CHIMERA TRADING CO LLC - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032331P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032332P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC - PLEDGE ACCOUNT
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032333P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032334P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS CAPITAL SECURITIES LTD SBLPB
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032335P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY COMMERCIAL REAL ESTATE GR
DBAG LONDON GLOBAL MARKETS - DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032336P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA FIN PRODUCTS AND SVC INC
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032337P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANQUE DEWAAY MGT SA
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032338P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BANK PLC FIRM
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032339P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 1
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032340P001-1488A-002F
THE BANK OF NEW YORK MELLON
BARCLAYS BK PLC-BARC LUX SARL A/C 2
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 132 of 203

04/20/2022 11:10:11 PM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032341P001-1488A-002F
THE BANK OF NEW YORK MELLON
BOA SECURITIESLTD BASL
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032342P001-1488A-002F
THE BANK OF NEW YORK MELLON
CACEIS BANK DEUTSCHLAND GMBH
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032343P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC HOLDINGS TRUST INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032344P001-1488A-002F
THE BANK OF NEW YORK MELLON
CDC MORTGAGE CAPITAL INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032345P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHARLES STANLEYAND CO LIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032346P001-1488A-002F
THE BANK OF NEW YORK MELLON
CHIMERA RMBS WHOLE POOL LLC
(F/K/A CIM ASSET HOLDING) - MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032347P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS CHL FOR CCM CONDUITS
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032348P001-1488A-002F
THE BANK OF NEW YORK MELLON
COUNTRYWIDE HOME LOANS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032349P001-1488A-002F
THE BANK OF NEW YORK MELLON
CRESCENT II FUND LP
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032350P001-1488A-002F
THE BANK OF NEW YORK MELLON
DAVY SECURITIESLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032351P001-1488A-002F
THE BANK OF NEW YORK MELLON
DB BREVAN HOWARD MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032352P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG FRANKFURTGLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032353P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKETS (CLIENT ACCT)
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032354P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBAG LONDON GLOBAL MARKET
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032355P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBL-FIXED INCOME PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032356P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBLPBBLACK ANTMASTER FD LP
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032357P001-1488A-002F
THE BANK OF NEW YORK MELLON
DBTCA-DB AG LDNPB - FIRM ACCOUNT
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032358P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG FRANKFURT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE-DB BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032359P001-1488A-002F
THE BANK OF NEW YORK MELLON
DEUTSCHE BANK AG LONDON PRIME BROKERAGE
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 032359P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>DEUTSCHE BANK AG LONDON PRIME BROKERAGE<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>SZYROKI.DC@MELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>MATTHEW.BARTEL@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032360P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MBS LP II<br>DONNA STEINMAM - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM |
| 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>SZYROKI.DC@MELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032362P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON STRATEGIC MGT FD LP<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032363P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON CREDIT OPPORTUNITIES LTD<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032363P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON CREDIT OPPORTUNITIES LTD<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM | 032363P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON CREDIT OPPORTUNITIES LTD<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032363P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON CREDIT OPPORTUNITIES LTD<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>SZYROKI.DC@MELLON.COM | 032363P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ELLINGTON CREDIT OPPORTUNITIES LTD<br>DONNA STEINMAN - VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032363P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON CREDIT OPPORTUNITIES LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032363P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON CREDIT OPPORTUNITIES LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032363P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON CREDIT OPPORTUNITIES LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032363P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON CREDIT OPPORTUNITIES LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032364P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON MORTGAGE FUND SC LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032365P001-1488A-002F
THE BANK OF NEW YORK MELLON
HBK GLOBAL SECURITIES LP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032366P001-1488A-002F
THE BANK OF NEW YORK MELLON
ING BANK NV LONDON BRANCH
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032366P001-1488A-002F
THE BANK OF NEW YORK MELLON
ING BANK NV LONDON BRANCH
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

| | | | |
|---|---|---|---|
| 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032366P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ING BANK NV LONDON BRANCH<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032367P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>ITC - DEALERS CLEARANCE SPECIAL<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032368P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>KBC INVESTMENTSLIMITED<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032368P001-1488A-002F
THE BANK OF NEW YORK MELLON
KBC INVESTMENTSLIMITED
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032369P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM FIXED INCOME LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032370P001-1488A-002F
THE BANK OF NEW YORK MELLON
ML EQUITY SOLUTIONS JERSEY LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

04/20/2022 11:10:11 PM

---

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032374P001-1488A-002F
THE BANK OF NEW YORK MELLON
OZ ASIA MASTERFUND LTD CUSTODY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032371P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS SECURITIES AMERICAS LLC
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032372P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FINANCIAL PRODUCTS INC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032373P001-1488A-002F
THE BANK OF NEW YORK MELLON
NOMURA BANK INT'L PLC
DONNA STEINMAN - ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032374P001-1488A-002F
THE BANK OF NEW YORK MELLON
OZ ASIA MASTERFUND LTD CUSTODY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032374P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ ASIA MASTERFUND LTD CUSTODY<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032375P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>OZ SPECIAL FUNDING OZMD LP<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032376P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>RABO CAPITAL SVC<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032376P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABO CAPITAL SVC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032377P001-1488A-002F
THE BANK OF NEW YORK MELLON
RABOBANK INTERNATIONAL NY
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032378P001-1488A-002F
THE BANK OF NEW YORK MELLON
SOUTH STREET SECS LLC
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032379P001-1488A-002F
THE BANK OF NEW YORK MELLON
SUNTRUST BANK PORTFOLIO
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032380P001-1488A-002F
THE BANK OF NEW YORK MELLON
THE PRUDENTIALINVESTMENT
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032381P001-1488A-002F
THE BANK OF NEW YORK MELLON
TRADITION LONDON CLEARING LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032382P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLET AND TOKYOLIBERTY SEC LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032383P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC 1
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 498 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 148 of 203

04/20/2022 11:10:11 PM

---

032384P001-1488A-002F
THE BANK OF NEW YORK MELLON
TULLETT PREBORNFINANCIAL SVC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032385P001-1488A-002F
THE BANK OF NEW YORK MELLON
VANGUARD BLOCKLENDING
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032386P001-1488A-002F
THE BANK OF NEW YORK MELLON
ELLINGTON ENHANCED INCOME MASTER FUND LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 499 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 149 of 203                                                                                    04/20/2022 11:10:11 PM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032387P001-1488A-002F
THE BANK OF NEW YORK MELLON
NM PERA ELLINGTON ENHANCED INCOME FUND A LLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
CORPACTIONSPROXY@ML.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032388P001-1488A-002F
THE BANK OF NEW YORK MELLON
MERRILL LYNCH PIERCE FENNER AND SMITH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032394P001-1488A-002F
THE BANK OF NEW YORK MELLON
ABBEY NATIONAL TREASURY PLC US B
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

Case 22-90032   Document 69 Filed in TXSB on 04/21/22   Page 500 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032396P001-1488A-002F
THE BANK OF NEW YORK MELLON
ANNALY CRE HOLDING
ANNALY CRE HOLDING LLC, DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032402P001-1488A-002F
THE BANK OF NEW YORK MELLON
BANCO SANTANDERSLB
MICHAEL KANIA, VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032407P001-1488A-002F
THE BANK OF NEW YORK MELLON
BROKER DEALER OMNIBUS
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032407P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>BROKER DEALER OMNIBUS<br>CLEOLA L MOORE<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032407P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>BROKER DEALER OMNIBUS<br>CLEOLA L MOORE<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM |
| 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>SZYROKI.DC@MELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032431P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>EARN SECURITIESLLC<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032441P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>GIB UK LTD CORP BOND<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 032444P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>HH ELLINGTON MASTER FUND LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032444P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>HH ELLINGTON MASTER FUND LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032444P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>HH ELLINGTON MASTER FUND LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032444P001-1488A-002F<br>THE BANK OF NEW YORK MELLON<br>HH ELLINGTON MASTER FUND LTD<br>CORPORATE ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |

032444P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032444P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032444P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032444P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032444P001-1488A-002F
THE BANK OF NEW YORK MELLON
HH ELLINGTON MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032454P001-1488A-002F
THE BANK OF NEW YORK MELLON
MILLENNIUM PARTNERS
MIKE SCARRY, ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032457P001-1488A-002F
THE BANK OF NEW YORK MELLON
NATIXIS FUNDING CORP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

---

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
MEREDICE.ROWE@WELLSFARGO.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032483P001-1488A-002F
THE BANK OF NEW YORK MELLON
WELLS FARGO MARGIN
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032389P001-1488A-002F
THE BANK OF NEW YORK MELLON /
ELLINGTON GNMA MASTER FUND LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032390P001-1488A-002F
THE BANK OF NEW YORK MELLON TRUST
COMPANYNATIONAL ASSOCIATION
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032361P001-1488A-002F
THE BANK OF NEW YORK MELLON, ELLINGTON
MORTGAGE OPPORTUNITIES MASTER FUND LTD
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032391P001-1488A-002F
THE BANK OF NEW YORK MELLON/
DEUTSCHE BK AG LONDON
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 505 of 594

GWG Holdings, Inc. et al

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 155 of 203

04/20/2022 11:10:12 PM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032392P001-1488A-002F
THE BANK OF NEW YORK MELLON/
ICBC STANDARD BANK PLC
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032393P001-1488A-002F
THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032395P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 506 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 156 of 203                                                                                    04/20/2022 11:10:12 PM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032397P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY CRE LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032398P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 507 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 157 of 203

04/20/2022 11:10:12 PM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032399P001-1488A-002F
THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
RM 0400
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032400P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKER2
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
5TH FL
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032401P001-1488A-002F
THE BANK OF NEW YORK MELLON/BAKERGROUP
CECILE LAMARCO
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032403P001-1488A-002F
THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032404P001-1488A-002F
THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS)
MICHAEL KANIA - VICE PRESIDENT
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032405P001-1488A-002F
THE BANK OF NEW YORK MELLON/BNYM ETF
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032406P001-1488A-002F
THE BANK OF NEW YORK MELLON/BOA NA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032408P001-1488A-002F
THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC
CHIMERA RMBS LLC (F/K/A CIM HOLDING)
MICHAEL KANIA
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032409P001-1488A-002F
THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS
CORP ACTIONS
ONE WALL ST (NEW ST LEVEL)
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | |
|---|---|
| 032409P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS<br>CORP ACTIONS<br>ONE WALL ST (NEW ST LEVEL)<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032409P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS<br>CORP ACTIONS<br>ONE WALL ST (NEW ST LEVEL)<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |
| 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM |
| 032411P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DB CHILRDENS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |
| 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032412P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>EUROLONGSHORT EQ 4 FD<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| 032413P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>RISKARBITAGE 8 FUND<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032413P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>RISKARBITAGE 8 FUND<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 032413P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>RISKARBITAGE 8 FUND<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032413P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/DBLPB-DBX<br>RISKARBITAGE 8 FUND<br>MICHAEL KANIA - VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM |

04/20/2022 11:10:12 PM

032413P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX
RISKARBITAGE 8 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032413P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX
RISKARBITAGE 8 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032413P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX
RISKARBITAGE 8 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032413P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX
RISKARBITAGE 8 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032413P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX
RISKARBITAGE 8 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032414P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL
S EQUITY 2 FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032415P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DB AG LDNPB F AND C SAPPHIRE M/FD LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032416P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032417P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
AMERICAS/DEUTSCHE BANK LONDON PRIME
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

04/20/2022 11:10:12 PM

---

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032418P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 30/30
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032419P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC
DEUTSCHE BK LONDON PRIME SEG 15/00
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032420P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTC AMERICAS
DBAG LDNGS CR PORT LLC
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032421P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB CHEYNE VALUE FUND LP
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032422P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LDNPB F AND C GARNET M/F LTD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032423P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA
DB AG LONPB POLGON GL OP M/FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

Case 22-90032   Document 69-4Filed in TXSB on 04/21/22   Page 515 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 165 of 203

04/20/2022 11:10:12 PM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032424P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG
LDNPB-DEUTSCHE BANK NY
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032425P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB
CHEYNE SPEC'L SIT FD
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032426P001-1488A-002F
THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB
MULTI SEG CLEARANCE
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032428P001-1488A-002F
THE BANK OF NEW YORK MELLON/DEPOSITA
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032429P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN CMO LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 517 of 594

GWG Holdings, Inc., et al.

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 167 of 203

04/20/2022 11:10:12 PM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032430P001-1488A-002F
THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032434P001-1488A-002F
THE BANK OF NEW YORK MELLON/EF SECURITIES LLC
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032435P001-1488A-002F
THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL
OPPORTUNITIES FUND LTD
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

Case 22-90032   Document 69 Gw Filed in TXSB on 04/21/22   Page 518 of 594
**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

Page # : 168 of 203                                                                                      04/20/2022 11:10:12 PM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032436P001-1488A-002F
THE BANK OF NEW YORK MELLON/EQUITIES
FORTISBANKLONDON
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032437P001-1488A-002F
THE BANK OF NEW YORK MELLON/EVOLUTION BEESON
GREGORY LIMITED LIMITED - ACCOUNT #258688
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032438P001-1488A-002F
THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032438P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM | 032438P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGHEVENTCREATION@BNYMELLON.COM |
| 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>MSCARRY@BANKOFNY.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM |
| 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>SZYROKI.DC@MELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032440P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/FSA<br>MIKE SCARRY<br>ASSISTANT VICE PRESIDENT<br>ONE WALL ST<br>NEW YORK NY 10286<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>PXRPT@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>SZYROKI.DC@MELLON.COM |
| 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>MATTHEW.BARTEL@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>PGHEVENTCREATION@BNYMELLON.COM |
| 032442P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK CDO TRUST<br>CORP ACTIONS<br>VICE PRESIDENT<br>11486 CORPORATE BLVD<br>ORLANDO FL 32817<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032443P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032443P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>PXRPT@BNYMELLON.COM | 032443P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP<br>CORP ACTIONS<br>ONE WALL ST<br>NEW YORK NY 10286<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032443P001-1488A-002F
THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032445P001-1488A-002F
THE BANK OF NEW YORK MELLON/HSBC BAN
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRAESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032447P001-1488A-002F
THE BANK OF NEW YORK MELLON/INVESTEC LONDON
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032448P001-1488A-002F
THE BANK OF NEW YORK MELLON/IPA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032449P001-1488A-002F
THE BANK OF NEW YORK MELLON/IVORS
CORP ACTIONS
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032450P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS CMN
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032451P001-1488A-002F
THE BANK OF NEW YORK MELLON/IXIS LOA
CORP ACTIONS
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032452P001-1488A-002F
THE BANK OF NEW YORK MELLON/LINK SECURITIES
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032453P001-1488A-002F
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032455P001-1488A-002F
THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE
BANK LTD NEW YORK BRANCH
DONNA STEINMAN - VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032456P001-1488A-002F
THE BANK OF NEW YORK MELLON/NATIXIS
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032458P001-1488A-002F
THE BANK OF NEW YORK MELLON/NBT BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032460P001-1488A-002F
THE BANK OF NEW YORK MELLON/NTX FUND
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032461P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ CAP STRUC
ARBTRAGE MASTER FUND
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032462P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER
MASTER FUND LTD
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032463P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

Case 22-90032   Document 69-4   Filed in TXSB on 04/21/22   Page 526 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:12 PM

---

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032464P001-1488A-002F
THE BANK OF NEW YORK MELLON/OZ MASTER MASTER
FUNDS LTD
MICHAEL KANIA - ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032465P001-1488A-002F
THE BANK OF NEW YORK MELLON/POPULAR
CORP ACTIONS
11486 CORPORATE BLVD
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
PXRPT@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
SZYROKI.DC@MELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032466P001-1488A-002F
THE BANK OF NEW YORK MELLON/QVT CAPITAL
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBUGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:12 PM

| | | | |
|---|---|---|---|
| 032466P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/QVT CAPITAL<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM |
| 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032467P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RABOBANK<br>INTERNATIONAL LONDON EQUITY FINANCE<br>CORP ACTIONS<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM |
| 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>MATTHEW.BARTEL@BNYMELLON.COM |
| 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGHEVENTCREATION@BNYMELLON.COM | 032468P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC<br>CORP ACTIONS<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM | 032469P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC I AND TS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032469P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC I AND TS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>PXRPT@BNYMELLON.COM | 032469P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC I AND TS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032469P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC I AND TS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>SZYROKI.DC@MELLON.COM | 032469P001-1488A-002F<br>THE BANK OF NEW YORK MELLON/RBC I AND TS<br>MICHAEL KANIA<br>VICE PRESIDENT<br>525 WILLIAM PENN PL<br>PITTSBURGH PA 15259<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032469P001-1488A-002F
THE BANK OF NEW YORK MELLON/RBC I AND TS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032469P001-1488A-002F
THE BANK OF NEW YORK MELLON/RBC I AND TS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032469P001-1488A-002F
THE BANK OF NEW YORK MELLON/RBC I AND TS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032469P001-1488A-002F
THE BANK OF NEW YORK MELLON/RBC I AND TS
MICHAEL KANIA
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032470P001-1488A-002F
THE BANK OF NEW YORK MELLON/SIMF
MICHAEL KANIA
ASSISTANT TREASURER
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032471P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOC GEN BANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:12 PM

---

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032472P001-1488A-002F
THE BANK OF NEW YORK MELLON/SOUTH STREET
SECURITIES
CORP ACTIONS
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032474P001-1488A-002F
THE BANK OF NEW YORK MELLON/SUNTRUST BANK
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:12 PM

---

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032475P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD BANK
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032477P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032478P001-1488A-002F
THE BANK OF NEW YORK MELLON/TD NY
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

04/20/2022 11:10:12 PM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032479P001-1488A-002F
THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED
DONNA STEINMAN
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032480P001-1488A-002F
THE BANK OF NEW YORK MELLON/TELEBANK
CORP ACTIONS
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032482P001-1488A-002F
THE BANK OF NEW YORK MELLON/WELLS FA
JOE WINKHART
1 WALL ST
5TH FL
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032484P001-1488A-002F
THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORP
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
PXRPT@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
SZYROKI.DC@MELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032410P001-1488A-002F
THE BANK OF NEW YORK MELLONCWIBH INC
DONNA STEINMAN
ONE WALL ST
NY NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MSCARRY@BANKOFNY.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:12 PM

---

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032427P001-1488A-002F
THE BANK OF NEW YORK MELLONDEALERWEB INC
MIKE SCARRY
ASSISTANT VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032432P001-1488A-002F
THE BANK OF NEW YORK MELLONEF CMO, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032433P001-1488A-002F
THE BANK OF NEW YORK MELLONEF MORTGAGE, LLC
DONNA STEINMAN
VICE PRESIDENT
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

---

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
PXRPT@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
SZYROKI.DC@MELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
MATTHEW.BARTEL@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
PGHEVENTCREATION@BNYMELLON.COM

032439P001-1488A-002F
THE BANK OF NEW YORK MELLONFMSBONDS, INC
CORP ACTIONS
16 WALL ST 5TH FL
NEW YORK NY 10005
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032446P001-1488A-002F
THE BANK OF NEW YORK MELLONHSBC, BK PLC A
C IB EQ FIN NON US
MICHAEL KANIA - VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032459P001-1488A-002F
THE BANK OF NEW YORK MELLONNOMURA
SECURITIES BERMUDA LTD
CORPORATE ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PXRPT@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SZYROKI.DC@MELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
MATTHEW.BARTEL@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032473P001-1488A-002F
THE BANK OF NEW YORK MELLONST BERNARD
OPPORTUNITY FUND 1 LTD
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PXRPT@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
SZYROKI.DC@MELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
MATTHEW.BARTEL@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGHEVENTCREATION@BNYMELLON.COM

032476P001-1488A-002F
THE BANK OF NEW YORK MELLONTD BANK NA
DONNA STEINMAN
ASSISTANT TREASURER
11486 CORPORATE BLVD
STE 300
ORLANDO FL 32817
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
PXRPT@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
SZYROKI.DC@MELLON.COM

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 536 of 594

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

Page # : 186 of 203                                                                                    04/20/2022 11:10:13 PM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
MATTHEW.BARTEL@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
PGHEVENTCREATION@BNYMELLON.COM

032481P001-1488A-002F
THE BANK OF NEW YORK MELLONTORONTO
DOMINION SECURITIES INC
CLEOLA L MOORE
ONE WALL ST
NEW YORK NY 10286
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032485P001-1488A-002F
THE BANK OF NEW YORK/FORTIS BANK NV/SA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032485P001-1488A-002F
THE BANK OF NEW YORK/FORTIS BANK NV/SA
CORP ACTIONS
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032486P001-1488A-002F
THE BANK OF NEW YORK/THE ROYAL BANK OF CANADA
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGHEVENTCREATION@BNYMELLON.COM

032486P001-1488A-002F
THE BANK OF NEW YORK/THE ROYAL BANK OF CANADA
CORP ACTIONS
525 WILLIAM PENN PL
PITTSBURGH PA 15259
PGH.CA.EVENT.CREATION@BNYMELLON.COM

032487P001-1488A-002F
THE BANK OF NOVA SCOTIA SCE LTDCDS**
JOSEPH CHAU
MANAGER
40 KING ST WEST
SCOTIA PLZ
TORONTO ON ON500000
CANADA
JCHAU@CDS.CA

032488P001-1488A-002F
THE BANK OF NOVA SCOTIA/CLIENT B/CDS**
CORPORATE ACTIONS
40 KING ST WEST
23RD FL
TORONTO ON M5H 1H1
CANADA
TINA.PHUNG@SCOTIABANK.COM

032488P001-1488A-002F
THE BANK OF NOVA SCOTIA/CLIENT B/CDS**
CORPORATE ACTIONS
40 KING ST WEST
23RD FL
TORONTO ON M5H 1H1
CANADA
ISS.REORG@SCOTIABANK.COM

032489P001-1488A-002F
THE FIRST, NATIONAL ASSOCIATIONDRS
STACY BRANN
7 BRISTOL RD
DAMARISCOTTA ME 04543
STACY.BRANN@THE1ST.COM

032490P001-1488A-002F
THE HUNTINGTON NATIONAL BANK
PAULA FLETCHER
7 EASTON OVAL
COLUMBUS OH 43219
CATHERINE.RODGERS@HUNTNGTON.COM

032490P001-1488A-002F
THE HUNTINGTON NATIONAL BANK
PAULA FLETCHER
7 EASTON OVAL
COLUMBUS OH 43219
KATHLEEN.CHAPIN@HUNTNGTON.COM

032491P001-1488A-002F
THE HUNTINGTON NATIONAL BANK
CORPORATE ACTIONS
DAVID  GUNNING
5555 CLEVELAND AVE
GW4E62
COLUMBUS OH 43231
CATHERINE.RODGERS@HUNTNGTON.COM

032491P001-1488A-002F
THE HUNTINGTON NATIONAL BANK
CORPORATE ACTIONS
DAVID  GUNNING
5555 CLEVELAND AVE
GW4E62
COLUMBUS OH 43231
KATHLEEN.CHAPIN@HUNTNGTON.COM

032492P001-1488A-002F
THE NASDAQ STOCK MARKET LLC
VINCENT DIVITO
DIRECTOR
ONE LIBERTY PLZ
NEW YORK NY 10006
VINCENT.DIVITO@NASDAQOMX.COM

032493P001-1488A-002F
THE NORTHERN TRUST CO
ANDREW  LUSSEN
CAPITAL STRUCTURES-C1N
801 S CANAL ST
CHICAGO IL 60607
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032493P001-1488A-002F
THE NORTHERN TRUST CO
ANDREW  LUSSEN
CAPITAL STRUCTURES-C1N
801 S CANAL ST
CHICAGO IL 60607
KEG2@NTRS.COM

032493P001-1488A-002F
THE NORTHERN TRUST CO
ANDREW  LUSSEN
CAPITAL STRUCTURES-C1N
801 S CANAL ST
CHICAGO IL 60607
DR65@NTRS.COM

032493P001-1488A-002F
THE NORTHERN TRUST CO
ANDREW  LUSSEN
CAPITAL STRUCTURES-C1N
801 S CANAL ST
CHICAGO IL 60607
CS_NOTIFICATIONS@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
PK5@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
CLASS_ACTION_PROXY_TEAM@NTRS.COM

Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
KEG2@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
DR65@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
JEM15@NTRS.COM

032494P001-1488A-002F
THE NORTHERN TRUST CO
CAPITAL STRUCTURES-C1N
RYAN CHISLETT
801 S CANAL ST
CHICAGO IL 60607
CS_NOTIFICATIONS@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
E-DATA_CONFIRMATION@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
PK5@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
CLASS_ACTION_PROXY_TEAM@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
US_VOLUNTARY_CORPACTIONS@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
KEG2@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
DR65@NTRS.COM

032495P001-1488A-002F
THE NORTHERN TRUST CO
PROXY DIVISION C-1N
801 S CANAL ST
CHICAGO IL 60607
CS_NOTIFICATIONS@NTRS.COM

032496P001-1488A-002F
THE PARK NATIONAL BANK/DRS
DEBBIE DANIELS
ONE SOUTH MAIN ST
VERNON OH 43050
DDANIELS@FIRSTKNOX.COM

032496P001-1488A-002F
THE PARK NATIONAL BANK/DRS
DEBBIE DANIELS
ONE SOUTH MAIN ST
VERNON OH 43050
FKTRUST@FIRSTKNOX.COM

032497P001-1488A-002F
TIMBER HILL LLC
KARIN MCCARTHY
1 PICKWICK PLZ
GREENWICH CT 06830
KMCCARTHY@INTERACTIVEBROKERS.COM

032498P001-1488A-002F
TRADESTATION SECURITIES, INC
DAVID BIALER
8050 SW 10TH ST
STE 400
PLANTATION FL 33324
DBIALER@TRADESTATION.COM

032499P001-1488A-002F
TRADESTATION SECURITIES, INC
ANDREA AUGUSTIN
CORPORATE ACTIONS
8050 SW 10TH ST
PLANTATION FL 33324
CORPACTIONS@TRADESTATION.COM

032500P001-1488A-002F
TRADESTATION SECURITIES, INC
TRADESTATION SECURITIES INC
CORPORATE ACTIONS
8050 SW 10TH ST
STE 400
PLANTATION FL 33324
DBIALER@TRADESTATION.COM

032500P001-1488A-002F
TRADESTATION SECURITIES, INC
TRADESTATION SECURITIES INC
CORPORATE ACTIONS
8050 SW 10TH ST
STE 400
PLANTATION FL 33324
CORPACTIONS@TRADESTATION.COM

032501P001-1488A-002F
TRADITION ASIEL SECURITIES INC
JEANETTE RIVERA
255 GREENWICH ST
4TH FL
NEW YORK NY 10007
JEANETTE.RIVERA@TRADITION-NA.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
MICHAEL.HALLET@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
OL-WMA-CA-PROXY@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
SCOTT.HARRIS@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
PXRPT@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
OL-CA-MANAGERS@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
TRACEY.DREWE@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
JANE.FLOOD@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
PAVAN.MATAPATHI@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
DL-WMA-PROXY@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
SZYROKI.DC@MELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
MATTHEW.BARTEL@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
DL-CA-MANAGER@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
OL-WMA-CA-REORG@UBS.COM

032512P001-1488A-002F
UBS AG STAMFORD BRANCH
AS CUSTODIAN FOR UBSAG LONDON BRANCH
GREGORY CONTALDI - DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032512P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
MICHAEL.HALLET@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-PROXY@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SCOTT.HARRIS@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
HEMANT.TIWARI@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
PXRPT@BNYMELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JUSTIN.WHITEHOUSE@BNYMELLON.COM

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-CA-MANAGERS@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
TRACEY.DREWE@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JANE.FLOOD@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
PAVAN.MATAPATHI@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PROXY@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SZYROKI.DC@MELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
MATTHEW.BARTEL@BNYMELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-CA-MANAGER@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-REORG@UBS.COM

032513P001-1488A-002F
UBS AG, STAMFORD BRANCH
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
MICHAEL.HALLET@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-PROXY@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SCOTT.HARRIS@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
HEMANT.TIWARI@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
PXRPT@BNYMELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-CA-MANAGERS@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
TRACEY.DREWE@UBS.COM

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:13 PM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JANE.FLOOD@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
PAVAN.MATAPATHI@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PROXY@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
SZYROKI.DC@MELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JMICHAEL.JOHNSONJR@MELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
MATTHEW.BARTEL@BNYMELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-CA-MANAGER@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-REORG@UBS.COM

032514P001-1488A-002F
UBS AG, STAMFORD BRANCH
AC PB CLIENTS-NO UBS LIEN
CARLOS LEDE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
MICHAEL.HALLET@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-PROXY@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
SCOTT.HARRIS@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
HEMANT.TIWARI@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
PXRPT@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-CA-MANAGERS@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
TRACEY.DREWE@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
JANE.FLOOD@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
PAVAN.MATAPATHI@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PROXY@UBS.COM

GWG Holdings, Inc. et al

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
SZYROKI.DC@MELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
MATTHEW.BARTEL@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-CA-MANAGER@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
OL-WMA-CA-REORG@UBS.COM

032515P001-1488A-002F
UBS AG, STAMFORD BRANCHIPA ACCOUNT
ANTHONY CONTE
677 WASHINGTON BLVD
STAMFORD CT 06901
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
MICHAEL.HALLET@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-PROXY@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
SCOTT.HARRIS@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
PXRPT@BNYMELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-CA-MANAGERS@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
TRACEY.DREWE@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
JANE.FLOOD@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
PAVAN.MATAPATHI@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-WMA-PROXY@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
SZYROKI.DC@MELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
JMICHAEL.JOHNSONJR@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

04/20/2022 11:10:13 PM

---

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
MATTHEW.BARTEL@BNYMELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-CA-MANAGER@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-REORG@UBS.COM

032516P001-1488A-002F
UBS FINANCIAL SVC INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
MICHAEL.HALLET@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
OL-WMA-CA-PROXY@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
SCOTT.HARRIS@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
PXRPT@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
OL-CA-MANAGERS@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
TRACEY.DREWE@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
JANE.FLOOD@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
PAVAN.MATAPATHI@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
DL-WMA-PROXY@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
SZYROKI.DC@MELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
MATTHEW.BARTEL@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
DL-CA-MANAGER@UBS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
OL-WMA-CA-REORG@UBS.COM

032517P001-1488A-002F
UBS FINANCIAL SVC INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
MICHAEL.HALLET@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-PROXY@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
SCOTT.HARRIS@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032519P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
PXRPT@BNYMELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-CA-MANAGERS@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
TRACEY.DREWE@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
JANE.FLOOD@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
PAVAN.MATAPATHI@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-WMA-PROXY@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
SZYROKI.DC@MELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
MATTHEW.BARTEL@BNYMELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-CA-MANAGER@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
OL-WMA-CA-REORG@UBS.COM

032518P001-1488A-002F
UBS FINANCIAL SVC INCGOVERNMENT
SECURITIES ACCOUNT #2
JONATHAN BANKS
1200 HARBOR BLVD
WEEHAWKEN NJ 07086
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
MICHAEL.HALLET@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
OL-WMA-CA-PROXY@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
SCOTT.HARRIS@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
HEMANT.TIWARI@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
PXRPT@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
OL-CA-MANAGERS@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
TRACEY.DREWE@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
JANE.FLOOD@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
PAVAN.MATAPATHI@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
DL-WMA-PROXY@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
SZYROKI.DC@MELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
MATTHEW.BARTEL@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
DL-CA-MANAGER@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
OL-WMA-CA-REORG@UBS.COM

032519P001-1488A-002F
UBS LIMITED
TRACEY DREWE
1 FINSBURY AVE
LONDON  EC2M 2PP
UNITED KINGDOM
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
MICHAEL.HALLET@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
OL-WMA-CA-PROXY@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
SCOTT.HARRIS@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
HEMANT.TIWARI@UBS.COM

Case 22-90032   Document 69-4 Filed in TXSB on 04/21/22   Page 545 of 594
GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
DTC PARTICIPANTS

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
OL-WMA-CA-BONDREDEMPTION@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
DL-WMA-PROXY@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
MATTHEW.BARTEL@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
PXRPT@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
TRACEY.DREWE@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
MICHAEL.HALLET@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
JUSTIN.WHITEHOUSE@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
JANE.FLOOD@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
SZYROKI.DC@MELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
DL-CA-MANAGER@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
OL-WMA-CA-PROXY@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
PXRPT@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
OL-CA-MANAGERS@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
PAVAN.MATAPATHI@UBS.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032520P001-1488A-002F
UBS SECURITIES CANADA INCCDS**
CORPORATE ACTIONS
161 BAY ST
STE 4000
TORONTO ON M5J 2S1
CANADA
OL-WMA-CA-REORG@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
SCOTT.HARRIS@UBS.COM

032521P001-1488A-002F
UBS SECURITIES LLC
GREGORY CONTALDI
DIRECTOR
1000 HARBOR BLVD - 5TH FL
WEENHAWKEN NJ 07086
JUSTIN.WHITEHOUSE@BNYMELLON.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>OL-CA-MANAGERS@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>OL-WMA-CA-BONDREDEMPTION@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>TRACEY.DREWE@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>JANE.FLOOD@UBS.COM |
| 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>PAVAN.MATAPATHI@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>DL-WMA-PROXY@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>SH-WMA-CAPROXYCLASSACTIONS@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>SZYROKI.DC@MELLON.COM |
| 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>MATTHEW.BARTEL@BNYMELLON.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>DL-CA-MANAGER@UBS.COM |
| 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>OL-WMA-CA-REORG@UBS.COM | 032521P001-1488A-002F<br>UBS SECURITIES LLC<br>GREGORY CONTALDI<br>DIRECTOR<br>1000 HARBOR BLVD - 5TH FL<br>WEENHAWKEN NJ 07086<br>DL-WMA-PHYSICAL-PROCESSING@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>MICHAEL.HALLET@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>OL-WMA-CA-PROXY@UBS.COM |
| 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>SCOTT.HARRIS@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>HEMANT.TIWARI@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>PXRPT@BNYMELLON.COM |
| 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>OL-CA-MANAGERS@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>OL-WMA-CA-BONDREDEMPTION@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>TRACEY.DREWE@UBS.COM |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

| | | | |
|---|---|---|---|
| 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JANE.FLOOD@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>PAVAN.MATAPATHI@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>DL-WMA-PROXY@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>SH-WMA-CAPROXYCLASSACTIONS@UBS.COM |
| 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>SZYROKI.DC@MELLON.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JMICHAEL.JOHNSONJR@BNYMELLON.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>MATTHEW.BARTEL@BNYMELLON.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>JOHN-HENRY.DOKTORSKI@BNYMELLON.COM |
| 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>DL-CA-MANAGER@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>OL-WMA-CA-REORG@UBS.COM | 032522P001-1488A-002F<br>UBS SECURITIES LLC/CMO<br>SCOTT HARRIS<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310<br>DL-WMA-PHYSICAL-PROCESSING@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>MICHAEL.HALLET@UBS.COM |
| 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>OL-WMA-CA-PROXY@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>SCOTT.HARRIS@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>HEMANT.TIWARI@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM |
| 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>PXRPT@BNYMELLON.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>OL-CA-MANAGERS@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>OL-WMA-CA-BONDREDEMPTION@UBS.COM |
| 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>TRACEY.DREWE@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>JANE.FLOOD@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>PAVAN.MATAPATHI@UBS.COM | 032523P001-1488A-002F<br>UBS SECURITIES LLC/SECURITIES LENDING<br>GREGORY CONTALDI<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY NJ 07310<br>DL-WMA-PROXY@UBS.COM |

**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
SH-WMA-CAPROXYCLASSACTIONS@UBS.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
SZYROKI.DC@MELLON.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
JMICHAEL.JOHNSONJR@BNYMELLON.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
MATTHEW.BARTEL@BNYMELLON.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
JOHN-HENRY.DOKTORSKI@BNYMELLON.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
DL-CA-MANAGER@UBS.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
OL-WMA-CA-REORG@UBS.COM

032523P001-1488A-002F
UBS SECURITIES LLC/SECURITIES LENDING
GREGORY CONTALDI
480 WASHINGTON BLVD 12TH FL
JERSEY CITY NJ 07310
DL-WMA-PHYSICAL-PROCESSING@UBS.COM

032524P001-1488A-002F
UMB BANK, INVESTMENT DIVISION
MATTHEW BROWN
928 GRAND BLVD
MS1010406
KANSAS CITY MO 64106
MATTHEW.BROWN@UMB.COM

032524P001-1488A-002F
UMB BANK, INVESTMENT DIVISION
MATTHEW BROWN
928 GRAND BLVD
MS1010406
KANSAS CITY MO 64106
SAFEKEEPING@UMB.COM

032525P001-1488A-002F
UMB BANK, NATIONAL ASSOCIATION
VINCENT DUNCAN
928 GRAND BLVD
KANSAS CITY MO 64133
VINCENT.DUNCAN@UMB.COM

032525P001-1488A-002F
UMB BANK, NATIONAL ASSOCIATION
VINCENT DUNCAN
928 GRAND BLVD
KANSAS CITY MO 64133
SAFEKEEPING@UMB.COM

032502P001-1488A-002F
US BANCORP INVESTMENTS, INC
REORG DEPT
60 LIVINGSTON AVE
ST. PAUL MN 55107
USBIIREORGINCOME@USBANK.COM

032502P001-1488A-002F
US BANCORP INVESTMENTS, INC
REORG DEPT
60 LIVINGSTON AVE
ST. PAUL MN 55107
TRUSTCLASSACTIONS@USBANK.COM

032502P001-1488A-002F
US BANCORP INVESTMENTS, INC
REORG DEPT
60 LIVINGSTON AVE
ST. PAUL MN 55107
TRUST.PROXY@USBANK.COM

032503P001-1488A-002F
US BANCORP INVESTMENTS, INC
CHERICE TVEIT
60 LIVINGSTON AVE
ST. PAUL MN 55107
USBIIREORGINCOME@USBANK.COM

032504P001-1488A-002F
US BANK NA
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
STEPHANIE.STORCH@USBANK.COM

032504P001-1488A-002F
US BANK NA
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
STEPHANIE.KAPTA@USBANK.COM

032504P001-1488A-002F
US BANK NA
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032504P001-1488A-002F
US BANK NA
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032504P001-1488A-002F
US BANK NA
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032505P001-1488A-002F
US BANK NACP
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032505P001-1488A-002F
US BANK NACP
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032505P001-1488A-002F
US BANK NACP
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032506P001-1488A-002F
US BANK NAETF
STEPHANIE STORCH/MATTHEW LYNCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032506P001-1488A-002F
US BANK NAETF
STEPHANIE STORCH/MATTHEW LYNCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032506P001-1488A-002F
US BANK NAETF
STEPHANIE STORCH/MATTHEW LYNCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032507P001-1488A-002F
US BANK NAQUASAR DISTRIBUTORS, LLC
SUBACCOUNTING AGENT
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
STEPHANIE.STORCH@USBANK.COM

032507P001-1488A-002F
US BANK NAQUASAR DISTRIBUTORS, LLC
SUBACCOUNTING AGENT
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
STEPHANIE.KAPTA@USBANK.COM

032507P001-1488A-002F
US BANK NAQUASAR DISTRIBUTORS, LLC
SUBACCOUNTING AGENT
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032507P001-1488A-002F
US BANK NAQUASAR DISTRIBUTORS, LLC
SUBACCOUNTING AGENT
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032507P001-1488A-002F
US BANK NAQUASAR DISTRIBUTORS, LLC
SUBACCOUNTING AGENT
STEPHANIE KAPTA
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032508P001-1488A-002F
US BANK NASAFEKEEPING WEST
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032508P001-1488A-002F
US BANK NASAFEKEEPING WEST
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032508P001-1488A-002F
US BANK NASAFEKEEPING WEST
STEPHANIE STORCH
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032509P001-1488A-002F
US BANK NATHIRD PARTY LENDING
SCOTT OLSON
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032509P001-1488A-002F
US BANK NATHIRD PARTY LENDING
SCOTT OLSON
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032509P001-1488A-002F
US BANK NATHIRD PARTY LENDING
SCOTT OLSON
1555 N RIVERCENTER DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032510P001-1488A-002F
US BANK NATRUST NY MTN
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032510P001-1488A-002F
US BANK NATRUST NY MTN
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032510P001-1488A-002F
US BANK NATRUST NY MTN
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032511P001-1488A-002F
US BANK, NA
US BANK MUNICIPAL SECURITIES GROUP
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
TRUSTCLASSACTIONS@USBANK.COM

032511P001-1488A-002F
US BANK, NA
US BANK MUNICIPAL SECURITIES GROUP
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
TRUST.PROXY@USBANK.COM

032511P001-1488A-002F
US BANK, NA
US BANK MUNICIPAL SECURITIES GROUP
MATT LYNCH
1555 N RIVER CTR DR
STE 302
MILWAUKEE WI 53212
USBIIREORGINCOME@USBANK.COM

032526P001-1488A-002F
VANGUARD MARKETING CORP
BEN BEGUIN
14321 N NORTHSIGHT BLVD
SCOTTSDALE AZ 85260
VBS_CORPORATE_ACTIONS@VANGUARD.COM

032527P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
AMARTINEZ@VISIONFINANCIALMARKETS.COM

032527P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
REORGS@VISIONFINANCIALMARKETS.COM

032527P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
LLUCIEN@VFMARKETS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032527P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
SECURITIESOPS@VFMARKETS.COM

032528P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
CORPORATE ACTIONS
4 HIGH RIDGE PK
STAMFORD CT 06804
AMARTINEZ@VISIONFINANCIALMARKETS.COM

032528P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
CORPORATE ACTIONS
4 HIGH RIDGE PK
STAMFORD CT 06804
REORGS@VISIONFINANCIALMARKETS.COM

032528P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
CORPORATE ACTIONS
4 HIGH RIDGE PK
STAMFORD CT 06804
LLUCIEN@VFMARKETS.COM

032528P001-1488A-002F
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
CORPORATE ACTIONS
4 HIGH RIDGE PK
STAMFORD CT 06804
SECURITIESOPS@VFMARKETS.COM

032529P001-1488A-002F
VISION FINANCIAL MARKETS LLC
SECURITIES LENDING
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
AMARTINEZ@VISIONFINANCIALMARKETS.COM

032529P001-1488A-002F
VISION FINANCIAL MARKETS LLC
SECURITIES LENDING
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
REORGS@VISIONFINANCIALMARKETS.COM

032529P001-1488A-002F
VISION FINANCIAL MARKETS LLC
SECURITIES LENDING
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
LLUCIEN@VFMARKETS.COM

032529P001-1488A-002F
VISION FINANCIAL MARKETS LLC
SECURITIES LENDING
ANA MARTINEZ
120 LONG RIDGE RD
3 NORTH
STAMFORD CT 06902
SECURITIESOPS@VFMARKETS.COM

032530P001-1488A-002F
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
DONNA.WONG@WEDBUSH.COM

032530P001-1488A-002F
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
CARMEN.RIVERA@WEDBUSH.COM

032530P001-1488A-002F
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
ALAN.FERREIRA@WEDBUSH.COM

032531P001-1488A-002F
WEDBUSH SECURITIES INC
ALAN FERREIRA
PO BOX 30014
LOS ANGELES CA 90030
ALAN.FERREIRA@WEDBUSH.COM

032532P001-1488A-002F
WEDBUSH SECURITIES INCP3
ALAN FERREIRA
1000 WILSHIRE BLVD
STE #850
LOS ANGELES CA 90030
ALAN.FERREIRA@WEDBUSH.COM

032533P001-1488A-002F
WEDBUSH SECURITIES INCPC STOCK LOAN
ALAN FERREIRA
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
ALAN.FERREIRA@WEDBUSH.COM

032534P001-1488A-002F
WEDBUSH SECURITIES INCSTOCK LOAN
ALAN FERREIRA
1000 WILSHIRE BLVD
LOS ANGELES CA 90017
GREG.ONEAL@WEDBUSH.COM

032534P001-1488A-002F
WEDBUSH SECURITIES INCSTOCK LOAN
ALAN FERREIRA
1000 WILSHIRE BLVD
LOS ANGELES CA 90017
ALAN.FERREIRA@WEDBUSH.COM

032535P001-1488A-002F
WEDBUSH SECURITIES INCSTOCK LOAN
CORPORATE ACTIONS CARMEN RIVERA
1000 WILSHIRE BLVD
LOS ANGELES CA 90017
CARMEN.RIVERA@WEDBUSH.COM

032535P001-1488A-002F
WEDBUSH SECURITIES INCSTOCK LOAN
CORPORATE ACTIONS CARMEN RIVERA
1000 WILSHIRE BLVD
LOS ANGELES CA 90017
ALAN.FERREIRA@WEDBUSH.COM

032536P001-1488A-002F
WELLS FARGO ADVISORS, LLC
ROBERT MATERA
1525 WEST WT HARRIS BLVD
CHARLOTTE NC 28262
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032536P001-1488A-002F
WELLS FARGO ADVISORS, LLC
ROBERT MATERA
1525 WEST WT HARRIS BLVD
CHARLOTTE NC 28262
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032536P001-1488A-002F
WELLS FARGO ADVISORS, LLC
ROBERT MATERA
1525 WEST WT HARRIS BLVD
CHARLOTTE NC 28262
MEREDICE.ROWE@WELLSFARGO.COM

032536P001-1488A-002F
WELLS FARGO ADVISORS, LLC
ROBERT MATERA
1525 WEST WT HARRIS BLVD
CHARLOTTE NC 28262
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032536P001-1488A-002F
WELLS FARGO ADVISORS, LLC
ROBERT MATERA
1525 WEST WT HARRIS BLVD
CHARLOTTE NC 28262
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

GWG Holdings, Inc. et al.
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032537P001-1488A-002F
WELLS FARGO BANK NASIG WELLS FARG
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032537P001-1488A-002F
WELLS FARGO BANK NASIG WELLS FARG
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032537P001-1488A-002F
WELLS FARGO BANK NASIG WELLS FARG
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
MEREDICE.ROWE@WELLSFARGO.COM

032537P001-1488A-002F
WELLS FARGO BANK NASIG WELLS FARG
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032537P001-1488A-002F
WELLS FARGO BANK NASIG WELLS FARG
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032538P001-1488A-002F
WELLS FARGO BANK, NA ISSUINGPAYING AGENT
LIZ GALL HANSON
608 2ND AVE S
MINNEAPOLIS MN 55434
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032538P001-1488A-002F
WELLS FARGO BANK, NA ISSUINGPAYING AGENT
LIZ GALL HANSON
608 2ND AVE S
MINNEAPOLIS MN 55434
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032538P001-1488A-002F
WELLS FARGO BANK, NA ISSUINGPAYING AGENT
LIZ GALL HANSON
608 2ND AVE S
MINNEAPOLIS MN 55434
MEREDICE.ROWE@WELLSFARGO.COM

032538P001-1488A-002F
WELLS FARGO BANK, NA ISSUINGPAYING AGENT
LIZ GALL HANSON
608 2ND AVE S
MINNEAPOLIS MN 55434
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032538P001-1488A-002F
WELLS FARGO BANK, NA ISSUINGPAYING AGENT
LIZ GALL HANSON
608 2ND AVE S
MINNEAPOLIS MN 55434
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032539P001-1488A-002F
WELLS FARGO BANK, NALENDING
FRANK SOUDER
51 JFK PKWY
SHORT HILLS NJ 07078
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032539P001-1488A-002F
WELLS FARGO BANK, NALENDING
FRANK SOUDER
51 JFK PKWY
SHORT HILLS NJ 07078
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032539P001-1488A-002F
WELLS FARGO BANK, NALENDING
FRANK SOUDER
51 JFK PKWY
SHORT HILLS NJ 07078
MEREDICE.ROWE@WELLSFARGO.COM

032539P001-1488A-002F
WELLS FARGO BANK, NALENDING
FRANK SOUDER
51 JFK PKWY
SHORT HILLS NJ 07078
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032539P001-1488A-002F
WELLS FARGO BANK, NALENDING
FRANK SOUDER
51 JFK PKWY
SHORT HILLS NJ 07078
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032540P001-1488A-002F
WELLS FARGO BANK, NASIG
ROBERT MATERA
VICE PRESIDENT
1525 W W T HARRIS BLVD
1ST FL
CHARLOTTE NC 28262-8522
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032540P001-1488A-002F
WELLS FARGO BANK, NASIG
ROBERT MATERA
VICE PRESIDENT
1525 W W T HARRIS BLVD
1ST FL
CHARLOTTE NC 28262-8522
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032540P001-1488A-002F
WELLS FARGO BANK, NASIG
ROBERT MATERA
VICE PRESIDENT
1525 W W T HARRIS BLVD
1ST FL
CHARLOTTE NC 28262-8522
MEREDICE.ROWE@WELLSFARGO.COM

032540P001-1488A-002F
WELLS FARGO BANK, NASIG
ROBERT MATERA
VICE PRESIDENT
1525 W W T HARRIS BLVD
1ST FL
CHARLOTTE NC 28262-8522
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032540P001-1488A-002F
WELLS FARGO BANK, NASIG
ROBERT MATERA
VICE PRESIDENT
1525 W W T HARRIS BLVD
1ST FL
CHARLOTTE NC 28262-8522
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
APRIL.POWERS2@WELLSFARGO.COM

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
MEREDICE.ROWE@WELLSFARGO.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032541P001-1488A-002F
WELLS FARGO BANK, NASIG
APRIL S POWERS
CORPORATE ACTIONS
550 S TRYON ST
CHARLOTTE NC 28202
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
MEREDICE.ROWE@WELLSFARGO.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032542P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
LORA  DAHLE
CORPORATE ACTIONS
550 SOUTH 4TH ST
MAC N9310-141
MINNEAPOLIS MN 55415
SCOTT.VANHAVERMAET@WELLSFARGO.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
LORA.A.DAHLE@WELLSFARGO.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
MEREDICE.ROWE@WELLSFARGO.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032543P001-1488A-002F
WELLS FARGO BANK, NATIONAL ASSOCIATION
CORPORATE ACTIONS
733 MARQUETTE AVENUE-5TH FL
MINNEAPOLIS MN 55479
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032544P001-1488A-002F
WELLS FARGO SECURITIES, LLC
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032544P001-1488A-002F
WELLS FARGO SECURITIES, LLC
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032544P001-1488A-002F
WELLS FARGO SECURITIES, LLC
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
MEREDICE.ROWE@WELLSFARGO.COM

032544P001-1488A-002F
WELLS FARGO SECURITIES, LLC
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

032544P001-1488A-002F
WELLS FARGO SECURITIES, LLC
ROBERT MATERA
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
STEVE.TURNER@WACHOVIA.COM

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
WFSPRIMESERVICESCORPORATEACTIONS@WELLSFARGO.COM

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
MEREDICE.ROWE@WELLSFARGO.COM

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
BRIAN.ARTIMISI@WELLSFARGOADVISORS.COM

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**DTC PARTICIPANTS**

---

032545P001-1488A-002F
WELLS FARGO SECURITIES, LLCSECURITIES FINANCE
STEVE TURNER
ASSISTANT VICE PRESIDENT
CORP ACTIONS - NC0675
1525 WEST WT HARRIS BLVD 1B1
CHARLOTTE NC 28262
FINESSA.ROSSON@WELLSFARGOADVISORS.COM

032546P001-1488A-002F
WESBANCO BANK, INC
SUSAN KOVAL
ONE BANK PLAZO
WHEELING WV 26003
KOVAL@WESBANCO.COM

032547P001-1488A-002F
WILLIAM BLAIR AND COMPANY, LLC
MARIUSZ NIEDBALEC
222 WEST ADAMS ST
CHICAGO IL 60606
MNIEDBALEC@WILLIAMBLAIR.COM

032547P001-1488A-002F
WILLIAM BLAIR AND COMPANY, LLC
MARIUSZ NIEDBALEC
222 WEST ADAMS ST
CHICAGO IL 60606
INSTITUTIONALSETTLEMENTS@WILLIAMBLAIR.COM

032547P001-1488A-002F
WILLIAM BLAIR AND COMPANY, LLC
MARIUSZ NIEDBALEC
222 WEST ADAMS ST
CHICAGO IL 60606
WILLIAMBLAIRREORG@BROADRIDGE.COM

032548P001-1488A-002F
ZIONS FIRST NATIONAL BANK
JOHN RIZZO
VICE PRESIDENT
1 SOUTH MAIN 17TH FL
SALT LAKE CITY UT 84111
JRIZZO@ZIONSBANK.COM

Records Printed :   **4854**

# EXHIBIT 6

**GWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Page**
**COMMON EQUITY**

Page # : 1 of 1                                                                                                          04/20/2022 11:23:09 PM

000783P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO: LT-26A CUSTODY TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

000784P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO: LT-25A CUSTODY TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

000785P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO: LT-24A CUSTODY TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

000786P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO: LT-23A CUSTODY TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012139P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT8 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012140P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT7 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012141P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT6 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012142P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT5 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012143P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT4 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

012144P002-1488A-002H
DELAWARE TRUST CO AS TRUSTEE
FBO LT3 EXCHANGE TRUST
JAMES GRIER
251 LITTLE FALLS DR
WILMINGTON DE 19808
JGRIER@DELAWARETRUST.COM

017808P001-1488A-002H
MURRAY HOLLAND
GWG HOLDINGS INC
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

018088P001-1488A-002H
MHT FINANCIAL LLC
MANAGING MEMBER
2021 MCKINNEY AVE
STE 1950
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

003015P001-1488A-002H
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005410P001-1488A-002H
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

008577P001-1488A-002H
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

017753P001-1488A-002H
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

021304P001-1488A-002H
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed :  **17**

# EXHIBIT 7

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:05 PM

| | | | |
|---|---|---|---|
| 003015P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 008577P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021367P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021387P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021396P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021416P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021472P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021480P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021507P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021518P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021529P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021537P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021620P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021634P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021648P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021655P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021664P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021685P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021688P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021701P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021734P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021787P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021801P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021831P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:05 PM

| | | | |
|---|---|---|---|
| 021844P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021858P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021873P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021913P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 021935P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021940P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 021989P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022013P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022020P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022040P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022041P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022046P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022074P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022083P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022093P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022103P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022124P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022135P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022143P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022176P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022188P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022199P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022214P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022218P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:05 PM

| | | | |
|---|---|---|---|
| 022256P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022265P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022305P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022341P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022352P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022380P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022386P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022399P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022400P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022409P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022432P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022442P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022452P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022460P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022466P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022468P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022491P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022513P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022538P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022541P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022544P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022558P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022603P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022645P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 022653P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022687P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022702P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022720P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022744P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022754P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022757P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022771P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022803P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022809P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022825P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022849P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022859P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022865P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022903P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022925P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 022937P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022938P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022942P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 022993P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023046P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023050P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023091P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023100P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 023125P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023138P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023147P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023162P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023173P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023179P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023224P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023226P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023227P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023260P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023266P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023286P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023287P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023320P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023350P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023351P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023361P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023371P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023457P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023466P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023476P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023496P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023523P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023529P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:05 PM

| | | | |
|---|---|---|---|
| 023532P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023534P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023564P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023576P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023611P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023627P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023638P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023660P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023670P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023673P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023695P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023696P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023698P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023705P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023772P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023783P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023844P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023853P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023856P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023876P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 023879P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023929P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023936P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023948P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 023965P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023971P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023978P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 023999P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024013P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024134P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024135P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024142P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024146P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024169P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024186P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024188P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024190P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024203P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024236P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024239P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024246P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024251P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024266P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024305P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024319P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024333P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024361P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024364P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 024402P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024416P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024446P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024448P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024471P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024476P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024481P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024494P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024502P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024536P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024561P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024578P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024580P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024588P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024607P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024615P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024619P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024647P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024655P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024675P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024692P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024701P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024709P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024721P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 565 of 594
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages
PREFERRED EQUITY

| | | | |
|---|---|---|---|
| 024737P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024747P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024754P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024787P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024845P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024851P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024864P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024873P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024889P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024898P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024910P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 024914P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 024944P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025003P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025009P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025018P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025072P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025083P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025095P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025096P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025101P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025111P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025114P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025142P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 025144P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025146P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025150P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025163P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025164P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025165P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025170P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025199P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025201P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025245P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025266P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025320P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025331P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025340P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025343P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025367P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025391P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025396P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025404P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025442P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025454P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025477P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025497P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025531P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 025533P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025560P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025561P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025615P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025648P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025679P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025709P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025734P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025758P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025777P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025785P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025790P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025845P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025852P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025884P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025893P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 025939P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 025960P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026004P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026023P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026026P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026087P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026089P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026091P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 026118P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026120P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026121P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026123P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026139P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026147P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026182P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026190P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026200P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026203P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026207P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026209P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026212P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026221P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026226P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026231P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026235P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026281P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026285P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026288P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026314P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026358P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026385P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026412P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

026444P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026450P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026473P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026499P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026581P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026630P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026634P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026643P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026661P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026665P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026677P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026685P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026708P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026719P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026741P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026742P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026764P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026769P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026771P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026775P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026778P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026789P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026790P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

026796P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages
PREFERRED EQUITY

| | | | |
|---|---|---|---|
| 026835P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026864P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026910P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026922P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026923P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026942P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026946P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 026963P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 026965P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027009P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027017P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027021P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027028P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027067P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027078P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027117P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027123P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027132P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027136P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027160P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027170P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027242P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027249P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027261P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 027262P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027264P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027272P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027287P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027296P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027298P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027300P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027311P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027319P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027325P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027364P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027390P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027405P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027432P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027447P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027457P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027467P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027470P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027514P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027541P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027547P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027604P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027644P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027693P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 572 of 594

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
PREFERRED EQUITY

Page # : 16 of 25                                                                04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 027759P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027761P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027772P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027798P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027830P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027847P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027855P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027864P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027882P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027915P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027923P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 027927P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 027962P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028020P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028035P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028067P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028075P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028079P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028087P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028088P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028123P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028140P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028162P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028196P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 028214P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028216P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028227P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028233P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028241P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028242P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028254P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028265P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028310P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028317P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028395P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028419P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028469P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028499P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028519P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028524P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028531P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028542P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028603P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028621P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028627P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028635P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028648P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028670P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 69   Filed in TXSB on 04/21/22   Page 574 of 594
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
PREFERRED EQUITY

| | | | |
|---|---|---|---|
| 028686P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028691P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028705P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028715P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028755P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028796P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028801P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028803P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028833P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028835P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028842P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028844P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028845P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028849P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028860P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028924P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028936P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028939P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028941P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028942P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 028948P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028963P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028991P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 028996P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages
PREFERRED EQUITY

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 029012P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029014P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029027P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029033P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029038P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029068P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029086P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029090P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029096P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029102P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029103P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029188P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029213P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029240P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029301P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029306P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029329P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029351P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029355P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029357P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029366P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029374P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029376P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029386P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

| | | | |
|---|---|---|---|
| 029388P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029403P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029452P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029476P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029477P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029503P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029514P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029520P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029523P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029526P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029552P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029562P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029575P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029584P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029604P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029630P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029716P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029730P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029734P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029741P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029765P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029770P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029854P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029879P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 029884P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029895P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029899P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029932P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 029955P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029994P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 029996P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030001P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030002P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030028P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030030P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030031P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030041P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030080P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030081P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030090P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030105P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030119P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030131P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030201P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030222P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030226P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030241P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030258P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 030260P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030285P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030289P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030302P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030323P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030328P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030346P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030363P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030364P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030390P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030391P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030393P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030398P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030404P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030414P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030443P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030444P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030482P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030508P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030511P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030525P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030526P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030557P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030562P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 030577P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030584P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030602P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030611P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030621P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030648P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030659P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030661P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030665P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030672P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030699P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030727P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030736P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030744P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030757P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030770P002-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030771P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030809P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030827P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030838P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 030848P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030862P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030887P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030894P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

04/20/2022 11:16:06 PM

| | | | |
|---|---|---|---|
| 030933P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 030947P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031000P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031004P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031038P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031051P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031052P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031077P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031087P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031088P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031122P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031142P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031161P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031182P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031210P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031247P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031255P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031263P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031265P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031269P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 031302P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031304P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031306P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 031308P001-1488A-002G<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**
**PREFERRED EQUITY**

Page # : 25 of 25

04/20/2022 11:16:06 PM

031309P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031322P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031325P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031448P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031475P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031479P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031494P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031518P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031551P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031592P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031609P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031651P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031659P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031668P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

031677P001-1488A-002G
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed : **591**

# EXHIBIT 8

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Page**
**NOL MOTION PARTIES-SUBSTANTIAL SHAREHOLDERS**

Page # : 1 of 1                                                                                      04/20/2022 08:53:36 PM

| | | | |
|---|---|---|---|
| 017770P002-1488A-002D<br>ALTIVERSE CAPITAL MARKETS<br>325 N ST PAUL ST STE 4850<br>DALLAS TX 75201 | 017771P001-1488A-002D<br>BENEFICIENT CAPITAL CO LLC<br>325 N SAINT PAUL ST STE 4850<br>DALLAS TX 75201-3888 | 000783P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO: LT-26A CUSTODY TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 000784P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO: LT-25A CUSTODY TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 000785P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO: LT-24A CUSTODY TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 000786P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO: LT-23A CUSTODY TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 012139P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT8 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 012140P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT7 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 012141P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT6 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 012142P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT5 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 012143P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT4 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 012144P002-1488A-002D<br>DELAWARE TRUST CO AS TRUSTEE<br>FBO LT3 EXCHANGE TRUST<br>JAMES GRIER<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 018088P001-1488A-002D<br>MHT FINANCIAL LLC<br>MANAGING MEMBER<br>2021 MCKINNEY AVE<br>STE 1950<br>DALLAS TX 75201 | 021305P001-1488A-002D<br>NAME AND ADDRESS INTENTIONALLY OMITTED | | |

Records Printed : **14**

# EXHIBIT 9

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Page**
**CASH MANAGEMENT BANKS**

Page # : 1 of 1                                                                                    04/20/2022 08:28:24 PM

| | | | |
|---|---|---|---|
| 021297P001-1488A-002A | 021298P001-1488A-002A | 021299P001-1488A-002A | 021300P001-1488A-002A |
| BANK OF UTAH | BELL BANK | BELL BANK | JPMORGAN |
| PEGGY HAWKINS | JASON SCHULLER | MELISSA DEIKE | MARGIE PALACIOS |
| 50 S 200 E | 5500 WAYZATA BLVD | 3100 13TH AVE S | 600 TRAVIS ST |
| SALT LAKE CITY UT 84111 | MINNEAPOLIS MN 55416 | FARGO ND 58103 | FL 9 |
| | | | HOUSTON TX 77002 |

021301P001-1488A-002A
WELLS FARGO
MATTHEW JORJORIAN
600 S 4TH ST
MINNEAPOLIS MN 55415

Records Printed :  **5**

# EXHIBIT 10

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Page**
**TAXING AUTHORITIES**

Page # : 1 of 1                                                                                          04/20/2022 08:37:33 PM

| | | | |
|---|---|---|---|
| 031687P001-1488A-002B<br>CALIFORNIA FRANCHISE TAX BOARD<br>600 W SANTA ANA BLVD<br>STE 300<br>SANTA ANA CA 92701 | 031688P001-1488A-002B<br>MASSACHUSETTS DEPT OF REVENUE<br>200 ARLINGTON ST<br>CHELSEA MA 02150 | 017555P002-1488A-002B<br>MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT ST<br>ST. PAUL MN 55101 | 000249P001-1488A-002B<br>MINNESOTA REVENUE<br>MAIL STATION 1275<br>SAINT PAUL MN 55145-1275 |
| 017562S001-1488A-002B<br>NEW JERSEY DIVISION OF TAXATION<br>3 JOHN FITCH WAY<br>TRENTON NJ 08611 | 017565S001-1488A-002B<br>NEW YORK DEPT OF TAX AND FINANCE<br>W AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 8/8A<br>ALBANY NY 12207 | 001877S001-1488A-002B<br>PUBLIC CO ACCOUNTING OVERSIGHT BOARD<br>1666 K STREET NW<br>SUITE 300<br>WASHINGTON DC 20006-2803 | 017574S001-1488A-002B<br>SOUTH CAROLINA DEPT OF REVENUE<br>300A OUTLET POINTE BLVD.<br>COLUMBIA SC 29210 |
| 017576P001-1488A-002B<br>STATE OF CONNECTICUT DEPT OF REVENUE SVC<br>25 SIGOURNEY ST<br>STE 2<br>HARTFORD CT 06106 | 017576S001-1488A-002B<br>STATE OF CONNECTICUT DEPT OF REVENUE SVC<br>450 COLUMBUS BLVD<br>HARTFORD CT 06103 | 017577P001-1488A-002B<br>STATE OF DELAWARE DIVISION OF REVENUE<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 017580P001-1488A-002B<br>TENNESSEE DEPT OF REVENUE<br>ANDREW JACKSON BUILDING<br>500 DEADRICK ST<br>NASHVILLE TN 37242 |
| 017581S001-1488A-002B<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN TX 78774 | 000311P001-1488A-002B<br>UTAH STATE TAX COMMISSION<br>210 NORTH 1950 W<br>SALT LAKE CITY UT 84134-0180 | | |

Records Printed :  **14**

# EXHIBIT 11

**GWG Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Page**
**TAXING AUTHORITIES**

Page # : 1 of 1                                                                                                04/20/2022 08:39:02 PM

| | | | |
|---|---|---|---|
| 000209P001-1488A-002B<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO CA 94257 | 017537P001-1488A-002B<br>CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY BE MS A345<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 017540P001-1488A-002B<br>COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE<br>PO BOX 7010<br>BOSTON MA 02204- | 000247P001-1488A-002B<br>MASSACHUSETTS DEPT OF REVENUE<br>PO BOX 7065<br>BOSTON MA 02204 |
| 017562P001-1488A-002B<br>NEW JERSEY DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON NJ 08695 | 017565P001-1488A-002B<br>NEW YORK DEPT OF TAX AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205 | 000262P001-1488A-002B<br>NEW YORK STATE CORP TAX<br>CORP V<br>PO BOX 15163<br>ALBANY NY 12212 | 001877P001-1488A-002B<br>PUBLIC CO ACCOUNTING OVERSIGHT BOARD<br>PO BOX 418631<br>BOSTON MA 02241 |
| 001918P001-1488A-002B<br>SC DEPT OF REVENUE<br>PO BOX 2535<br>COLUMBIA SC 29202 | 017574P001-1488A-002B<br>SOUTH CAROLINA DEPT OF REVENUE<br>301 GERVAIS ST<br>PO BOX 125<br>COLUMBIA SC 29201- | 001959P002-1488A-002B<br>STATE OF DELAWARE - DIVISION OF CORPS<br>PO BOX 5509<br>DOVER DE 19903- | 001959S001-1488A-002B<br>STATE OF DELAWARE - DIVISION OF CORPS<br>PO BOX 898<br>DOVER DE 19903- |
| 017581P001-1488A-002B<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711 | | | |

Records Printed :   **13**

# EXHIBIT 12

**GWG Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Page**
**INSURANCE PARTIES**

Page # : 1 of 1                                                                                     04/20/2022 08:46:12 PM

002043P001-1488A-002C
USI SOUTHWEST DALLAS
PO BOX 61187
VIRGINIA BEACH VA 23466-

Records Printed :  **1**

# EXHIBIT 13

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**
**INSURANCE PARTIES**

04/20/2022 08:45:14 PM

| | | | |
|---|---|---|---|
| 021306P001-1488A-002C<br>ACE AMERICAN INSURANCE CO<br>436 WALNUT ST<br>PHILADELPHIA PA 19106 | 021307P001-1488A-002C<br>ALLIANZ GLOBAL RISKS US INSURANCE CO<br>225 W WASHINGTON ST<br>STE 1800<br>CHICAGO IL 60606-3484 | 021308P001-1488A-002C<br>ALLIED WORLD NATIONAL ASSURANCE CO<br>199 WATER ST<br>24TH FLOOR<br>NEW YORK NY 10038 | 021309P001-1488A-002C<br>ALLIED WORLD SPECIALTY INSURANCE CO<br>1690 NEW BRITAIN AVE<br>STE 101<br>FARMINGTON CT 06032 |
| 021310P001-1488A-002C<br>ARGONAUT INSURANCE CO<br>10101 REUNION PL<br>STE 500<br>SAN ANTONIO TX 78216 | 021311P001-1488A-002C<br>ASCOT INSURANCE CO<br>55 W 46TH ST<br>26 FL<br>NEW YORK NY 10036 | 021312P001-1488A-002C<br>ASSOCIATED INDUSTRIES INS. CO INC<br>903 NORTHWEST 65TH ST<br>BOCA RATON FL 33487 | 021313P001-1488A-002C<br>ATLANTIC SPECIALTY INSURANCE CO<br>605 HIGHWAY 169 NORTH<br>STE 800<br>PLYMOUTH MN 55441 |
| 021314P001-1488A-002C<br>BEAZLEY INSURANCE CO INC<br>30 BATTERSON PK RD<br>FARMINGTON CT 06032 | 021315P001-1488A-002C<br>BERKLEY INSURANCE CO<br>475 STEAMBOAT RD<br>1ST FL<br>GREENWICH CT 06830-7144 | 021316P001-1488A-002C<br>BERKSHIRE HATHAWAY SPECIALTY INS CO<br>1 LINCOLN ST<br>23RD FL<br>BOSTON MA 02111 | 021317P001-1488A-002C<br>CERTAIN UNDERWRITERS AT LLOYDS<br>181 W MADISON ST<br>STE 3870<br>CHICAGO IL 60602 |
| 021318P001-1488A-002C<br>CONTINENTAL CASUALTY CO<br>151 N FRANKLIN ST<br>CHICAGO IL 60606 | 021319P001-1488A-002C<br>CRUM AND FORSTER SPECIALTY INSURANCE CO<br>305 MADISON AVE<br>MORRISTOWN NJ 07962 | 000090P001-1488A-002C<br>EMERSON EQUITY LLC<br>155 BOVET RD<br>STE 725<br>SAN MATEO CA 94402 | 021320P001-1488A-002C<br>ENDURANCE AMERICAN INSURANCE CO<br>4 MANHATTANVILLE RD<br>PURCHASE NY 10577-2139 |
| 021321P001-1488A-002C<br>ENDURANCE RISK SOLUTIONS ASSURANCE CO<br>4 MANHATTANVILLE RD<br>PURCHASE NY 10577-2139 | 021322P001-1488A-002C<br>FREEDOM SPECIALTY INSURANCE CO<br>7 WORLD TRADE CTR<br>250 GREENWICH ST 7TH FLOOR<br>NEW YORK NY 10007 | 000878P002-1488A-002C<br>GREAT AMERICAN LIFE INSURANCE CO<br>POLICY OWNER SERVICES<br>301 E 4TH ST FL 10<br>CINCINNATI OH 45202 | 021323P001-1488A-002C<br>INDIAN HARBOR INSURANCE CO<br>70 SEAVIEW AVE<br>STAMFORD CT 06902-6040 |
| 021324P001-1488A-002C<br>LLOYDS SYNDICATE 2623 BEAZLY FURLONG<br>60 GREAT TOWER ST<br>PLANTATION PLACE SOUTH<br>LONDON  EC3R 5AD<br>UNITED KINGDOM | 021325P001-1488A-002C<br>MARKEL AMERICAN INSURANCE CO<br>4521 HIGHWOODS PKWY<br>GLEN ALLEN VA 23068 | 021326P001-1488A-002C<br>NATIONAL UNION FIRE INS PITTSBURGH PA<br>175 WATER ST<br>NEW YORK NY 10038 | 021327P001-1488A-002C<br>OLD REPUBLIC INSURANCE CO<br>70 PINE ST<br>50TH FLOOR<br>NEW YORK NY 10005 |
| 021328P001-1488A-002C<br>QBE INSURANCE CORP<br>55 WATER ST<br>19TH FLOOR<br>NEW YORK NY 10041 | 021329P001-1488A-002C<br>RSUI INDEMNITY CO<br>945 EAST PACES FERRY RD NE<br>STE 1800<br>ATLANTA GA 30326 | 021330P001-1488A-002C<br>STRATFORD INSURANCE CO<br>300 KIMBALL DR<br>STE 500<br>PARSIPPANY NJ 07054 | 021331P001-1488A-002C<br>TWIN CITY FIRE INSURANCE CO<br>1 HARTFORD PLAZA<br>STE 1685<br>HARTFORD CT 06155 |

**GWG Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**
**INSURANCE PARTIES**

04/20/2022 08:45:14 PM

| | | | |
|---|---|---|---|
| 021332P001-1488A-002C | 002043S001-1488A-002C | 002043S002-1488A-002C | 021333P001-1488A-002C |
| US SPECIALTY INSURANCE CO | USI SOUTHWEST DALLAS | USI SOUTHWEST DALLAS | WESTCHESTER FIRE INSURANCE CO |
| 5601 GRANITE PKWY | 2711 N HASKELL AVE | 14241 DALLAS PKWY | 436 WALNUT ST |
| STE 1100 | STE 2000 | STE 700 | PHILADELPHIA PA 19106 |
| PLANO TX 75024 | DALLAS TX 75204-2914 | DALLAS TX 75254 | |

021334P001-1488A-002C
XL SPECIALTY INSURANCE CO
70 SEAVIEW AVE
STE 500
STAMFORD CT 06902

Records Printed :  **33**