# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, April 21, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Megan | Adeyemo | Gordon & Rees | Centaurus Financial Inc. |
| Scott | Alberino | AKIN GUMP STRAUSS HAUER & FELD LLP | Bank of Utah |
| David | Bennett | Holland & Knight LLP | The Beneficent Company Group, L.P. ("Ben LP") |
| Alexander | Berk | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Louis | Chiappetta | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Matthew | Clemente | Sidley Austin LLP | National Founders LP--DIP Agent, DIP Lender, DLP VI Agent, DLP VI Lender |
| William | Curtin | Sidley Austin LLP | National Founders LP |
| Hector | Duran | U.S. Department of Justice | U.S. Trustee |
| Eric | English | Porter Hedges LLP | Shirin Bayati and Mojan Kamalvand, proposed class representatives in Bayati v. GWG Holdings, et. al. 3:22-cv-00410-B (ND TX)(L Bond investor class action) |
| Michael | Fishel | Sidley Austin LLP | National Founders, LP |
| Daniel | Girard | Girard Sharp LLP | Shirin Bayati and Mojan Kamalvand, proposed class representatives in Bayati v. GWG Holdings, et. al. 3:22-cv-00410-B (ND TX)(L Bond investor class action) |
| Scott | Greissman | White & Case LLP | CLMG Corp. and LNV Corporation |
| Joshua | Gross | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Lijun | Gu | none | investor |
| Sara | Hollan Chelette | Lynn Pinker Hurst & Schwegmann | L Bond Management LLC |
| Michael | Hurst | Lynn Pinker Hurst & Schwegmann LLP | L Bond Fund Management LLC |
| Chad | Husnick | Kirkland & Ellis LLP | Paul Capital Advisors L.L.C. and its affiliated funds |
| Chad | Husnick | Kirkland & Ellis LLP | Paul Capital Advisors, L.L.C., and certain of its affiliates |
| Charles | Kelley | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Thomas | Kiriakos | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Charles | Koster | White & Case LLP | CLMG Corp. and LNV Corporation |
| Lucy | Kweskin | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Lacy | Lawrence | AKIN GUMP STRAUSS HAUER & FELD LLP | Bank of Utah |
| Steve | Levitt | Holland & Knight LLP | The Beneficent Company Group, L.P. ("Ben LP"). |
| Paul | Malmfeldt | Malmfeldt Law Group P.C. | Shirin Bayati and Mojan Kamalvand, proposed class representatives in Bayati v. GWG Holdings, et. al. 3:22-cv-00410-B (ND TX)(L Bond investor class action) |
| Adam | Paul | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Kristhy M. | Peguero | Jackson Walker LLP | Debtors |
| Anthony | Pirraglia | Holland & Knight LLP | The Beneficent Company Group, L.P. ("Ben LP"). |
| Abid | Qureshi | AKIN GUMP STRAUSS HAUER & FELD LLP | Bank of Utah |
| Samuel | Rabuck | Mayer Brown LLP | Proposed counsel to debtors in possession |
| Richard | Schmidt | None | L Bond Trustee |
| Jeffrey | Sonn, Esq. | Sonn Law Group PA | Donald J. Heywood, Jr. |
| Michael | Stamer | AKIN GUMP STRAUSS HAUER & FELD LLP | Bank of Utah |
| Lisa | Terry | Donlin, Recano & Company, Inc. | Claims Agent |
| Nellwyn | Voorhies | Donlin, Recano & Company, Inc. | Claims Agent |
| Andrew | Zatz | White & Case LLP | CLMG Corp. and LNV Corporation |