United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |
| | ) | |

**ORDER (I) WAIVING THE REQUIREMENT TO FILE A LIST OF EQUITY SECURITY HOLDERS, (II) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) waiving the requirement to file a list of the Debtors' equity security holders; (b) authorizing the Debtors to redact certain personal identification information; and (c) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided as set forth herein; and this Court having reviewed the Motion and having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC(5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The requirement that Debtor entity GWG Holdings, Inc. files a list of its equity security holders pursuant to Bankruptcy Rule 1007(a)(3) is waived.

2. The Debtors are authorized to file the unredacted Creditor Matrix under seal.

3. The Debtors are authorized to redact (a) the home addresses of individuals listed on the Creditor Matrix, Master Service List, Schedules and Statements, or other documents filed with the Court and (b) the names and addresses of any natural person protected by the GDPR. The Debtors shall provide an unredacted version of the Creditor Matrix, Master Service List, Schedules and Statements, and any other filings redacted pursuant to this Order) to (w) the U.S. Trustee, (x) counsel to the DIP Agent, (y) counsel to Bank of Utah, in its capacity as indenture trustee for the Bonds, or (z) any party in interest, upon request to the Debtors (email is sufficient) or to the Court that is reasonably related to the Chapter 11 Cases, subject to the restrictions of the GDPR; provided that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtors shall inform the U.S. Trustee and the Court promptly after denying any request for an unredacted document pursuant to the Order. Any party in interest may request emergency relief from the provisions herein, including that the Debtors have not satisfied their burden under section 107(c) of the Bankruptcy Code.

4. The form of the Notice of Commencement attached hereto as **Exhibit 1** is approved.

5. The Debtors are authorized to serve the Notice of Commencement in the manner set forth in the Notice Procedures Motion.

6. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

8. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtor are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 25, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

**Exhibit 1**

**Notice of Commencement**

| Information to Identify the case: | |
|---|---|
| Debtor Name: <u>GWG Holdings, Inc., et al.</u> | EIN  <u>26</u> – <u>2222607</u> |
| United States Bankruptcy Court for the: Southern District of Texas | Date case filed for chapter 11    <u>4/20/2022</u> |
| Case Number: 22-90032 | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed  below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | GWG Holdings, Inc. | EIN: 26-2222607 |
|---|---|---|---|
| | | GWG Life, LLC | EIN: 20-4356955 |
| | | GWG Life USA, LLC | EIN: 32-0455538 |
| 2. | **All other names used in the last 8 years** | **Debtor** | **Other Names** |
| | | GWG Life, LLC | Great West Growth, LLC |
| | | | GWG Life Settlements, LLC |
| | | GWG Life USA, LLC | GWG Life of Indiana, LLC |
| 3. | **Address** | 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201 | |
| 4. | **Debtor's attorney** Name and address | Charles S. Kelley Mayer Brown LLP 700 Louisiana St., Ste 3400 Houston, TX 77002 | Phone   (713) 238-3000  Email   ckelley@mayerbrown.com |
| 5. | | | Hours open   8:00 am – 5:00 pm Monday – Friday |

| | | |
|---|---|---|
| **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court PO Box 61010 Houston, TX 77208 | Contact phone  (713) 250-5500 Date:   4/20/2022 |
| 6. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | ____TBD____at _____TBD_____ Date                                  Time The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: |

For more information, see page 2 ►

| | | |
|---|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim: 7/29/2022** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <br>▪ your claim is designated as *disputed, contingent, or unliquidated*; <br>▪ you file a proof of claim in a different amount; or <br>▪ you receive another notice. <br>If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** **The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**                                           _____ | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

**If you have any questions related to this notice, please call 1 (888) 508-2507 or submit an inquiry via e-mail to** gwginfo@donlinrecano.com**.**

**You may access documents and case information at** https://donlinrecano.com/gwg**.**