# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
### Case No. 22-90032

**COUNSEL FOR BANK OF UTAH**

AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201

**COUNSEL FOR CREDIGY SOLUTIONS, INC. & NATIONAL FOUNDERS LP**

SIDLEY AUSTIN
MATTHEW A CLEMENTE
ONE SOUTH DEARBORN
CHICAGO IL 60603

**COUNSEL FOR BEAL BANK;CLMG CORP;LNV CORPORATION**

WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131

**COUNSEL FOR NATIONAL FOUNDERS LP**

SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002

SIDLEY AUSTIN LLP
WILLIAM E CURTIN
787 7TH AVE
NEW YORK NY 10019

**COUNSEL FOR BENEFICENT COMPANY GROUP L.P.**

HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201

**COUNSEL FOR PAUL CAPITAL ADVISORS LLC & CERTAIN OF ITS AFFILIATES**

KIRKLAND & ELLIS LLP/KIRKLAND & ELLIS INTERNATIONA
CHAD J HUSNICK;JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654

HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002

**COUNSEL FOR CLMG CORP; LNV CORPORATION**

WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002

**COUNSEL FOR PROPOSED CLASS REPRESENTATIVE**

PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS REVENUE DIVISION**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
JOHN MARK STERN, ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548

**COUNSEL TO DIP AGENT**

WEIL GOTSHAL & MANGES LLP
DAVID N GRIFFITHS
767 FIFTH AVENUE
NEW YORK NY 10153

WEIL GOTSHAL & MANGES LLP
MARTHA E MARTIR
767 FIFTH AVENUE
NEW YORK NY 10153

**COUNSEL TO BANK OF UTAH, INDENTURE TRUSTEE FOR THE L BONDS**

AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037

AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER; ABID QURESHI
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745

**COUNSEL TO PLAINTIFFS IN PUTATIVE SECURITIES CLASS ACTION SUIT**

BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202

BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202

**COUNSEL TO BEAL BANK, CLMG CORP & LNV CORPORATION**

WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095

GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108

**COUNSEL TO CLMG CORP & LNV CORPORATION**

WHITE & CASE LLP
SCOTT GREISSMAN; ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095

GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

**COUNSEL TO PLAINTIFFS IN PUTATIVE SECURITIES CLASS ACTION SUIT**

GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108

MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602

MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602

SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065

**COUNSEL TO PLAINTIFFS IN THE CALIFORNIA COLLECTION SUIT**

LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886

**COUNSEL TO THE DIP AGENT**

WEIL GOTSHAL & MANGES LLP
MATTHEW S BARR
767 FIFTH AVENUE
NEW YORK NY 10153

**DEBTOR**

GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201

**GOVT. AGENCY**

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA-340
PO BOX 2952
SACRAMENTO CA 95812-2952

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
31 HOPKINS PLZ
RM 1150
BALTIMORE MD 21201

INTERNAL REVENUE SVC
500 N CAPITOL ST NW
WASHINGTON DC 20221

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

**OFFICE OF THE US TRUSTEE**

OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002

**PROPOSED CO-COUNSEL TO THE DEBTORS**

JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010

JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010

**PROPOSED COUNSEL TO THE DEBTORS**

MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730

MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606

MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606

**PROPOSED COUNSEL TO THE DEBTORS**

MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001

MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001

**SECURED CREDITOR -**

CREDIGY SOLUTIONS INC.
3715 DAVINCI CT
STE 200
NORCROSS GA 30092

**SECURED CREDITORS**

BANK OF NEW YORK MELLON
240 GREENWICH ST
NEW YORK NY 10286

BEAL BANK
6000 LEGACY DR
PLANO TX 75024

BELL STATE BANK
BELL BANK
3800 AMERICAN BLVD W
STE 1450
BLOOMINGTON MN 55431

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

**SECURED CREDITORS**

KKR AND CO INC
30 HUDSON YARDS
NEW YORK NY 10001-2170

KKR LOAN ADMINISTRATION SVC LLC
4001 KENNETT PIKE
STE 302
WILMINGTON DE 19807

KKR CREDIT ADVISORS (US) LLC
555 CALIFORNIA ST 50TH FL
SAN FRANCISCO CA 94104

WELLS FARGO BANK
600 4TH ST
MINNEAPOLIS MN 55415

**SECURED CREDITORS - UCC FILINGS**

BANK OF UTAH
CORPORATE TRUST
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111

CLMG CORP
AS ADMINISTRATIVE AGENT
7195 DALLAS PKWY
PLANO TX 75024

**SECURED CREDITORS - UCC FILINGS**

NATIONAL FOUNDERS LP
AS ADMINISTRATIVE AGENT
PO BOX 1073
WILMINGTON DE 19899

**SECURITIES & EXCHANGE COMMISSION**

SECURITIES AND EXCHANGE COMMMISSION
OFFICE OF THE CHAIRMAN
100 F ST NE
WASHINGTON DC 20549

SECURITIES AND EXCHANGE COMMMISSION
FT WORTH REG OFFICE
801 CHERRY ST UNIT 18
STE 1900
FORT WORTH TX 76102

**STATE ATTORNEY GENERAL**

TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

**STATE ATTORNEY GENERAL**

DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698

MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

**STATE ATTORNEY GENERAL**

UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

**TOP 30 UNSECURED CREDITOR**

THE BENEFICIENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201

WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019

HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067

COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228

KLDISCOVERY ONTRACK LLC
KIT DAVIS
PO BOX 8458232
DALLAS TX 75284-5823

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

04/25/2022

**TOP 30 UNSECURED CREDITOR**

US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486

VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601

QUINN EMANUEL URQUHART AND SULLIVAN
MICHAEL LIFTIK
865 S FIGUEROA ST
10TH FL
LOS ANGELES CA 90017

ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401

LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201

MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060

PRICEWATERHOUSECOOPERS LLP
AILEN OKHAREDIA
PO BOX 952282
DALLAS TX 75395

**TOP 30 UNSECURED CREDITOR**

MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402

RICHARDS LAYTON & FINGER PA
C STEPHEN BIGLER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399

BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423

AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA

K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801

BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975

# MASTER SERVICE LIST
## GWG Holdings, Inc., et al.
## Case No. 22-90032

04/25/2022

**TOP 30 UNSECURED CREDITOR**

APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA

INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642

WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102

CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283

PRESSWRITE PRINTING INC
KIM SAFFELL
3384 BROWNLOW AVE
MINNEAPOLIS MN 55426

EMERSON EQUITY LLC
MELINDA LEISHMAN
155 BOVET RD
STE 725
SAN MATEO CA 94402

FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402

**TOP 30 UNSECURED CREDITOR**

NEW TANGRAM LLC
DANIELLE STEVENS
9200 SORENSEN AVE
SANTA FE SPRINGS CA 90670

NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041

SECURITIES TRANSFER CORP
PATRICIA STEPHAN
2901 N DALLAS PARKWAY
SUITE 380
PLANO TX 75093

WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447

**US ATTORNEY**

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA STE 2300
HOUSTON TX 77002

**US TRUSTEE**

OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002