**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**C. ROSS TRAVIS**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone: (713) 718-4650 x 241/225**
**Mobile: (202) 527-4538/(202) 603-5225**
**Fax: (713) 718-4670**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| GWG HOLDINGS, INC., *et al.,* | § | 22-90032 (MI) |
| | § | (Chapter 11) |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

### NOTICE OF APPOINTMENT OF COMMITTEE OF BONDHOLDERS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW Kevin M. Epstein, the United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible bondholders to the Committee of Bondholders in these chapter 11 cases:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and the chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| Members | Counsel for Member |
|---|---|
| 1. Bank of Utah<br>Attn: Kade Baird<br>50 South 200 East, Suite 110<br>Salt Lake City, UT  84111<br>Tel. 801-924-3601<br>Fax 801-924-3630<br>Email:  kbaird@bankofutah.com | Akin Gump Strauss Hauer & Feld LLP<br>Scott Alberino, Esq.<br>2001 K. Street N.W.<br>Washington D.C., 20006<br>Tel. 202-887-4000 (Office)<br>Fax 202-887-4288<br>Email:  salberino@akingump.com |
| 2. Thomas Horton<br>139 Woodside Avenue<br>Park City, UT  84060<br>Tel. 949-307-1011<br>Email:  thomas@stratcomponent.com | Porter Hedges LLP<br>Eric M. English, Esq.<br>1000 Main St., 36th Floor<br>Houston, TX  77002<br>Tel. 713-226-6612<br>Email: eenglish@porterhedges.com<br><br>Girard Sharp LLP<br>Daniel C. Girard, Esq.<br>601 California St., Suite 1400<br>San Francisco, CA  94108<br>Tel. 415-981-4800<br>Email: dgirard@girardsharp.com |
| 3. Nilos T. Sakellariou<br>61 Cornhill Street<br>Annapolis, MD  21401<br>Tel. 410-263-1313<br>Tax 800-976-9226<br>Email:  nsakellariou@ntsbearing.com | |

| | |
|---|---|
| 4. Donald W. Rhodes<br>310 Broekers Lane<br>New Albany, IN  47150<br>Tel. 507-905-4673<br>Email: don-adorie@att.net | |
| 5. Matthew Pearce<br>1269 Caroline St.<br>Alameda, CA  94501<br>Tel. 510-521-5100<br>Fax 510-922-0450<br>Email: matthew@hitfastforward.com | |
| 6. Ali Danesh<br>5010 Cerrillos Drive<br>Woodland Hills, CA  91364<br>Tel. 818-633-4110<br>Fax 818-883-7076<br>Email: parininc@yahoo.com | |
| 7. Frank S. Moore<br>757 Rockdale Drive<br>San Francisco, CA  94127<br>Tel. 415-948-1415<br>Fax 415-292-6694<br>Email: fsmoore@pacbell.net | Porter Hedges LLP<br>Eric M. English, Esq.<br>1000 Main St., 36th Floor<br>Houston, TX  77002<br>Tel. 713-226-6612<br>Email: eenglish@porterhedges.com<br><br>Girard Sharp LLP<br>Daniel C. Girard, Esq.<br>601 California St., Suite 1400<br>San Francisco, CA  94108<br>Tel. 415-981-4800<br>Email: dgirard@girardsharp.com |

Dated: May 9, 2022            Respectfully Submitted,

                                       KEVIN M. EPSTEIN
                                       UNITED STATES TRUSTEE

                         By:      /s/ *Hector Duran*
                                         Hector Duran
                                         Trial Attorney
                                         Texas Bar No. 00783996
                                         C. Ross Travis
                                         Trial Attorney
                                         LA State Bar No. 40083
                                         515 Rusk, Suite 3516
                                         Houston, TX 77002
                                         Telephone: (713) 718-4650 x 241/225
                                         Mobile: (202) 527-4538/(202) 603-5225
                                         Fax: (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>9th</u> day of May, 2022.

                                         /s/ *Hector Duran*
                                         Hector Duran, Trial Attorney