IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | § § | Case No. 22-90032 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL OF
BANK OF UTAH, AS TRUSTEE, AND AMENDED
REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Bank of Utah in its capacity as the indenture trustee under the Debtors' prepetition indenture ("Bank of Utah"), submits this *Notice of Substitution of Counsel of Bank of Utah, as Trustee, and Amended Request for All Notices, and Demand for Service of Papers* (the "Notice") and respectfully states as follows:

**PLEASE TAKE FURTHER NOTICE** that Bank of Utah has been represented in this matter by Michael S. Stamer, Lacy M. Lawrence, Abid Qureshi, and Scott L. Alberino of Akin Gump Strauss Hauer & Feld LLP. Bank of Utah is also represented in this matter by Mark R. Somerstein of Ropes & Gray LLP.

**PLEASE TAKE FURTHER NOTICE** that Bank of Utah consents to Michael S. Stamer, Lacy M. Lawrence, Abid Qureshi, and Scott L. Alberino of Akin Gump Strauss Hauer & Feld LLP withdrawing as its attorneys of record in this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' proposed claims and noticing agent: https://donlinrecano.com/gwg.

**PLEASE TAKE FURTHER NOTICE** that Mark R. Somerstein of Ropes & Gray LLP will be substituted as the attorney of record for Bank of Utah.  Contemporaneously with this Notice, Mark R. Somerstein of Ropes & Gray LLP will file a separate motion for *pro hac vice* admission.

**PLEASE TAKE FURTHER NOTICE** that Ropes & Gray LLP requests all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to rules 2002, 3011, 3017, 5009, 9007 and 9010 (if applicable) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) (if applicable) of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these cases shall be given to and served upon Ropes & Gray LLP at the following address:

ROPES & GRAY LLP
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 841-8814
Fax: (212) 596-9090
Email: Mark.Somerstein@ropesgray.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing Amended Request for All Notices, and Demand for Service of Papers includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

2

**PLEASE TAKE FURTHER NOTICE** that Bank of Utah intends that neither this Amended Request for All Notices, and Demand for Service of Papers, nor any later appearance, pleading, claim or suit shall waive any of Bank of Utah's rights, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bank of Utah may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally blank*]

Dated: May 13, 2022                                       Respectfully Submitted,

| | |
|---|---|
| **ROPES & GRAY LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Mark R. Somerstein (*pro hac vice* pending)<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Phone: (212) 841-8814<br>Fax: (212) 596-9090<br>Email: Mark.Somerstein@ropesgray.com<br><br>*Counsel to Bank of Utah, as Trustee* | /*s/ Lacy M. Lawrence*<br>Lacy M. Lawrence<br>State Bar No. 24055913; S.D. Tex. No. 995675<br>2300 N. Field St., Suite 1800<br>Dallas, TX 75201<br>Phone: (214) 969-2800<br>Fax: (214) 969-4343<br>Email: llawrence@akingump.com<br><br>-and-<br><br>Michael S. Stamer (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>          aqureshi@akingump.com<br><br>-and-<br><br>Scott L. Alberino (admitted *pro hac vice*)<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Phone: (202) 887-4000<br>Fax: (202) 887-4288<br>Email: salberino@akingump.com<br><br>*Outgoing Counsel to Bank of Utah, as Trustee* |

4

## CERTIFICATE OF SERVICE

I hereby certify that, on May 13, 2022, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ Lacy M. Lawrence*
Lacy M. Lawrence