| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90032 (MI) |
|---|---|---|---|
| | Debtor | In Re: | GWG Holdings, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul D. Malmfeldt<br>Malmfeldt Law Group P.C.<br>120 N. LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Tel: (312) 606-8625; Email: pdm@malmfeldt.com<br>Illinois (ARDC #: 6288380)<br>Second Circuit Court of Appeals, Northern District of Illinois, Eastern District of Michigan, District of Colorado. |
|---|---|

| Name of party applicant seeks to appear for: | Thomas Horton and Frank Moore, on behalf of themselves and a proposed class. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/25/2022 | Signed: *Paul Malmfeldt* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
United States Bankruptcy Judge