IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | (Emergency Hearing Requested) |
| | ) | |

## ORDER CLARIFYING THE CONSOLIDATED CREDITOR MATRIX MOTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) clarifying that the Creditor Matrix Order provides that the following requests for and uses of the unredacted creditor matrix are not "reasonably related" to the Chapter 11 Cases: (i) requests and/or use in connection with attorney advertising, (ii) requests and/or use in connection with soliciting potential clients, including but not limited to the Bondholders, and (iii) requests and/or use in connection with soliciting witnesses or other discovery in connection with third party claims that are not before the Court, including but not limited to claims against broker dealers in connection with the Bonds or otherwise, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538).  The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

747918797.3

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Requests for and/or use of the unredacted creditor matrix for the purpose of attorney advertising are not reasonably related to the Chapter 11 Cases for purposes of the Creditor Matrix Order.

2. Requests for and/or use of the unredacted creditor matrix for the purpose of soliciting potential clients, including but not limited to the Bondholders, is not reasonably related to the Chapter 11 Cases for purposes of the Creditor Matrix Order.

3. Requests for and/or use of the unredacted creditor matrix for the purpose of soliciting witnesses in connection with claims against third parties, including but not limited to claims against broker dealers in connection with the Bonds or otherwise, is not reasonably related to the Chapter 11 Cases for purposes of the Creditor Matrix Order.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2022  
Houston, Texas

_____  
UNITED STATES BANKRUPTCY JUDGE