UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90032 |
|---|---|---|---|
| | Debtor | In Re: | GWG Holdings, Inc., et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Douglas H. Mannal<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9313 Telephone<br>dmannal@kramerlevin.com<br><br>3945151 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Co-Counsel for<br>Thomas Horton and Frank Moore |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  May 27, 2022 | Signed: /s/ Douglas H. Mannal |
|---|---|

| The state bar reports that the applicant's status is:  see attached |
|---|
| Dated: | Clerk's signature: |

**Order**　　　　　　　　　**This lawyer is admitted *pro hac vice*.**

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

*I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Douglas Henry Mannal

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 18, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 25, 2022.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00068245



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022