United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 06, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| GWG Holdings, Inc., *et al.*,[1] | § | Case No. 22-90032 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

### ORDER GRANTING WITHDRAWAL OF COUNSEL
### [Related to Docket No. ___]

On this day, the Court considered the *Motion for Withdrawal of Counsel* (the "Motion")

DENIED without prejudice.  No reasons are given for the withdrawal.  Will the clients have alternative counsel?  How should the clients be served?

Signed: June 06, 2022

Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538).  The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' proposed claims and noticing agent: https://donlinrecano.com/gwg.