| In re: GWG Holdings, Inc., et al. | Case No.: | 22-90032 |
|---|---|---|
| $ Figures in Thousands | Reporting Period: | 5/1/2022 - 5/31/2022 |

| Debtors' Cash Receipts and Disbursements 5/1/2022 - 5/31/2022 | | | |
|---|---:|---:|---:|
| | **GWG Holdings, Inc.**<br>22-90032 | **GWG Life, LLC**<br>22-90033 | **GWG Life USA, LLC**<br>22-90034 |
| **Cash balance beginning of period** | $ 111 | $ 8,639 | $ 0 |
| Receipts | - | - | - |
| Disbursements | (1,965) | (208) | - |
| Intercompany transfers | 4,784 | (4,784) | - |
| **Cash balance end of period** | $ 2,930 | $ 3,647 | $ 0 |

| In re: GWG Holdings, Inc., et al. | Case No.: | 22-90032 |
| --- | --- | --- |
| $ Figures in Thousands | Reporting Period: | 5/31/2022 |

### Debtors' Balance Sheet as of 5/31/2022 (Unaudited) (1)(2)

|  | GWG Holdings, Inc. 22-90032 | GWG Life, LLC 22-90033 | GWG Life USA, LLC 22-90034 |
| --- | ---: | ---: | ---: |
| **ASSETS** | | | |
| Total Checking Accounts | $ 2,930 | $ 3,647 | $ 0 |
| Restricted cash | - | - | - |
| Accounts Receivable | - | 8 | - |
| Prepaids | 2,154 | 556 | - |
| **Total Current Assets** | $ 5,084 | $ 4,211 | $ 0 |
| Premises & Equipment | 160 | - | - |
| Investments in Non-Debtor Subsidiaries (excl. Beneficient) | (7) | 411,728 | - |
| Investments in Beneficient | 638,009 | 559 | 511,787 |
| **Assets (before Investments in Debtor Subsidiaries)** | $ 643,245 | $ 416,498 | $ 511,787 |
| Investments in Debtor Subsidiaries [3] | 916,647 | - | - |
| **Total Assets** | $ 1,559,892 | $ 416,498 | $ 511,787 |
| **LIABILITIES** | | | |
| **Post-Petition Liabilities** | | | |
| DIP Facility | - | 10,318 | - |
| DIP Facility Financing Costs | - | (1,465) | - |
| L Bond - Accrued Interest and Financing Costs | 15,591 | 5 | - |
| Accounts payable | 90 | 46 | - |
| Accrued expenses | 6,148 | - | - |
| Other Liabilities | 865 | 407 | - |
| **Subtotal: Post-Petition Liabilities** | $ 22,694 | $ 9,311 | $ - |
| Pre-Petition Liabilities | 1,655,655 | 2,327 | - |
| **Subtotal: Total Liabilities in MOR** | $ 1,678,349 | $ 11,638 | $ - |
| Deferred tax liability, net [4] | 50,287 | - | - |
| **Total Liabilities (including unrealized deferred taxes)** | $ 1,728,636 | $ 11,638 | $ - |
| Common Stock | 33 | - | - |
| Preferred Stock | 97,421 | - | - |
| Additional Paid-In Capital | 205,783 | 222,497 | 511,786 |
| Retained Earnings | (448,127) | 187,618 | 2 |
| Net Income | (23,854) | (5,256) | (0) |
| **Total Member's Equity (Deficit)** | $ (168,744) | $ 404,859 | $ 511,787 |
| **Total Liabilities and Members' Equity (Deficit)** | $ 1,559,892 | $ 416,498 | $ 511,787 |

[1] All information contained herein is unaudited and subject to future adjustment.

[2] The Debtors have historically maintained their books and records on a consolidated basis for all of its fully owned and controlled subsidiaries. Given the consolidated nature of intercompany balances and eliminations, reviewing any individual entity or subset of entities books and records results in double counting of certain entries between parent and subsidiaries. The Debtor's financial statements are consistent with that past practice and have not been revised to include pro-forma eliminations for the Debtor entities excluding non-Debtor consolidated subsidiaries.

[3] These amounts include investments by Debtors in Debtor subsidiaries, which would likely be double counted given the lack of elimination entries noted in footnote 2. Given the likely double counting, the total assets reported on the MOR exclude these amounts.

[4] Relating to its ownership of Preferred Series A Subclass 1 Unit Accounts, the Company recorded a large net deferred tax liability on December 31, 2019, the majority of which remained as of April 30, 2022. The timing of recognition of the necessary taxable income related to this investment and the future reversal of this taxable temporary difference cannot be predicted. Please refer to the Company's Form 10Q for 3Q21 for additional information. This amount is excluded from the Company's pre- and post-petition liabilities for purpose of MOR reporting.

**In re: GWG Holdings, Inc., et al.**  **Case No.:**  **22-90032**
**$ Figures in Thousands**  **Reporting Period:**  **5/1/2022 - 5/31/2022**

| | **Debtors' Statement of Operations 5/1/2022 - 5/31/2022 (Unaudited) (1)(2)** | | |
|---|---:|---:|---:|
| | **GWG Holdings, Inc.** **22-90032** | **GWG Life, LLC** **22-90033** | **GWG Life USA, LLC** **22-90034** |
| **REVENUE** | | | |
| Total Gain/Loss on LI Policies | $ - | $ - | $ - |
| Income from Subsidiary | (5,257) | (4,348) | - |
| Interest income | - | - | - |
| Other income | - | - | - |
| **Total revenue** | $ (5,257) | $ (4,348) | $ - |
| **EXPENSES** | | | |
| Interest expense | 11,408 | 413 | - |
| General and administrative expenses | 6,859 | 451 | - |
| Depreciation and Amortization | 10 | - | - |
| Other expenses | 321 | 44 | - |
| **Total expenses** | $ 18,598 | $ 908 | $ - |
| **Income (loss) Before Taxes** | $ (23,854) | $ (5,256) | $ - |
| Income Tax Expense (Benefit) | - | - | - |
| **Net income (loss)** | $ (23,854) | $ (5,256) | $ - |
| Preferred Dividends | 747 | - | - |
| **Net Income (Loss) attributable to Common Shareholders** | $ (24,601) | $ (5,256) | $ - |

[1] All information contained herein is unaudited and subject to future adjustment.

[2] The Debtors have historically maintained their books and records on a consolidated basis for all of its fully owned and controlled subsidiaries.  Given the consolidated nature of intercompany balances and eliminations, reviewing any individual entity or subset of entities books and records results in double counting of certain entries between parent and subsidiaries.  The Debtor's financial statements are consistent with that past practice and have not been revised to include pro-forma eliminations for the Debtor entities excluding non-Debtor consolidated subsidiaries.

**In re: GWG Holdings, Inc., et al.**  
**$ Figures in Thousands**

**Case No.:** 22-90032  
**Reporting Period:** 5/31/2022

| Accounts Receivable Balance as of 5/31/2022 (Unaudited) | | | | | | |
|---|---|---|---|---|---|---|
| A/R Aging | Current | 1 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Total A/R |
| GWG Life, LLC | $ - | $ 2.5 | $ 2.5 | $ 2.5 | $ - | $ 7.6 |
| **Total Accounts Receivable** | $ - | $ 2.5 | $ 2.5 | $ 2.5 | $ - | $ 7.6 |

| | | |
|---|---|---|
| **In re: GWG Holdings, Inc., et al.** | Case No.: | 22-90032 |
| **$ Figures in Thousands** | Reporting Period: | 5/31/2022 |

| Postpetition Accounts Payable Balance as of 5/31/2022 (Unaudited)(1) | | | | | | |
|---|---|---|---|---|---|---|
| **A/P Aging** | **Current** | **1 - 30 days** | **31 - 60 days** | **61 - 90 days** | **Over 90 days** | **Total A/P** |
| **GWG Holdings, Inc.** | | | | | | |
| Trade Payables | $ - | $ 78 | $ 12 | $ - | $ - | $ 90 |
| Other Payables | - | - | - | - | - | - |
| **Accounts Payable Post-Petition** | $ - | $ 78 | $ 12 | $ - | $ - | $ 90 |
| | | | | | | |
| **GWG Life, LLC** | | | | | | |
| Trade Payables | $ - | $ 46 | $ (0) | $ - | $ - | $ 46 |
| Other Payables | - | - | - | - | - | - |
| **Accounts Payable Post-Petition** | $ - | $ 46 | $ (0) | $ - | $ - | $ 46 |
| | | | | | | |
| **GWG Life, LLC** | | | | | | |
| Trade Payables | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Payables | - | - | - | - | - | - |
| **Accounts Payable Post-Petition** | $ - | $ - | $ - | $ - | $ - | $ - |

(1) Balance aged 30 days or less are classified as current

| In re: GWG Holdings, Inc., et al. | | | Case No.: | 22-90032 |
|---|---|---|---|---|
| $ Figures in Thousands | | | Reporting Period: | 5/31/2022 |

| Bank Account Information ||||||
|---|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name | Account Number (last 4 digits) | Bank Balance ||
| GWG Holdings, Inc. | 22-90032 | BELL BANK | 6915 | $ | 0 |
| GWG Holdings, Inc. | 22-90032 | BELL BANK | 6790 | | 2,939 |
| GWG Holdings, Inc. | 22-90032 | BELL BANK | 3916 | | 0 |
| GWG Holdings, Inc. | 22-90032 | BELL BANK | 8790 | | - |
| GWG Life, LLC | 22-90033 | BELL BANK | 6857 | | 0 |
| GWG Life, LLC | 22-90033 | BELL BANK | 6816 | | 3,651 |
| GWG Life, LLC | 22-90033 | BELL BANK | 1910 | | 2 |
| GWG Holdings, Inc. | 22-90032 | BNY MELLON | 2216 | | - |
| GWG Life, LLC | 22-90033 | WELLS FARGO | 4501 | | - |
| GWG Life, LLC | 22-90033 | WELLS FARGO | 4500 | | - |
| GWG Life USA, LLC | 22-90034 | BELL BANK | 1147 | | 0 |
| GWG Holdings, Inc. | 22-90032 | EAST WEST BANK | 8207 | | - |
| GWG Holdings, Inc. | 22-90032 | EAST WEST BANK | 8214 | | - |
| GWG Life, LLC | 22-90033 | EAST WEST BANK | 8221 | | - |
| GWG Life, LLC | 22-90033 | EAST WEST BANK | 8228 | | - |
| **Total Cash [Bank Balance]** | | | | $ | **6,592** |
|   Less Outstanding Checks | | | | | (15) |
| **Total Cash [Book Balance]** | | | | $ | **6,577** |

| | | |
|---|---|---|
| **In re: GWG Holdings, Inc., et al.** | Case No.: | 22-90032 |
| | Reporting Period: | 5/1/2022 - 5/31/2022 |

## Bank Reconciliations

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| _/s/ Timothy Evans_ | 6/21/2022 |
| Signature of Authorized Individual | Date |
| | |
| Timothy Evans | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re: GWG Holdings, Inc., et al.**  **Case No.:** 22-90032
**$ Figures in Thousands**  **Reporting Period:** 5/1/2022 - 5/31/2022

| # | Category/Type | Debtor Entity Payor | Date of Payment | Amount |
|---|---|---|---|---|
| | **Debtors' Disbursements related to Pre-Petition Amounts (Part 7, Question a)** | | | |
| 1 | Taxes | GWG Holdings, Inc. | 5/12/2022 | $ 0.1 |
| 2 | Insurance [1] | GWG Holdings, Inc. | 5/3/2022 | $ 16.2 |
| 3 | Insurance [2] | GWG Holdings, Inc. | 5/6/2022 | $ 12.9 |

[1] The total payment on 5/3/2022 was $983k for insurance coverage from 4/14/2022 to 4/14/2023. The Amount reflected is the prorated amount for the pre-petition period.

[2] The total payment on 5/6/2022 was $787k for insurance coverage from 4/14/2022 to 4/14/2023. The Amount reflected is the prorated amount for the pre-petition period.

**In re: GWG Holdings, Inc., et al.**  **Case No.:** 22-90032
**$ Figures in Thousands**  **Reporting Period:** 5/1/2022 - 5/31/2022

## Schedule of Payments to Insiders (Part 7, Question c) (1)

| # | Recipient | Debtor Entity Payor | Date of Payment | Amount | Account Used | Reason for Payment |
|---|---|---|---|---|---|---|
| 1 | Timothy Evans | GWG Life, LLC | 5/6/2022 | $ 20.0 | Bell Bank (x6816) | Salary |
| 2 | Murray Holland | GWG Life, LLC | 5/6/2022 | $ 32.5 | Bell Bank (x6816) | Salary |
| 3 | Timothy Evans | GWG Life, LLC | 5/20/2022 | $ 15.4 | Bell Bank (x6816) | Salary |
| 4 | Murray Holland | GWG Life, LLC | 5/20/2022 | $ 25.0 | Bell Bank (x6816) | Salary |

(1) Amounts reflect gross salary paid.