# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, June 23, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Louis | Chiappetta | Mayer Brown LLP | Counsel for the Debtors |
| Thomas | Dorr | None | Joseph E. Ackermann Trust |
| Eric | English | Porter Hedges LLP | Official Committee of Bondholders |
| Joshua | Gross | Mayer Brown LLP | Counsel for the Debtors |
| Charles | Kelley | Mayer Brown LLP | Counsel for the Debtors |
| Geoffrey | King | Katten Muchin Rosenman LLP | Independent Directors of GWG Holdings, Inc. |
| Thomas | Kiriakos | Mayer Brown LLP | Counsel for the Debtors |
| Steven | Levitt | Holland & Knight LLP | The Beneficient Company Group, L.P. |
| Douglas | Mannal | Kramer Levin Naftalis & Frankel | PROPOSED CO-COUNSEL FOR THOMAS HORTON AND FRANK MOORE |
| Kristy | Peguero | Jackson Walker | Debtors |
| Steven | Reisman | Katten Muchin Rosenman LLP | Independent Directors of GWG Holdings, Inc. |
| Steven | Reisman | Katten | Counsel to Jeff Stein and Tony Horton as Independent Directors |
| Jason | Rubin | AKIN GUMP STRAUSS HAUER & FELD LLP | Official Committee of Bondholders |
| Joseph | Shifer | Kramer Levin Naftalis & Frankel | CO-COUNSEL FOR THOMAS HORTON AND FRANK MOORE |
| Mark | Somerstein | Ropes & Gray LLP | Bank of Utah, as Trustee |
| Michael | Stamer | AKIN GUMP STRAUSS HAUER & FELD LLP | Official Committee of Bondholders |