**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )  ss: |
| COUNTY OF KINGS | ) |

I, Delicia A. Chung, declare:

1.  I am over the age of 18 years and not a party to these Chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6021 15th Avenue, Brooklyn, NY 11219.

3.  On the 22nd day of June, 2022, DRC, under my supervision, caused to serve, a true and accurate copy of the following:

    i.   "Notice of Appearance and Request for Notices and Papers" (Docket No. 443); and

    ii.  "Order (I) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing and Approving Employment and Retention of Willkie Farr & Gallagher LLP as Special Counsel to the Debtors and (II) Granting Related Relief" (Docket No. 450),

    to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538).  The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of June, 2022, Brooklyn, New York.

By _____

Delicia A. Chung

Sworn before me this
23rd day of June, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

Page # : 1 of 21                                                                                     06/22/2022 01:16:19 PM

---

000020P002-1488S-050
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-1488S-050
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000021P003-1488S-050
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P003-1488S-050
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000126P001-1488S-050
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000233P001-1488S-050
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000061P001-1488S-050
AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA
CHOISEL.D.MURRAY1@AON.COM

000064P001-1488S-050
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-050
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-050
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-1488S-050
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000060P001-1488S-050
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423
LISA.OLEN@BROADRIDGE.COM

000023P001-1488S-050
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-050
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000048P001-1488S-050
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-1488S-050
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000067P001-1488S-050
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-1488S-050
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000231P001-1488S-050
DONALD W RHODES
310 BROEKERS LANE
NEW ALBANY IN 47150
DON-ADORIE@ATT.NET

000069P001-1488S-050
EMERSON EQUITY LLC
MELINDA LEISHMAN
155 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBDSOLUTIONS.COM

000212P001-1488S-050
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
VINCE.SLUSHER@FAEGREDRINKER.COM

000212P001-1488S-050
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
KRISTEN.PERRY@FAEGREDRINKER.COM

000213P001-1488S-050
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
MICHAEL.STEWART@FAEGREDRINKER.COM

000213P001-1488S-050
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
ROGER.MALDONADO@FAEGREDRINKER.COM

000070P001-1488S-050
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-1488S-050
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000135P002-1488S-050
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-1488S-050
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-1488S-050
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-050
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-1488S-050
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-1488S-050
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000152P001-1488S-050
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000154P001-1488S-050
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000011P002-1488S-050
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-050
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-050
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-050
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.LEVITT@HKLAW.COM

000125P001-1488S-050
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000047P001-1488S-050
HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067
JBOLLERMAN@HL.COM

000460P001-1488S-050
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-050
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000065P002-1488S-050
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-050
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000121P001-1488S-050
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

000062P001-1488S-050
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-050
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
SREISMAN@KATTEN.COM

000565P001-1488S-050
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

---

000566P002-1488S-050
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000567P001-1488S-050
KATTEN MUCHIN ROSENMAN LLP
GEOFFREY M KING
525 WEST MONROE ST
CHICAGO IL 60661-3693
GEOFF.KING@KATTEN.COM

000568P001-1488S-050
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-050
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-050
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000049P002-1488S-050
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-050
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
DMANNAL@KRAMERLEVIN.COM

000459P001-1488S-050
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-050
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-050
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-050
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P002-1488S-050
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-050
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-050
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000232P001-1488S-050
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-1488S-050
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-1488S-050
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000013P001-1488S-050
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-1488S-050
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-1488S-050
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

000016P001-1488S-050
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-1488S-050
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000139P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000140P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000141P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000142P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000143P002-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000144P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000145P002-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000146P002-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000147P002-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000148P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000149P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000150P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000151P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000153P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000156P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000159P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000160P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000161P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000162P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000163P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000164P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000165P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000167P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000168P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000169P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000171P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000173P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000176P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000177P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000180P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000181P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000184P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000185P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000188P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000189P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

| | | | |
|---|---|---|---|
| 000193P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000194P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000195P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000197P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000198P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000199P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000200P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000201P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000202P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000203P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000204P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000205P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000206P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000209P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000210P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000215P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000216P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000217P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000218P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000219P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

| 000220P001-1488S-050 | 000222P001-1488S-050 | 000223P001-1488S-050 | 000224P001-1488S-050 |
| --- | --- | --- | --- |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000225P001-1488S-050 | 000226P001-1488S-050 | 000227P001-1488S-050 | 000235P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000236P001-1488S-050 | 000237P001-1488S-050 | 000238P001-1488S-050 | 000239P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000240P001-1488S-050 | 000241P001-1488S-050 | 000242P001-1488S-050 | 000243P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000244P001-1488S-050 | 000245P001-1488S-050 | 000246P001-1488S-050 | 000247P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000248P001-1488S-050 | 000249P001-1488S-050 | 000250P001-1488S-050 | 000250P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000251P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000252P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000253P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000254P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000255P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000256P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000257P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000258P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000259P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000261P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000263P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000264P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000265P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000268P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000269P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000272P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000273P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000277P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

06/22/2022 01:16:19 PM

| 000278P001-1488S-050 | 000279P001-1488S-050 | 000280P001-1488S-050 | 000282P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000283P001-1488S-050 | 000284P001-1488S-050 | 000286P001-1488S-050 | 000287P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000289P001-1488S-050 | 000290P001-1488S-050 | 000291P001-1488S-050 | 0002903P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000294P001-1488S-050 | 000295P001-1488S-050 | 000296P001-1488S-050 | 000297P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000298P001-1488S-050 | 000299P001-1488S-050 | 000300P001-1488S-050 | 000301P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000302P001-1488S-050 | 000303P001-1488S-050 | 000304P001-1488S-050 | 000305P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000306P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000309P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000310P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000313P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000314P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000317P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000319P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000322P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000323P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000326P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000327P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000330P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000331P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000336P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000337P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000354P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

---

| 000359P001-1488S-050 | 000360P001-1488S-050 | 000361P001-1488S-050 | 000362P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000363P001-1488S-050 | 000364P001-1488S-050 | 000365P001-1488S-050 | 000366P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000367P001-1488S-050 | 000368P001-1488S-050 | 000369P001-1488S-050 | 000370P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000371P001-1488S-050 | 000372P001-1488S-050 | 000373P001-1488S-050 | 000374P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000375P001-1488S-050 | 000376P001-1488S-050 | 000377P001-1488S-050 | 000378P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000380P001-1488S-050 | 000382P001-1488S-050 | 000383P001-1488S-050 | 000384P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

---

| 000385P001-1488S-050 | 000386P001-1488S-050 | 000387P001-1488S-050 | 000388P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000389P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000390P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000391P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000392P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000393P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000394P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000395P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000396P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000397P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000399P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000400P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000401P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000402P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000403P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000404P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000405P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000406P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000407P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000408P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000409P001-1488S-050
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Electronic Mail
Exhibit Pages

Page # : 14 of 21                                                                      06/22/2022 01:16:19 PM

| | | | |
|---|---|---|---|
| 000410P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000416P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000417P002-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000420P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000421P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000424P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000425P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000428P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000429P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000432P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000433P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

| | | | |
|---|---|---|---|
| 000436P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000437P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000440P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000441P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000448P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000449P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000453P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000454P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000455P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000456P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000457P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000458P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000461P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000462P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000463P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000464P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000465P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000466P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/22/2022 01:16:19 PM

| | | | |
|---|---|---|---|
| 000467P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000468P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000469P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000470P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000471P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000472P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000473P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000474P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000476P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000477P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000479P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000480P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000481P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000482P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000485P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000486P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000489P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000491P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000493P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000495P001-1488S-050 | 000496P001-1488S-050 | 000497P001-1488S-050 | 000498P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000499P001-1488S-050 | 000500P001-1488S-050 | 000501P002-1488S-050 | 000502P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000503P001-1488S-050 | 000504P001-1488S-050 | 000506P001-1488S-050 | 000507P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000508P001-1488S-050 | 000509P001-1488S-050 | 000510P001-1488S-050 | 000511P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000512P001-1488S-050 | 000513P001-1488S-050 | 000514P001-1488S-050 | 000515P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000516P001-1488S-050 | 000517P001-1488S-050 | 000518P001-1488S-050 | 000519P001-1488S-050 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000520P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000521P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000523P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000524P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000525P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000528P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000529P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000532P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000533P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000536P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000537P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000538P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000539P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000540P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000541P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000544P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

06/22/2022 01:16:19 PM

| | | | |
|---|---|---|---|
| 000546P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000548P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000550P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000551P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000553P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000554P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000555P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000556P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000557P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000559P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000560P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000561P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000562P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000563P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000072P001-1488S-050<br>NATIONAL SECURITIES CLEARING CORP<br>JOANNE ACLAO<br>55 WATER ST<br>NEW YORK NY 10041<br>DTCCCREDITCONTROL@DTCC.COM | 000230P001-1488S-050<br>NILOS T SAKELLARIOU<br>61 CORNHILL ST<br>ANNAPOLIS MD 21401<br>NSAKELLARIOU@NTSBEARING.COM | 000155P001-1488S-050<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD;ROMA N DESAI<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548-MC 008<br>AUSTIN TX 78711-2548<br>JASON.BINFORD@OAG.TEXAS.GOV | 000006P003-1488S-050<br>OFFICE OF THE US TRUSTEE<br>HECTOR DURAN JR<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002<br>HECTOR.DURAN.JR@USDOJ.GOV |
| 000130P001-1488S-050<br>OFFICE OF THE US TRUSTEE<br>ALICIA LENAE BARCOMB<br>515 RUSK STREET<br>SUITE 3516<br>HOUSTON TX 77002<br>ALICIA.BARCOMB@USDOJ.GOV | 000157P001-1488S-050<br>OKIN ADAMS LLP<br>MATTHEW S OKIN<br>1113 VINE ST.,STE 240<br>HOUSTON TX 77002<br>MOKIN@OKINADAMS.COM | 000158P001-1488S-050<br>OKIN ADAMS LLP<br>DAVID L CURRY JR<br>1113 VINE ST.,STE 240<br>HOUSTON TX 77002<br>DCURRY@OKINADAMS.COM | 000133P002-1488S-050<br>PJT PARTNERS<br>PETER LAURINAITIS<br>LAURINAITIS@PJTPARTNERS.COM |

**Electronic Mail**
**Exhibit Pages**

---

000134P003-1488S-050
PJT PARTNERS
WILLIAM EVARTS
EVARTS@PJTPARTNERS.COM

000131P001-1488S-050
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
EENGLISH@PORTERHEDGES.COM

000131P001-1488S-050
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
SJOHNSON@PORTERHEDGES.COM

000068P002-1488S-050
PRESSWRITE PRINTING INC
KIM SAFFELL
3384 BROWNLOW AVE
MINNEAPOLIS MN 55426
KIM@PRESSWRITE.COM

000056P001-1488S-050
PRICEWATERHOUSECOOPERS LLP
AILEN OKHAREDIA
PO BOX 952282
DALLAS TX 75395
AILEN.A.OKHAREDIA@PWC.COM

000052P001-1488S-050
QUINN EMANUEL URQUHART AND SULLIVAN
MICHAEL LIFTIK
865 S FIGUEROA ST
10TH FL
LOS ANGELES CA 90017
MICHAELLIFTIK@QUINNEMANUEL.COM

000058P002-1488S-050
RICHARDS LAYTON & FINGER PA
C STEPHEN BIGLER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
BIGLER@RLF.COM

000292P001-1488S-050
ROPES & GRAY LLP
MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
MARK.SOMERSTEIN@ROPESGRAY.COM

000073P002-1488S-050
SECURITIES TRANSFER CORP
PATRICIA STEPHAN
2901 N DALLAS PARKWAY
SUITE 380
PLANO TX 75093
PSTEPHAN@STCTRANSFER.COM

000019P002-1488S-050
SIDLEY AUSTIN
MATTHEW A CLEMENTE
ONE SOUTH DEARBORN
CHICAGO IL 60603
MCLEMENTE@SIDLEY.COM

000122P001-1488S-050
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
MFISHEL@SIDLEY.COM

000123P001-1488S-050
SIDLEY AUSTIN LLP
WILLIAM E CURTIN
787 7TH AVE
NEW YORK NY 10019
WCURTIN@SIDLEY.COM

000030P001-1488S-050
SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065
SSILVER@SILVERLAW.COM

000132P002-1488S-050
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA;ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
CHRISTOPHER.DYLLA@OAG.TEXAS.GOV

000045P001-1488S-050
THE BENEFICIENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201
GREG.EZELL@BENEFICIENT.COM

000229P001-1488S-050
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000490P001-1488S-050
U.S. SECURITIES AND EXCHANGE COMMISSION
SONIA A CHAE,SR BANKRUPTCY ATTORNEY
175 W JACKSON BLVD.,STE 1450
CHICAGO IL 60604
CHAES@SEC.GOV

000050P001-1488S-050
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-050
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000051P001-1488S-050
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000017P002-1488S-050
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-1488S-050
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-1488S-050
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-1488S-050
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

Case 22-90032   Document 46-1 in TXSB on 06/23/22   Page 24 of 27
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

000128P001-1488S-050
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000074P001-1488S-050
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-050
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

000046P002-1488S-050
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

000196P001-1488S-050
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-050
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-050
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

# EXHIBIT 2

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000031P001-1488S-050<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000079P001-1488S-050<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-050<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 | 000098P001-1488S-050<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000172P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000221P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000288P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000356P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000505P001-1488S-050<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000285P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000333P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000347P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000398P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000412P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000443P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000444P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000445P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000446P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000475P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000478P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000492P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000526P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000545P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000549P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000558P001-1488S-050<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1488S-050<br>NATIONAL FOUNDERS LP<br>AS ADMINISTRATIVE AGENT<br>PO BOX 1073<br>WILMINGTON DE 19899 |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

06/22/2022 01:21:34 PM

000105P001-1488S-050
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000071P001-1488S-050
NEW TANGRAM LLC
DANIELLE STEVENS
9200 SORENSEN AVE
SANTA FE SPRINGS CA 90670

000107P001-1488S-050
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000116P001-1488S-050
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000118P001-1488S-050
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

000009P001-1488S-050
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

Records Printed :   **34**