**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK )
                     ) ss:
COUNTY OF KINGS )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 Cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of June, 2022, DRC, under my supervision, caused to serve, a true and accurate copy of the following documents:

    a) Certificate of Counsel with Respect to the Application to Employ Willkie Farr & Gallagher LLP as Special Counsel for the Debtors (Docket No. 441);

    b) Monthly Operating Report (Docket No. 446);

    c) Monthly Operating Report (Docket No. 447); and

    d) Monthly Operating Report (Docket No. 448),

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>; and via First Class U.S. Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of June, 2022, Brooklyn, New York.

By _____

Edward A. Calderon

Sworn before me this
23rd day of June, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

**GWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000020P002-1488S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>SCOTT ALBERINO;BENJAMIN L TAYLOR<br>ROBERT S. STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006-1037<br>SALBERINO@AKINGUMP.COM | 000020P002-1488S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>SCOTT ALBERINO;BENJAMIN L TAYLOR<br>ROBERT S. STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006-1037<br>TAYLORB@AKINGUMP.COM | 000021P003-1488S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MICHAEL STAMER;ABID QURESHI;JASON P RUBIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036-6745<br>MSTAMER@AKINGUMP.COM | 000021P003-1488S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MICHAEL STAMER;ABID QURESHI;JASON P RUBIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036-6745<br>AQURESHI@AKINGUMP.COM |
| 000126P001-1488S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>LACY M LAWRENCE<br>2300 N FIELD ST.,STE 1800<br>DALLAS TX 75201<br>LLAWRENCE@AKINGUMP.COM | 000233P001-1488S-049<br>ALI DANESH<br>5010 CERRILLOS DRIVE<br>WOODLAND HILLS CA 91364<br>PARININC@YAHOO.COM | 000061P001-1488S-049<br>AON INSURANCE MANAGERS BERMUDA LTD<br>CHOISEL MURRAY<br>AON HOUSE<br>30 WOODBOURNE AVE<br>PEMBROKE PARISH  HM 08<br>BERMUDA<br>CHOISEL.D.MURRAY1@AON.COM | 000064P001-1488S-049<br>APPLEBY BERMUDA LTD<br>ALAN BOSSIN<br>22 VICTORIA ST<br>PO BOX HM 1179<br>HAMILTON  HM EX<br>BERMUDA<br>ABOSSIN@APPLEBYGLOBAL.COM |
| 000053P001-1488S-049<br>ATOMIC DATA LLC<br>CHRISTI GATTO<br>250 MARQUETTE AVE SOUTH<br>STE 225<br>MINNEAPOLIS MN 55401<br>CHRISTI@ATOMICDATA.COM | 000063P001-1488S-049<br>BAKER TILLY VIRCHOW KRAUSE LLP<br>MATT JEFFRIES<br>PO BOX 78975<br>MILWAUKEE WI 53278-8975<br>MATT.JEFFRIES@BAKERTILLY.COM | 000228P001-1488S-049<br>BANK OF UTAH<br>KADE BAIRD<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111<br>KBAIRD@BANKOFUTAH.COM | 000060P001-1488S-049<br>BROADRIDGE INVESTOR COMMUNICATION<br>SOLUTIONS INC<br>LISA OLEN<br>PO BOX 416423<br>BOSTON MA 02241-6423<br>LISA.OLEN@BROADRIDGE.COM |
| 000023P001-1488S-049<br>BURNS CHAREST LLP<br>WARREN T. BURNS<br>900 JACKSON STREET<br>SUITE 500<br>DALLAS TX 75202<br>WBURNS@BURNSCHAREST.COM | 000024P001-1488S-049<br>BURNS CHAREST LLP<br>SPENCER COX<br>900 JACKSON STREET<br>SUITE 500<br>DALLAS TX 75202<br>SCOX@BURNSCHAREST.COM | 000048P001-1488S-049<br>COMPUTERSHARE INC<br>PHILIP MEYER<br>DEPT CH 19228<br>PALATINE IL 60055-9228<br>PHILIP.MEYER@COMPUTERSHARE.COM | 000081P001-1488S-049<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000067P001-1488S-049<br>CUBIK PROMOTIONS INC<br>JANEL FORBROOK<br>500 AIRPORT RD<br>STE 211<br>REDWOOD FALLS MN 56283<br>ACCOUNTS@CUBIKPROMO.COM | 000082P001-1488S-049<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000231P001-1488S-049<br>DONALD W RHODES<br>310 BROEKERS LANE<br>NEW ALBANY IN 47150<br>DON-ADORIE@ATT.NET | 000069P001-1488S-049<br>EMERSON EQUITY LLC<br>MELINDA LEISHMAN<br>155 BOVET RD<br>STE 725<br>SAN MATEO CA 94402<br>MLEISHMAN@MBDSOLUTIONS.COM |
| 000212P001-1488S-049<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>VINCENT P SLUSHER;KRISTEN L PERRY<br>1717 MAIN ST.,STE 5400<br>DALLAS TX 75201-7367<br>VINCE.SLUSHER@FAEGREDRINKER.COM | 000212P001-1488S-049<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>VINCENT P SLUSHER;KRISTEN L PERRY<br>1717 MAIN ST.,STE 5400<br>DALLAS TX 75201-7367<br>KRISTEN.PERRY@FAEGREDRINKER.COM | 000213P001-1488S-049<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>MICHAEL R STEWART;ROGER A MALDONADO<br>2200 WELLS FARGO CENTER<br>90 S. 7TH ST<br>MINNEAPOLIS MN 55402<br>MICHAEL.STEWART@FAEGREDRINKER.COM | 000213P001-1488S-049<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>MICHAEL R STEWART;ROGER A MALDONADO<br>2200 WELLS FARGO CENTER<br>90 S. 7TH ST<br>MINNEAPOLIS MN 55402<br>ROGER.MALDONADO@FAEGREDRINKER.COM |

Electronic Mail
Exhibit Pages

---

000070P001-1488S-049
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-1488S-049
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000135P002-1488S-049
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-1488S-049
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-1488S-049
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-049
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-1488S-049
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-1488S-049
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000152P001-1488S-049
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000154P001-1488S-049
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000011P002-1488S-049
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-049
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-049
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-049
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.LEVITT@HKLAW.COM

000125P001-1488S-049
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000047P001-1488S-049
HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067
JBOLLERMAN@HL.COM

000460P001-1488S-049
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-049
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000065P002-1488S-049
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-049
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000121P001-1488S-049
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

000062P001-1488S-049
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-049
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
AREISMAN@KATTEN.COM

000565P001-1488S-049
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

Case 22-90032   Document 45 ... Filed in TXSB on 06/24/22   Page 6 of 27
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

---

000566P002-1488S-049
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000567P001-1488S-049
KATTEN MUCHIN ROSENMAN LLP
GEOFFREY M KING
525 WEST MONROE ST
CHICAGO IL 60661-3693
GEOFF.KING@KATTEN.COM

000568P001-1488S-049
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-049
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-049
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000049P002-1488S-049
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-049
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
DMANNAL@KRAMERLEVIN.COM

000459P001-1488S-049
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-049
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-049
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-049
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P002-1488S-049
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-049
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-049
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000232P001-1488S-049
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-1488S-049
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-1488S-049
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000013P001-1488S-049
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-1488S-049
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-1488S-049
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

000016P001-1488S-049
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-1488S-049
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

---

000139P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000140P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000141P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000142P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000143P002-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000144P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000145P002-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000146P002-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000147P002-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000148P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000149P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000150P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000151P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000153P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000156P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000159P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000160P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000161P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000162P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000163P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000164P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000165P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000166P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000167P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000168P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000169P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000171P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000173P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000176P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000177P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000180P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000181P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000184P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000185P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000188P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000189P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

---

| 000193P001-1488S-049 | 000194P001-1488S-049 | 000195P001-1488S-049 | 000197P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000198P001-1488S-049 | 000199P001-1488S-049 | 000200P001-1488S-049 | 000201P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000202P001-1488S-049 | 000203P001-1488S-049 | 000204P001-1488S-049 | 000205P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000206P001-1488S-049 | 000207P001-1488S-049 | 000208P001-1488S-049 | 000209P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000210P001-1488S-049 | 000211P001-1488S-049 | 000214P001-1488S-049 | 000215P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000216P001-1488S-049 | 000217P001-1488S-049 | 000218P001-1488S-049 | 000219P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000220P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000222P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000223P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000224P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000225P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000226P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000227P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000235P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000236P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000237P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000238P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000239P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000240P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000241P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000242P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000243P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000244P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000245P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000246P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000247P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000248P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000249P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000250P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000250P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/21/2022 11:40:32 PM

| | | | |
|---|---|---|---|
| 000251P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000252P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000253P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000254P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000255P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000256P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000257P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000258P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000259P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000261P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000263P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000264P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000265P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000268P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000269P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000272P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000273P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000277P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000278P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000279P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000280P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000282P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000283P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000284P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000286P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000287P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000289P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000290P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000291P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000293P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000294P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000297P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000298P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000301P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000302P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000305P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000306P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000309P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000310P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000313P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000314P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000317P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000319P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000322P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000323P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000326P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000327P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000330P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000331P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000336P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000337P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000354P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/21/2022 11:40:32 PM

| | | | |
|---|---|---|---|
| 000359P001-1488S-049 | 000360P001-1488S-049 | 000361P001-1488S-049 | 000362P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000363P001-1488S-049 | 000364P001-1488S-049 | 000365P001-1488S-049 | 000366P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000367P001-1488S-049 | 000368P001-1488S-049 | 000369P001-1488S-049 | 000370P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000371P001-1488S-049 | 000372P001-1488S-049 | 000373P001-1488S-049 | 000374P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000375P001-1488S-049 | 000376P001-1488S-049 | 000377P001-1488S-049 | 000378P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000380P001-1488S-049 | 000382P001-1488S-049 | 000383P001-1488S-049 | 000384P001-1488S-049 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000385P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000386P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000387P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000388P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000390P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000391P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000392P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000394P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000395P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000396P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000397P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000400P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000401P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000402P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000404P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000405P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000406P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000407P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

06/21/2022 11:40:32 PM

| | | | |
|---|---|---|---|
| 000410P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000416P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000417P002-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000420P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000421P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000424P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000425P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000428P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000429P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000432P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000433P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000436P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000437P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000440P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000441P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000448P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000449P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000453P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000454P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000455P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000456P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000457P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000458P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000461P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000462P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000463P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000464P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000465P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000466P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000467P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000468P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000469P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000470P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000471P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000472P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000473P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000474P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000476P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000477P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000479P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000480P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000481P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000482P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000485P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000486P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000489P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000491P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000493P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/21/2022 11:40:32 PM

| | | | |
|---|---|---|---|
| 000495P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000496P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000497P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000498P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000499P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000500P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000501P002-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000502P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000503P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000504P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000506P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000507P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000508P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000509P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000510P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000511P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000512P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000513P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000514P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000515P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000516P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000517P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000518P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000519P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000520P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000521P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000523P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000524P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000525P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000528P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000529P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000532P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000533P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000536P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000537P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000538P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000539P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000540P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000541P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000544P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

000546P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000547P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000548P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000550P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000551P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000552P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000553P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000554P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000555P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000556P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000557P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000559P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000560P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000561P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000562P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000563P001-1488S-049
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000072P001-1488S-049
NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041
DTCCCREDITCONTROL@DTCC.COM

000230P001-1488S-049
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000155P001-1488S-049
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@OAG.TEXAS.GOV

000006P003-1488S-049
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000130P001-1488S-049
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-1488S-049
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-1488S-049
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000133P002-1488S-049
PJT PARTNERS
PETER LAURINAITIS
LAURINAITIS@PJTPARTNERS.COM

Case 22-90032   Document 40   Filed in TXSB on 06/24/22   Page 23 of 27
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000134P003-1488S-049<br>PJT PARTNERS<br>WILLIAM EVARTS<br>EVARTS@PJTPARTNERS.COM | 000131P001-1488S-049<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>EENGLISH@PORTERHEDGES.COM | 000131P001-1488S-049<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>SJOHNSON@PORTERHEDGES.COM | 000068P002-1488S-049<br>PRESSWRITE PRINTING INC<br>KIM SAFFELL<br>3384 BROWNLOW AVE<br>MINNEAPOLIS MN 55426<br>KIM@PRESSWRITE.COM |
| 000056P001-1488S-049<br>PRICEWATERHOUSECOOPERS LLP<br>AILEN OKHAREDIA<br>PO BOX 952282<br>DALLAS TX 75395<br>AILEN.A.OKHAREDIA@PWC.COM | 000052P001-1488S-049<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>MICHAEL LIFTIK<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017<br>MICHAELLIFTIK@QUINNEMANUEL.COM | 000058P002-1488S-049<br>RICHARDS LAYTON & FINGER PA<br>C STEPHEN BIGLER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>BIGLER@RLF.COM | 000292P001-1488S-049<br>ROPES & GRAY LLP<br>MARK R SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>MARK.SOMERSTEIN@ROPESGRAY.COM |
| 000073P002-1488S-049<br>SECURITIES TRANSFER CORP<br>PATRICIA STEPHAN<br>2901 N DALLAS PARKWAY<br>SUITE 380<br>PLANO TX 75093<br>PSTEPHAN@STCTRANSFER.COM | 000019P001-1488S-049<br>SIDLEY AUSTIN<br>MATTHEW A CLEMENTE<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>MCLEMENTE@SIDLEY.COM | 000122P001-1488S-049<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>MFISHEL@SIDLEY.COM | 000123P001-1488S-049<br>SIDLEY AUSTIN LLP<br>WILLIAM E CURTIN<br>787 7TH AVE<br>NEW YORK NY 10019<br>WCURTIN@SIDLEY.COM |
| 000030P001-1488S-049<br>SILVER LAW GROUP<br>SCOTT L SILVER<br>11780 W SAMPLE RD<br>CORAL SPRINGS FL 33065<br>SSILVER@SILVERLAW.COM | 000132P002-1488S-049<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>CHRISTOPHER.DYLLA@OAG.TEXAS.GOV | 000045P001-1488S-049<br>THE BENEFICIENT CO GROUP (USA) LLC<br>GREG EZELL<br>325 NORTH SAINT PAUL ST<br>STE 4850<br>DALLAS TX 75201<br>GREG.EZELL@BENEFICIENT.COM | 000229P001-1488S-049<br>THOMAS HORTON<br>139 WOODSIDE AVENUE<br>PARK CITY UT 84060<br>THOMAS@STRATCOMPONENT.COM |
| 000490P001-1488S-049<br>U.S. SECURITIES AND EXCHANGE COMMISSION<br>SONIA A CHAE,SR BANKRUPTCY ATTORNEY<br>175 W JACKSON BLVD.,STE 1450<br>CHICAGO IL 60604<br>CHAES@SEC.GOV | 000050P001-1488S-049<br>US BANK CORPORATE REAL ESTATE<br>PAM HAQUE<br>PO BOX 86<br>TENANT #507284<br>MINNEAPOLIS MN 55486<br>PAM.HAQUE@HINES.COM | 000119P001-1488S-049<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 000051P001-1488S-049<br>VEDDER PRICE PC<br>JEFFREY ANSLEY<br>222 N LASALLE ST<br>CHICAGO IL 60601<br>JANSLEY@VEDDERPRICE.COM |
| 000017P002-1488S-049<br>WHITE & CASE LLP<br>SCOTT GREISSMAN;ANDREW ZATZ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>SGREISSMAN@WHITECASE.COM | 000017P002-1488S-049<br>WHITE & CASE LLP<br>SCOTT GREISSMAN;ANDREW ZATZ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>AZATZ@WHITECASE.COM | 000018P001-1488S-049<br>WHITE & CASE LLP<br>SCOTT GREISSMAN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>SGREISSMAN@WHITECASE.COM | 000127P001-1488S-049<br>WHITE & CASE LLP<br>THOMAS E LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 S BISCAYNE BLVD.,STE 4900<br>MIAMI FL 33131<br>TLAURIA@WHITECASE.COM |

**GWG Holdings, Inc, et al**
**Electronic Mail**
**Exhibit Pages**

06/21/2022 11:40:32 PM

000128P001-1488S-049
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000074P001-1488S-049
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-049
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

000046P002-1488S-049
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

000196P001-1488S-049
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-049
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-049
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

Records Printed :   **487**

**EXHIBIT 2**

GWO Holdings, Inc., et al.
Exhibit Pages

Page # : 1 of 2                                                                                    06/21/2022 11:43:03 PM

| | | | |
|---|---|---|---|
| 000031P001-1488S-049<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000079P001-1488S-049<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-049<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 | 000098P001-1488S-049<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000172P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000221P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000288P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000356P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000505P001-1488S-049<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000285P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000333P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000347P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000398P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000412P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000443P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000444P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000445P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000446P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000475P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000478P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000492P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000526P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000545P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000549P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000558P001-1488S-049<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1488S-049<br>NATIONAL FOUNDERS LP<br>AS ADMINISTRATIVE AGENT<br>PO BOX 1073<br>WILMINGTON DE 19899 |

**GWO Holdings, Inc., et al.**
**Exhibit Pages**

06/21/2022 11:43:03 PM

000105P001-1488S-049
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000071P001-1488S-049
NEW TANGRAM LLC
DANIELLE STEVENS
9200 SORENSEN AVE
SANTA FE SPRINGS CA 90670

000107P001-1488S-049
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000116P001-1488S-049
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000118P001-1488S-049
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

000009P001-1488S-049
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

Records Printed :  **34**