**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER REGARDING THE ORDER MODIFYING**
**THE AUTOMATIC STAY AND AUTHORIZING USE OF ESTATE PROPERTY,**
**TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT, REIMBURSEMENT**
**AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER INSURANCE POLICIES**

GWG Holdings, Inc. ("GWGH") and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), the Official Committee of Bondholders (the "Bondholders Committee"), and Willkie Farr & Gallagher, LLP ("Willkie Farr" and, together with the Debtors and the Bondholders Committee, the "Parties") hereby enter into this stipulation and order (this "Stipulation and Agreed Order") as follows:

**Recitals**

WHEREAS, on April 20, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, on July 26, 2022, the Debtors filed their *Motion for (I) Entry of an Order Modifying the Automatic Stay and Authorizing Use of Estate Property, to the Extent Applicable,*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

**Error! No document variable supplied.**

*to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* [Docket No. 639] (the "Insurance Motion");

WHEREAS, following a contested hearing on the Insurance Motion, on September 7, 2022 the Court entered the *Order Modifying the Automatic Stay and Authorizing Use of Estate Property, to the Extent Applicable, to Allow Payment, Reimbursement and/or Advancement of Defense Costs Under Insurance Policies* [Docket No. 724] (the "Insurance Order");[2]

WHEREAS, on September 12, 2022, in accordance with the Insurance Order, the applicable Insurance Carrier remitted $4,072,629.10 (the "Insurer Remittance") to the Debtors in full discharge of the obligations of such Insurance Carrier under the applicable Policies with respect to the SEC Investigation Prepetition Amount;

WHEREAS, pursuant to the Insurance Order, the Parties were directed to seek to negotiate and agree upon that portion of the SEC Investigation Prepetition Amount that constituted the Willkie Side A Amount and the KLDiscovery Side A Amount; and

WHEREAS, Willkie Farr and the Bondholders Committee, with the support of the Debtors, have agreed that (i) the Willkie Side A Amount is $2,268,979.00, (ii) the Remaining Prepetition Willkie Amount is $1,594,815.16, (iii) the KLDiscovery Side A Amount is $86,512.94, and (iv) the Remaining KLDiscovery Prepetition Amount is $122,322.00.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, the Parties hereby stipulate and agree as follows:

1.      The Debtors are authorized and directed to remit $2,268,979.00 to Willkie Farr, which amount shall be applied in full and final satisfaction of the Willkie Side A Amount.

---

[2]     Capitalized terms used but not defined herein shall have the meanings specified in the Insurance Order.

2.      The Debtors are authorized and directed to remit $1,594,815.16 to Willkie Farr, which amount Willkie Farr shall hold as a retainer for security against the nonpayment of postpetition fees and expenses incurred by Willkie Farr in its capacity as special counsel to the Debtors.

3.      The Debtors are authorized and directed to remit $86,512.94 to KLDiscovery, which amount shall be applied in full and final satisfaction of the KLDiscovery Side A Amount.

4.      The Debtors shall retain the remaining $122,322 balance of the Insurer Remittance in trust, which amount reflects the Initial KLDiscovery Prepetition Amount less the KLDiscovery Side A Amount, pending further order of the Court as set forth in the Insurance Order.

5.      Except as explicitly provided herein, nothing in this Stipulation and Agreed Order affects or modifies any provision of the Insurance Order or any authorization provided thereunder.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Order.

Houston, Texas

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

3

Houston, Texas
October 6, 2022

By: */s/ Kristhy M. Peguero*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Email: kpeguero@jw.com
Email: mcavenaugh@jw.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**MAYER BROWN**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 2400
Houston, TX 77002-2730
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

-- and --

Thomas S. Kiriakos (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0600
Email: tkiriakos@mayerbrown.com
Email: lchiappetta@mayerbrown.com

-- and --

Adam C. Paul (admitted *pro hac vice*)
Lucy F. Kweskin (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Email: apaul@mayerbrown.com
Email: lkweskin@mayerbrown.com

*Counsel for the Debtors and
Debtors in Possession*

4

**PORTER HEDGES LLP**

By: */s/ Eric M. English*
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:      (713) 226-6000
Facsimile:      (713) 226-6255
eenglish@porterhedges.com
sjohnson@porterhedges.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Lacy M. Lawrence
State Bar No. 24055913; S.D. Tex. No. 995675
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
llawrence@akingump.com


-- and –

Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Jason P. Rubin (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:      (212) 872-1000
Facsimile:      (212) 872-1002
mstamer@akingump.com
aqureshi@akingump.com
jrubin@akngump.com


-and-

Scott L. Alberino (admitted *pro hac vice*)
Benjamin L. Taylor (admitted *pro hac vice*)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Phone:          (202) 887-4000
Fax:            (202) 887-4288
salberino@akingump.com
taylorb@akingump.com

*Counsel to the Official Committee of*
*Bondholders of GWG Holdings, Inc., et al*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ *Jennifer Hardy*
Jennifer Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com

*Special Counsel to the Debtors*