United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-90032** |
| **GWG HOLDINGS, INC.,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER TEMPORARILY SUSPENDING THE AUTHORITY OF
THE BOARD OF DIRECTORS OF GWG HOLDINGS, INC.**

On the Court's motion, a hearing will be conducted on whether one or more of the Directors of GWG Holdings, Inc. who acquiesced in or approved of the preparation of the Form 8K filed on March 11, 2021 should be removed from the Board of Directors of GWG Holdings, Inc. The hearing is scheduled for Thursday, November 17, 2022 at 1:30 P.M. in Courtroom 404, 515 Rusk Avenue, Houston, Texas.

The Court orders:

1. The Debtor(s) are prohibited from making any monetary transfer except for:

    a. A monetary transfer approved in advance in writing by Jeffrey Stein, with such writing being signed (or e-mailed) by him after 10:51 a.m. on November 14, 2022.

    b. A monetary transfer made in the Debtor's ordinary course of business in an amount of less than $5,000.00.

2. The Debtor(s) are prohibited from making any non-monetary transfer, unless the non-monetary transfer has been approved in advance in writing by Jeffrey Stein, with such writing being signed (or e-mailed) by him after 10:51 a.m. on November 14, 2022.

3. All of the Board's powers to act on behalf of the Debtors, or to direct the Debtor(s)' officers, agents, attorneys or employees are suspended, pending further Court order.

Any party in interest may seek emergency relief from this Order. No party in interest may fail to comply with this Order unless relief is granted by a signed Order entered on the docket sheet in this case.

SIGNED 11/14/2022

_____
Marvin Isgur
United States Bankruptcy Judge