## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket No. 1061** |

### NOTICE OF HEARING ON ORDER TEMPORARILY SUSPENDING THE AUTHORITY OF THE BOARD OF DIRECTORS OF GWG HOLDINGS, INC.

**PLEASE TAKE NOTICE** that on November 14, 2022, the Court entered the *Order Temporarily Suspending the Authority of the Board of Directors of GWG Holdings, Inc.* [Docket No. 1061] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, a hearing will be conducted on **November 17, 2022 at 1:30 p.m.** (**Prevailing Central Time**), before Judge Marvin Isgur. You may participate in the hearing either in person or via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (none); and GWG DLP Funding Holdings VI, LLC (none). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these Chapter 11 Cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

34542836v.2

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by (a) accessing the website maintained by DRC at https://donlinrecano.com/gwg; (b) contacting DRC directly at 1-888-508-2507 or via email at gwginfo@donlinrecano.com; or (c) for a nominal fee, accessing the PACER system on the Court's website at https://ecf.txs.uscourts.gov in accordance with the procedures and fees set forth therein

Houston, Texas
November 15, 2022

| | |
|---|---|
| */s/ Kristhy M. Peguero*<br>**JACKSON WALKER LLP**<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Kristhy M. Peguero (TX Bar No. 24102776)<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Email: kpeguero@jw.com<br>Email: mcavenaugh@jw.com<br><br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* | **MAYER BROWN**<br>Charles S. Kelley (TX Bar No. 11199580)<br>700 Louisiana Street, Suite 2400<br>Houston, TX 77002-2730<br>Telephone: (713) 238-3000<br>Email: ckelley@mayerbrown.com<br><br>-- and --<br><br>Thomas S. Kiriakos (admitted *pro hac vice*)<br>Louis S. Chiappetta (admitted *pro hac vice*)<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-0600<br>Email: tkiriakos@mayerbrown.com<br>Email: lchiappetta@mayerbrown.com<br><br>-- and --<br><br>Adam C. Paul (admitted *pro hac vice*)<br>Lucy F. Kweskin (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>Telephone: (212) 506-2500<br>Email: apaul@mayerbrown.com<br>Email: lkweskin@mayerbrown.com<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |

34542836v.2

## Certificate of Service

  I certify that on November 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/ Kristhy M. Peguero*
                 Kristhy M. Peguero

34542836v.2