**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )  ss: |
| COUNTY OF KINGS | ) |

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 Cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of November, 2022, DRC, caused a true and accurate copy of the "The Official Committee of Bondholders' Witness and Exhibit List for Hearing on November 17, 2022" (Docket No. 1067), to be served upon the parties as set forth on <u>Exhibit 1</u>, attached hereto, via electronic mail.

[This space intentionally left blank. Signature page to follow.]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955).. The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of November, 2022, Brooklyn, New York.


By _____
Sung Jae Kim

Sworn before me this
18th day of November, 2022

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2026

2

**EXHIBIT 1**

000020P002-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000020P002-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
bkemp@akingump.com

000020P002-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
lyork@akingump.com

000021P004-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P004-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000021P004-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
jrubin@akingump.com

000126P001-5488S-025
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000735P001-5488S-025
AKIN GUMP STRAUSS HAUER & FELD, LLP,
ATTN: LACY LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
llawrence@akingump.com

000233P001-5488S-025
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000061P001-5488S-025
AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA
CHOISEL.D.MURRAY1@AON.COM

000064P001-5488S-025
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-5488S-025
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-5488S-025
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-5488S-025
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000060P001-5488S-025
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423
LISA.OLEN@BROADRIDGE.COM

000023P001-5488S-025
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-5488S-025
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000725P001-5488S-025
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
ADAM.BALINSKY@CHAPFORDCAPITALGROUP.COM

000725P001-5488S-025
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
SCOTT.ROSE@CHAPFORDCAPITALGROUP.COM

000048P001-5488S-025
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-5488S-025
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000726P001-5488S-025
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
DPERKINS@CRAVATH.COM

000726P001-5488S-025
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
JZOBITZ@CRAVATH.COM

000067P001-5488S-025
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-5488S-025
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000231P001-5488S-025
DONALD W RHODES
310 BROEKERS LANE
NEW ALBANY IN 47150
DON-ADORIE@ATT.NET

000069P001-5488S-025
EMERSON EQUITY LLC
MELINDA LEISHMAN
15 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBDSOLUTIONS.COM

000212P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
VINCE.SLUSHER@FAEGREDRINKER.COM

000212P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
KRISTEN.PERRY@FAEGREDRINKER.COM

000212P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
kelly.olson@faegredrinker.com

000212P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
danette.dykema@faegredrinker.com

000213P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
MICHAEL.STEWART@FAEGREDRINKER.COM

000213P001-5488S-025
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
ROGER.MALDONADO@FAEGREDRINKER.COM

000070P001-5488S-025
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-5488S-025
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000135P002-5488S-025
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-5488S-025
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-5488S-025
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-5488S-025
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-5488S-025
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-5488S-025
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000027P002-5488S-025
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
avongoetz@girardsharp.com

000152P001-5488S-025
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000152P001-5488S-025
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
ASOTO@GRSM.COM

000154P001-5488S-025
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000154P001-5488S-025
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
SDURAZO@GRSM.COM

000011P002-5488S-025
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 1008 Filed in TXSB on 11/21/22   Page 6 of 34
GWG Holdings, Inc. et al.
Electronic Mail
Exhibit Pages

11/16/2022 06:57:21 PM

---

000011P002-5488S-025
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-5488S-025
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-5488S-025
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-5488S-025
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-5488S-025
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.gracie.gonzales@tklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hapi@hklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
LEVITT@HKLAW.COM

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
anthony.pirraglia@hklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
laura.davis@tklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hope.daniels@hklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
gale.williams-gattis@tklaw.com

000124P001-5488S-025
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
julie.warren@hklaw.com

000125P001-5488S-025
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000047P001-5488S-025
HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067
JBOLLERMAN@HL.COM

000460P001-5488S-025
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-5488S-025
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000460P001-5488S-025
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
jwk@hwallp.com

000460P001-5488S-025
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
dkokenes@hwallp.com

000065P002-5488S-025
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-5488S-025
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000120P001-5488S-025
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
kgradney@jw.com

000120P001-5488S-025
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
dtrevino@jw.com

| | | | |
|---|---|---|---|
| 000120P001-5488S-025<br>JACKSON WALKER LLP<br>KRISTHY M. PEGUERO<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON TX 77010<br>jpupo@jw.com | 000120P001-5488S-025<br>JACKSON WALKER LLP<br>KRISTHY M. PEGUERO<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON TX 77010<br>JacksonWalkerLLP@jubileebk.net | 000121P001-5488S-025<br>JACKSON WALKER LLP<br>MATTHEW D. CAVENAUGH<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON TX 77010<br>MCAVENAUGH@JW.COM | 000062P001-5488S-025<br>K AND L GATES LLP<br>ANDY SKOUVAKIS<br>600 N KING ST<br>STE 901<br>WILMINGTON DE 19801<br>ANDY.SKOUVAKIS@KLGATES.COM |
| 000564P001-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>STEVEN J REISMAN<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SREISMAN@KATTEN.COM | 000564P001-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>STEVEN J REISMAN<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>nyc.bknotices@kattenlaw.com | 000565P001-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>CINDI M GIGLIO<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>CGIGLIO@KATTEN.COM | 000566P002-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>DANIEL BARNOWSKI<br>2900 K STREET NW<br>WASHINGTON DC 2007-5118<br>DAN.BARNOWSKI@KATTEN.COM |
| 000567P001-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>GEOFFREY M KING<br>525 WEST MONROE ST<br>CHICAGO IL 60661-3693<br>GEOFF.KING@KATTEN.COM | 000568P001-5488S-025<br>KATTEN MUCHIN ROSENMAN LLP<br>JOHN E MITCHELL<br>2121 NORTH PEARL ST.,STE 1100<br>DALLAS TX 75201-2591<br>JOHN.MITCHELL@KATTEN.COM | 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>CHAD.HUSNICK@KIRKLAND.COM | 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>JOSH.ALTMAN@KIRKLAND.COM |
| 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>laura.krucks@kirkland.com | 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>john.luze@kirkland.com | 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>emily.geier@kirkland.com | 000129P002-5488S-025<br>KIRKLAND & ELLIS LLP<br>CHAD J HUSNICK; JOSHUA M ALTMAN<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>brad.weiland@kirkland.co |
| 000049P002-5488S-025<br>KLDISCOVERY ONTRACK LLC<br>EJAYE HALEY<br>PO BOX 8458232<br>DALLAS TX 75284-5823<br>EJAYE.HALEY@KLDISCOVERY.COM | 000459P001-5488S-025<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>DOUGLAS H MANNAL;JOSEPH A SHIFER<br>1177 AVE OF THE AMERICAS<br>NEW YORK NY 10036<br>JSHIFER@KRAMERLEVIN.COM | 000022P001-5488S-025<br>LAW OFFICES OF MARK B. PLUMMER PC<br>MARK PLUMMER<br>18552 ORIENTE DRIVE<br>YORBA LINDA CA 92886<br>LOMBP.LAW@GMAIL.COM | 000054P001-5488S-025<br>LOCKE LORD LLP<br>JB MCKNIGHT<br>2200 ROSS AVE<br>STE 2800<br>DALLAS TX 75201<br>JMCKNIGHT@LOCKELORD.COM |
| 000028P001-5488S-025<br>MALMFELDT LAW GROUP PC<br>PAUL D MALMFELDT<br>120 N LASALLE ST<br>SUITE 2000<br>CHICAGO IL 60602<br>PDM@MALMFELDT.COM | 000029P002-5488S-025<br>MALMFELDT LAW GROUP PC<br>MARK D LISTON<br>120 N LASALLE ST<br>SUITE 2000<br>CHICAGO IL 60602<br>MDL@MALMFELDT.COM | 000057P001-5488S-025<br>MASLON LLP<br>RIKKE DIERSSEN-MORICE<br>3300 WELLS FARGO CTR<br>90 SOUTH 7TH ST<br>MINNEAPOLIS MN 55402<br>RIKKE.MORICE@MASLON.COM | 000096P001-5488S-025<br>MASSACHUSETTS ATTORNEY GENERAL<br>MAURA HEALY<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |

SVG Holdings, Inc. BLLC
Electronic Mail
Exhibit Pages

---

000232P001-5488S-025
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-5488S-025
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-5488S-025
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000012P001-5488S-025
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
sswihart@mayerbrown.com

000012P001-5488S-025
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
houstondocket@mayerbrown.com

000012P001-5488S-025
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
6843309420@filings.docketbird.com

000013P001-5488S-025
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-5488S-025
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-5488S-025
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

000016P001-5488S-025
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-5488S-025
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000139P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000140P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000141P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000142P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000143P002-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000144P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000145P002-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000146P002-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000147P002-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000148P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000149P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

SVG Holdings Inc. LLC
Electronic Mail
Exhibit Pages

| 000150P001-5488S-025 | 000151P001-5488S-025 | 000153P001-5488S-025 | 000156P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000159P001-5488S-025 | 000160P001-5488S-025 | 000161P001-5488S-025 | 000162P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000163P001-5488S-025 | 000164P001-5488S-025 | 000165P001-5488S-025 | 000166P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000167P001-5488S-025 | 000168P001-5488S-025 | 000169P001-5488S-025 | 000170P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000171P001-5488S-025 | 000173P001-5488S-025 | 000174P001-5488S-025 | 000175P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000176P001-5488S-025 | 000177P001-5488S-025 | 000178P001-5488S-025 | 000179P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc. LLC
**Electronic Mail**
**Exhibit Pages**

| 000180P001-5488S-025 | 000181P001-5488S-025 | 000182P001-5488S-025 | 000183P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000184P001-5488S-025 | 000185P001-5488S-025 | 000186P001-5488S-025 | 000187P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000188P001-5488S-025 | 000189P001-5488S-025 | 000190P001-5488S-025 | 000191P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000192P001-5488S-025 | 000193P001-5488S-025 | 000194P001-5488S-025 | 000195P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000197P001-5488S-025 | 000198P001-5488S-025 | 000199P001-5488S-025 | 000200P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000201P001-5488S-025 | 000202P001-5488S-025 | 000203P001-5488S-025 | 000204P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000205P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000206P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000209P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000210P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000215P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000216P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000217P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000218P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000219P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000220P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000222P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000223P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000224P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000225P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000226P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000227P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000235P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000236P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000237P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000238P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc. Inc.
**Electronic Mail**
**Exhibit Pages**

11/16/2022 06:57:21 PM

| | | | |
|---|---|---|---|
| 000239P001-5488S-025 | 000240P001-5488S-025 | 000241P001-5488S-025 | 000242P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000243P001-5488S-025 | 000244P001-5488S-025 | 000245P001-5488S-025 | 000246P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000247P001-5488S-025 | 000248P001-5488S-025 | 000249P001-5488S-025 | 000250P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000250P001-5488S-025 | 000251P001-5488S-025 | 000252P001-5488S-025 | 000253P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000254P001-5488S-025 | 000255P001-5488S-025 | 000256P001-5488S-025 | 000257P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000258P001-5488S-025 | 000259P001-5488S-025 | 000261P001-5488S-025 | 000262P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000263P001-5488S-025 | 000264P001-5488S-025 | 000265P001-5488S-025 | 000266P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000268P001-5488S-025 | 000269P001-5488S-025 | 000270P001-5488S-025 | 000271P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000272P001-5488S-025 | 000273P001-5488S-025 | 000274P001-5488S-025 | 000275P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000277P001-5488S-025 | 000278P001-5488S-025 | 000279P001-5488S-025 | 000280P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000282P001-5488S-025 | 000283P001-5488S-025 | 000284P001-5488S-025 | 000286P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000287P001-5488S-025 | 000289P001-5488S-025 | 000290P001-5488S-025 | 000291P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000293P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000294P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000298P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000301P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings Inc, LLC**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000317P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000322P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000326P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000330P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000336P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc. LLC
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000345P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000354P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000359P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000360P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000361P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000363P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000364P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000365P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000367P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000368P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000369P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000371P001-5488S-025 | 000372P001-5488S-025 | 000373P001-5488S-025 | 000374P001-5488S-025 |
| --- | --- | --- | --- |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000375P001-5488S-025 | 000376P001-5488S-025 | 000377P001-5488S-025 | 000378P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000380P001-5488S-025 | 000382P001-5488S-025 | 000383P001-5488S-025 | 000384P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000385P001-5488S-025 | 000386P001-5488S-025 | 000387P001-5488S-025 | 000388P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-5488S-025 | 000390P001-5488S-025 | 000391P001-5488S-025 | 000392P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-5488S-025 | 000394P001-5488S-025 | 000395P001-5488S-025 | 000396P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings Inc LLC**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000397P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000400P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000401P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000402P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000404P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000405P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000406P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000407P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000410P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000416P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000417P002-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000420P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000421P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings Inc.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000425P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000429P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000433P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000436P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000437P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000440P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000441P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000448P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000449P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000453P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000454P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000455P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000456P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000457P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000458P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000461P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000462P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000463P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000464P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000465P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000466P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000467P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000468P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000469P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000470P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000471P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000472P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000473P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000474P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000476P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000477P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000479P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000480P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000481P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc.
**Electronic Mail**
**Exhibit Pages**

11/16/2022 06:57:22 PM

| | | | |
|---|---|---|---|
| 000482P001-5488S-025 | 000483P001-5488S-025 | 000484P001-5488S-025 | 000485P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000486P001-5488S-025 | 000487P001-5488S-025 | 000488P001-5488S-025 | 000489P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000491P001-5488S-025 | 000493P001-5488S-025 | 000494P001-5488S-025 | 000495P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000496P001-5488S-025 | 000497P001-5488S-025 | 000498P001-5488S-025 | 000499P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000500P001-5488S-025 | 000501P002-5488S-025 | 000503P001-5488S-025 | 000504P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000506P001-5488S-025 | 000507P001-5488S-025 | 000508P001-5488S-025 | 000509P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings I, LLC**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000510P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000511P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000512P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000513P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000514P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000515P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000516P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000517P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000518P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000519P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000520P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000523P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000524P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000525P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000528P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000529P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000532P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000533P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings TX6B LLC**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000536P001-5488S-025 | 000537P001-5488S-025 | 000538P001-5488S-025 | 000539P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000540P001-5488S-025 | 000541P001-5488S-025 | 000542P001-5488S-025 | 000543P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000544P001-5488S-025 | 000546P001-5488S-025 | 000547P001-5488S-025 | 000548P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000550P001-5488S-025 | 000551P001-5488S-025 | 000552P001-5488S-025 | 000553P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000554P001-5488S-025 | 000555P001-5488S-025 | 000556P001-5488S-025 | 000557P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000559P001-5488S-025 | 000560P001-5488S-025 | 000561P001-5488S-025 | 000562P001-5488S-025 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc. LLC
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000563P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000569P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000571P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000572P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000573P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000575P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000576P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000577P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000579P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000580P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000581P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000582P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000583P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000584P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000585P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000586P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000587P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000588P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000589P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000590P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000591P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings II, LLC
**Electronic Mail**
**Exhibit Pages**

11/16/2022 06:57:22 PM

| | | | |
|---|---|---|---|
| 000592P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000593P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000594P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000595P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000596P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000597P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000599P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000600P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000601P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000602P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000604P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000605P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000608P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000609P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000612P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000614P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000615P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000616P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings Inc. LLC**
**Electronic Mail**
**Exhibit Pages**

11/16/2022 06:57:22 PM

| | | | |
|---|---|---|---|
| 000617P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000621P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000622P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000623P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000624P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000626P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000628P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000629P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000631P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000632P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000633P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000634P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000635P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000636P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000638P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000639P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000639P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000640P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000641P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000642P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000643P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000644P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000645P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000646P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000650P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000651P002-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000654P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000655P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000656P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000658P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000659P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000660P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000660P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000661P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000662P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000663P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000664P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000665P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000666P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000667P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000668P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000669P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000670P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000671P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000672P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000673P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000674P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000675P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000676P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000677P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000678P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000679P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000680P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000681P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000682P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000683P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000684P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000685P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000686P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000687P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000688P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000689P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000690P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000691P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000692P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000693P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000694P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000695P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000696P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000697P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000698P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings Inc. LLC
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000699P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000700P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000701P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000702P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000703P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000704P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000706P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000707P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000708P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000709P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000710P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000711P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000712P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000713P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000714P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000715P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000716P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000717P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000718P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000719P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000720P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000721P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000722P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000723P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings II, LLC
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000724P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000728P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000729P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000730P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000731P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000736P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000737P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000739P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000740P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000741P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000743P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000744P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000749P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000753P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-5488S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings Inc. et al.
Electronic Mail
Exhibit Pages

---

000759P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000760P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000762P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000768P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000769P001-5488S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000072P001-5488S-025
NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041
DTCCCREDITCONTROL@DTCC.COM

000230P001-5488S-025
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000745P001-5488S-025
O'MELVENY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
TDURST@OMM.COM

000745P001-5488S-025
O'MELVENY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
EPERSSON@OMM.COM

000745P001-5488S-025
O'MELVENY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
timothy-durst-9363@ecf.pacerpro.com

000746P001-5488S-025
O'MELVENY & MYERS LLP
GARY SVIRSKY
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036
GSVIRSKY@OMM.COM

000155P001-5488S-025
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@OAG.TEXAS.GOV

000006P003-5488S-025
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000006P003-5488S-025
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
C.Ross.Travis@usdoj.gov

000006P003-5488S-025
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

000130P001-5488S-025
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-5488S-025
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-5488S-025
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000158P001-5488S-025
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
BMOORE@OKINADAMS.COM

000765P001-5488S-025
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000765P001-5488S-025
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
DANFLIMAN@PAULHASTINGS.COM

000765P001-5488S-025
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAMESGROGAN@PAULHASTINGS.COM

000767P001-5488S-025
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
ALLISONMILLER@PAULHASTINGS.COM

000767P001-5488S-025
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JEREMYEVANS@PAULHASTINGS.COM

BWG Holdings I LLC
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000767P001-5488S-025<br>PAUL HASTINGS LLP<br>ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO<br>200 PARK AVE<br>NEW YORK NY 10166<br>JACKIAFFALDANO@PAULHASTINGS.COM | 000133P002-5488S-025<br>PJT PARTNERS<br>PETER LAURINAITIS<br>LAURINAITIS@PJTPARTNERS.COM | 000134P003-5488S-025<br>PJT PARTNERS<br>WILLIAM EVARTS<br>EVARTS@PJTPARTNERS.COM | 000131P001-5488S-025<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>EENGLISH@PORTERHEDGES.COM |
| 000131P001-5488S-025<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>SJOHNSON@PORTERHEDGES.COM | 000131P001-5488S-025<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>emoreland@porterhedges.com | 000131P001-5488S-025<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>egarfias@porterhedges.com | 000131P001-5488S-025<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>mwebb@porterhedges.com |
| 000068P002-5488S-025<br>PRESSWRITE PRINTING INC<br>KIM SAFFELL<br>3384 BROWNLOW AVE<br>MINNEAPOLIS MN 55426<br>KIM@PRESSWRITE.COM | 000056P001-5488S-025<br>PRICEWATERHOUSECOOPERS LLP<br>AILEN OKHAREDIA<br>PO BOX 952282<br>DALLAS TX 75395<br>AILEN.A.OKHAREDIA@PWC.COM | 000763P001-5488S-025<br>PROSKAUER ROSE LLP<br>BRIAN S ROSEN<br>ELEVEN TIME SQUARE<br>NEW YORK NY 10036<br>BROSEN@PROSKAUER.COM | 000052P001-5488S-025<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>MICHAEL LIFTIK<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017<br>MICHAELLIFTIK@QUINNEMANUEL.COM |
| 000058P002-5488S-025<br>RICHARDS LAYTON & FINGER PA<br>C STEPHEN BIGLER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>BIGLER@RLF.COM | 000292P001-5488S-025<br>ROPES & GRAY LLP<br>MARK R SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>MARK.SOMERSTEIN@ROPESGRAY.COM | 000073P002-5488S-025<br>SECURITIES TRANSFER CORP<br>PATRICIA STEPHAN<br>2901 N DALLAS PARKWAY<br>SUITE 380<br>PLANO TX 75093<br>PSTEPHAN@STCTRANSFER.COM | 000019P002-5488S-025<br>SIDLEY AUSTIN<br>MATTHEW A CLEMENTE<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>MCLEMENTE@SIDLEY.COM |
| 000122P001-5488S-025<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>MFISHEL@SIDLEY.COM | 000122P001-5488S-025<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>michael-fishel-4347@ecf.pacerpro.com | 000122P001-5488S-025<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>txfilingnotice@sidley.com | 000123P001-5488S-025<br>SIDLEY AUSTIN LLP<br>WILLIAM E CURTIN<br>787 7TH AVE<br>NEW YORK NY 10019<br>WCURTIN@SIDLEY.COM |
| 000030P001-5488S-025<br>SILVER LAW GROUP<br>SCOTT L SILVER<br>11780 W SAMPLE RD<br>CORAL SPRINGS FL 33065<br>SSILVER@SILVERLAW.COM | 000132P002-5488S-025<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>CHRISTOPHER.DYLLA@OAG.TEXAS.GOV | 000132P002-5488S-025<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>bk-cdylla@oag.texas.gov | 000132P002-5488S-025<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>Sherri.Simpson@oag.texas.gov |

BWG Holdings I Corp
Electronic Mail
Exhibit Pages

---

000132P002-5488S-025
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-jstern@oag.texas.gov

000045P001-5488S-025
THE BENEFICENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201
GREG.EZELL@BENEFICIENT.COM

000229P001-5488S-025
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000732P001-5488S-025
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

000732P001-5488S-025
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
agbanktexas@ag.tn.gov

000490P001-5488S-025
U.S. SECURITIES AND EXCHANGE COMMISSION
SONIA A CHAE,SR BANKRUPTCY ATTORNEY
175 W JACKSON BLVD.,STE 1450
CHICAGO IL 60604
CHAES@SEC.GOV

000050P001-5488S-025
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

0001119P001-5488S-025
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000051P001-5488S-025
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000017P002-5488S-025
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-5488S-025
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-5488S-025
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
jdisanti@whitecase.com

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
mco@whitecase.com

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
azatz@whitecase.com

000127P001-5488S-025
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
laura.grai@whit

000128P001-5488S-025
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000128P001-5488S-025
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
mco@whitecase.com

000128P001-5488S-025
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
jdisanti@whitecase.com

000074P001-5488S-025
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-5488S-025
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

BWG Holdings, Inc.
**Electronic Mail**
**Exhibit Pages**

000046P002-5488S-025
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

000196P001-5488S-025
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-5488S-025
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-5488S-025
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

000196P001-5488S-025
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
ASAGER@WINSTON.COM

000727P001-5488S-025
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
DPASSAGE@WINSTON.COM

000727P001-5488S-025
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
FFLORES@WINSTON.COM

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KPRESTON@WINSTON.COM

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
rsmith@winston.com

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
katy-preston-2248@ecf.pacerpro.com

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KLowery@winston.com

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ECF_Houston@winston.com

000756P001-5488S-025
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ecf_sf@winston.com

000757P001-5488S-025
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000757P001-5488S-025
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
TWWALSH@WINSTON.COM

Records Printed :   **735**