## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   ss: |
| COUNTY OF KINGS | ) |

I, Delicia A. Chung, declare:

1.  I am over the age of 18 years and not a party to these Chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6021 15th Avenue, Brooklyn, NY 11219.

3.  On the 14th day of November, 2022, DRC, under my supervision, caused to serve, a true and accurate copy of the following:

    i.   *Joint Emergency Motion for Status Conference* (Docket No. 1055); and

    ii.  *Order Temporarily Suspending the Authority of the Board of Directors of GWG Holdings, Inc* (Docket No. 1061),

to be served via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955).. The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 21st day of November, 2022, Brooklyn, New York.

By _____

Delicia A. Chung

Sworn before me this
21st day of November, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 22-90032   Document 1098   Filed in TXSB on 11/21/22   Page 4 of 37
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

11/14/2022 09:47:53 PM

---

000020P002-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000020P002-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
bkemp@akingump.com

000020P002-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
lyork@akingump.com

000021P004-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P004-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000021P004-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
jrubin@akingump.com

000126P001-1488S-155
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000735P001-1488S-155
AKIN GUMP STRAUSS HAUER & FELD, LLP,
ATTN: LACY LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
llawrence@akingump.com

000233P001-1488S-155
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000061P001-1488S-155
AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA
CHOISEL.D.MURRAY1@AON.COM

000064P001-1488S-155
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-155
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-155
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-1488S-155
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000060P001-1488S-155
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423
LISA.OLEN@BROADRIDGE.COM

000023P001-1488S-155
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-155
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000725P001-1488S-155
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
ADAM.BALINSKY@CHAPFORDCAPITALGROUP.COM

000725P001-1488S-155
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
SCOTT.ROSE@CHAPFORDCAPITALGROUP.COM

000048P001-1488S-155
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-1488S-155
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000726P001-1488S-155
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
DPERKINS@CRAVATH.COM

000726P001-1488S-155
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
JZOBITZ@CRAVATH.COM

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

---

000067P001-1488S-155
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-1488S-155
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000231P001-1488S-155
DONALD W RHODES
310 BROEKERS LANE
NEW ALBANY IN 47150
DON-ADORIE@ATT.NET

000069P001-1488S-155
EMERSON EQUITY LLC
MELINDA LEISHMAN
15 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBDSOLUTIONS.COM

000212P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
VINCE.SLUSHER@FAEGREDRINKER.COM

000212P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
KRISTEN.PERRY@FAEGREDRINKER.COM

000212P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
kelly.olson@faegredrinker.com

000212P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
danette.dykema@faegredrinker.com

000213P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
MICHAEL.STEWART@FAEGREDRINKER.COM

000213P001-1488S-155
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
ROGER.MALDONADO@FAEGREDRINKER.COM

000070P001-1488S-155
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-1488S-155
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000135P002-1488S-155
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-1488S-155
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-1488S-155
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-155
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-1488S-155
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-1488S-155
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000027P002-1488S-155
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
avongoetz@girardsharp.com

000152P001-1488S-155
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000152P001-1488S-155
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
ASOTO@GRSM.COM

000154P001-1488S-155
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000154P001-1488S-155
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
SDURAZO@GRSM.COM

000011P002-1488S-155
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-155
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-155
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-155
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-155
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-155
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.gracie.gonzales@tklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hapi@hklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
LEVITT@HKLAW.COM

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
anthony.pirraglia@hklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
laura.davis@tklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hope.daniels@hklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
gale.williams-gattis@tklaw.com

000124P001-1488S-155
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
julie.warren@hklaw.com

000125P001-1488S-155
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000047P001-1488S-155
HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067
JBOLLERMAN@HL.COM

000460P001-1488S-155
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-155
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000460P001-1488S-155
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
jwk@hwallp.com

000460P001-1488S-155
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
dkokenes@hwallp.com

000065P002-1488S-155
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-155
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000120P001-1488S-155
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
kgradney@jw.com

000120P001-1488S-155
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
dtrevino@jw.com

Case 22-90032   Document 1098   Filed in TXSB on 11/21/22   Page 7 of 37

GWG Holdings, Inc, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 31                                                    11/14/2022 09:47:53 PM

000120P001-1488S-155
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
jpupo@jw.com

000120P001-1488S-155
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
JacksonWalkerLLP@jubileebk.net

000121P001-1488S-155
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

000062P001-1488S-155
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
SREISMAN@KATTEN.COM

000564P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
nyc.bknotices@kattenlaw.com

000565P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

000566P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000567P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
GEOFFREY M KING
525 WEST MONROE ST
CHICAGO IL 60661-3693
GEOFF.KING@KATTEN.COM

000568P001-1488S-155
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
laura.krucks@kirkland.com

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
john.luze@kirkland.com

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
emily.geier@kirkland.com

000129P002-1488S-155
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
brad.weiland@kirkland.co

000049P002-1488S-155
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-155
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-155
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-155
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-155
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P001-1488S-155
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-155
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-155
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000232P001-1488S-155<br>MATTHEW PEARCE<br>1269 CAROLINE ST<br>ALAMEDA CA 94501<br>MATTHEW@HITFASTFORWARD.COM | 000413P001-1488S-155<br>MAURICE WUTSCHER LLP<br>ALAN C HOCHHEISER<br>23611 CHAGRIN BLVD STE 207<br>BEACHWOOD OH 44122<br>AHOCHHEISER@MAURICEWUTSCHER.COM | 000012P001-1488S-155<br>MAYER BROWN LLP<br>CHARLES S KELLEY<br>700 LOUISIANA ST<br>STE 3400<br>HOUSTON TX 77002-2730<br>CKELLEY@MAYERBROWN.COM | 000012P001-1488S-155<br>MAYER BROWN LLP<br>CHARLES S KELLEY<br>700 LOUISIANA ST<br>STE 3400<br>HOUSTON TX 77002-2730<br>sswihart@mayerbrown.com |
| 000012P001-1488S-155<br>MAYER BROWN LLP<br>CHARLES S KELLEY<br>700 LOUISIANA ST<br>STE 3400<br>HOUSTON TX 77002-2730<br>houstondocket@mayerbrown.com | 000012P001-1488S-155<br>MAYER BROWN LLP<br>CHARLES S KELLEY<br>700 LOUISIANA ST<br>STE 3400<br>HOUSTON TX 77002-2730<br>6843309420@filings.docketbird.com | 000013P001-1488S-155<br>MAYER BROWN LLP<br>THOMAS S KIRIAKOS<br>71 S WACKER DR<br>CHICAGO IL 60606<br>TKIRIAKOS@MAYERBROWN.COM | 000014P001-1488S-155<br>MAYER BROWN LLP<br>LOUIS S CHIAPPETTA<br>71 S WACKER DR<br>CHICAGO IL 60606<br>LCHIAPPETTA@MAYERBROWN.COM |
| 000015P001-1488S-155<br>MAYER BROWN LLP<br>ADAM C PAUL<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1001<br>APAUL@MAYERBROWN.COM | 000016P001-1488S-155<br>MAYER BROWN LLP<br>LUCY F KWESKIN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1001<br>LKWESKIN@MAYERBROWN.COM | 000055P001-1488S-155<br>MURPHY AND MCGONIGLE PC<br>ROBERT HOWARD JR<br>4870 SALDER RD<br>STE 301<br>GLEN ALLEN VA 23060<br>ROBERT.HOWARD@MMLAWUS.COM | 000137P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000138P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000139P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000140P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000141P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000142P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000143P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000144P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000145P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000146P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000147P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000148P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000149P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 6 of 31                                                                                    11/14/2022 09:47:53 PM

---

| | | | |
|---|---|---|---|
| 000150P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000151P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000153P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000156P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000159P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000160P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000161P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000162P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000163P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000164P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000165P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000167P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000168P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000169P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000171P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000173P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000176P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000177P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000180P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000181P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000184P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000185P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000188P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000189P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000192P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000193P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000194P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000195P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000197P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000198P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000199P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000200P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000201P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000202P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000203P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000204P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000205P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000206P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000209P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000210P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000215P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000216P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000217P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000218P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000219P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000220P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000222P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000223P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000224P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000225P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000226P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000227P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000235P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000236P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000237P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000238P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| 000239P001-1488S-155 | 000240P001-1488S-155 | 000241P001-1488S-155 | 000242P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000243P001-1488S-155 | 000244P001-1488S-155 | 000245P001-1488S-155 | 000246P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000247P001-1488S-155 | 000248P001-1488S-155 | 000249P001-1488S-155 | 000250P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000250P001-1488S-155 | 000251P001-1488S-155 | 000252P001-1488S-155 | 000253P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000254P001-1488S-155 | 000255P001-1488S-155 | 000256P001-1488S-155 | 000257P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000258P001-1488S-155 | 000259P001-1488S-155 | 000261P001-1488S-155 | 000262P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000263P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000264P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000265P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000268P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000269P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000272P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000273P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000277P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000278P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000279P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000280P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000282P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000283P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000284P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000286P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000287P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000289P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000290P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000291P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000293P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000294P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000298P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000301P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000317P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000322P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000326P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000330P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000336P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000345P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000354P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000359P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000360P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000361P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000363P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000364P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000365P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000367P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000368P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000369P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000371P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000372P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000373P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000374P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000375P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000376P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000377P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000378P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000380P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000382P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000383P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000384P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000385P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000386P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000387P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000388P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000390P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000391P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000392P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000394P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000395P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000396P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**

Page # : 15 of 31                                                                                    11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000397P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000400P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000401P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000402P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000404P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000405P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000406P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000407P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000410P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000416P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000417P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000420P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000421P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000425P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000429P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000433P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000436P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000437P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000440P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000441P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000448P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000449P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000453P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| 000454P001-1488S-155 | 000455P001-1488S-155 | 000456P001-1488S-155 | 000457P001-1488S-155 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000458P001-1488S-155 | 000461P001-1488S-155 | 000462P001-1488S-155 | 000463P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000464P001-1488S-155 | 000465P001-1488S-155 | 000466P001-1488S-155 | 000467P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000468P001-1488S-155 | 000469P001-1488S-155 | 000470P001-1488S-155 | 000471P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000472P001-1488S-155 | 000473P001-1488S-155 | 000474P001-1488S-155 | 000476P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000477P001-1488S-155 | 000479P001-1488S-155 | 000480P001-1488S-155 | 000481P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000482P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000485P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000486P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000489P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000491P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000493P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000495P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000496P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000497P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000498P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000499P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000500P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000501P002-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000503P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000504P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000506P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000507P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000508P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000509P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 10   Filed in TXSB on 11/21/22   Page 22 of 37
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000510P001-1488S-155 | 000511P001-1488S-155 | 000512P001-1488S-155 | 000513P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000514P001-1488S-155 | 000515P001-1488S-155 | 000516P001-1488S-155 | 000517P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000518P001-1488S-155 | 000519P001-1488S-155 | 000520P001-1488S-155 | 000522P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000523P001-1488S-155 | 000524P001-1488S-155 | 000525P001-1488S-155 | 000527P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000528P001-1488S-155 | 000529P001-1488S-155 | 000530P001-1488S-155 | 000531P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000532P001-1488S-155 | 000533P001-1488S-155 | 000534P001-1488S-155 | 000535P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000536P001-1488S-155 | 000537P001-1488S-155 | 000538P001-1488S-155 | 000539P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000540P001-1488S-155 | 000541P001-1488S-155 | 000542P001-1488S-155 | 000543P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000544P001-1488S-155 | 000546P001-1488S-155 | 000547P001-1488S-155 | 000548P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000550P001-1488S-155 | 000551P001-1488S-155 | 000552P001-1488S-155 | 000553P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000554P001-1488S-155 | 000555P001-1488S-155 | 000556P001-1488S-155 | 000557P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000559P001-1488S-155 | 000560P001-1488S-155 | 000561P001-1488S-155 | 000562P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000563P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000569P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000571P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000572P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000573P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000575P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000576P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000577P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000579P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000580P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000581P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000582P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000583P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000584P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000585P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000586P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000587P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000588P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000589P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000590P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000591P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

11/14/2022 09:47:53 PM

| 000592P001-1488S-155 | 000593P001-1488S-155 | 000594P001-1488S-155 | 000595P001-1488S-155 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000596P001-1488S-155 | 000597P001-1488S-155 | 000598P001-1488S-155 | 000598P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000599P001-1488S-155 | 000600P001-1488S-155 | 000601P001-1488S-155 | 000602P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000604P001-1488S-155 | 000605P001-1488S-155 | 000606P001-1488S-155 | 000607P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000608P001-1488S-155 | 000609P001-1488S-155 | 000610P001-1488S-155 | 000611P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000612P001-1488S-155 | 000614P001-1488S-155 | 000615P001-1488S-155 | 000616P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000617P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000621P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000622P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000623P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000624P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000626P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000628P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000629P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000631P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000632P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000633P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000634P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000635P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000636P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000638P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000639P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000639P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000640P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000641P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000642P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000643P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000644P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000645P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

In re Grigsby, McSpedal

**Electronic Mail**
**Exhibit Pages**

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000646P001-1488S-155 | 000650P001-1488S-155 | 000651P002-1488S-155 | 000654P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000655P001-1488S-155 | 000656P001-1488S-155 | 000658P001-1488S-155 | 000659P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000660P001-1488S-155 | 000660P001-1488S-155 | 000661P001-1488S-155 | 000662P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000663P001-1488S-155 | 000664P001-1488S-155 | 000665P001-1488S-155 | 000666P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000667P001-1488S-155 | 000668P001-1488S-155 | 000669P001-1488S-155 | 000670P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000671P001-1488S-155 | 000672P001-1488S-155 | 000673P001-1488S-155 | 000674P001-1488S-155 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000675P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000676P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000677P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000678P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000679P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000680P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000681P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000682P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000683P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000684P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000685P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000686P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000687P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000688P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000689P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000690P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000691P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000692P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000693P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000694P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000695P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000696P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000697P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000698P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000699P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000700P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000701P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000702P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000703P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000704P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000706P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000707P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000708P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000709P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000710P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000711P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000712P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000713P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000714P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000715P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000716P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000717P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000718P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000719P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000720P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000721P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000722P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000723P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

11/14/2022 09:47:53 PM

| | | | |
|---|---|---|---|
| 000724P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000728P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000729P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000730P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000731P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000736P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000737P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000739P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000740P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000741P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000743P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000744P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000749P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000753P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

Page # : 28 of 31

11/14/2022 09:47:53 PM

000759P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000760P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000762P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000768P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000769P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000072P001-1488S-155
NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041
DTCCCREDITCONTROL@DTCC.COM

000230P001-1488S-155
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000745P001-1488S-155
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
TDURST@OMM.COM

000745P001-1488S-155
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
EPERSSON@OMM.COM

000745P001-1488S-155
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
timothy-durst-9363@ecf.pacerpro.com

000746P001-1488S-155
O'MELVENEY & MYERS LLP
GARY SVIRSKY
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036
GSVIRSKY@OMM.COM

000155P001-1488S-155
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@OAG.TEXAS.GOV

000006P003-1488S-155
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000006P003-1488S-155
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
C.Ross.Travis@usdoj.gov

000006P003-1488S-155
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

000130P001-1488S-155
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-1488S-155
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-1488S-155
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000158P001-1488S-155
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
BMOORE@OKINADAMS.COM

000765P001-1488S-155
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000765P001-1488S-155
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
DANFLIMAN@PAULHASTINGS.COM

000765P001-1488S-155
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAMESGROGAN@PAULHASTINGS.COM

000767P001-1488S-155
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
ALLISONMILLER@PAULHASTINGS.COM

000767P001-1488S-155
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JEREMYEVANS@PAULHASTINGS.COM

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000767P001-1488S-155<br>PAUL HASTINGS LLP<br>ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO<br>200 PARK AVE<br>NEW YORK NY 10166<br>JACKIAFFALDANO@PAULHASTINGS.COM | 000133P002-1488S-155<br>PJT PARTNERS<br>PETER LAURINAITIS<br>LAURINAITIS@PJTPARTNERS.COM | 000134P003-1488S-155<br>PJT PARTNERS<br>WILLIAM EVARTS<br>EVARTS@PJTPARTNERS.COM | 000131P001-1488S-155<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>EENGLISH@PORTERHEDGES.COM |
| 000131P001-1488S-155<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>SJOHNSON@PORTERHEDGES.COM | 000131P001-1488S-155<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>emoreland@porterhedges.com | 000131P001-1488S-155<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>egarfias@porterhedges.com | 000131P001-1488S-155<br>PORTER HEDGES LLP<br>ERIC M ENGLISH;M SHANE JOHNSON<br>1000 MAIN ST.,36TH FLOOR<br>HOUSTON TX 77002<br>mwebb@porterhedges.com |
| 000068P002-1488S-155<br>PRESSWRITE PRINTING INC<br>KIM SAFFELL<br>3384 BROWNLOW AVE<br>MINNEAPOLIS MN 55426<br>KIM@PRESSWRITE.COM | 000056P001-1488S-155<br>PRICEWATERHOUSECOOPERS LLP<br>AILEN OKHAREDIA<br>PO BOX 952282<br>DALLAS TX 75395<br>AILEN.A.OKHAREDIA@PWC.COM | 000763P001-1488S-155<br>PROSKAUER ROSE LLP<br>BRIAN S ROSEN<br>ELEVEN TIME SQUARE<br>NEW YORK NY 10036<br>BROSEN@PROSKAUER.COM | 000052P001-1488S-155<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>MICHAEL LIFTIK<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017<br>MICHAELLIFTIK@QUINNEMANUEL.COM |
| 000058P002-1488S-155<br>RICHARDS LAYTON & FINGER PA<br>C STEPHEN BIGLER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>BIGLER@RLF.COM | 000292P001-1488S-155<br>ROPES & GRAY LLP<br>MARK R SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>MARK.SOMERSTEIN@ROPESGRAY.COM | 000073P002-1488S-155<br>SECURITIES TRANSFER CORP<br>PATRICIA STEPHAN<br>2901 N DALLAS PARKWAY<br>SUITE 380<br>PLANO TX 75093<br>PSTEPHAN@STCTRANSFER.COM | 000019P002-1488S-155<br>SIDLEY AUSTIN<br>MATTHEW A CLEMENTE<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>MCLEMENTE@SIDLEY.COM |
| 000122P001-1488S-155<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>MFISHEL@SIDLEY.COM | 000122P001-1488S-155<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>michael-fishel-4347@ecf.pacerpro.com | 000122P001-1488S-155<br>SIDLEY AUSTIN LLP<br>MICHAEL FISHEL<br>1000 LOUISIANA ST.,STE 5900<br>HOUSTON TX 77002<br>txfilingnotice@sidley.com | 000123P001-1488S-155<br>SIDLEY AUSTIN LLP<br>WILLIAM E CURTIN<br>787 7TH AVE<br>NEW YORK NY 10019<br>WCURTIN@SIDLEY.COM |
| 000030P001-1488S-155<br>SILVER LAW GROUP<br>SCOTT L SILVER<br>11780 W SAMPLE RD<br>CORAL SPRINGS FL 33065<br>SSILVER@SILVERLAW.COM | 000132P002-1488S-155<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>CHRISTOPHER.DYLLA@OAG.TEXAS.GOV | 000132P002-1488S-155<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>bk-cdylla@oag.texas.gov | 000132P002-1488S-155<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>Sherri.Simpson@oag.texas.gov |

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

---

000132P002-1488S-155
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-jstern@oag.texas.gov

000045P001-1488S-155
THE BENEFICIENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201
GREG.EZELL@BENEFICIENT.COM

000229P001-1488S-155
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000732P001-1488S-155
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

000732P001-1488S-155
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
agbanktexas@ag.tn.gov

000490P001-1488S-155
U.S. SECURITIES AND EXCHANGE COMMISSION
SONIA A CHAE,SR BANKRUPTCY ATTORNEY
175 W JACKSON BLVD.,STE 1450
CHICAGO IL 60604
CHAES@SEC.GOV

000050P001-1488S-155
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-155
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000051P001-1488S-155
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000017P002-1488S-155
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-1488S-155
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-1488S-155
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
jdisanti@whitecase.com

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
mco@whitecase.com

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
azatz@whitecase.com

000127P001-1488S-155
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
laura.grai@whit

000128P001-1488S-155
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000128P001-1488S-155
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
mco@whitecase.com

000128P001-1488S-155
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
jdisanti@whitecase.com

000074P001-1488S-155
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-155
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

000046P002-1488S-155
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

000196P001-1488S-155
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-155
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-155
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

000196P001-1488S-155
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
ASAGER@WINSTON.COM

000727P001-1488S-155
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
DPASSAGE@WINSTON.COM

000727P001-1488S-155
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
FFLORES@WINSTON.COM

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KPRESTON@WINSTON.COM

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
rsmith@winston.com

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
katy-preston-2248@ecf.pacerpro.com

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KLowery@winston.com

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ECF_Houston@winston.com

000756P001-1488S-155
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ecf_sf@winston.com

000757P001-1488S-155
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000757P001-1488S-155
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
TWWALSH@WINSTON.COM

Records Printed :   **735**

# EXHIBIT 2

**GWG Holdings, Inc., et al.**
Exhibit Pages

Page # : 1 of 2

11/14/2022 09:47:33 PM

000031P001-1488S-155
BANK OF UTAH
CORPORATE TRUST
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111

000079P001-1488S-155
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000032P001-1488S-155
CLMG CORP
AS ADMINISTRATIVE AGENT
7195 DALLAS PKWY
PLANO TX 75024

000098P001-1488S-155
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000172P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000221P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000288P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000318P002-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000337P002-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000356P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000424P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000451P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000502P002-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000505P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000521P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000603P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000613P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000619P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000620P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000625P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000627P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000630P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000637P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000648P002-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000649P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000652P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000653P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000657P001-1488S-155
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

11/14/2022 09:47:34 PM

| | | | |
|---|---|---|---|
| 000761P001-1488S-155<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000285P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000333P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000347P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000398P002-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000412P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000443P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000444P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000445P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000446P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000475P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000478P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000492P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000526P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000545P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000549P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000558P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000647P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000705P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000733P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000734P001-1488S-155<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1488S-155<br>NATIONAL FOUNDERS LP<br>AS ADMINISTRATIVE AGENT<br>PO BOX 1073<br>WILMINGTON DE 19899 | 000105P001-1488S-155<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000071P001-1488S-155<br>NEW TANGRAM LLC<br>DANIELLE STEVENS<br>9200 SORENSEN AVE<br>SANTA FE SPRINGS CA 90670 |
| 000107P001-1488S-155<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000116P001-1488S-155<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000118P001-1488S-155<br>TENNESSEE ATTORNEY GENERAL<br>HERBERT H SLATERY III<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000009P001-1488S-155<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |

Records Printed :  **56**