**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   ss: |
| COUNTY OF KINGS | ) |

I, Sung Jae Kim, declare:

1.  I am over the age of 18 years and not a party to these Chapter 11 Cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

3.  On the 30th day of November, 2022, DRC, caused a true and accurate copy of the "Debtors' Emergency Motion for Entry of Orders (I) Approving Settlements Among the Debtors, the DLP Secured Parties, and Other Parties in Interest, and (II) Granting Related Relief" (Docket No. 1121), to be served via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via U.S. First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of December, 2022, Brooklyn, New York.

By _____
                    Sung Jae Kim

Sworn before me this
1st day of December, 2022

_____
        Notary Public

```
JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2026
```

# EXHIBIT 1

000020P002-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000020P002-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
bkemp@akingump.com

000020P002-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
lyork@akingump.com

000021P004-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P004-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000021P004-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
jrubin@akingump.com

0001 26P001-1488S-167
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000735P001-1488S-167
AKIN GUMP STRAUSS HAUER & FELD, LLP,
ATTN: LACY LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
llawrence@akingump.com

000233P001-1488S-167
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000061P001-1488S-167
AON INSURANCE MANAGERS BERMUDA LTD
CHOISEL MURRAY
AON HOUSE
30 WOODBOURNE AVE
PEMBROKE PARISH  HM 08
BERMUDA
CHOISEL.D.MURRAY1@AON.COM

000064P001-1488S-167
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-167
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-167
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-1488S-167
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000060P001-1488S-167
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
LISA OLEN
PO BOX 416423
BOSTON MA 02241-6423
LISA.OLEN@BROADRIDGE.COM

000023P001-1488S-167
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-167
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000725P001-1488S-167
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
ADAM.BALINSKY@CHAPFORDCAPITALGROUP.COM

000725P001-1488S-167
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
SCOTT.ROSE@CHAPFORDCAPITALGROUP.COM

000048P001-1488S-167
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-1488S-167
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000726P001-1488S-167
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
DPERKINS@CRAVATH.COM

000726P001-1488S-167
CRAVATH, SWAINE & MOORE LLP
DAVID J. PERKINS & GEORGE E. ZOBITZ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019
JZOBITZ@CRAVATH.COM

| | | | |
|---|---|---|---|
| 000067P001-1488S-167 | 000082P001-1488S-167 | 000231P001-1488S-167 | 000069P001-1488S-167 |
| CUBIK PROMOTIONS INC | DELAWARE ATTORNEY GENERAL | DONALD W RHODES | EMERSON EQUITY LLC |
| JANEL FORBROOK | KATHY JENNINGS | 310 BROEKERS LANE | MELINDA LEISHMAN |
| 500 AIRPORT RD | CARVEL STATE OFFICE BLDG | NEW ALBANY IN 47150 | 15 BOVET RD |
| STE 211 | 820 N FRENCH ST | DON-ADORIE@ATT.NET | STE 725 |
| REDWOOD FALLS MN 56283 | WILMINGTON DE 19801 | | SAN MATEO CA 94402 |
| ACCOUNTS@CUBIKPROMO.COM | ATTORNEY.GENERAL@STATE.DE.US | | MLEISHMAN@MBDSOLUTIONS.COM |
| | | | |
| 000212P001-1488S-167 | 000212P001-1488S-167 | 000212P001-1488S-167 | 000212P001-1488S-167 |
| FAEGRE DRINKER BIDDLE & REATH LLP | FAEGRE DRINKER BIDDLE & REATH LLP | FAEGRE DRINKER BIDDLE & REATH LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| VINCENT P SLUSHER;KRISTEN L PERRY | VINCENT P SLUSHER;KRISTEN L PERRY | VINCENT P SLUSHER;KRISTEN L PERRY | VINCENT P SLUSHER;KRISTEN L PERRY |
| 1717 MAIN ST.,STE 5400 | 1717 MAIN ST.,STE 5400 | 1717 MAIN ST.,STE 5400 | 1717 MAIN ST.,STE 5400 |
| DALLAS TX 75201-7367 | DALLAS TX 75201-7367 | DALLAS TX 75201-7367 | DALLAS TX 75201-7367 |
| VINCE.SLUSHER@FAEGREDRINKER.COM | KRISTEN.PERRY@FAEGREDRINKER.COM | kelly.olson@faegredrinker.com | danette.dykema@faegredrinker.com |
| | | | |
| 000213P001-1488S-167 | 000213P001-1488S-167 | 000070P001-1488S-167 | 000234P001-1488S-167 |
| FAEGRE DRINKER BIDDLE & REATH LLP | FAEGRE DRINKER BIDDLE & REATH LLP | FINANCIAL ADVISORS LLC | FRANK S MOORE |
| MICHAEL R STEWART;ROGER A MALDONADO | MICHAEL R STEWART;ROGER A MALDONADO | DONALD GOROWSKY | 757 ROCKDALE DRIVE |
| 2200 WELLS FARGO CENTER | 2200 WELLS FARGO CENTER | 706 2ND AVE S | SAN FRANCISCO CA 94127 |
| 90 S. 7TH ST | 90 S. 7TH ST | STE 850  706 BLDG | FSMOORE@PACBELL.NET |
| MINNEAPOLIS MN 55402 | MINNEAPOLIS MN 55402 | MINNEAPOLIS MN 55402 | |
| MICHAEL.STEWART@FAEGREDRINKER.COM | ROGER.MALDONADO@FAEGREDRINKER.COM | DON@FA-LLC.COM | |
| | | | |
| 000135P002-1488S-167 | 000136P002-1488S-167 | 000025P001-1488S-167 | 000026P001-1488S-167 |
| FTI CONSULTING | FTI CONSULTING | GIRARD SHARP LLP | GIRARD SHARP LLP |
| CHAS HARVICK | WILLIAM NOLAN | ADAM E POLK | JORDAN ELIAS |
| CHAS.HARVICK@FTICONSULTING.COM | WILLIAM.NOLAN@FTICONSULTING.COM | 601 CALIFORNIA STREET | 601 CALIFORNIA ST |
| | | SUITE 1400 | SUITE 1400 |
| | | SAN FRANCISCO CA 94108 | SAN FRANCISCO CA 94108 |
| | | APOLK@GIRARDSHARP.COM | JELIAS@GIRARDSHARP.COM |
| | | | |
| 000027P002-1488S-167 | 000027P001-1488S-167 | 000027P002-1488S-167 | 000152P001-1488S-167 |
| GIRARD SHARP LLP | GIRARD SHARP LLP | GIRARD SHARP LLP | GORDON & REES |
| DANIEL GIRARD;SEAN GREENE | DANIEL GIRARD;SEAN GREENE | DANIEL GIRARD;SEAN GREENE | MEGAN M ADEYEMO |
| 601 CALIFORNIA ST | 601 CALIFORNIA ST | 601 CALIFORNIA ST | 2200 ROSS AVE.,STE 3700 |
| SUITE 1400 | SUITE 1400 | SUITE 1400 | DALLAS TX 75201 |
| SAN FRANCISCO CA 94108 | SAN FRANCISCO CA 94108 | SAN FRANCISCO CA 94108 | MADEYEMO@GRSM.COM |
| DGIRARD@GIRARDSHARP.COM | SGREENE@GIRARDSHARP.COM | avongoetz@girardsharp.com | |
| | | | |
| 000152P001-1488S-167 | 000154P001-1488S-167 | 000154P001-1488S-167 | 000011P002-1488S-167 |
| GORDON & REES | GORDON & REES | GORDON & REES | GWG HOLDINGS INC |
| MEGAN M ADEYEMO | JEFFREY D CAWDREY | JEFFREY D CAWDREY | MURRAY HOLLAND, PRES. & CEO |
| 2200 ROSS AVE.,STE 3700 | 101 WEST BROADWAY STE 2000 | 101 WEST BROADWAY STE 2000 | 325 N ST PAUL ST |
| DALLAS TX 75201 | SAN DIEGO CA 92101 | SAN DIEGO CA 92101 | STE 2650 |
| ASOTO@GRSM.COM | JCAWDREY@GRSM.COM | SDURAZO@GRSM.COM | DALLAS TX 75201 |
| | | | EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 108   GWG Holdings, Inc., et al.   Filed in TXSB on 12/01/22   Page 6 of 37

**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 31                                                                                                          11/30/2022 11:34:32 AM

---

000011P002-1488S-167
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-167
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-167
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-167
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-167
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
STEVEN.gracie.gonzales@tklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hapi@hklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
LEVITT@HKLAW.COM

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
anthony.pirraglia@hklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
laura.davis@tklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hope.daniels@hklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
gale.williams-gattis@tklaw.com

000124P001-1488S-167
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
julie.warren@hklaw.com

000125P001-1488S-167
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000047P001-1488S-167
HOULIHAN LOKEY FINANCIAL ADVISORS INC
JEFFREY BOLLERMAN
10250 CONSTELLATION BLVD
5TH FL
LOS ANGELES CA 90067
JBOLLERMAN@HL.COM

000460P001-1488S-167
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-167
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000460P001-1488S-167
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
jwk@hwallp.com

000460P001-1488S-167
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
dkokenes@hwallp.com

000065P002-1488S-167
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-167
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000120P001-1488S-167
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
kgradney@jw.com

000120P001-1488S-167
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
dtrevino@jw.com

000120P001-1488S-167
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
jpupo@jw.com

000120P001-1488S-167
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
JacksonWalkerLLP@jubileebk.net

000121P001-1488S-167
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

000062P001-1488S-167
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-167
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
SREISMAN@KATTEN.COM

000564P001-1488S-167
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
nyc.bknotices@kattenlaw.com

000565P001-1488S-167
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

000566P002-1488S-167
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000567P001-1488S-167
KATTEN MUCHIN ROSENMAN LLP
GEOFFREY M KING
525 WEST MONROE ST
CHICAGO IL 60661-3693
GEOFF.KING@KATTEN.COM

000568P001-1488S-167
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
laura.krucks@kirkland.com

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
john.luze@kirkland.com

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
emily.geier@kirkland.com

000129P002-1488S-167
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
brad.weiland@kirkland.co

000049P002-1488S-167
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-167
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-167
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-167
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-167
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P001-1488S-167
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-167
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-167
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000232P001-1488S-167
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-1488S-167
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-1488S-167
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000012P001-1488S-167
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
sswihart@mayerbrown.com

000012P001-1488S-167
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
houstondocket@mayerbrown.com

000012P001-1488S-167
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
6843309420@filings.docketbird.com

000013P001-1488S-167
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-1488S-167
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-1488S-167
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

0016P001-1488S-167
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-1488S-167
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000139P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000140P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000141P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000142P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000143P002-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000144P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000145P002-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000146P002-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000147P002-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000148P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000149P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000150P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000151P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000153P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000156P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000159P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000160P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000161P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000162P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000163P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000164P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000165P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000167P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000168P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000169P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000171P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000173P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000176P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000177P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000180P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000181P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000184P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000185P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000188P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000189P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000192P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000193P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000194P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000195P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000197P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000198P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000199P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000200P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000201P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000202P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000203P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000204P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000205P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000206P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000209P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000210P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000215P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000216P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000217P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000218P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000219P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000220P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000222P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000223P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000224P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000225P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000226P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000227P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000235P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000236P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000237P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000238P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Electronic Mail
Exhibit Pages

11/30/2022 11:34:32 AM

| | | | |
|---|---|---|---|
| 000239P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000240P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000241P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000242P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000243P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000244P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000245P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000246P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000247P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000248P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000249P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000250P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000250P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000251P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000252P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000253P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000254P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000255P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000256P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000257P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000258P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000259P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000261P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

11/30/2022 11:34:32 AM

---

000263P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000264P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000265P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000266P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000268P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000269P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000270P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000271P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000272P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000273P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000274P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000275P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000277P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000278P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000279P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000280P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000282P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000283P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000284P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000286P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000287P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000289P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000290P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000291P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000293P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000294P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000298P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000301P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000317P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000322P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000326P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000330P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000336P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000345P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000354P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000359P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000360P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000361P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000363P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000364P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000365P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000367P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000368P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000369P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000371P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000372P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000373P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000374P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000375P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000376P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000377P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000378P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000380P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000382P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000383P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000384P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000385P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000386P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000387P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000388P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000390P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000391P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000392P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000394P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000395P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000396P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000397P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000400P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000401P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000402P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000404P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000405P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000406P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000407P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000410P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000416P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000417P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000420P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000421P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

11/30/2022 11:34:32 AM

| | | | |
|---|---|---|---|
| 000425P001-1488S-167 | 000426P001-1488S-167 | 000427P001-1488S-167 | 000428P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000429P001-1488S-167 | 000430P001-1488S-167 | 000431P001-1488S-167 | 000432P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000433P001-1488S-167 | 000434P001-1488S-167 | 000435P001-1488S-167 | 000436P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000437P001-1488S-167 | 000438P001-1488S-167 | 000439P001-1488S-167 | 000440P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000441P001-1488S-167 | 000442P001-1488S-167 | 000447P001-1488S-167 | 000448P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000449P001-1488S-167 | 000450P001-1488S-167 | 000452P001-1488S-167 | 000453P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 119-10   Filed in TXSB on 12/01/22   Page 20 of 37
GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

| 000454P001-1488S-167 | 000455P001-1488S-167 | 000456P001-1488S-167 | 000457P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000458P001-1488S-167 | 000461P001-1488S-167 | 000462P001-1488S-167 | 000463P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000464P001-1488S-167 | 000465P001-1488S-167 | 000466P001-1488S-167 | 000467P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000468P001-1488S-167 | 000469P001-1488S-167 | 000470P001-1488S-167 | 000471P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000472P001-1488S-167 | 000473P001-1488S-167 | 000474P001-1488S-167 | 000476P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000477P001-1488S-167 | 000479P001-1488S-167 | 000480P001-1488S-167 | 000481P001-1488S-167 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

11/30/2022 11:34:32 AM

| | | | |
|---|---|---|---|
| 000482P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000485P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000486P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000489P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000491P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000493P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000495P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000496P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000497P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000498P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000499P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000500P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000501P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000503P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000504P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000506P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000507P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000508P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000509P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000510P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000511P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000512P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000513P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000514P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000515P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000516P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000517P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000518P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000519P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000520P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000523P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000524P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000525P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000528P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000529P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000532P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000533P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000536P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000537P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000538P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000539P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000540P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000541P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000544P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000546P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000548P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000550P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000551P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000553P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000554P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000555P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000556P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000557P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000559P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000560P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000561P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000562P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000563P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000569P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000571P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000572P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000573P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000575P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000576P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000577P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000579P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000580P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000581P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000582P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000583P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000584P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000585P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000586P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000587P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000588P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000589P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000590P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000591P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000592P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000593P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000594P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000595P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000596P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000597P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000599P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000600P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000601P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000602P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000604P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000605P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000608P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000609P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000612P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000614P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000615P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000616P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

11/30/2022 11:34:32 AM

| | | | |
|---|---|---|---|
| 000617P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000621P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000622P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000623P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000624P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000626P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000628P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000629P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000631P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000632P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000633P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000634P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000635P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000636P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000638P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000639P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000639P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000640P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000641P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000642P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000643P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000644P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000645P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000646P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000650P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000651P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000654P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000655P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000656P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000658P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000659P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000660P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000660P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000661P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000662P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000663P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000664P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000665P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000666P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000667P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000668P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000669P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000670P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000671P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000672P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000673P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000674P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 11-6   Filed in TXSB on 12/01/22   Page 28 of 37

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 25 of 31

11/30/2022 11:34:32 AM

000675P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000676P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000677P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000678P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000679P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000680P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000681P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000682P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000683P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000684P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000685P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000686P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000687P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000688P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000689P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000690P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000691P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000692P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000693P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000694P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000695P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000696P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000697P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000698P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

11/30/2022 11:34:32 AM

| | | | |
|---|---|---|---|
| 000699P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000700P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000701P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000702P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000703P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000704P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000706P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000707P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000708P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000709P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000710P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000711P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000712P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000713P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000714P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000715P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000716P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000717P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000718P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000719P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000720P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000721P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000722P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000723P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000724P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000728P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000729P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000730P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000731P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000736P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000737P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000739P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000740P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000741P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000743P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000744P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000749P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000753P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

---

000759P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000760P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000762P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000768P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000769P001-1488S-167
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000072P001-1488S-167
NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041
DTCCCREDITCONTROL@DTCC.COM

000230P001-1488S-167
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000745P001-1488S-167
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
TDURST@OMM.COM

000745P001-1488S-167
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
EPERSSON@OMM.COM

000745P001-1488S-167
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
timothy-durst-9363@ecf.pacerpro.com

000746P001-1488S-167
O'MELVENEY & MYERS LLP
GARY SVIRSKY
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036
GSVIRSKY@OMM.COM

000155P001-1488S-167
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@OAG.TEXAS.GOV

000006P003-1488S-167
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000006P003-1488S-167
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
C.Ross.Travis@usdoj.gov

000006P003-1488S-167
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

000130P001-1488S-167
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-1488S-167
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-1488S-167
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000158P001-1488S-167
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
BMOORE@OKINADAMS.COM

000765P001-1488S-167
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000765P001-1488S-167
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
DANFLIMAN@PAULHASTINGS.COM

000765P001-1488S-167
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAMESGROGAN@PAULHASTINGS.COM

000767P001-1488S-167
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
ALLISONMILLER@PAULHASTINGS.COM

000767P001-1488S-167
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JEREMYEVANS@PAULHASTINGS.COM

GWG Holdings, Inc, et al
Electronic Mail
Exhibit Pages

---

000767P001-1488S-167
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JACKIAFFALDANO@PAULHASTINGS.COM

000133P002-1488S-167
PJT PARTNERS
PETER LAURINAITIS
LAURINAITIS@PJTPARTNERS.COM

000134P003-1488S-167
PJT PARTNERS
WILLIAM EVARTS
EVARTS@PJTPARTNERS.COM

000131P001-1488S-167
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
EENGLISH@PORTERHEDGES.COM

000131P001-1488S-167
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
SJOHNSON@PORTERHEDGES.COM

000131P001-1488S-167
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
emoreland@porterhedges.com

000131P001-1488S-167
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
egarfias@porterhedges.com

000131P001-1488S-167
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
mwebb@porterhedges.com

000068P002-1488S-167
PRESSWRITE PRINTING INC
KIM SAFFELL
3384 BROWNLOW AVE
MINNEAPOLIS MN 55426
KIM@PRESSWRITE.COM

000056P001-1488S-167
PRICEWATERHOUSECOOPERS LLP
AILEN OKHAREDIA
PO BOX 952282
DALLAS TX 75395
AILEN.A.OKHAREDIA@PWC.COM

000763P001-1488S-167
PROSKAUER ROSE LLP
BRIAN S ROSEN
ELEVEN TIME SQUARE
NEW YORK NY 10036
BROSEN@PROSKAUER.COM

000052P001-1488S-167
QUINN EMANUEL URQUHART AND SULLIVAN
MICHAEL LIFTIK
865 S FIGUEROA ST
10TH FL
LOS ANGELES CA 90017
MICHAELLIFTIK@QUINNEMANUEL.COM

000058P002-1488S-167
RICHARDS LAYTON & FINGER PA
C STEPHEN BIGLER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
BIGLER@RLF.COM

000292P001-1488S-167
ROPES & GRAY LLP
MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
MARK.SOMERSTEIN@ROPESGRAY.COM

000073P002-1488S-167
SECURITIES TRANSFER CORP
PATRICIA STEPHAN
2901 N DALLAS PARKWAY
SUITE 380
PLANO TX 75093
PSTEPHAN@STCTRANSFER.COM

000019P002-1488S-167
SIDLEY AUSTIN
MATTHEW A CLEMENTE
ONE SOUTH DEARBORN
CHICAGO IL 60603
MCLEMENTE@SIDLEY.COM

000122P001-1488S-167
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
MFISHEL@SIDLEY.COM

000122P001-1488S-167
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
michael-fishel-4347@ecf.pacerpro.com

000122P001-1488S-167
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
txefilingnotice@sidley.com

000123P001-1488S-167
SIDLEY AUSTIN LLP
WILLIAM E CURTIN
787 7TH AVE
NEW YORK NY 10019
WCURTIN@SIDLEY.COM

000030P001-1488S-167
SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065
SSILVER@SILVERLAW.COM

000132P002-1488S-167
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERALS OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
CHRISTOPHER.DYLLA@OAG.TEXAS.GOV

000132P002-1488S-167
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERALS OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-cdylla@oag.texas.gov

000132P002-1488S-167
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERALS OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
Sherri.Simpson@oag.texas.gov

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

000132P002-1488S-167
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-jstern@oag.texas.gov

000045P001-1488S-167
THE BENEFICENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201
GREG.EZELL@BENEFICIENT.COM

000229P001-1488S-167
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000732P001-1488S-167
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

000732P001-1488S-167
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
agbanktexas@ag.tn.gov

000490P001-1488S-167
U.S. SECURITIES AND EXCHANGE COMMISSION
SONIA A CHAE,SR BANKRUPTCY ATTORNEY
175 W JACKSON BLVD.,STE 1450
CHICAGO IL 60604
CHAES@SEC.GOV

000050P001-1488S-167
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-167
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000051P001-1488S-167
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000017P002-1488S-167
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-1488S-167
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-1488S-167
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
jdisanti@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
mco@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
azatz@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
laura.grai@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
melissa.dejoie@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
camron.dowlatshahi@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
neto.waite@whitecase.com

000127P001-1488S-167
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
avens@whiteCASE.COM

000128P001-1488S-167
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000128P001-1488S-167
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
mco@whitecase.com

000128P001-1488S-167
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
jdisanti@whitecase.com

000074P001-1488S-167
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-167
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

000046P002-1488S-167
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

000196P001-1488S-167
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-167
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-167
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

000196P001-1488S-167
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
ASAGER@WINSTON.COM

000727P001-1488S-167
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
DPASSAGE@WINSTON.COM

000727P001-1488S-167
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
FFLORES@WINSTON.COM

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KPRESTON@WINSTON.COM

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
rsmith@winston.com

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
katy-preston-2248@ecf.pacerpro.com

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KLowery@winston.com

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ECF_Houston@winston.com

000756P001-1488S-167
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ecf_sf@winston.com

000757P001-1488S-167
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000757P001-1488S-167
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
TWWALSH@WINSTON.COM

**EXHIBIT 2**

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

11/30/2022 11:36:46 AM

| | | | |
|---|---|---|---|
| 000031P001-1488S-167<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000079P001-1488S-167<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-167<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 | 000098P001-1488S-167<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000172P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000221P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000288P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000337P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000356P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000424P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000502P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000505P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000521P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000613P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000619P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000620P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000625P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000627P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000630P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000637P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000648P002-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000649P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000652P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000653P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000657P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000761P001-1488S-167<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000285P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000333P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000347P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000398P002-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000412P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000443P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000444P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000445P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000446P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000475P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000478P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000492P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000526P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000545P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000549P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000558P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000647P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000705P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000733P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000734P001-1488S-167<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1488S-167<br>NATIONAL FOUNDERS LP<br>AS ADMINISTRATIVE AGENT<br>PO BOX 1073<br>WILMINGTON DE 19899 | 000105P001-1488S-167<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000071P001-1488S-167<br>NEW TANGRAM LLC<br>DANIELLE STEVENS<br>9200 SORENSEN AVE<br>SANTA FE SPRINGS CA 90670 |
| 000107P001-1488S-167<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000116P001-1488S-167<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000118P001-1488S-167<br>TENNESSEE ATTORNEY GENERAL<br>HERBERT H SLATERY III<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000009P001-1488S-167<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |

Records Printed : **56**