IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) ) | Case No. 22-90032 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF RESET OF MEETING OF CREDITORS PURSUANT TO SECTION 341(a) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE THAT the meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code, previously scheduled for **December 16, 2022 at 10:00 a.m. Central Time** and **December 28, 2022 at 10:00 a.m. at Central Time** has been reset to **February 7, 2023 at 10:00 a.m. Central Time**, via Telephone Conference: call 866-707-5468; passcode 6166997.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (none); and GWG DLP Funding Holdings VI, LLC (none). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these Chapter 11 Cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

751315728.1 14-Dec-22 16:03

Houston, Texas
December 14, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ Kristhy M. Peguero | |
| **JACKSON WALKER LLP** | **MAYER BROWN LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Charles S. Kelley (TX Bar No. 11199580) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 700 Louisiana Street, Suite 3400 |
| 1401 McKinney Street, Suite 1900 | Houston, TX 77002-2730 |
| Houston, TX 77010 | Telephone:   (713) 238-3000 |
| Telephone:   (713) 752-4200 | Email:   ckelley@mayerbrown.com |
| Email:   kpeguero@jw.com | |
|         mcavenaugh@jw.com | -and- |
| *Co-Counsel for the Debtors and Debtors in Possession* | Thomas S. Kiriakos (admitted *pro hac vice*) |
| | Louis S. Chiappetta (admitted *pro hac vice*) |
| | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:   (312) 701-0600 |
| | Email:   tkiriakos@mayerbrown.com |
| | lchiappetta@mayerbrown.com |
| | |
| | -and- |
| | |
| | Adam C. Paul (admitted *pro hac vice*) |
| | Lucy F. Kweskin (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020-1001 |
| | Telephone:   (212) 506-2500 |
| | Email:   apaul@mayerbrown.com |
| | lkweskin@mayerbrown.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on December 14, 2022, I caused a true and correct copy of the foregoing to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Kristhy M. Peguero*