IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) ) | Case No. 22-90032 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**STIPULATION EXTENDING THE DLP DEBTORS' DEADLINE TO COMPLY WITH
11 U.S.C. § 345(b)**

This stipulation (this "Stipulation") is made by and between GWG DLP Funding IV, LLC, GWG DLP Funding VI, LLC, and GWG DLP Funding Holdings VI, LLC (collectively, the "DLP Debtors") and the United States Trustee for the Southern District of Texas (the "U.S. Trustee," and together with the DLP Debtors, the "Parties").  The Parties stipulate and agree that:

On November 2, 2022, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Interim Order (I) Authorizing the DLP Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms and Books and Records and (II) Granting Related Relief*  [Docket No. 1009] (the "Cash Management Order").

Among other things, the Cash Management Order requires the DLP Debtors' compliance with 11 U.S.C. § 345(b) by December 15, 2022, but allows the DLP Debtors to obtain an extension

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955).  The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

of this deadline without further order from the Court by entering into a stipulation with the U.S. Trustee and filing it with the Court.

The Parties have agreed to extend the deadline for the DLP Debtors to be in compliance with 11 U.S.C. § 345(b) through and including January 31, 2023, without prejudice to the DLP Debtors' right to seek further extensions.

Houston, Texas
December 14, 2022

*/s/ Kristhy M. Peguero*

| **JACKSON WALKER LLP** | **MAYER BROWN LLP** |
|---|---|
| Kristhy M. Peguero (TX Bar No. 24102776) | Charles S. Kelley (TX Bar No. 11199580) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 700 Louisiana Street, Suite 3400 |
| 1401 McKinney Street, Suite 1900 | Houston, TX 77002-2730 |
| Houston, TX 77010 | Telephone: (713) 238-3000 |
| Telephone: (713) 752-4200 | Email: ckelley@mayerbrown.com |
| Email: kpeguero@jw.com | |
| mcavenaugh@jw.com | -and- |
| *Co-Counsel for the Debtors and Debtors in Possession* | Thomas S. Kiriakos (admitted *pro hac vice*) |
| | Louis S. Chiappetta (admitted *pro hac vice*) |
| | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone: (312) 701-0600 |
| | Email: tkiriakos@mayerbrown.com |
| | lchiappetta@mayerbrown.com |
| | |
| | -and- |
| | |
| | Adam C. Paul (admitted *pro hac vice*) |
| | Lucy F. Kweskin (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020-1001 |
| | Telephone: (212) 506-2500 |
| | Email: apaul@mayerbrown.com |
| | lkweskin@mayerbrown.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |

-and-

2

*/s/  Hector Duran, Jr.*
Hector Duran, Jr. (Texas Bar No. 00783996)
515 Rusk Avenue, Suite 3516
Houston, TX 77002
Telephone:      (713) 718-4650
Facsimile:       (713) 718-4670
Email:             hector.duran.jr@usdoj.gov

*Counsel for U.S. Trustee for the Southern District of Texas*

## Certificate of Service

  I certify that on December 14, 2022, I caused a true and correct copy of the foregoing to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Kristhy M. Peguero*