# **<u>Exhibit A</u>**

Complaint Filed Under Seal