United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90032 |
| **GWG HOLDINGS, INC.**, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER

The Court orders:

1. The Sealing Hearing scheduled for 9:00 a.m. on January 25, 2023 is canceled.

2. The Clerk of Court shall unseal ECF Nos. 1250, 1250-1, 1250-2, and 1250-3 on Wednesday, February 1, 2023 between 9:00 a.m. and 9:15 a.m. (prevailing Central Time).

SIGNED 01/24/2023

Marvin Isgur
United States Bankruptcy Judge