IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Dkt. No. _____ |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE BENEFICIENT COMPANY HOLDINGS, L.P. AND THE BENEFICIENT COMPANY GROUP, L.P. TO FILE UNDER SEAL ITS RESPONSE TO THE COURT'S ORDER TO SUPPLEMENT, DATED JANUARY 6, 2023**[2]

Upon the Motion to Seal, seeking entry of an order pursuant to sections 105(a) and 107(b) of

**DENIED.**

Be

pu

to

to   Signed: February 03, 2023

of t

und

Marvin Isgur
United States Bankruptcy Judge

Court having reviewed the Motion to Seal and all objections to the Motion to Seal, and upon the

hearing held on the Motion to Seal, if any; and the Court having determined that the legal and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed them in the Motion to Seal.

factual bases set forth in the Motion to Seal and at any hearing held on the Motion to Seal establish cause for the relief sought by the Motion to Seal; and upon all of the proceedings had before the Court; and after due deliberation, it is **HEREBY ORDERED THAT**:

1. Beneficent is authorized to file the Response under seal.

2. The Response shall remain sealed and confidential pending further order of the Court.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023
Houston, Texas

_____
**THE HONORABLE MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

#183296292_v6