March 9, 2023

Paul D Benz
5529 East Kings Avenue
Scottsdale, Arizona 85254

United States Courts
Southern District of Texas
FILED
MAR 13 2023
Nathan Ochsner, Clerk of Court

US Court of Bankruptcy
Southern District of Texas
Houston Division
Court 404
515 Rusk Street
Houston Texas 77062

RE: GWG Bankruptcy case 22-90032
Letter of Objection to Attorney Compensation pending approval of Debtor Restructuring Plan

My name is Paul Benz and I am a GWG preferred stock holder and case creditor.
I am writing to object to any further compensation for attorneys in this case until we, the collective GWG, stock and bond holder creditors see a definitive restructuring and repayment plan.
In all too many bankruptcy cases in the United States, proceedings are deliberately dragged out, and assets drained, FBO case attorneys and to the detriment of first line creditors.
Unfortunately, this usually results in creditors ending up with nothing or pennies on the dollars owed.
Bankruptcy case 22-90032 was filed April 20, 2022 and has been in process for nearly a year.
Therefore, we bond and stockholder creditors are owed a final debtor restructuring and creditor repayment plan, **before the court approves any more claims for attorney compensation.**

Sincerely,

Paul D Benz

Paul Benz