April 21, 2023

United States Courts
Southern District of Texas
F I L E D
APR 25 2023
Nathan Ochsner, Clerk of Court

Paul D Benz
5529 East Kings Avenue
Scottsdale, Arizona 85254
Preferred Class 9, Series 2 Stockholder, Qty (30) shares-CUSIP 36192A588

US Court of Bankruptcy
Southern District of Texas
Houston Division
Court 404
515 Rusk Street
Houston Texas 77062

RE: GWG Bankruptcy case 22-90032
Court Hearing May 1, 2023 @ 1:30PM CDT-Docket 1675
Letter of Objection to Attorney Compensation Until Final Approval of Debtor Restructuring and Creditor Repayment Plan

Following up on my letter to the court dated March 9, 2022:
I am writing to object to any **court approval of any additional attorney billings** in this case until we, the collective GWG stock and bond holder creditors approve the final debt restructuring and payment plan as described in court docket document 1683 dated April 21, 2023. Proposed voting completion date per this plan is May 31, 2023.
It is outrageous that the court docket is being clogged with multiple attorney billings, in many cases for millions of dollars! (example docket 1672, 150 page bill for $6.4 million, and docket 1684, 101 page bill for $2.1 million)
Bankruptcy case 22-90032 has been in process 1 year and as of April 21, 1685 court dockets have been submitted (or nearly 5 dockets/day, including weekends!!) Therefore, we, the collective GWG stock and bondholder creditors need to have a final approved debtor restructuring and creditor repayment plan in place, **before the court considers any more attorney compensation claims.**

Sincerely,

*Paul D Benz*
Paul Benz