United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GWG Holdings, Inc., *et al.*,[1] | § | Case No. 22-90032 |
| | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | (Jointly Administered) |

### ORDER GRANTING L BOND MANAGEMENT, LLC'S EMERGENCY MOTION TO (I) CONSIDER THE CONFLICTING LITIGATION TRUST AGREEMENTS, AND (II) EXTEND THE VOTING DEADLINE

Came on for consideration, *L Bond Management, LLC's Emergency Motion to (I) Consider the Conflicting Litigation Trust Agreements, and (II) Extend the Voting Deadline* (the "Motion");[2] and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is adequate and sufficient; and the Court having determined that the legal and factual bases set forth [illegible]

> DENIED. There is a single plan proponent. The plan proponent may modify its proposed plan prior to plan confirmation under section 1127. LBond Management may not modify the plan. The effect of the motion is to allow a party, other than the proponent, to engage the Court in a modification of the Plan.

1

Signed: May 30, 2023

2

Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' proposed claims and noticing agent: https://donlinrecano.com/gwg.

[2] And capitalized terms not defined herein shall have their meaning ascribed in the Motion or the Plan.

SIGNED this ___ day of _____, 2023.

                                                                     The Honorable Marvin Isgur
                                                                     United States Bankruptcy Judge