**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) |  |
|  | ) | ss: |
| COUNTY OF KINGS | ) |  |

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 Cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of June, 2023, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

   a) Order Authorizing Debtors to Sell New Beneficial Shares Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Following Consummation of De-SPAC Transaction (Docket No. 1954); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955).. The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

    b) Certificate of No Objection with respect to FTI Consulting's Third Interim Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the Debtors for the Period From November 1, 2022 through January 31, 2023 (Docket No. 1962),

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 22nd day of June, 2023, Brooklyn, New York.

By     _Edward A Calderon_
                 Edward A. Calderon

Sworn before me this
22nd day of June, 2023

_____
     Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: _September 14, 2025_

# EXHIBIT 1

000020P002-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000020P002-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
bkemp@akingump.com

000020P002-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
lyork@akingump.com

000021P004-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P004-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000021P004-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
jrubin@akingump.com

000126P001-1488S-332
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000735P001-1488S-332
AKIN GUMP STRAUSS HAUER & FELD, LLP,
ATTN: LACY LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
llawrence@akingump.com

000243P001-1488S-332
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000064P001-1488S-332
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-332
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-332
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-1488S-332
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000782P001-1488S-332
BRACEWELL LLP
JASON G COHEN
711 LOUISIANA ST.,STE 2300
HOUSTON TX 77002
JASON.COHEN@BRACEWELL.COM

000060P002-1488S-332
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
MICHELLE NUNNELLEY
PO BOX 416423
BOSTON MA 02241-6423
MICHELLE.NUNNELLEY@BROADRIDGE.COM

000023P001-1488S-332
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-332
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000725P001-1488S-332
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
ADAM.BALINSKY@CHAPFORDCAPITALGROUP.COM

000725P001-1488S-332
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
SCOTT.ROSE@CHAPFORDCAPITALGROUP.COM

000048P001-1488S-332
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000181P001-1488S-332
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000067P001-1488S-332
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-1488S-332
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**Electronic Mail**
**Exhibit Pages**

000231P001-1488S-332
DONALD W RHODES
310 BROEKERS LANE
NEW ALBANY IN 47150
DON-ADORIE@ATT.NET

000069P001-1488S-332
EMERSON EQUITY LLC
MELINDA LEISHMAN
155 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBDSOLUTIONS.COM

000212P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
VINCE.SLUSHER@FAEGREDRINKER.COM

000212P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
KRISTEN.PERRY@FAEGREDRINKER.COM

000212P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
kelly.olson@faegredrinker.com

000212P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
danette.dykema@faegredrinker.com

000213P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
MICHAEL.STEWART@FAEGREDRINKER.COM

000213P001-1488S-332
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
ROGER.MALDONADO@FAEGREDRINKER.COM

000070P001-1488S-332
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-1488S-332
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000783P001-1488S-332
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
EDWARD A FRIEDMAN;JEFFREY C FOURMAUX;GEOFFREY CAJI
7 TIMES SQUARE
NEW YORK NY 10036
EFRIEDMAN@FKLAW.COM

000783P001-1488S-332
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
EDWARD A FRIEDMAN;JEFFREY C FOURMAUX;GEOFFREY CAJI
7 TIMES SQUARE
NEW YORK NY 10036
GCAJIGAS@FKLAW.COM

000135P002-1488S-332
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-1488S-332
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-1488S-332
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-332
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-1488S-332
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-1488S-332
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000027P002-1488S-332
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
avongoetz@girardsharp.com

000152P001-1488S-332
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000152P001-1488S-332
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
ASOTO@GRSM.COM

000154P001-1488S-332
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000154P001-1488S-332
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
SDURAZO@GRSM.COM

000011P002-1488S-332
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

000011P002-1488S-332
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-332
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-332
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-332
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-332
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-332
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-332
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hapi@hklaw.com

000124P001-1488S-332
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
anthony.pirraglia@hklaw.com

000124P001-1488S-332
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hope.daniels@hklaw.com

000124P001-1488S-332
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
julie.warren@hklaw.com

000125P001-1488S-332
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000460P001-1488S-332
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-332
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000460P001-1488S-332
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
jwk@hwallp.com

000460P001-1488S-332
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
dkokenes@hwallp.com

000065P002-1488S-332
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
kgradney@jw.com

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
dtrevino@jw.com

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
jpupo@jw.com

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
JacksonWalkerLLP@jubileebk.net

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
vargeroplos@jw.com

000120P001-1488S-332
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
msalinas@jw.com

000121P001-1488S-332
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

**Electronic Mail**
**Exhibit Pages**

---

000062P001-1488S-332
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-332
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
SREISMAN@KATTEN.COM

000564P001-1488S-332
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
nyc.bknotices@kattenlaw.com

000565P001-1488S-332
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

000566P002-1488S-332
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000568P001-1488S-332
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-332
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-332
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000129P002-1488S-332
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
john.luze@kirkland.com

000129P002-1488S-332
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
emily.geier@kirkland.com

000129P002-1488S-332
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
ecf-00163ec7e7ea@ecf.pacerpro.com

000771P001-1488S-332
KIRKLAND & ELLIS LLP;KIRKLAND & ELLIS INTERNATIONA
ANNA G ROTMAN,P.C.
609 MAIN ST
HOUSTON TX 77002
ANNA.ROTMAN@KIRKLAND.COM

000049P002-1488S-332
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-332
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-332
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-332
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-332
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P002-1488S-332
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-332
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-332
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000232P001-1488S-332
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-1488S-332
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-1488S-332
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000012P001-1488S-332
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
sswihart@mayerbrown.com

000012P001-1488S-332
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
houstondocket@mayerbrown.com

000012P001-1488S-332
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
6843309420@filings.docketbird.com

000013P001-1488S-332
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-1488S-332
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-1488S-332
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

000016P001-1488S-332
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-1488S-332
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000139P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000140P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000141P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000142P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000144P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000145P002-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000146P002-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000147P002-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000148P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000149P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000150P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000151P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000153P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000156P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000159P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000160P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000161P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000162P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000163P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000165P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000167P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000168P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000169P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000171P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000173P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000174P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000176P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000177P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000178P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000180P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000181P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000182P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000184P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000185P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000186P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000187P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000188P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000189P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000190P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000191P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000193P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000194P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000195P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000197P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000198P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000199P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000200P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000201P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000202P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000203P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000204P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000205P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000206P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000207P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000208P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000209P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000210P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000211P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 19   Filed in TXSB on 06/23/23   Page 11 of 38
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

Page # : 8 of 31                                                                                                    06/21/2023 10:48:42 PM

| 000214P001-1488S-332 | 000215P001-1488S-332 | 000216P001-1488S-332 | 000217P001-1488S-332 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000218P001-1488S-332 | 000219P001-1488S-332 | 000220P001-1488S-332 | 000222P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000224P001-1488S-332 | 000225P001-1488S-332 | 000226P001-1488S-332 | 000227P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000235P001-1488S-332 | 000236P001-1488S-332 | 000237P001-1488S-332 | 000238P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000239P001-1488S-332 | 000240P001-1488S-332 | 000241P001-1488S-332 | 000242P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000243P001-1488S-332 | 000244P001-1488S-332 | 000245P001-1488S-332 | 000246P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000247P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000248P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000249P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000250P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000250P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000251P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000252P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000253P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000254P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000255P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000256P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000257P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000258P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000259P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000261P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000263P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000264P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000265P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000268P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000269P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000272P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000273P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000277P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000278P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000279P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000280P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000282P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000283P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000284P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000286P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000287P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000289P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000290P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000291P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000293P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000294P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000298P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000301P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000317P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000322P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000326P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000330P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000336P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000349P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000353P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000354P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

06/21/2023 10:48:42 PM

000355P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000357P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000358P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000359P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000360P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000361P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000362P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000363P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000364P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000365P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000366P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000367P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000368P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000369P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000370P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000371P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000372P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000373P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000374P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000375P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000376P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000377P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000378P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000380P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Electronic Mail**
**Exhibit Pages**

---

000382P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000383P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000384P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000385P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000386P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000387P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000388P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000389P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000390P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000391P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000392P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000393P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000394P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000395P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000396P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000397P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000399P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000400P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000401P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000402P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000403P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000404P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000405P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000406P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**SWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000407P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000410P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000411P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000416P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000417P002-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000420P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000421P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000425P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000426P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000429P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000430P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000433P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

06/21/2023 10:48:42 PM

000434P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000435P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000436P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000437P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000438P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000439P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000440P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000441P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000442P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000447P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000448P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000449P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000450P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000452P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000453P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000454P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000455P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000456P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000457P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000458P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000461P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000462P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000463P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000464P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

SWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

06/21/2023 10:48:42 PM

| 000465P001-1488S-332 | 000466P001-1488S-332 | 000467P001-1488S-332 | 000468P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000469P001-1488S-332 | 000470P001-1488S-332 | 000471P001-1488S-332 | 000472P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000473P001-1488S-332 | 000474P001-1488S-332 | 000476P001-1488S-332 | 000477P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000479P001-1488S-332 | 000480P001-1488S-332 | 000481P001-1488S-332 | 000482P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000483P001-1488S-332 | 000484P001-1488S-332 | 000485P001-1488S-332 | 000486P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000488P001-1488S-332 | 000489P001-1488S-332 | 000491P001-1488S-332 | 000493P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

GWG Holdings, Inc. et al
Electronic Mail
Exhibit Pages

06/21/2023 10:48:43 PM

---

000494P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000495P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000496P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000497P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000498P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000499P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000500P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000501P002-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000503P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000504P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000506P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000507P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000508P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000509P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000510P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000511P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000512P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000513P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000514P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000515P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000516P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000517P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000518P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000519P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 19   Filed in TXSB on 06/23/23   Page 22 of 38

SWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

Page # : 19 of 31

06/21/2023 10:48:43 PM

000520P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000522P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000523P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000524P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000525P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000527P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000528P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000529P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000530P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000531P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000532P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000533P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000534P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000535P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000536P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000537P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000538P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000540P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000541P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000542P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000543P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000544P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000546P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000547P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 000548P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000550P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000551P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000553P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000554P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000555P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000556P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000557P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000559P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000560P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000561P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000562P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000563P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000569P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000571P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000572P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000573P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000575P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000576P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000577P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000579P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000580P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000581P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000582P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000583P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000584P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000585P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000586P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000587P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000588P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000589P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000590P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000591P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000592P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000594P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000595P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000596P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000597P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000598P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000598P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000599P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000600P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000601P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000602P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**SWG Holdings, Inc. et al**
**Electronic Mail**
**Exhibit Pages**

06/21/2023 10:48:43 PM

---

000604P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000605P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000606P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000607P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000608P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000609P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000610P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000611P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000612P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000614P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000615P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000616P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000617P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000618P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000621P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000622P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000623P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000624P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000626P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000628P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000629P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000631P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000632P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000633P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

000634P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000635P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000636P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000638P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000639P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000639P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000640P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000641P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000642P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000643P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000644P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000645P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000646P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000650P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000651P002-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000654P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000655P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000656P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000658P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000659P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000660P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000660P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000661P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000662P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

000663P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000664P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000665P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000666P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000667P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000668P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000669P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000670P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000671P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000672P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000673P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000674P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000675P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000676P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000677P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000678P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000679P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000680P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000681P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000682P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000683P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000684P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000685P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000686P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 19   Filed in TXSB on 06/23/23   Page 28 of 38
GWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

06/21/2023 10:48:43 PM

000687P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000688P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000689P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000690P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000691P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000692P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000693P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000694P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000695P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000696P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000697P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000698P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000699P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000700P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000701P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000702P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000703P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000704P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000706P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000707P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000709P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000710P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000711P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000712P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

GWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/21/2023 10:48:43 PM

000713P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000714P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000715P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000716P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000717P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000718P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000719P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000720P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000721P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000722P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000723P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000724P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000728P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000729P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000730P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000731P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000736P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000737P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000738P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000739P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000740P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000741P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000742P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000743P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

SWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

06/21/2023 10:48:43 PM

000744P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000747P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000748P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000749P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000750P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000751P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000752P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000753P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000754P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000755P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000758P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000759P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000760P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000762P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000768P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000769P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000770P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000772P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000773P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000774P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000779P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000780P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000781P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000784P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

SVG Holdings, Inc., et al

Electronic Mail
Exhibit Pages

000785P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000787P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000788P001-1488S-332
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000230P001-1488S-332
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000745P001-1488S-332
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
TDURST@OMM.COM

000745P001-1488S-332
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
EPERSSON@OMM.COM

000745P001-1488S-332
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
timothy-durst-9363@ecf.pacerpro.com

000746P001-1488S-332
O'MELVENEY & MYERS LLP
GARY SVIRSKY
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036
GSVIRSKY@OMM.COM

000155P001-1488S-332
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@RSBFIRM.COM

000006P003-1488S-332
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000006P003-1488S-332
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
C.Ross.Travis@usdoj.gov

000006P003-1488S-332
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

000130P001-1488S-332
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-1488S-332
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-1488S-332
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000158P001-1488S-332
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
BMOORE@OKINADAMS.COM

000765P001-1488S-332
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000765P001-1488S-332
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
DANFLIMAN@PAULHASTINGS.COM

000765P001-1488S-332
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAMESGROGAN@PAULHASTINGS.COM

000767P001-1488S-332
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
ALLISONMILLER@PAULHASTINGS.COM

000767P001-1488S-332
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JEREMYEVANS@PAULHASTINGS.COM

000767P001-1488S-332
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JACKIAFFALDANO@PAULHASTINGS.COM

000133P002-1488S-332
PJT PARTNERS
PETER LAURINAITIS
LAURINAITIS@PJTPARTNERS.COM

000134P003-1488S-332
PJT PARTNERS
WILLIAM EVARTS
EVARTS@PJTPARTNERS.COM

Case 22-90032   Document 1950 Filed in TXSB on 06/23/23   Page 32 of 38

SWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 29 of 31                                                                 06/21/2023 10:48:43 PM

000131P001-1488S-332
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
EENGLISH@PORTERHEDGES.COM

000131P001-1488S-332
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
SJOHNSON@PORTERHEDGES.COM

000131P001-1488S-332
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
emoreland@porterhedges.com

000131P001-1488S-332
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
egarfias@porterhedges.com

000131P001-1488S-332
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
mwebb@porterhedges.com

000068P002-1488S-332
PRESSWRITE PRINTING INC
KIM SAFFELL
3384 BROWNLOW AVE
MINNEAPOLIS MN 55426
KIM@PRESSWRITE.COM

000056P001-1488S-332
PRICEWATERHOUSECOOPERS LLP
AILEN OKHAREDIA
PO BOX 952282
DALLAS TX 75395
AILEN.A.OKHAREDIA@PWC.COM

000763P001-1488S-332
PROSKAUER ROSE LLP
BRIAN S ROSEN
ELEVEN TIME SQUARE
NEW YORK NY 10036
BROSEN@PROSKAUER.COM

000775P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
CHRISTOPHER PORTER
711 LOUISIANA , STE 500
HOUSTON TX 77002
CHRISPORTER@QUINNEMANUEL.COM

000776P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
JAMESTECCE@QUINNEMANUEL.COM

000776P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
DEBORAHNEWMAN@QUINNEMANUEL.COM

000776P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
ALEXZUCKERMAN@QUINNEMANUEL.COM

000777P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
MICHAEL LIFTIK;KRISTIN CASEY
1300 I STREET NW, STE 900
WASHINGTON DC 20005
MICHAELLIFTIK@QUINNEMANUEL.COM

000777P001-1488S-332
QUINN EMANUEL URQUHART & SULLIVAN LLP
MICHAEL LIFTIK;KRISTIN CASEY
1300 I STREET NW, STE 900
WASHINGTON DC 20005
KRISTINCASEY@QUINNEMANUEL.COM

000052P001-1488S-332
QUINN EMANUEL URQUHART AND SULLIVAN
MICHAEL LIFTIK
865 S FIGUEROA ST
10TH FL
LOS ANGELES CA 90017
MICHAELLIFTIK@QUINNEMANUEL.COM

000058P002-1488S-332
RICHARDS LAYTON & FINGER PA
C STEPHEN BIGLER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
BIGLER@RLF.COM

000292P001-1488S-332
ROPES & GRAY LLP
MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
MARK.SOMERSTEIN@ROPESGRAY.COM

000073P002-1488S-332
SECURITIES TRANSFER CORP
PATRICIA STEPHAN
2901 N DALLAS PARKWAY
SUITE 380
PLANO TX 75093
PSTEPHAN@STCTRANSFER.COM

000019P002-1488S-332
SIDLEY AUSTIN
MATTHEW A CLEMENTE
ONE SOUTH DEARBORN
CHICAGO IL 60603
MCLEMENTE@SIDLEY.COM

000122P001-1488S-332
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
txefilingnotice@sidley.com

000123P001-1488S-332
SIDLEY AUSTIN LLP
WILLIAM E CURTIN
787 7TH AVE
NEW YORK NY 10019
WCURTIN@SIDLEY.COM

000030P001-1488S-332
SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065
SSILVER@SILVERLAW.COM

000132P002-1488S-332
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
CHRISTOPHER.DYLLA@OAG.TEXAS.GOV

000132P002-1488S-332
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-cdylla@oag.texas.gov

SVG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

000132P002-1488S-332
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
Sherri.Simpson@oag.texas.gov

000132P002-1488S-332
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-jstern@oag.texas.gov

000229P001-1488S-332
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000732P001-1488S-332
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

000732P001-1488S-332
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
agbanktexas@ag.tn.gov

000050P001-1488S-332
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-332
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
bankruptcy@agutah.gov

000051P001-1488S-332
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000786P001-1488S-332
VOGEL LAW FIRM
CAREN W STANLEY
218 NP AVENUE
P O BOX 1389
FARGO ND 58107-1389
CSTANLEY@VOGELLAW.COM

000017P002-1488S-332
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-1488S-332
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-1488S-332
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
jdisanti@whitecase.com

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
mco@whitecase.com

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
azatz@whitecase.com

000127P001-1488S-332
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
avenes@whitecase.com

000128P001-1488S-332
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000128P001-1488S-332
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
mco@whitecase.com

000128P001-1488S-332
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
jdisanti@whitecase.com

000074P001-1488S-332
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-332
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITLEYPENN.COM

000046P002-1488S-332
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

Case 22-90032   Document 19-7   Filed in TXSB on 06/23/23   Page 34 of 38
SVB Holdings, Inc., et al
Electronic Mail
Exhibit Pages

Page # : 31 of 31                                                                                    06/21/2023 10:48:43 PM

000196P001-1488S-332
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-332
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-332
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

000196P001-1488S-332
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
ASAGER@WINSTON.COM

000727P001-1488S-332
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
DPASSAGE@WINSTON.COM

000727P001-1488S-332
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
FFLORES@WINSTON.COM

000756P001-1488S-332
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KPRESTON@WINSTON.COM

000756P001-1488S-332
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
rsmith@winston.com

000756P001-1488S-332
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
katy-preston-2248@ecf.pacerpro.com

000756P001-1488S-332
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ECF_Houston@winston.com

000756P001-1488S-332
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ecf_sf@winston.com

000757P001-1488S-332
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000757P001-1488S-332
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
TWWALSH@WINSTON.COM

Records Printed :  **733**

**EXHIBIT 2**

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000061P001-1488S-332<br>AON INSURANCE MANAGERS BERMUDA LTD<br>CHOISEL MURRAY<br>AON HOUSE<br>30 WOODBOURNE AVE<br>PEMBROKE PARISH  HM 08<br>BERMUDA | 000031P001-1488S-332<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000079P001-1488S-332<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-332<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 |
| 000047P001-1488S-332<br>HOULIHAN LOKEY FINANCIAL ADVISORS INC<br>JEFFREY BOLLERMAN<br>10250 CONSTELLATION BLVD<br>5TH FL<br>LOS ANGELES CA 90067 | 000567P001-1488S-332<br>KATTEN MUCHIN ROSENMAN LLP<br>GEOFFREY M KING<br>525 WEST MONROE ST<br>CHICAGO IL 60661-3693 | 000098P001-1488S-332<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 | 000143P002-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000164P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000172P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000221P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000223P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000288P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P002-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000337P002-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000352P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000356P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000424P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000487P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000502P002-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000505P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000521P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000539P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000593P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000613P001-1488S-332<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000619P001-1488S-332 | 000620P001-1488S-332 | 000625P001-1488S-332 | 000627P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000630P001-1488S-332 | 000637P001-1488S-332 | 000648P002-1488S-332 | 000649P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000652P001-1488S-332 | 000653P001-1488S-332 | 000657P001-1488S-332 | 000708P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000761P003-1488S-332 | 000285P001-1488S-332 | 000333P001-1488S-332 | 000347P001-1488S-332 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000398P002-1488S-332 | 000412P001-1488S-332 | 000443P001-1488S-332 | 000444P001-1488S-332 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000445P001-1488S-332 | 000446P001-1488S-332 | 000475P001-1488S-332 | 000478P001-1488S-332 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000492P001-1488S-332 | 000526P001-1488S-332 | 000545P001-1488S-332 | 000549P001-1488S-332 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

000558P001-1488S-332
NAME AND ADDRESS INTENTIONALLY OMITTED

000647P001-1488S-332
NAME AND ADDRESS INTENTIONALLY OMITTED

000705P001-1488S-332
NAME AND ADDRESS INTENTIONALLY OMITTED

000733P001-1488S-332
NAME AND ADDRESS INTENTIONALLY OMITTED

000734P001-1488S-332
NAME AND ADDRESS INTENTIONALLY OMITTED

000033P001-1488S-332
NATIONAL FOUNDERS LP
AS ADMINISTRATIVE AGENT
PO BOX 1073
WILMINGTON DE 19899

000072P001-1488S-332
NATIONAL SECURITIES CLEARING CORP
JOANNE ACLAO
55 WATER ST
NEW YORK NY 10041

000105P001-1488S-332
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000071P001-1488S-332
NEW TANGRAM LLC
DANIELLE STEVENS
9200 SORENSEN AVE
SANTA FE SPRINGS CA 90670

000107P001-1488S-332
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000116P001-1488S-332
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000118P001-1488S-332
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

000009P001-1488S-332
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000045P001-1488S-332
THE BENEFICIENT CO GROUP (USA) LLC
GREG EZELL
325 NORTH SAINT PAUL ST
STE 4850
DALLAS TX 75201

Records Printed :   **70**