**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK )
                              )   ss:
COUNTY OF KINGS )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 Cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6021 15th Avenue, Brooklyn, NY 11219.

3. DRC, under my supervision, caused to serve, a true and accurate copy of the following documents:

   a) Non-Exclusive Schedule of Retained Causes of Action (Docket No. 1917);

   b) Debtors' Reply (I) in Support of Confirmation of the Debtors' Further Modified Second Amended Joint Chapter 11 Plan and (II) in Response to Objections Thereto (Docket No. 1918);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

c)  Declaration of Peter Laurinaitis in Support of Confirmation of the Debtors' Further Modified Second Amended Joint Chapter 11 Plan (Docket No. 1919);

d)  Declaration of Michael A. Tucker in Support of the Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted by the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co-Proponents (Docket No. 1920);

e)  Declaration of Dewey Imhoff in Support of Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted by the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co-Proponents (Docket No. 1921);

f)  Declaration of Mark Venn in Support of Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan (Docket No. 1922);

g)  Declaration of Jeffrey S. Stein in Support of Confirmation of the Debtors' Further Modified Second Amended Joint Chapter 11 Plan (Docket No. 1923); and

h)  Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted by the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co-Proponents (Docket No. 1924),

via electronic mail upon the parties as set forth in Exhibit 1 on the 14th day of June 2023; and via U.S. First Class Mail upon the parties as set forth in Exhibit 2, attached hereto, on the 15th day of June 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of June 2023, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
23rd day of June 2023

_____
Notary Public

ROBIN ALEXANDRA CHARLES
NOTARY
NO. 01CH6427586
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
01-03-2026
PUBLIC
STATE OF NEW YORK

# EXHIBIT 1

Electronic Mail
Exhibit Pages

---

000020P002-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
SALBERINO@AKINGUMP.COM

000020P002-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
TAYLORB@AKINGUMP.COM

000020P002-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
bkemp@akingump.com

000020P002-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
SCOTT ALBERINO;BENJAMIN L TAYLOR
ROBERT S. STRAUSS TOWER
2001 K STREET NW
WASHINGTON DC 20006-1037
lyork@akingump.com

000021P004-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
MSTAMER@AKINGUMP.COM

000021P004-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
AQURESHI@AKINGUMP.COM

000021P004-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL STAMER;ABID QURESHI;JASON P RUBIN
Jason P. Rubin
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
jrubin@akingump.com

000126P001-1488S-325
AKIN GUMP STRAUSS HAUER & FELD LLP
LACY M LAWRENCE
2300 N FIELD ST.,STE 1800
DALLAS TX 75201
LLAWRENCE@AKINGUMP.COM

000735P001-1488S-325
AKIN GUMP STRAUSS HAUER & FELD, LLP,
ATTN: LACY LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
llawrence@akingump.com

000273P001-1488S-325
ALI DANESH
5010 CERRILLOS DRIVE
WOODLAND HILLS CA 91364
PARININC@YAHOO.COM

000064P001-1488S-325
APPLEBY BERMUDA LTD
ALAN BOSSIN
22 VICTORIA ST
PO BOX HM 1179
HAMILTON  HM EX
BERMUDA
ABOSSIN@APPLEBYGLOBAL.COM

000053P001-1488S-325
ATOMIC DATA LLC
CHRISTI GATTO
250 MARQUETTE AVE SOUTH
STE 225
MINNEAPOLIS MN 55401
CHRISTI@ATOMICDATA.COM

000063P001-1488S-325
BAKER TILLY VIRCHOW KRAUSE LLP
MATT JEFFRIES
PO BOX 78975
MILWAUKEE WI 53278-8975
MATT.JEFFRIES@BAKERTILLY.COM

000228P001-1488S-325
BANK OF UTAH
KADE BAIRD
50 SOUTH 200 EAST STE 110
SALT LAKE CITY UT 84111
KBAIRD@BANKOFUTAH.COM

000782P001-1488S-325
BRACEWELL LLP
JASON G COHEN
711 LOUISIANA ST.,STE 2300
HOUSTON TX 77002
JASON.COHEN@BRACEWELL.COM

000060P002-1488S-325
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
MICHELLE NUNNELLEY
PO BOX 416423
BOSTON MA 02241-6423
MICHELLE.NUNNELLEY@BROADRIDGE.COM

000023P001-1488S-325
BURNS CHAREST LLP
WARREN T. BURNS
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
WBURNS@BURNSCHAREST.COM

000024P001-1488S-325
BURNS CHAREST LLP
SPENCER COX
900 JACKSON STREET
SUITE 500
DALLAS TX 75202
SCOX@BURNSCHAREST.COM

000725P001-1488S-325
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
ADAM.BALINSKY@CHAPFORDCAPITALGROUP.COM

000725P001-1488S-325
CHAPFORD SMA PARTNERSHIP, L.P.
C/O CHAPFORD SMA LLC
ATTN: ADAM BALINSKY AND SCOTT ROSE
201 BROAD STREET, SUITE 500
STAMFORD CT 06901
SCOTT.ROSE@CHAPFORDCAPITALGROUP.COM

000048P001-1488S-325
COMPUTERSHARE INC
PHILIP MEYER
DEPT CH 19228
PALATINE IL 60055-9228
PHILIP.MEYER@COMPUTERSHARE.COM

000081P001-1488S-325
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000067P001-1488S-325
CUBIK PROMOTIONS INC
JANEL FORBROOK
500 AIRPORT RD
STE 211
REDWOOD FALLS MN 56283
ACCOUNTS@CUBIKPROMO.COM

000082P001-1488S-325
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000231P001-1488S-325
DONALD W RHODES
310 BROEKERS LANE
NEW ALBANY IN 47150
DON-ADORIE@ATT.NET

000069P001-1488S-325
EMERSON EQUITY LLC
MELINDA LEISHMAN
155 BOVET RD
STE 725
SAN MATEO CA 94402
MLEISHMAN@MBDSOLUTIONS.COM

000212P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
VINCE.SLUSHER@FAEGREDRINKER.COM

000212P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
KRISTEN.PERRY@FAEGREDRINKER.COM

000212P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
kelly.olson@faegredrinker.com

000212P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER;KRISTEN L PERRY
1717 MAIN ST.,STE 5400
DALLAS TX 75201-7367
danette.dykema@faegredrinker.com

000213P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
MICHAEL.STEWART@FAEGREDRINKER.COM

000213P001-1488S-325
FAEGRE DRINKER BIDDLE & REATH LLP
MICHAEL R STEWART;ROGER A MALDONADO
2200 WELLS FARGO CENTER
90 S. 7TH ST
MINNEAPOLIS MN 55402
ROGER.MALDONADO@FAEGREDRINKER.COM

000070P001-1488S-325
FINANCIAL ADVISORS LLC
DONALD GOROWSKY
706 2ND AVE S
STE 850  706 BLDG
MINNEAPOLIS MN 55402
DON@FA-LLC.COM

000234P001-1488S-325
FRANK S MOORE
757 ROCKDALE DRIVE
SAN FRANCISCO CA 94127
FSMOORE@PACBELL.NET

000783P001-1488S-325
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
EDWARD A FRIEDMAN;JEFFREY C FOURMAUX;GEOFFREY CAJI
7 TIMES SQUARE
NEW YORK NY 10036
EFRIEDMAN@FKLAW.COM

000783P001-1488S-325
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
EDWARD A FRIEDMAN;JEFFREY C FOURMAUX;GEOFFREY CAJI
7 TIMES SQUARE
NEW YORK NY 10036
GCAJIGAS@FKLAW.COM

000135P002-1488S-325
FTI CONSULTING
CHAS HARVICK
CHAS.HARVICK@FTICONSULTING.COM

000136P002-1488S-325
FTI CONSULTING
WILLIAM NOLAN
WILLIAM.NOLAN@FTICONSULTING.COM

000025P001-1488S-325
GIRARD SHARP LLP
ADAM E POLK
601 CALIFORNIA STREET
SUITE 1400
SAN FRANCISCO CA 94108
APOLK@GIRARDSHARP.COM

000026P001-1488S-325
GIRARD SHARP LLP
JORDAN ELIAS
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
JELIAS@GIRARDSHARP.COM

000027P002-1488S-325
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
DGIRARD@GIRARDSHARP.COM

000027P002-1488S-325
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
SGREENE@GIRARDSHARP.COM

000027P002-1488S-325
GIRARD SHARP LLP
DANIEL GIRARD;SEAN GREENE
601 CALIFORNIA ST
SUITE 1400
SAN FRANCISCO CA 94108
avongoetz@girardsharp.com

000152P001-1488S-325
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
MADEYEMO@GRSM.COM

000152P001-1488S-325
GORDON & REES
MEGAN M ADEYEMO
2200 ROSS AVE.,STE 3700
DALLAS TX 75201
ASOTO@GRSM.COM

000154P001-1488S-325
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
JCAWDREY@GRSM.COM

000154P001-1488S-325
GORDON & REES
JEFFREY D CAWDREY
101 WEST BROADWAY STE 2000
SAN DIEGO CA 92101
SDURAZO@GRSM.COM

000011P002-1488S-325
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 1690   Filed in TXSB on 06/26/23   Page 6 of 38

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 31                                                                06/15/2023 12:33:20 AM

000011P002-1488S-325
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-325
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-325
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000011P002-1488S-325
GWG HOLDINGS INC
MURRAY HOLLAND, PRES. & CEO
325 N ST PAUL ST
STE 2650
DALLAS TX 75201
EMAIL INTENTIONALLY OMITTED

000059P001-1488S-325
HAYNES AND BOONE LLP
MATT FRY
PO BOX 841399
DALLAS TX 75284-1399
MATT.FRY@HAYNESBOONE.COM

000124P001-1488S-325
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
DAVID.BENNETT@HKLAW.COM

000124P001-1488S-325
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hapi@hklaw.com

000124P001-1488S-325
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
anthony.pirraglia@hklaw.com

000124P001-1488S-325
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
hope.daniels@hklaw.com

000124P001-1488S-325
HOLLAND & KNIGHT LLP
DAVID M BENNETT;STEVEN J LEVITT
1722 ROUTH ST.,STE 1500
DALLAS TX 75201
julie.warren@hklaw.com

000125P001-1488S-325
HOLLAND & KNIGHT LLP
ANTHONY F PIRRAGLIA
811 MAIN ST.,STE 2500
HOUSTON TX 77002
ANTHONY.PIRRAGLIA@HKLAW.COM

000460P001-1488S-325
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
WKITCHENS@HWA.COM

000460P001-1488S-325
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
HMCINTYRE@HWA.COM

000460P001-1488S-325
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
jwk@hwallp.com

000460P001-1488S-325
HUGHES WATTERS ASKANASE L.L.P.
WAYNE KITCHENS;HEATHER HEATH MCINTYRE
TOTAL ENERGIES PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON TX 77002
dkokenes@hwallp.com

000065P002-1488S-325
INTRADO DIGITAL MEDIA LLC
OFFC OF GC - LOUIS BRUCCULERI
770 N HALSTED ST
SUITE 6S
CHICAGO IL 60642
STEPHANIE.BANKS@NOTIFIED.COM

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
KPEGUERO@JW.COM

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
kgradney@jw.com

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
dtrevino@jw.com

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
jpupo@jw.com

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
JacksonWalkerLLP@jubileebk.net

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
vargeroplos@jw.com

000120P001-1488S-325
JACKSON WALKER LLP
KRISTHY M. PEGUERO
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
msalinas@jw.com

000121P001-1488S-325
JACKSON WALKER LLP
MATTHEW D. CAVENAUGH
1401 MCKINNEY STREET
SUITE 1900
HOUSTON TX 77010
MCAVENAUGH@JW.COM

Case 22-90032   Document 1690   GWG Holdings, Inc., et al.   Filed in TXSB on 06/26/23   Page 7 of 38
Electronic Mail
Exhibit Pages

Page # : 4 of 31                                                                                                    06/15/2023 12:33:20 AM

000062P001-1488S-325
K AND L GATES LLP
ANDY SKOUVAKIS
600 N KING ST
STE 901
WILMINGTON DE 19801
ANDY.SKOUVAKIS@KLGATES.COM

000564P001-1488S-325
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
SREISMAN@KATTEN.COM

000564P001-1488S-325
KATTEN MUCHIN ROSENMAN LLP
STEVEN J REISMAN
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
nyc.bknotices@kattenlaw.com

000565P001-1488S-325
KATTEN MUCHIN ROSENMAN LLP
CINDI M GIGLIO
50 ROCKEFELLER PLAZA
NEW YORK NY 10020-1605
CGIGLIO@KATTEN.COM

000566P002-1488S-325
KATTEN MUCHIN ROSENMAN LLP
DANIEL BARNOWSKI
2900 K STREET NW
WASHINGTON DC 2007-5118
DAN.BARNOWSKI@KATTEN.COM

000568P001-1488S-325
KATTEN MUCHIN ROSENMAN LLP
JOHN E MITCHELL
2121 NORTH PEARL ST.,STE 1100
DALLAS TX 75201-2591
JOHN.MITCHELL@KATTEN.COM

000129P002-1488S-325
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM

000129P002-1488S-325
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
JOSH.ALTMAN@KIRKLAND.COM

000129P002-1488S-325
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
john.luze@kirkland.com

000129P002-1488S-325
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
emily.geier@kirkland.com

000129P002-1488S-325
KIRKLAND & ELLIS LLP
CHAD J HUSNICK; JOSHUA M ALTMAN
300 NORTH LASALLE ST
CHICAGO IL 60654
ecf-00163ec7e7ea@ecf.pacerpro.com

000771P001-1488S-325
KIRKLAND & ELLIS LLP;KIRKLAND & ELLIS INTERNATIONA
ANNA G ROTMAN,P.C.
609 MAIN ST
HOUSTON TX 77002
ANNA.ROTMAN@KIRKLAND.COM

000049P002-1488S-325
KLDISCOVERY ONTRACK LLC
EJAYE HALEY
PO BOX 8458232
DALLAS TX 75284-5823
EJAYE.HALEY@KLDISCOVERY.COM

000459P001-1488S-325
KRAMER LEVIN NAFTALIS & FRANKEL LLP
DOUGLAS H MANNAL;JOSEPH A SHIFER
1177 AVE OF THE AMERICAS
NEW YORK NY 10036
JSHIFER@KRAMERLEVIN.COM

000022P001-1488S-325
LAW OFFICES OF MARK B. PLUMMER PC
MARK PLUMMER
18552 ORIENTE DRIVE
YORBA LINDA CA 92886
LOMBP.LAW@GMAIL.COM

000054P001-1488S-325
LOCKE LORD LLP
JB MCKNIGHT
2200 ROSS AVE
STE 2800
DALLAS TX 75201
JMCKNIGHT@LOCKELORD.COM

000028P001-1488S-325
MALMFELDT LAW GROUP PC
PAUL D MALMFELDT
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
PDM@MALMFELDT.COM

000029P002-1488S-325
MALMFELDT LAW GROUP PC
MARK D LISTON
120 N LASALLE ST
SUITE 2000
CHICAGO IL 60602
MDL@MALMFELDT.COM

000057P001-1488S-325
MASLON LLP
RIKKE DIERSSEN-MORICE
3300 WELLS FARGO CTR
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402
RIKKE.MORICE@MASLON.COM

000096P001-1488S-325
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000232P001-1488S-325
MATTHEW PEARCE
1269 CAROLINE ST
ALAMEDA CA 94501
MATTHEW@HITFASTFORWARD.COM

000413P001-1488S-325
MAURICE WUTSCHER LLP
ALAN C HOCHHEISER
23611 CHAGRIN BLVD STE 207
BEACHWOOD OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

000012P001-1488S-325
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
CKELLEY@MAYERBROWN.COM

000012P001-1488S-325
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
sswihart@mayerbrown.com

Case 22-90032   Document 1690   Filed in TXSB on 06/26/23   Page 8 of 38

GWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 31                                                        06/15/2023 12:33:21 AM

000012P001-1488S-325
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
houstondocket@mayerbrown.com

000012P001-1488S-325
MAYER BROWN LLP
CHARLES S KELLEY
700 LOUISIANA ST
STE 3400
HOUSTON TX 77002-2730
6843309420@filings.docketbird.com

000013P001-1488S-325
MAYER BROWN LLP
THOMAS S KIRIAKOS
71 S WACKER DR
CHICAGO IL 60606
TKIRIAKOS@MAYERBROWN.COM

000014P001-1488S-325
MAYER BROWN LLP
LOUIS S CHIAPPETTA
71 S WACKER DR
CHICAGO IL 60606
LCHIAPPETTA@MAYERBROWN.COM

000015P001-1488S-325
MAYER BROWN LLP
ADAM C PAUL
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
APAUL@MAYERBROWN.COM

000016P001-1488S-325
MAYER BROWN LLP
LUCY F KWESKIN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1001
LKWESKIN@MAYERBROWN.COM

000055P001-1488S-325
MURPHY AND MCGONIGLE PC
ROBERT HOWARD JR
4870 SALDER RD
STE 301
GLEN ALLEN VA 23060
ROBERT.HOWARD@MMLAWUS.COM

000137P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000138P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000139P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000140P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000141P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000142P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000144P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000145P002-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000146P002-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000147P002-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000148P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000149P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000150P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000151P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000153P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000156P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000159P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 169   Filed in TXSB on 06/26/23   Page 9 of 38
SVC Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

000160P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000161P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000162P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000163P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000165P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000166P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000167P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000168P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000169P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000170P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000171P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000173P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000174P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000175P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000176P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000177P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000178P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000179P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000180P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000181P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000182P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000183P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000184P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000185P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

BWG Holdings, Inc., et al
**Electronic Mail**
**Exhibit Pages**

06/15/2023 12:33:21 AM

---

000186P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000187P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000188P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000189P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000190P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000191P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000193P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000194P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000195P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000197P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000198P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000199P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000200P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000201P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000202P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000203P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000204P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000205P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000206P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000207P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000208P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000209P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000210P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000211P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

06/15/2023 12:33:21 AM

---

000214P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000215P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000216P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000217P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000218P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000219P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000220P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000222P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000224P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000225P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000226P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000227P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000235P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000236P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000237P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000238P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000239P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000240P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000241P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000242P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000243P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000244P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000245P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000246P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

BWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

000247P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000248P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000249P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000250P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000250P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000251P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000252P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000253P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000254P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000255P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000256P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000257P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000258P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000259P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000261P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000262P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000263P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000264P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000265P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000266P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000268P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000269P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000270P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000271P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 22-90032   Document 19   Filed in TXSB on 06/26/23   Page 13 of 38
BWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

06/15/2023 12:33:21 AM

| | | | |
|---|---|---|---|
| 000272P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000273P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000277P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000278P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000279P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000280P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000282P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000283P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000284P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000286P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000287P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000289P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000290P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000291P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000293P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000294P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000295P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000296P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000298P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000299P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000300P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000301P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000317P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000322P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000326P001-1488S-325 | 000327P001-1488S-325 | 000328P001-1488S-325 | 000329P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000330P001-1488S-325 | 000331P001-1488S-325 | 000332P001-1488S-325 | 000335P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000336P001-1488S-325 | 000338P001-1488S-325 | 000339P001-1488S-325 | 000340P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1488S-325 | 000342P001-1488S-325 | 000343P001-1488S-325 | 000344P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1488S-325 | 000346P001-1488S-325 | 000348P001-1488S-325 | 000349P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000350P001-1488S-325 | 000351P001-1488S-325 | 000353P001-1488S-325 | 000354P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 19   Filed in TXSB on 06/26/23   Page 16 of 38
BWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 13 of 31                                                                    06/15/2023 12:33:21 AM

| 000355P001-1488S-325 | 000357P001-1488S-325 | 000358P001-1488S-325 | 000359P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000360P001-1488S-325 | 000361P001-1488S-325 | 000362P001-1488S-325 | 000363P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000364P001-1488S-325 | 000365P001-1488S-325 | 000366P001-1488S-325 | 000367P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000368P001-1488S-325 | 000369P001-1488S-325 | 000370P001-1488S-325 | 000371P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000372P001-1488S-325 | 000373P001-1488S-325 | 000374P001-1488S-325 | 000375P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000376P001-1488S-325 | 000377P001-1488S-325 | 000378P001-1488S-325 | 000380P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 19   Filed in TXSB on 06/26/23   Page 17 of 38

BWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 14 of 31                                                                                                06/15/2023 12:33:21 AM

| 000382P001-1488S-325 | 000383P001-1488S-325 | 000384P001-1488S-325 | 000385P001-1488S-325 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000386P001-1488S-325 | 000387P001-1488S-325 | 000388P001-1488S-325 | 000389P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000390P001-1488S-325 | 000391P001-1488S-325 | 000392P001-1488S-325 | 000393P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000394P001-1488S-325 | 000395P001-1488S-325 | 000396P001-1488S-325 | 000397P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000399P001-1488S-325 | 000400P001-1488S-325 | 000401P001-1488S-325 | 000402P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000403P001-1488S-325 | 000404P001-1488S-325 | 000405P001-1488S-325 | 000406P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000407P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000409P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000410P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000411P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000416P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000417P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000420P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000421P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000425P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000426P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000429P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000430P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000433P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000434P001-1488S-325 | 000435P001-1488S-325 | 000436P001-1488S-325 | 000437P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000438P001-1488S-325 | 000439P001-1488S-325 | 000440P001-1488S-325 | 000441P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000442P001-1488S-325 | 000447P001-1488S-325 | 000448P001-1488S-325 | 000449P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000450P001-1488S-325 | 000452P001-1488S-325 | 000453P001-1488S-325 | 000454P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000455P001-1488S-325 | 000456P001-1488S-325 | 000457P001-1488S-325 | 000458P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000461P001-1488S-325 | 000462P001-1488S-325 | 000463P001-1488S-325 | 000464P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000465P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000466P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000467P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000468P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000469P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000470P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000471P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000472P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000473P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000474P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000476P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000477P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000479P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000480P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000481P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000482P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000483P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000484P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000485P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000486P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000488P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000489P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000491P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000493P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

BWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000494P001-1488S-325 | 000495P001-1488S-325 | 000496P001-1488S-325 | 000497P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000498P001-1488S-325 | 000499P001-1488S-325 | 000500P001-1488S-325 | 000501P002-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000503P001-1488S-325 | 000504P001-1488S-325 | 000506P001-1488S-325 | 000507P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000508P001-1488S-325 | 000509P001-1488S-325 | 000510P001-1488S-325 | 000511P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000512P001-1488S-325 | 000513P001-1488S-325 | 000514P001-1488S-325 | 000515P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000516P001-1488S-325 | 000517P001-1488S-325 | 000518P001-1488S-325 | 000519P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**BWG Holdings, Inc., et al**
**Electronic Mail**
**Exhibit Pages**

06/15/2023 12:33:21 AM

| | | | |
|---|---|---|---|
| 000520P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000523P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000524P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000525P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000528P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000529P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000530P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000532P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000533P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000534P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000536P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000537P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000538P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000540P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000541P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000543P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000544P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000546P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000548P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000550P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000551P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000553P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000554P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000555P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000556P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000557P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000559P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000560P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000561P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000562P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000563P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000569P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000571P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000572P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000573P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000575P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000576P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000577P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000579P001-1488S-325 | 000580P001-1488S-325 | 000581P001-1488S-325 | 000582P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000583P001-1488S-325 | 000584P001-1488S-325 | 000585P001-1488S-325 | 000586P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000587P001-1488S-325 | 000588P001-1488S-325 | 000589P001-1488S-325 | 000590P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000591P001-1488S-325 | 000592P001-1488S-325 | 000594P001-1488S-325 | 000595P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000596P001-1488S-325 | 000597P001-1488S-325 | 000598P001-1488S-325 | 000598P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000599P001-1488S-325 | 000600P001-1488S-325 | 000601P001-1488S-325 | 000602P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000604P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000605P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000608P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000609P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000612P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000614P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000615P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000616P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000617P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000621P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000622P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000623P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000624P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000626P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000628P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000629P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000631P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000632P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000633P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000634P001-1488S-325 | 000635P001-1488S-325 | 000636P001-1488S-325 | 000638P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000639P001-1488S-325 | 000639P001-1488S-325 | 000640P001-1488S-325 | 000641P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000642P001-1488S-325 | 000643P001-1488S-325 | 000644P001-1488S-325 | 000645P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000646P001-1488S-325 | 000650P001-1488S-325 | 000651P002-1488S-325 | 000654P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000655P001-1488S-325 | 000656P001-1488S-325 | 000658P001-1488S-325 | 000659P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000660P001-1488S-325 | 000660P001-1488S-325 | 000661P001-1488S-325 | 000662P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000663P001-1488S-325 | 000664P001-1488S-325 | 000665P001-1488S-325 | 000666P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000667P001-1488S-325 | 000668P001-1488S-325 | 000669P001-1488S-325 | 000670P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000671P001-1488S-325 | 000672P001-1488S-325 | 000673P001-1488S-325 | 000674P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000675P001-1488S-325 | 000676P001-1488S-325 | 000677P001-1488S-325 | 000678P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000679P001-1488S-325 | 000680P001-1488S-325 | 000681P001-1488S-325 | 000682P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000683P001-1488S-325 | 000684P001-1488S-325 | 000685P001-1488S-325 | 000686P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 22-90032   Document 19   Filed in TXSB on 06/26/23   Page 28 of 38
BWG Holdings, Inc., et al
Electronic Mail
Exhibit Pages

06/15/2023 12:33:21 AM

| | | | |
|---|---|---|---|
| 000687P001-1488S-325 | 000688P001-1488S-325 | 000689P001-1488S-325 | 000690P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000691P001-1488S-325 | 000692P001-1488S-325 | 000693P001-1488S-325 | 000694P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000695P001-1488S-325 | 000696P001-1488S-325 | 000697P001-1488S-325 | 000698P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000699P001-1488S-325 | 000700P001-1488S-325 | 000701P001-1488S-325 | 000702P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000703P001-1488S-325 | 000704P001-1488S-325 | 000706P001-1488S-325 | 000707P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000709P001-1488S-325 | 000710P001-1488S-325 | 000711P001-1488S-325 | 000712P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

BWG Holdings, Inc, et al
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000713P001-1488S-325 | 000714P001-1488S-325 | 000715P001-1488S-325 | 000716P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000717P001-1488S-325 | 000718P001-1488S-325 | 000719P001-1488S-325 | 000720P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000721P001-1488S-325 | 000722P001-1488S-325 | 000723P001-1488S-325 | 000724P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000728P001-1488S-325 | 000729P001-1488S-325 | 000730P001-1488S-325 | 000731P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000736P001-1488S-325 | 000737P001-1488S-325 | 000738P001-1488S-325 | 000739P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000740P001-1488S-325 | 000741P001-1488S-325 | 000742P001-1488S-325 | 000743P001-1488S-325 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000744P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000749P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000750P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000753P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000754P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000759P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000760P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000762P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000768P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000769P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000770P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000772P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000773P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000774P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000779P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000780P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000781P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000784P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000785P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000787P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000788P001-1488S-325
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000230P001-1488S-325
NILOS T SAKELLARIOU
61 CORNHILL ST
ANNAPOLIS MD 21401
NSAKELLARIOU@NTSBEARING.COM

000745P001-1488S-325
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
TDURST@OMM.COM

000745P001-1488S-325
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
EPERSSON@OMM.COM

000745P001-1488S-325
O'MELVENEY & MYERS LLP
TIMOTHY DURST;EMMA L PERSSON
2501 NORTH HARWOOD ST.,STE 1700
DALLAS TX 75201-1663
timothy-durst-9363@ecf.pacerpro.com

000746P001-1488S-325
O'MELVENEY & MYERS LLP
GARY SVIRSKY
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036
GSVIRSKY@OMM.COM

000155P001-1488S-325
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;ROMA N DESAI
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548-MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@RSBFIRM.COM

000006P003-1488S-325
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
HECTOR.DURAN.JR@USDOJ.GOV

000006P003-1488S-325
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
C.Ross.Travis@usdoj.gov

000006P003-1488S-325
OFFICE OF THE US TRUSTEE
HECTOR DURAN JR
515 RUSK ST
STE 3516
HOUSTON TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

000130P001-1488S-325
OFFICE OF THE US TRUSTEE
ALICIA LENAE BARCOMB
515 RUSK STREET
SUITE 3516
HOUSTON TX 77002
ALICIA.BARCOMB@USDOJ.GOV

000157P001-1488S-325
OKIN ADAMS LLP
MATTHEW S OKIN
1113 VINE ST.,STE 240
HOUSTON TX 77002
MOKIN@OKINADAMS.COM

000158P001-1488S-325
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
DCURRY@OKINADAMS.COM

000158P001-1488S-325
OKIN ADAMS LLP
DAVID L CURRY JR
1113 VINE ST.,STE 240
HOUSTON TX 77002
BMOORE@OKINADAMS.COM

000765P001-1488S-325
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000765P001-1488S-325
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
DANFLIMAN@PAULHASTINGS.COM

000765P001-1488S-325
PAUL HASTINGS LLP
JAYME T GOLDSTEIN;DANIEL A FLIMAN
200 PARK AVE
NEW YORK NY 10166
JAMESGROGAN@PAULHASTINGS.COM

000767P001-1488S-325
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
ALLISONMILLER@PAULHASTINGS.COM

000767P001-1488S-325
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JEREMYEVANS@PAULHASTINGS.COM

000767P001-1488S-325
PAUL HASTINGS LLP
ALLISON MILLER;JEREMY EVANS;JACK IAFFALDANO
200 PARK AVE
NEW YORK NY 10166
JACKIAFFALDANO@PAULHASTINGS.COM

000133P002-1488S-325
PJT PARTNERS
PETER LAURINAITIS
LAURINAITIS@PJTPARTNERS.COM

000134P003-1488S-325
PJT PARTNERS
WILLIAM EVARTS
EVARTS@PJTPARTNERS.COM

BWG Holdings, Inc., et al.
Electronic Mail
Exhibit Pages

000131P001-1488S-325
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
EENGLISH@PORTERHEDGES.COM

000131P001-1488S-325
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
SJOHNSON@PORTERHEDGES.COM

000131P001-1488S-325
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
emoreland@porterhedges.com

000131P001-1488S-325
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
egarfias@porterhedges.com

000131P001-1488S-325
PORTER HEDGES LLP
ERIC M ENGLISH;M SHANE JOHNSON
1000 MAIN ST.,36TH FLOOR
HOUSTON TX 77002
mwebb@porterhedges.com

000068P002-1488S-325
PRESSWRITE PRINTING INC
KIM SAFFELL
3384 BROWNLOW AVE
MINNEAPOLIS MN 55426
KIM@PRESSWRITE.COM

000056P001-1488S-325
PRICEWATERHOUSECOOPERS LLP
AILEN OKHAREDIA
PO BOX 952282
DALLAS TX 75395
AILEN.A.OKHAREDIA@PWC.COM

000763P001-1488S-325
PROSKAUER ROSE LLP
BRIAN S ROSEN
ELEVEN TIME SQUARE
NEW YORK NY 10036
BROSEN@PROSKAUER.COM

000775P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
CHRISTOPHER PORTER
711 LOUISIANA , STE 500
HOUSTON TX 77002
CHRISPORTER@QUINNEMANUEL.COM

000776P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
JAMESTECCE@QUINNEMANUEL.COM

000776P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
DEBORAHNEWMAN@QUINNEMANUEL.COM

000776P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES C TECCE; DEBORAH NEWMAN;ALEX ZUCKERMAN
51 MADISON AVE.,22ND FLOOR
NEW YORK NY 10010
ALEXZUCKERMAN@QUINNEMANUEL.COM

000777P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
MICHAEL LIFTIK;KRISTIN CASEY
1300 I STREET NW, STE 900
WASHINGTON DC 20005
MICHAELLIFTIK@QUINNEMANUEL.COM

000777P001-1488S-325
QUINN EMANUEL URQUHART & SULLIVAN LLP
MICHAEL LIFTIK;KRISTIN CASEY
1300 I STREET NW, STE 900
WASHINGTON DC 20005
KRISTINCASEY@QUINNEMANUEL.COM

000052P001-1488S-325
QUINN EMANUEL URQUHART AND SULLIVAN
MICHAEL LIFTIK
865 S FIGUEROA ST
10TH FL
LOS ANGELES CA 90017
MICHAELLIFTIK@QUINNEMANUEL.COM

000058P002-1488S-325
RICHARDS LAYTON & FINGER PA
C STEPHEN BIGLER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
BIGLER@RLF.COM

000292P001-1488S-325
ROPES & GRAY LLP
MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
MARK.SOMERSTEIN@ROPESGRAY.COM

000073P002-1488S-325
SECURITIES TRANSFER CORP
PATRICIA STEPHAN
2901 N DALLAS PARKWAY
SUITE 380
PLANO TX 75093
PSTEPHAN@STCTRANSFER.COM

000019P002-1488S-325
SIDLEY AUSTIN
MATTHEW A CLEMENTE
ONE SOUTH DEARBORN
CHICAGO IL 60603
MCLEMENTE@SIDLEY.COM

000122P001-1488S-325
SIDLEY AUSTIN LLP
MICHAEL FISHEL
1000 LOUISIANA ST.,STE 5900
HOUSTON TX 77002
txefilingnotice@sidley.com

000123P001-1488S-325
SIDLEY AUSTIN LLP
WILLIAM E CURTIN
787 7TH AVE
NEW YORK NY 10019
WCURTIN@SIDLEY.COM

000030P001-1488S-325
SILVER LAW GROUP
SCOTT L SILVER
11780 W SAMPLE RD
CORAL SPRINGS FL 33065
SSILVER@SILVERLAW.COM

000132P002-1488S-325
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
CHRISTOPHER.DYLLA@OAG.TEXAS.GOV

000132P002-1488S-325
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-cdylla@oag.texas.gov

Case 22-90032   Document 19__ BWG Holdings, Inc. et al. Filed in TXSB on 06/26/23   Page 33 of 38

Electronic Mail
Exhibit Pages

Page # : 30 of 31

06/15/2023 12:33:22 AM

000132P002-1488S-325
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
Sherri.Simpson@oag.texas.gov

000132P002-1488S-325
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CHRISTOPHER J DYLLA,ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
bk-jstern@oag.texas.gov

000229P001-1488S-325
THOMAS HORTON
139 WOODSIDE AVENUE
PARK CITY UT 84060
THOMAS@STRATCOMPONENT.COM

000732P001-1488S-325
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

000732P001-1488S-325
TN DEPT OF REVENUE
HERBERT H SLATERY III, TN ATTORNEY GENERAL'S OFFIC
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
agbanktexas@ag.tn.gov

000050P001-1488S-325
US BANK CORPORATE REAL ESTATE
PAM HAQUE
PO BOX 86
TENANT #507284
MINNEAPOLIS MN 55486
PAM.HAQUE@HINES.COM

000119P001-1488S-325
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
bankruptcy@agutah.gov

000051P001-1488S-325
VEDDER PRICE PC
JEFFREY ANSLEY
222 N LASALLE ST
CHICAGO IL 60601
JANSLEY@VEDDERPRICE.COM

000786P001-1488S-325
VOGEL LAW FIRM
CAREN W STANLEY
218 NP AVENUE
P O BOX 1389
FARGO ND 58107-1389
CSTANLEY@VOGELLAW.COM

000017P002-1488S-325
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000017P002-1488S-325
WHITE & CASE LLP
SCOTT GREISSMAN;ANDREW ZATZ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
AZATZ@WHITECASE.COM

000018P001-1488S-325
WHITE & CASE LLP
SCOTT GREISSMAN
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
SGREISSMAN@WHITECASE.COM

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
TLAURIA@WHITECASE.COM

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
tmacwright@whitecase.com

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
jdisanti@whitecase.com

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
mco@whitecase.com

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
azatz@whitecase.com

000127P001-1488S-325
WHITE & CASE LLP
THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD.,STE 4900
MIAMI FL 33131
avenes@whitecase.com

000128P001-1488S-325
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
CHARLES.KOSTER@WHITECASE.COM

000128P001-1488S-325
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
mco@whitecase.com

000128P001-1488S-325
WHITE & CASE LLP
CHARLES KOSTER
609 MAIN ST.,STE 2900
HOUSTON TX 77002
jdisanti@whitecase.com

000074P001-1488S-325
WHITE OAK SECURITY, INC
BARBARA WICKOREN
3300 PLYMOUTH BLVD
# 46243
PLYMOUTH MN 55447
ACCOUNTING@WHITEOAKSECURITY.COM

000066P001-1488S-325
WHITLEY PENN LLP
CECIL JONES
640 TAYLOR ST
STE 2200
FORT WORTH TX 76102
CECIL.JONES@WHITEYPENN.COM

000046P002-1488S-325
WILLKIE FARR AND GALLAGHER LLP
ANTONIO YANEZ JR
ACCOUNTS RECEIVABLE
787 7TH AVE
38TH FL
NEW YORK NY 10019
AYANEZ@WILLKIE.COM

**Electronic Mail**
**Exhibit Pages**

000196P001-1488S-325
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
SSTODGHILL@WINSTON.COM

000196P001-1488S-325
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
JSANDERS@WINSTON.COM

000196P001-1488S-325
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
WHAMILTON@WINSTON.COM

000196P001-1488S-325
WINSTON & STRAWN LLP
STEVEN H STODGHILL;JOHN C C SANDERS,JR.;WILLIAM J
2121 N PEARL ST.,STE 900
DALLAS TX 75201
ASAGER@WINSTON.COM

000727P001-1488S-325
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
DPASSAGE@WINSTON.COM

000727P001-1488S-325
WINSTON & STRAWN LLP
DANIEL PASSAGE & FRANCISCO FLORES
333 SOUTH GRAND AVENUE
38TH FLOR
LOS ANGELES CA 90071
FFLORES@WINSTON.COM

000756P001-1488S-325
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
KPRESTON@WINSTON.COM

000756P001-1488S-325
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
rsmith@winston.com

000756P001-1488S-325
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
katy-preston-2248@ecf.pacerpro.com

000756P001-1488S-325
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ECF_Houston@winston.com

000756P001-1488S-325
WINSTON & STRAWN LLP
KATHERINE A PRESTON
800 CAPITOL ST.,STE 2400
HOUSTON TX 77002
ecf_sf@winston.com

000757P001-1488S-325
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000757P001-1488S-325
WINSTON & STRAWN LLP
CAREY D SCHREIBER; TIMOTHY W WALSH
200 PARK AVENUE
NEW YORK NY 10166
TWWALSH@WINSTON.COM

Records Printed :   **733**

**EXHIBIT 2**

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000061P001-1488S-325<br>AON INSURANCE MANAGERS BERMUDA LTD<br>CHOISEL MURRAY<br>AON HOUSE<br>30 WOODBOURNE AVE<br>PEMBROKE PARISH  HM 08<br>BERMUDA | 000031P001-1488S-325<br>BANK OF UTAH<br>CORPORATE TRUST<br>50 SOUTH 200 EAST STE 110<br>SALT LAKE CITY UT 84111 | 000079P001-1488S-325<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000032P001-1488S-325<br>CLMG CORP<br>AS ADMINISTRATIVE AGENT<br>7195 DALLAS PKWY<br>PLANO TX 75024 |
| 000047P001-1488S-325<br>HOULIHAN LOKEY FINANCIAL ADVISORS INC<br>JEFFREY BOLLERMAN<br>10250 CONSTELLATION BLVD<br>5TH FL<br>LOS ANGELES CA 90067 | 000567P001-1488S-325<br>KATTEN MUCHIN ROSENMAN LLP<br>GEOFFREY M KING<br>525 WEST MONROE ST<br>CHICAGO IL 60661-3693 | 000098P001-1488S-325<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 | 000143P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000164P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000172P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000221P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000223P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000288P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000337P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000352P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000356P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000424P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000487P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000502P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000505P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000521P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000539P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000593P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000613P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

06/15/2023 12:33:04 AM

| | | | |
|---|---|---|---|
| 000619P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000620P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000625P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000627P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000630P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000637P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000648P002-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000649P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000652P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000653P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000657P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000708P001-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000761P003-1488S-325<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000285P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000333P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000347P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000398P002-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000412P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000443P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000444P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000445P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000446P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000475P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000478P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000492P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000526P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000545P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000549P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**GWG Holdings, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000558P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000647P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000705P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000733P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000734P001-1488S-325<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1488S-325<br>NATIONAL FOUNDERS LP<br>AS ADMINISTRATIVE AGENT<br>PO BOX 1073<br>WILMINGTON DE 19899 | 000072P001-1488S-325<br>NATIONAL SECURITIES CLEARING CORP<br>JOANNE ACLAO<br>55 WATER ST<br>NEW YORK NY 10041 | 000105P001-1488S-325<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 |
| 000071P001-1488S-325<br>NEW TANGRAM LLC<br>DANIELLE STEVENS<br>9200 SORENSEN AVE<br>SANTA FE SPRINGS CA 90670 | 000107P001-1488S-325<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000116P001-1488S-325<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000118P001-1488S-325<br>TENNESSEE ATTORNEY GENERAL<br>HERBERT H SLATERY III<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| 000009P001-1488S-325<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000045P001-1488S-325<br>THE BENEFICENT CO GROUP (USA) LLC<br>GREG EZELL<br>325 NORTH SAINT PAUL ST<br>STE 4850<br>DALLAS TX 75201 | | |

Records Printed : **70**