**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SALE OF SHARES OF FOXO TECHNOLOGIES INC.

On October 13, 2023, the GWG Wind Down Trust sold its stock holdings of FOXO

Technologies, Inc. (4,646,698 shares in total).  The Trust will realize net proceeds of $586,942.56.

Houston, Texas
October 16, 2023

*/s/ Kristhy M. Peguero*
**JACKSON WALKER LLP**
Kristhy M. Peguero (TX Bar No. 24102776)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:     (713) 752-4200
Email:          kpeguero@jw.com
                mcavenaugh@jw.com
                ggraham@jw.com

*Counsel for the Wind Down Trustee*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (none); and GWG DLP Funding Holdings VI, LLC (none).  Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://cases.stretto.com/GWGTrust and https://gwgholdingstrust.com/.

## Certificate of Service

On October 16, 2023, I caused a copy of this Notice to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

This notice is also being posted on the GWG Trust website at: https://gwgholdingstrust.com/

 /s/ *Kristhy M. Peguero*_____
Kristhy M. Peguero