United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90032 |
| **GWG HOLDINGS, INC.**, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER POSTPONING HEARING

The October 27, 2023 hearing on the Jackson Walker application for compensation (ECF No. 2158) is postponed. The United States Trustee and Jackson Walker shall confer and file a joint report with respect to response deadlines and a hearing date. The joint report must be filed not later than November 2, 2023.

SIGNED 10/25/2023

_____
Marvin Isgur
United States Bankruptcy Judge