**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF PROPOSED PROFESSIONAL FEE SETTLEMENT**

Elizabeth C. Freeman, the Wind Down Trustee (the "Trustee"), negotiated with certain professionals who are seeking final approval of their compensation in these cases. The attached chart reflects the total fees and expenses payable under the proposed compromise. These settlements are recommended by the Trustee.

Dated October 26, 2023.

Wind Down Trustee

/s/ Elizabeth Freeman
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

---

[1]	The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (none); and GWG DLP Funding Holdings VI, LLC (none). Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://cases.stretto.com/GWGTrust and https://gwgholdingstrust.com/.

## **Certificate of Service**

On October 26, 2023, I caused a copy of this Notice to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

This notice is also being posted on the GWG Trust website at:  https://gwgholdingstrust.com/

/s/   *Elizabeth C. Freeman*
Elizabeth C. Freeman