| Estate Professional | Final Fee Request | Final Expense Reimbursement | Compromise Reduction |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | $ 22,067,185.00 | $ 634,974.84 | $ 1,103,359.25 |
| Alix Partners LLP | $ 8,398,826.50 | $ 46,800.00 | $ 336,000.00 |
| FTI Consulting, Inc. | $ 8,262,529.50 | $ 25,295.55 | $ 413,126.48 |
| Katten Muchin Rosenman, LLP | $ 17,012,982.50 | $ 202,188.96 | $ 850,649.13 |
| Mayer Brown LLP | $ 28,140,070.50 | $ 923,634.01 | $ 1,407,003.53 |
| Mintz & Gold LLP | $ 441,866.50 | $ 180.00 | $ 8,837.33 |
| Paul Hastings LLP | $ 962,435.50 | $ 9,202.40 | $ 24,060.89 |
| Porter Hedges LLP | $ 2,202,269.00 | $ 20,077.33 | $ 50,000.00 |
| Province, LLC | $ 2,528,465.00 | $ 27,766.00 | $ 50,569.30 |
| TOTAL | $ 90,016,630.00 | $ 1,890,119.09 | $ 4,243,605.89 |