# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LUMINA ALABASTRO, by Its Personal Representative, Daphne Alabastro Benitez,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; LIFE RECOVERY FUND, LLC; VIDA INSURANCE CREDIT OPPORTUNITY FUND III GP, LLC; and JOHN DOES 1-10,<br><br>Defendants. | C.A. No. 1:25-cv-954-RGA |

## **DECLARATION OF DAPHNE ALABASTRO BENITEZ**

I, Daphne Alabastro Benitez, swear and say under penalty of perjury and declare as follows:

1. My name is Daphne Alabastro Benitez. I am the granddaughter of Lumina Alabastro and the administrator of her estate.

2. My grandmother was born in the Philippines in 1931. English is her second language.

3. I understand from my counsel that the defendants in this action contend that there was a bankruptcy proceeding that apparently took place in Texas in 2022 and they contend that notice of this proceeding was given to my grandmother and to the Estate through a notice printed in the May 9, 2022, edition of the New York Times, and the Estate needed to assert its present claim in the bankruptcy proceeding on or before October 17, 2022.

4. Neither my grandmother nor I subscribe to that paper and neither of us received that particular edition.

5. Neither of us, nor any other family members to my knowledge, were aware of the bankruptcy proceeding in Texas.

6. As of October 17, 2022, which I understand is the bar date in the bankruptcy proceeding, neither of us, nor any other family members to my knowledge were aware of what the Estate's rights would be, if any, concerning the life insurance policy on my grandmother once she passed and the death benefits were paid.

7. As of October 17, 2022, neither of us, nor any other family members to my knowledge, were aware of who owned the policy on my grandmother at issue.

8. Over the years, I would receive phone calls from an entity called ITM checking up on my grandmother's health. On March 18, 2022, at approximately 1:43 pm, I received one such call from an unknown number. The caller left a voicemail that I saved. The following is a transcription of that voicemail, which I believe accurately reflects the message left for me:

> Caller: Hi, there, I was trying to reach Lumina Alvarasco [sic]. This is Susie calling from ITM 21st and LexServ calling in regard to a life insurance policy previously sold in which you're insured on. We're doing a quarterly update. If you could please give me a call. My direct number here is area code 319-553-6237. Again, my name is Susie, my direct phone number here is area code 319-553-6237. Thanks so much, have a great day.

9. These callers did not tell me who owned the policy and did not tell me anything about a bankruptcy proceeding or about the need to file a proof of claim.

10. Thus, even if I had seen the notice in the New York Times, which I did not, I would not have understood it to require the Estate to file a proof of claim in the bankruptcy proceeding.

11. Because those involved with the policy had my contact information and had my grandmother's contact information, had they believed that the Estate needed to file a proof of claim in the bankruptcy proceeding, they could have easily communicated that to me and my grandmother, both over the phone or through the mail. They did not do either.

I willingly provided this statement based on my personal knowledge. I swear under penalty of perjury that the facts set forth herein are true and accurate to the best of my knowledge, information, and belief.

Date: December 10, 2025

Daphne Alabastro Benitez